**1**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

CLIFTON SCOTT DILLEY          *
                              *
        Plaintiff,            *
                              *
                              *
                              *
VERSUS                        *  CIVIL NO.
                              *  3:19-cv-391-BAJ-EWD
                              *
STATE OF LOUISIANA,           *
DEPARTMENT OF PUBLIC          *
SAFETY AND CORRECTIONS,       *
OFFICE OF STATE POLICE,       *
AND KASHA DOMINGUE            *
                              *
        Defendants.           *
                              *
* * * * * * * * * * * * * *

        Videotaped deposition of KASHA DOMINGUE,
taken at the offices of Frilot LLC, 1100 Poydras
Street, Suite 3700, New Orleans, Louisiana 70163,
commencing at 10:09 a.m., on Thursday, the 12th day
of January, 2023.

APPEARANCES:

        CAZAYOUX EWING, LLC
        (By:  Donald J. Cazayoux, Jr., Esq.
              J. Lane Ewing, Jr., Esquire)
        257 Maximillian Street
        Baton Rouge, Louisiana  70802
        don@cazayouxewing.com
        lane@cazayouxewing.com
            (Attorneys for Plaintiff,
             Clifton Scott Dilley)

**2**

        FRILOT LLC
        (By:  A.J. Krouse, Esq.
              James H. Brown, Jr., Esq.
              Suzanne M. Risey, Esq.)
        1100 Poydras Street, Suite 3700
        New Orleans, Louisiana  70163
        akrouse@frilot.com
        jbrown@frilot.com
        srisey@frilot.com
            (Attorneys for Defendant,
             Kasha Domingue)

        NEUNER PATE
        (By:  Jennie Porche Pellegrin, Esq.
              Jennifer M. Ardoin, Esq.)
        One Petroleum Center
        1001 West Pinhook Road, Suite 200
        Lafayette, Louisiana  70503
        jpellegrin@neunerpate.com
        jardoin@neunerpate.com
            (Attorneys for Defendant, Louisiana
             Department of Public Safety and
             Corrections, Office of State Police)

VIDEOTAPED BY:
        Brandon Keim

TECHNOLOGY CONSULTANT:
        Carl Gethers

REPORTED BY:
        Deanna Mancuso, CCR
        Certified Court Reporter
        (Certificate No. 95005)

**3**

                    I-N-D-E-X

EXAMINATION BY:                         PAGE
   MR. CAZAYOUX                          7


                 E-X-H-I-B-I-T-S

Exhibit 1A ...............................19
   Diagram identified as DPSC 210

Exhibit 2 ................................59
   Louisiana Department of Public Safety
   & Corrections report identified as
   DPSC Investigation 1 through
   DPSC Investigation 35

Exhibit 3 ................................90
   Still shots from video identified
   as DPSC 563 through DPSC 583,
   3-A through 3-U
Exhibit 4 ................................90
   Scene photographs identified as
   DPSC 7, 9, 10, 12, 20, 21, 58,
   4-1 through 4-G

Exhibit 5 ...............................149
   Use of Force Report identified
   as DPSC 627 through DPSC 631

**4**

EXHIBITS (continued):          PAGE


Exhibit 6 ...............................155
   Use of Force Report identified as
   DPSC 617 through DPSC 621
Exhibit 7 ...............................155
   Use of Force Report identified as
   DPSC 623 through DPSC 637
Exhibit 8 ...............................162
   Cadet Training Letter identified as
   DPSC 591 through DPSC 594
Exhibit 9 ...............................166
   Document titled "Boykin Examination
   and Sentencing" dated September 12,
   2022

Exhibit 10 ..............................191
   Letter from Colonel Lamar Davis
   identified as LSP IA File - K.
   Domingue 008 through 021

Exhibit A

---

**5**

S-T-I-P-U-L-A-T-I-O-N

It is stipulated and agreed by and among counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken under the Federal Rules of Civil Procedure, for all purposes, in accordance with law;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

* * * * *

Deanna Mancuso, Certified Court Reporter, in and for the State of Louisiana, officiated in administering the oath to the witness.

---

**6**

P-R-O-C-E-E-D-I-N-G-S

THE VIDEOGRAPHER:

We are on the video record. This is the videotaped deposition of Kasha Domingue. This video deposition is being held at 1100 Poydras Street, Suite 3700, New Orleans, Louisiana 70163. The time on the video monitor is 10:09 a.m.

At this time would counsel please introduce themselves. Then the court reporter will swear in the witness.

MR. CAZAYOUX:

Don Cazayoux and Lane Ewing on behalf of Scott Dilley.

MR. KROUSE:

A.J. Krouse, Jim Brown, and Suzanne Risey on behalf of Kasha Domingue.

MS. PELLEGRIN:

Jennie Pellegrin and Jennifer Ardoin on behalf of Louisiana Department of Public Safety and Corrections, Office of State Police.

* * * *

---

**7**

KASHA DOMINGUE,
after having been first duly sworn by the above-named certified court reporter, was examined and testified as follows:

- EXAMINATION -

BY MR. CAZAYOUX:

Q. Hi. Good morning, Ms. Domingue. I'm --

A. Good morning.

Q. -- Don Cazayoux. We introduced each -- I introduced myself to you a little --

A. Yes, sir.

Q. -- while ago.

I represent Scotty Dilley along with Lane Ewing here. And so we just want to talk to you about what happened the night of July 10th, 2018. Okay?

A. Yes, sir.

Q. Have you ever given a deposition before?

A. No, sir.

Q. Do you understand the rules? You were sworn in to tell the truth, correct?

A. Yes, sir.

Q. And we want you to make sure that if you don't understand that -- something that I'm asking you, just to either repeat it or to specifically say

---

**8**

"I don't understand," and I'll try to -- I'll try to be a little clearer. Okay?

A. Yes, sir.

Q. Can you give us your name and your background, a little bit about your background?

A. Kasha Domingue. I'm -- I was born in Texas. I grew up in Lafayette. I live in Baton Rouge. I go to school here in New Orleans.

What kind of hist -- what kind of --

Q. Well --

A. -- history do you want, like high school?

Q. Well, before you were a state trooper, you -- looked like you had a varied history, right?

A. Yes.

Q. You were a marine.

A. Yes.

Q. And you also worked in the oil and gas industry.

A. Yes.

Q. Tell us a little bit about your marine background.

A. In the United States Marine Corps, I served as a -- I started off as an aviation operation specialist, and then I went into marine combat training. And then I was also a flight attendant

---

9

1  with the DC-9s.
2  Q.  And in terms of combat training, I think I
3  heard on one of your interviews you saying that you
4  were the first person that went through that
5  training?
6  A.  We were the first women to go through
7  infantry training battalion, which was all male at
8  the time.  There were -- they picked 15 of us, and
9  eight of us made it through and we became the first
10 marine combat training instructors, female, in the
11 Marine Corps.
12 Q.  So this is instructors?
13 A.  Yes, sir.
14 Q.  I see.  And what year was that?
15 A.  1996 or '7, somewhere in there.
16 Q.  And then after that you went into the
17 oilfield?
18 A.  I did.  I -- well, I went back to school
19 and -- for a degree in business, and then I worked
20 in the oilfield, and I worked as a paralegal for a
21 little while.  I was a professional athlete at the
22 time and I was traveling a lot, so whatever would
23 work around my schedule for training or competition.
24 Q.  And you were a professional boxer; is that
25 correct?

10

1  A.  Correct.
2  Q.  And I think I heard you had sort of a movie
3  star trainer; is that right?
4  A.  Yes.  Well, we had a -- I had a nonprofit
5  youth organization to help underprivileged children.
6  And at the time when we put the board together, we
7  had Beau Williford, who was the trainer for Mike
8  Tyson's training camps.  And he had worked with
9  Peter McNeeley and James "Quick" Tillis and stuff.
10         And then he took on Deirdre Gogarty, which
11 was the feather-weight champion of the world from
12 Ireland.  The movie the "Million Dollar Baby" was
13 made after her life.  It was a book called "Rope
14 Burns," and F.X. Toole wrote the story about her.
15 Q.  Okay.  And so she -- was she your trainer
16 at one time?
17 A.  She was.  And then she joined the Louisiana
18 Boxing Commission and could no longer be my trainer.
19 Q.  I see.  And what are you doing now?
20 A.  I'm in school.
21 Q.  And in what?
22 A.  I'm getting my doctorate in clinical
23 psychology.
24 Q.  Where?  Where are you doing that?
25 A.  It's called the Chicago School of

11

1  Professional Psychology, but it's being hosted here
2  in New Orleans.
3  Q.  So it's not an online --
4  A.  No.
5  Q.  Is that a Ph.D. or a Psy.D. --
6  A.  Psy.D.
7  Q.  -- program?
8      All right.  Let's talk -- let's go -- well,
9  first of all, when did you become a state trooper?
10 A.  I was a parame -- or I was a EMT with
11 Acadian Ambulance in 2015.  I think that's when they
12 opened the class.  It would have been August, around
13 August of 2015 I left Acadian.
14 Q.  And did I hear right that you wanted to be
15 a DEA agent?
16 A.  I was actually recruited by the DEA early
17 on in Lafayette.  And at the time, they had a
18 federal hiring freeze.  And they stated that they
19 couldn't really just pull from civilians, but if I
20 went through and got on with law enforcement, it
21 would be a easier transition for them to be able to
22 pull whenever they opened up the hiring freeze
23 again.
24      So I had already had a passion for law and
25 I want wanted to continue on with that, so it was

12

1  just the next step in the process.
2  Q.  Did you know anything about the state
3  police before you --
4  A.  Nothing at all.
5  Q.  How did you choose state police?
6  A.  They said it was the -- the best one you
7  can get on.  You don't want to be in a local
8  department.  You don't want to be with a sheriff's
9  unit.  You want to go with the highest one you can
10 possibly get to, which would have been state police.
11 Q.  And I think you even asked "State what?"
12 when they told you.  I think that was in your
13 interview.
14 A.  Because I did not have -- I did not want to
15 be in law enforcement.  I wanted to go to law school
16 and go that route.  And then if I was allowed to do
17 something with the DEA, then that would have been
18 the route that I would have gone.
19 Q.  And --
20 A.  So they told me that was basically the guys
21 that go out on the football field with the Saints
22 and the LSU football team and they -- they work at
23 the capital.  So I thought that's truly what state
24 police was.
25 Q.  That was the extent of your knowledge --

3 (Pages 9 to 12)

13

1    A. Yes.
2    Q. -- about state police --
3    A. Yes.
4    Q. -- at that time?
5    A. Yes, sir.
6    Q. As an EMS person, you hadn't had a lot of
7 interactions with --
8    A. No, sir.
9    Q. -- state police?
10    A. I worked, like, the rural areas around
11 Lafayette, so I didn't really see state police. We
12 saw a lot of local sheriff.
13    Q. I see.
14    All right. So you were working the shift
15 of July 10th, 2018; is that right?
16    A. Yes, sir.
17    Q. And we're going to go straight to the
18 incident if that's okay.
19    A. Yes, sir.
20    Q. It was about 3:00 a.m., and you saw a red
21 Saturn make a U-turn on Perkins; is that right?
22    A. Yes, sir.
23    Q. And was that in between Siegen and
24 Bluebonnet?
25    A. No, sir. That was between Siegen and

14

1 Highland.
2    Q. And it -- when it made the U-turn, it --
3 the Saturn went in the direction of Bluebonnet?
4    A. No, sir. It was going back in the
5 direction of Highland.
6    Q. Highland, okay.
7    A. It was -- he was erratic driving before
8 then. It was right in front of the Circle K. He
9 was slowing down and speeding up, slowing down and
10 speeding up and then kinda going back and forth in
11 the lane and then made the U-turn in front of the
12 Jack in the Box at the intersection --
13    Q. And --
14    A. -- of Siegen and Perkins.
15    Q. -- you didn't -- you turned your lights on;
16 is that right?
17    A. Yes, sir.
18    Q. And he didn't pull over immediately.
19    A. No, sir.
20    Q. Right?
21    And he eventually turned into the Pot -- on
22 Potwin and into a parking lot behind a store; is
23 that correct?
24    A. Yes, sir.
25    Q. And you had the driver get out of the car.

15

1    A. No, sir. He got out on his own --
2    Q. You didn't --
3    A. -- immediately.
4    Q. -- ask?
5    A. No, sir.
6    Q. You didn't ask him?
7    And he stayed at your car for a few minutes
8 while you were checking his information, right?
9    A. Yes, sir. I was talking to him during that
10 time.
11    I saw when he approached that he was young,
12 so I wanted to talk to him about what was happening
13 and how things were gonna go. I know a lot of young
14 people when they get stopped are very nervous about
15 what's gonna happen and how things are gonna go, so
16 we did discuss that.
17    Q. And you saw there were multiple people in
18 the Saturn as you were talking to him.
19    A. Yes, sir.
20    Q. Is that right?
21    Over -- you -- I think originally you said
22 you thought maybe there were four more people in the
23 car, but then you realized there were three people
24 in the car; is that right?
25    A. I didn't know. I just knew that the -- the

16

1 movement of the whole car at once, when I saw the
2 car move, sway back and forth, that there was a
3 number of people in that vehicle. I just didn't
4 know how many.
5    Q. I got you. More than two, in other words.
6    A. Yes, sir.
7    Q. And you had your left foot -- you had your
8 left leg and foot out of the car while you were
9 performing this check?
10    A. Yes, sir. I was reaching in for my MDT to
11 run his license plate.
12    Q. And you -- you didn't -- your dash cam was
13 not working; is that right? I mean you didn't
14 have -- did not have a dash cam installed in your
15 vehicle; is that right?
16    A. Correct.
17    Q. And your body cam was not powered on; is
18 that right?
19    A. At the -- we now know that it was not, yes.
20    Q. And the driver ran; is that right?
21    A. He gave a command to run or "now" or he
22 said something and then ran, yes, sir.
23    Q. So that -- so you don't recall exactly what
24 he said? Is that what you're saying?
25    A. He either said "now" or "run." I don't

17

1  recall exactly which one it was.
2      **Q. And it's your testimony today that he said**
3  **this at the car; is that right?**
4      A. Yes, sir.
5      **Q. As he's talking to you.**
6      A. Yes, sir.
7      **Q. Okay. I'll tell you what. You -- you**
8  **recall that you gave an interview with Master**
9  **Troopers Ward and Cox on the evening of July 10th,**
10 **2018, correct?**
11     A. I do not remember speaking with them.
12     I think Mr. Cox gave me a ride to the CID
13 building. And I think Barry Ward came out and
14 talked to me, but I don't remember a lot of the
15 conversation.
16     **Q. You gave an in -- you remember giving the**
17 **interview with Trooper Ward, though, correct?**
18     A. In CID?
19     **Q. Yes. Well, not -- is it CID? Is that**
20 **right? Is that where it was?**
21     A. We went to a building the next day and did
22 one.
23     **Q. That's what I meant. The night --**
24     A. Yes.
25     **Q. -- the night of. I say the night of.**

18

1      A. Right. 'Cause it was that morning.
2      **Q. Yeah.**
3      A. Right. It was that night, yes.
4      **Q. All right. And that was Mr. Ward, Trooper**
5  **Ward and Trooper Cox were in that meeting.**
6      A. No. That was Trooper Ward and Trooper
7  Bethea, I believe.
8      **Q. Oh, okay. I was thinking it was Cox.**
9      **So you gave a diagram, and I just want to**
10 **ask you about that. This is in your --**
11     MR. KROUSE:
12     Thank you.
13     MS. PELLEGRIN:
14     Thanks.
15 BY MR. CAZAYOUX:
16     **Q. So do you -- you recognize this diagram**
17 **that you drew about the incident?**
18     A. I don't remember drawing this, but it looks
19 like the way the incident was.
20     **Q. Okay. I'd like you to kind of walk us**
21 **through the diagram, and you can also tell us about**
22 **the incident.**
23     MR. KROUSE:
24     Don --
25 BY MR. CAZAYOUX:

19

1      **Q. Obviously, you have --**
2      MR. KROUSE:
3      -- are you going to mark this as an
4  exhibit?
5      MR. CAZAYOUX:
6      Yeah. We'll mark this as Exhibit, I
7  guess, 1.
8      MR. EWING:
9      No.
10     MR. CAZAYOUX:
11     Is it already -- we'll mark this as
12 Exhibit 1A, I think, because we have some
13 others as Exhibit 1.
14     (Exhibit 1A was marked for
15 identification.)
16     MR. KROUSE:
17     Okay. Thank you.
18 BY MR. CAZAYOUX:
19     **Q. All right. Can you walk us through?**
20     A. I don't remember drawing this, but by
21 looking at it, it would appear that the first square
22 would be the Saturn Vue, and then the second square
23 would be troop -- my trooper unit.
24     **Q. All right. Do me a favor and put on**
25 **there -- indicate, I guess -- let's see. "SV" for**

20

1  **Saturn Vue and "TV" for trooper vehicle.**
2      A. (The witness complies.)
3      **Q. All right. Tell us -- tell us what else.**
4      A. I don't remember. I don't remember drawing
5  this, so I don't know what the lines are. I mean, I
6  could deduce that the two lines going across the two
7  vehicles are the pathway that the driver ran.
8      **Q. And the pathway that you ran as well; is**
9  **that right?**
10     A. Correct.
11     **Q. And it shows, I think at one point, turning**
12 **around and going back to your -- the trooper**
13 **vehicle?**
14     A. I don't recall that.
15     **Q. You don't recall what?**
16     A. I don't recall that incident or that -- if
17 that's what that means or that happening.
18     **Q. Okay. So you don't recall -- first of all,**
19 **are you saying you don't recall writing this**
20 **or what --**
21     A. Correct.
22     **Q. -- what are you saying?**
23     A. Yeah. I don't -- I don't recall ever doing
24 this at --
25     **Q. And now looking at it, you can't interpret**

21

1  it for us.
2    A.  No.
3    Q.  Okay.
4       All right.  So just so I can -- your last
5  statement made was with internal affairs in -- that
6  was on December 15th, 2020.  Do you recall that
7  interview?
8    A.  I recall that interview.
9    Q.  And I think that was Trooper Kevin Ducote
10  and Sergeant James Jefferson.
11    A.  Okay.
12    Q.  Is that right?
13    A.  I believe so.
14    Q.  Yeah.
15    A.  This has been some time ago, so it is --
16    Q.  Sure, sure.
17    A.  -- it is --
18    Q.  And I just want to make sure this is your
19  story today.  In that -- in that interview, you said
20  you did not intentionally pull the trigger.
21    A.  No.  It was a reaction.
22    Q.  That -- well, explain that then.
23    A.  The reaction?
24    Q.  Yes.
25    A.  I had a reason to believe that my life was

22

1  in danger.  I thought I was gonna die.  I was aiming
2  in on the right side of the vehicle where the driver
3  had run, that I saw movement on the other side, and
4  I lost -- I couldn't see the guy's hands.  I could
5  just see a head popping over and I'm aiming in on
6  him.
7       And I had already started running in that
8  direction.  And as I ran towards that direction and
9  I saw that popping in and out from behind -- it was
10  dark on that side.  The light was coming from my
11  left and there was darkness on the other side of
12  where they were.  I could just barely see them
13  moving around.  I didn't realize how many people
14  were on that side.
15       And then as I started to approach, all of a
16  sudden, Mr. Dilley was on my left side, and I turned
17  and responded and addressed the threat at that
18  point, which was whatever was closest to me in the
19  situation.
20       And I believe it all occurred within three
21  seconds.  My reaction time was somewhat delayed in
22  responding to him as a direct threat.
23    Q.  So now are you saying you intentionally
24  shot him?
25    A.  I think it now becomes a matter of

23

1  semantics, and I think that that's what happened in
2  the IA interview, that it was three seconds' time.
3  I had no -- when I consider intention, it's a
4  thought process that goes through this is what I
5  intend to do, and I did not have that luxury at that
6  time.  It was purely a reaction to saving my own
7  life.
8    Q.  Okay.  We're going to go ahead and play a
9  clip from the -- that December 15th, 2020 interview.
10       MR. CAZAYOUX:
11          The first clip, page 13.  Yeah, full
12  thing.
13       (The following portion of recorded
14  interview was played at this time:
15       DOMINGUE:  My first incident was I
16  was gonna tase the guy that was running,
17  the origin -- the driver, 'cause he said
18  "now," and that's when I went after him,
19  but I wasn't fast enough.
20       When he got to the corner, he
21  opened the back door and reached into
22  the driver's side -- the passenger side,
23  and that's when I drew my weapon.  And
24  then I turned and the other guy was
25  already coming towards me.  I didn't

24

1  even see him until he was right next to
2  me.
3       I had my arm and my leg extended.
4  I think he made contact right there
5  because after that, we were falling to
6  the ground.
7       I don't know when the shot
8  happened.  I don't know if it happened
9  when he made contact there or when we
10  hit the ground.  I have no idea.
11       And I told them that at that time,
12  that I didn't even know that he was shot
13  until I was checking him again, 'cause
14  he kept yelling at me, "You tased me,
15  bro.  You tased me."  He kept laughing
16  at me and telling me nobody was coming
17  to help and all this other stuff.
18       So whenever he was laying on the
19  ground and Jefferson and McGehee got
20  there, I was checking him again to make
21  sure if they were gonna take the cuffs
22  off of him that he didn't have anything
23  on him, and that's when I found it.  And
24  I told them, "He's got a hole in him."
25       But up until that point, I had no

25

1  idea. I was aiming at the driver when
2  everything happened. And when he -- he
3  just appeared. He's a big guy. He just
4  like -- like, he was literally right
5  here whenever I finally noticed him, and
6  we just both went to the ground.)
7  BY MR. CAZAYOUX:
8     Q. So you heard that. Does that -- does that
9  refresh your recollection at all?
10    A. It does.
11    Q. And you -- in that you say you didn't even
12 know he was shot "until I was checking" on him,
13 right?
14    A. Correct.
15    Q. And but just now I think you said you know
16 you intentionally shot. I'm not -- I'm not
17 following you.
18    A. I didn't say that I -- that I knew that I
19 intentionally shot.
20       I'm saying that I reacted to the immediate
21 threat on my life at that moment. He was the
22 closest thing to me.
23    Q. So --
24    A. My whole body tensed up, and at some point
25 he was shot.

26

1     Q. Okay. But I'm -- I am confused, though.
2  You said there was a matter of semantics when we --
3  just now you said it was a matter of semantics when
4  you said accident and you had some statement about,
5  well, it wasn't thought out. It was a reaction.
6     A. Correct.
7     Q. All right. So now you're saying it's
8  reaction and you intentionally pulled the trigger;
9  is that right?
10    A. No. I'm saying that at that point, my
11 reaction was to tense up my body and to prepare
12 myself for the impact. And if -- that situation
13 occurred because I feared for my life, and at that
14 time, I don't know if that's when he was shot. I
15 don't know if he was shot when we hit the ground. I
16 don't know exactly to this day when the shot
17 actually occurred.
18       I knew that I had a weapon in my hand to
19 defend myself against all the other assailants. I
20 didn't know where they were. I was in a dark area,
21 it was late, and he was immediate threat to me at
22 that point.
23    Q. I need -- I need a yes or no answer. Did
24 you intentionally pull the trigger?
25       MR. KROUSE:

27

1       Objection --
2       THE WITNESS:
3          Yes.
4       MR. KROUSE:
5          -- to the form of the question.
6  BY MR. CAZAYOUX:
7     Q. Yes? Yes?
8     A. Yes.
9     Q. But here you -- we just heard, you said, "I
10 didn't even know he was shot until I was checking
11 him again."
12    A. I had my hand on my trigger at the sit --
13 at that time. My whole body tensed up. My hands
14 tensed up at the same time. That would then cause
15 the gun to fire. That's the only aspect that I can
16 give you in this situation.
17    Q. So that sounds like an accident, that your
18 hands tensed up, not intentional. So are you --
19 what are you saying?
20    A. I'm saying that I addressed the threat
21 closest to me to protect myself.
22    Q. Yeah. But you can't say, then, whether you
23 intentionally pulled the trigger or not. Is that
24 what you're telling us?
25    A. I can't say.

28

1     Q. And you also say in -- said in that little
2  clip you were aiming at the driver when everything
3  happened.
4     A. Yes, sir.
5     Q. So you weren't aiming at Mr. Dilley.
6     A. Correct.
7     Q. And finally -- I think this is the final
8  question regarding that. Oh, so you also said, "I
9  had my arm and my leg extended. I think he made
10 contact right there because after that, we were
11 falling to the ground."
12    A. Yes, sir.
13    Q. All right. But you know now after
14 watching -- I'm sure you've watched the video of
15 this. You know now that y'all never made contact,
16 right?
17    A. In the area that I felt that he made
18 contact, it's still blurred on the video and I
19 cannot tell whether he had or he hadn't.
20    Q. So it's your position today that he made
21 contact with you.
22    A. Yes.
23    Q. And he -- did he knock you down?
24    A. No. I think he hit my front -- either my
25 hand and my -- and the front part of my foot,

29

1  because they were both extended out in front of me,
2  as he continued to move forward.
3      Q.  And you didn't realize you had shot him
4  until Jefferson and McGehee got there and you were
5  checking him to make sure that nothing else was on
6  him before they took the cuffs off of him; is that
7  right?
8      A.  Correct.
9      Q.  And Jefferson and McGehee were the second
10 and third officers to arrive at the scene, right?
11     A.  Correct.
12     Q.  Thompson was the first; is that correct?
13     A.  Yes.
14     Q.  All right.  We're going to play another
15 clip for you.
16     MR. CAZAYOUX:
17         The full clip, page 68 through 71.
18         (The following portion of recorded
19 interview was played at this time:
20         INTERVIEWER:  So you didn't
21 intentionally pull the trigger.
22         DOMINGUE:  Correct.)
23     MR. CAZAYOUX:
24         Keep -- keep going.
25         (The following portion of recorded

30

1  interview was played at this time:
2          INTERVIEWER:  Explain to us what
3  happened then.  If you didn't
4  intentionally mean to pull the trigger,
5  then what happened?
6          DOMINGUE:  I drew my weapon to
7  defend myself.  When he came and he was
8  right here, I braced for impact and we
9  both hit the ground.  So it's either
10 when I braced or we hit the ground that
11 I thought, later on, after seeing the
12 hole in him, that the gun must have gone
13 off.  That's the only idea that I had
14 that would've caused that.
15         INTERVIEWER:  So --
16         DOMINGUE:  I didn't have time to
17 turn and fire on him.  Even with him
18 coming, I didn't have time.
19         INTERVIEWER:  So that's when you
20 realized that the gun must have went
21 off.
22         DOMINGUE:  Correct.
23         INTERVIEWER:  What does that mean?
24 When you said that, That's when I
25 realized the gun must've had -- must

31

1  have went off.
2          DOMINGUE:  When I saw that he had a
3  hole in him.
4          INTERVIEWER:  Okay.  But when you
5  say, must have went off.
6          DOMINGUE:  Because I had -- I knew
7  I had the gun in my hand, I knew that we
8  made impact, and now he has a hole in
9  him.
10         INTERVIEWER:  Okay.  And the gun
11 must have went off.
12         DOMINGUE:  Correct.  At some point
13 between the time that we made impact and
14 the time we got on the ground that
15 something had to have happened.  Because
16 I had my gun in my hand and now he has a
17 hole in him.  So it either happened when
18 we made impact or when we
19 (unintelligible) hit the -- on the
20 ground.
21         INTERVIEWER:  So are you describing
22 an accident?
23         DOMINGUE:  Yes, in that situation,
24 because I didn't know.  I didn't
25 purposely aim at this person coming at

32

1  me and shoot at him.  He was coming at
2  me.  I wasn't fast enough to turn.  I
3  couldn't -- I couldn't address it, but I
4  did have a gun in my hand for the
5  driver.  So, I mean --
6          MALE SPEAKER:  (Unintelligible) you
7  thought was the driver.
8          DOMINGUE:  Yes.  But, I mean,
9  putting it all together, I don't believe
10 that -- and seeing a hole in him, that
11 he drove up to the scene with a hole in
12 him.  So that's the only contention I
13 can make that I -- the gun must have
14 gone off at some point with him making
15 contact with me or making contact with
16 the ground.
17         INTERVIEWER:  So the gun did go
18 off.
19         DOMINGUE:  Yes, at some point.
20         INTERVIEWER:  (Unintelligible.)  I
21 want to be clear, because you just kind
22 of said something.  So you're saying
23 that you thought Dilley was the driver?
24         DOMINGUE:  No, no, no.  I was
25 aiming at the driver.  I never turned

33

1     and faced Dilley and addressed him. He
2    was already -- I couldn't turn fast
3    enough. He was already here. I just
4    braced for impact. We hit the ground.
5       So somewhere between the time that
6    we made impact and the time we hit the
7    ground, at some point it must have gone
8    off. I didn't hear it. He didn't hear
9    it. Apparently, the other passenger
10   didn't hear it. None of us heard it.
11      So I don't know when it actually
12  went off, other than y'all showed me on
13  the tape and telling me this is where it
14  had to have happened.)
15 BY MR. CAZAYOUX:
16  **Q. All right. You heard that. Several times**
17 **you said that you were aiming at the driver and that**
18 **you did not aim at Dilley because you weren't fast**
19 **enough.**
20  A. Yes, sir.
21  **Q. You heard that?**
22  A. Yes, sir.
23  **Q. And that's still your contention today.**
24  A. Yes, sir.
25    MR. CAZAYOUX:

34

1     Let's play the next video, please.
2    (The following portion of recorded
3  interview was played at this time:
4    DOMINGUE: Yeah. (Unintelligible.)
5    INTERVIEWER: You just said that
6  you saw him open the --
7    DOMINGUE: Right.
8    INTERVIEWER: -- car door and reach
9  for something. That doesn't happen.
10    DOMINGUE: I don't know what to
11  say. I mean, he -- he was at that
12  passenger window when I got to that
13  corner. And I -- all I saw was his
14  hands reach in. The back door was open.
15  I don't know -- I don't know what else
16  to say is that I lost sight of his hands
17  and I got scared. I thought, This is
18  it.)
19 BY MR. CAZAYOUX:
20  **Q. So you heard that. Is there anything you**
21 **can add to what you answered there?**
22  A. No. This is, again, the most traumatic
23 thing that's ever happened to me. And I didn't have
24 the benefit that we have today to go back and look
25 at everything and see things from a bird's-eye view

35

1 and know all what we know today. I had to respond
2 and react within, I think, three seconds. Three
3 seconds to decide on whether I was gonna live or
4 die.
5    MR. CAZAYOUX:
6    All right. Let's play the next clip,
7  please.
8    (The following portion of recorded
9  interview was played at this time:
10    DOMINGUE: And then I said, "Keep
11  your hands on the hood." And he looked
12  at me and he said, "Now." And then he
13  took off and I bolted for him.
14    And when that back door opened, I
15  felt like -- I just kept thinking, Rear
16  pillar, rear pillar. Like that was the
17  only thing I had to -- because there was
18  a -- it's not there now, but there was a
19  dumpster to my right.)
20  MR. CAZAYOUX:
21    Keep playing it. One more line.
22  Well, that's okay.
23 BY MR. CAZAYOUX:
24  **Q. And then you -- then you say, "And I didn't**
25 **want to go to my left."**

36

1    **But let me ask you this: What are you**
2 **talking about there, "I felt like -- I just kept**
3 **thinking, Rear pillar, rear pillar." What were**
4 **you -- what were you trying --**
5  A. The rear pillar of the vehicle. Because I
6 had no -- I had no -- I was out in the open. I had
7 nowhere to go.
8  **Q. And is that -- is that the direction you**
9 **were heading?**
10  A. Yes. The rear pillar of the -- of the
11 vehicle in front of me would have been the only
12 thing I could have used to stop a bullet that was
13 coming towards me. And I couldn't -- I couldn't
14 move at that point.
15  **Q. But how -- so you're saying -- now you're**
16 **saying it's the rear pillow -- pillar of the Saturn?**
17 **Is that what you're saying?**
18  A. Yes.
19  **Q. And but in here you say, "And when that**
20 **back door opened, I felt like -- I just kept**
21 **thinking, Rear pillar, rear pillar."**
22  A. Yes, sir.
23  **Q. That back door open, how is that -- how is**
24 **that gonna help you to be at the back of the Saturn?**
25  A. The rear pillar is the back of the vehicle.

37

1    The rear door on the right side had opened.
2        Q.   I think you're talking about the back door
3    of the passenger side.
4        A.   On the right side of the vehicle, yes.  It
5    would have been --
6        Q.   I'm sorry.  Excuse me.  On Dilley's side.
7        A.   No.  It was on the other side.
8        Q.   That's not what you're talking about here
9    then.
10       A.   Correct.  Behind the passenger seat.
11           MR. CAZAYOUX:
12               All right.  Let's go ahead and play
13           the next clip, please.
14               (The following portion of recorded
15           interview was played at this time:
16               INTERVIEWER:  You're testifying
17           today that you didn't see him until he
18           was right up on you.
19               DOMINGUE:  Yes.
20               INTERVIEWER:  Okay.
21               DOMINGUE:  I was focused in on the
22           other guy.
23               INTERVIEWER:  And if you're
24           testifying today that you didn't see him
25           until he was right up on you, why didn't

38

1    you say that in your statement when the
2    incident first happened?
3           DOMINGUE:  He had it in -- he had
4       it in his hand like this when he -- he
5       came up.  He had (unintelligible) he was
6       right here and he had -- whatever he had
7       was in his left hand.  And that's all I
8       saw.  And then we -- we were on the
9       ground.  I mean, that was -- it was that
10      quick.
11          INTERVIEWER:  So did you notice
12      something in his hand?
13          DOMINGUE:  Yeah.  He had something
14      black in his hand.  I don't know what it
15      was.  But he was -- it wasn't -- it
16      wasn't anything we could address at that
17      point.  It was just the fact that he was
18      in -- he was coming at me.  That's it.
19      What he had didn't even focus in my
20      brain at that time.  It was just, He's
21      coming at me --
22          INTERVIEWER:  So --
23          DOMINGUE:  -- and this is it.)
24   BY MR. CAZAYOUX:
25       Q.   And so the question I asked when I asked

39

1    there is you said you saw something in one of his
2    hands.
3        A.   His left hand.
4        Q.   But it didn't -- you weren't concerned
5    about that at that point because you -- it was so
6    quick.
7        A.   It was too close.  I couldn't -- I
8    couldn't -- I couldn't do anything about it.  He
9    was --
10       Q.   Yeah.
11       A.   -- too close to me.  I couldn't -- I didn't
12   have time.
13       Q.   Yeah.  In your report you said it was a
14   cell phone.
15       A.   I had found --
16       Q.   Right?
17       A.   -- yeah.  Later I was able to tell --
18   determine it was a cell phone because I got it out
19   of his hand once he was on the ground.
20       Q.   Do y'all have any training about -- because
21   I saw another incident report or use of force report
22   that you had, and you had in that that he had an
23   unknown black object in his hand.
24           Did you -- do y'all have any training about
25   how to identify objects in hands or specifically

40

1    cell phones since now everybody has a cell phone?
2        A.   Not really.  We did do a little bit of
3    training if someone else who wasn't involved in the
4    stop comes out with a cell phone and they're trying
5    to get video of the situation or whatever, how to
6    keep them in your line of sight.
7            In this type of situation, we're only
8    taught to address the immediate threat.  Once you
9    give the command to stop, if they don't stop, that
10   is your immediate threat.  And that was more the
11   situation in this sit -- in this particular
12   incident.  Yelled "Stop, stop, stop" and nothing
13   stopped.  Everybody continued to move in the
14   directions they were moving and . . .
15       Q.   The object in his hand was irrelevant to
16   you.  Is that what you're saying?
17       A.   It was something that could have caused me
18   harm just with his pure size.  I mean, he's -- he's
19   a big guy.  I'm five-four.  I mean, he -- he was
20   towering over me and his hands were up above me.  So
21   whatever it was, at any point, just for his sheer
22   size, he could have -- he could have hurt me really
23   bad.
24       Q.   You thought he could have used it to hit
25   you with it?  Is that what you're --

**41**

1    A.  Whatever --
2    Q.  -- saying?
3    A.  Or whatever it was.  I don't know.  It
4  could have been anything at that point.  He was just
5  too -- he was so close to me at that point and
6  obviously so much bigger than me.
7       And he's coming from the side of light, so
8  I can -- I can kinda see him.  I can see his size
9  and I can see what he has.  I see that he had
10  something in his hands and he had his hands up,
11  braced like that coming towards me with his hands up
12  to his chest.
13    Q.  In his -- in Mr. Dilley's deposition, he
14  said he had a cell phone in his right hand.  Is
15  that --
16    A.  It was in his left hand.
17    Q.  And you talked about this earlier, but you
18  said that you realized that the driver -- and his
19  name was Mr. Mire; is that correct?
20    A.  Yes.
21    Q.  You realized that the driver was young --
22    A.  Yes.
23    Q.  -- as you were talking to him.  And I think
24  you characterized it in your interview with IA on
25  the 20th that it was a good conversation.  You were

**42**

1  having a good conversation with him.
2    A.  Yes, sir, I thought so.  He was -- he
3  seemed to be forthcoming with information about that
4  he had been drinking and smoking, and I could smell
5  it on him.  He was -- he was very forthcoming with
6  the information.
7    Q.  And that you were -- while you were nervous
8  when you were first turning onto Potwin, that when
9  you started talking to him, "I felt like, okay, he's
10  listening to me."  And I think you meant you were no
11  longer concerned at that point or nervous; is that
12  right?
13    A.  The first concern was he jumped out of the
14  vehicle.  And that's not something that we normally
15  see.
16       And then he reached into the car really
17  fast and I didn't know what he was reaching for, so
18  that was the first thing that put me on edge.  And
19  then he told me he had his driver's license and he
20  started walking towards me.  And I told him to stop
21  and he kept walking, and he had his hands up in
22  front of him.  And then he walked over.  He's like,
23  "I'm just giving you this."
24       So I -- that -- that part, once he got up
25  to the car and he put his hands up on the hood, I

**43**

1  felt that he was complying.
2    Q.  And, again, you said, "He and I were having
3  a good conversation."
4    A.  Yes.
5    Q.  Is that right?
6    MR. CAZAYOUX:
7       I think we need to play it anyway.  I
8  apologize.  Go ahead and play that next
9  clip, the full clip.
10    MR. GETHERS:
11       Start on page 35?
12    MR. CAZAYOUX:
13       Page 35, yes, sir.
14       (The following portion of recorded
15  interview was played at this time:
16       DOMINGUE:  So I didn't think to --
17  to call for any backup because that was
18  gonna be my -- that was my factor at
19  this point.  Okay?
20       So I smelled the weed.  There's
21  probably not enough in it to do
22  anything.  He's admitted he's been
23  drinking.  He admitted they had all been
24  drinking, that no one could drive the
25  car for him, so I would just tow the

**44**

1  vehicle and then everybody would be
2  safe, 'cause these guys will be off the
3  road and he'll learn his lesson and
4  he'll have to go get -- and so I didn't
5  think anything more of it, that anything
6  more was gonna come of it.
7       He and I were having a good
8  conversation.  I didn't feel that
9  anything was gonna go wrong at this
10  point.
11       I was nervous turning onto this
12  road because of my situation that
13  happened earlier.  But when I started
14  talking to him, I felt like, okay, he's
15  listening to me now, I got him here at
16  my car, we're gonna figure this out.
17       INTERVIEWER:  So when did that
18  change?
19       DOMINGUE:  When he said, "Now."
20  Because obviously there was a plan for
21  something to happen.
22       INTERVIEWER:  So explain that to
23  me.
24       DOMINGUE:  I wasn't gonna let him
25  get away.  Like, whatever was gonna

45

1    happen, I needed to be ready. I
2    couldn't be in the same spot from when
3    he called "now" because that's part of
4    the training, don't be in the same spot.
5        So I got out. I went after him.
6    And when he started reaching the car, I
7    couldn't see him. I couldn't see what
8    he was doing, so I defended myself.
9        And I looked to my left. There was
10   somebody right next to me and we were
11   going down. I knew it. And I just -- I
12   asked him to stop -- I told him to stop.
13       And then we were on the ground and
14   I was trying to figure out what happened
15   from there, where everybody went. It
16   was so quick. Like, it was like a snap
17   quick, and I wasn't fast enough.)
18   BY MR. CAZAYOUX:
19       Q.  So a couple things I wanted to ask about
20   that. So you didn't need -- you didn't feel like
21   you needed to call for backup.
22       A.  He was -- he just kept telling me he didn't
23   know any of the guys in the car. And that was the
24   only reason that I would have thought to question
25   him a little longer. And then I was waiting for his

46

1    information to come up on the screen, because his --
2    his stuff had not come through.
3        And he said that he didn't -- I asked -- he
4    said he didn't have any weapons on him, and I
5    checked him and he didn't have any weapons. I asked
6    him if there was any weapons in the car and he said,
7    "I don't know those guys. I don't know what they
8    got."
9        So I said, "Just wait here." And that's
10   when he put his hands on the hood. And as soon as
11   he did that, that's when he gave the command "now"
12   and took off.
13       Q.  But you knew that there were multiple
14   people in the car, but you didn't feel like you
15   needed to call for backup; is that right?
16       A.  I have never had multiple people run out of
17   a vehicle on a routine traffic stop in the middle of
18   the night behind -- in an alleyway. No, I had not
19   seen that before.
20       Q.  You also said in there, in this last clip,
21   "I wasn't gonna let him get away." What does that
22   mean?
23       A.  It was a traffic stop and he was in the
24   wrong. Something was wrong. He had been drinking.
25   He -- I mean, they -- like I said, I could smell the

47

1    marijuana coming out of the car. You could smell it
2    on him.
3        So as part of my duties as a law
4    enforcement officer is to stop that from happening,
5    so I would have arrested him.
6        Q.  Well, but you -- you were talking about
7    when he ran. You say, "I wasn't gonna let him get
8    away" when he ran. You didn't say when he ran, but
9    that was the gist of the statement.
10       A.  What is your question?
11       Q.  You just answered the question regarding
12   what you were planning to do with him. I'm asking
13   you -- you said, "I wasn't gonna let him get away,"
14   and that -- that was with respect to after Mire,
15   after the driver yelled "now."
16       A.  Yes, sir.
17       Q.  All right. What did you mean by "I wasn't
18   gonna let him get away"?
19       A.  He would have been arrested.
20       Q.  So you were going to run after him and
21   arrest him? Is that what you were planning on
22   doing?
23       A.  Yes, sir.
24       MR. CAZAYOUX:
25           We're going to skip the next clip and

48

1    go to page 74.
2        (The following portion of recorded
3    interview was played at this time:
4        INTERVIEWER:  Any reason why you
5    didn't tell detectives -- why didn't you
6    tell detectives that it was an accident,
7    that your -- that you -- what you just
8    told us, that obviously it was an
9    accident and you didn't mean to --
10       DOMINGUE: I did.
11       INTERVIEWER: -- (unintelligible).
12       DOMINGUE: I told them that. I
13   said, I didn't even see him until he was
14   right on me, and I didn't even notice
15   that he had been shot until I noticed a
16   hole in him. I told them that over and
17   over again.
18       INTERVIEWER:  But you just told us
19   that it was an accident and you didn't
20   intend to pull the trigger.
21       DOMINGUE:  That's the same thing.
22   I had no idea -- I never aimed in at
23   Dilley, ever.
24       INTERVIEWER:  Well, actually, you
25   did. The video shows that you pointed

**49**

1 at Dilley and almost tracked him for a
2 second or so.
3     DOMINGUE: My recollection of what
4 happened that night is exactly what I
5 told you.)
6 BY MR. CAZAYOUX:
7   **Q. So you did not tell the detectives ever**
8 **that it was an accident, correct?**
9   A. Correct.
10   **Q. And you said several times during the**
11 **interview, the IA interview, just kind of what you**
12 **just said there, that this is what you saw out**
13 **there. Would you agree that if you just had the**
14 **benefit of the video that the shooting of Mr. Dilley**
15 **was not justified?**
16     MR. KROUSE:
17     Objection to the form of the question.
18 BY MR. CAZAYOUX:
19   **Q. You can answer.**
20   A. Can you rephrase?
21   **Q. If you just had the benefit of the video,**
22 **just if you're looking at the video, would you agree**
23 **that the shooting of Mr. Dilley by you was not**
24 **justified?**
25     MR. KROUSE:

**50**

1     Same objection.
2     You can answer the question if you
3 can.
4     THE WITNESS:
5     Oh, okay. I feel like in the
6 situation, I didn't have a choice.
7 BY MR. CAZAYOUX:
8   **Q. That's what you're saying when you're --**
9 **when we're talking about "what I saw out there."**
10 **But I'm talking about now that you've had a chance**
11 **to review --**
12   A. I can't make --
13   **Q. -- the video.**
14   A. -- a decision based off something that I
15 see after the fact, because I didn't have that
16 knowledge at the time. I responded to the closest
17 threat to me.
18     And I don't know -- I mean, there's so many
19 other human factors that go into the situation that
20 occurs that you just look at a video and they
21 say Monday morning quarterback and say, Oh, I
22 should've done this; I could've done that. Oh,
23 look, there's more lighting here. There looks like
24 there's more space there.
25     There's nothing in that exact moment that

**51**

1 could have helped me make the decision any
2 different.
3     And I'm sure as your client, if he'd have
4 known all this stuff would have happened, he
5 wouldn't have listened to the driver either. I
6 mean, that's the one person that put us all in this
7 situation is the driver himself.
8     MR. CAZAYOUX:
9     All right. Let's go ahead and play
10 the next clip, please.
11     (The following portion of recorded
12 interview was played at this time:
13     INTERVIEWER: So, Kasha, based on
14 those three troopers that arrived at the
15 scene shortly after the shooting, they
16 all three mentioned that -- that you
17 told them that Dilley was charging you
18 or running at you.
19     I can see that perception when he
20 immediately gets out the unit and you're
21 running toward him. I can see that.
22     But they all say that it was on the
23 right side of your unit that you told
24 them that he was charging you, he was
25 coming at you, you dropped to a knee,

**52**

1 took a firing position and shot him.
2 They all said that.
3     DOMINGUE: I don't remember telling
4 anybody that. I remember Barry telling
5 me that that's what he thought
6 happened.)
7 BY MR. CAZAYOUX:
8   **Q. So are you saying that these three**
9 **troopers' recollection of what you told them is not**
10 **accurate?**
11     MR. KROUSE:
12     Objection to the form of the question.
13     THE WITNESS:
14     Can you rephrase that? I don't --
15 BY MR. CAZAYOUX:
16   **Q. They all said the same thing, that you were**
17 **on the right side of your unit and that you told**
18 **them that he was charging at you, you dropped to a**
19 **knee, took a firing position and shot him. Are you**
20 **saying you never told that to the three --**
21   A. I don't recall saying that, no.
22   **Q. And you also say, "I remember Barry telling**
23 **me that that's what he thought happened."**
24   A. Yes, sir. He told me he was an
25 investigator and he could see that there was blood

**53**

1 on the ground and there was blood on my knee so that
2 I had to have taken a position there and that's
3 probably because of our training, what I should have
4 done or what I would have done.
5     And I kept telling him, It was so fast.
6 Obviously, yes, I was here at some point on my knees
7 because as you pointed out, there is blood here.
8 But that -- I don't know what occurred at that point
9 at that time. But I told them that he was running
10 in my direction and I responded.
11     My heart was pounding at this situation.
12 Like, literally, this is the most traumatic -- and I
13 still struggle with it, obviously. I still -- every
14 time I gotta relive this over and over and over
15 again, recognize that that was like the last moments
16 of my life that I thought I was dealing with with
17 that situation. I just wasn't even present
18 afterwards.
19     MR. CAZAYOUX:
20         Let's play that next clip on page 55.
21         (The following portion of recorded
22     interview was played at this time:
23         INTERVIEWER: So do you recall if
24     you definitively told Barry where you
25     were?

**54**

1         DOMINGUE: No. I never said I was
2     definitely right here or I was
3     definitely there because I didn't know.
4     I had no idea at all.
5         I don't -- and like I said, I know
6     I only told one of them that he's got a
7     hole in him. So I never said that he
8     was shot or that I shot him or that -- I
9     just said he was running at me. And
10     then later on when I was checking, I
11     noticed that he had a hole in him. And
12     he said the ambulance is on the way.)
13 BY MR. CAZAYOUX:
14     **Q. So in this, you specifically say you never**
15 **even said that you knew you shot him.**
16     A. What's your question?
17     **Q. Is that correct? Is that what you said**
18 **here?**
19     A. Say it -- say it again.
20     **Q. "So I" -- in this, you're talking about**
21 **your discussion with Barry. And you said, "I never**
22 **said that he was shot or that I shot at him."**
23 **Correct?**
24     A. I believe I said that he had a hole in him
25 at that moment.

**55**

1     **Q. And not -- so specifically that he had a**
2 **hole in him, but that you didn't shoot him, right?**
3     A. Those were my words to them upon finding
4 it. And they told me the ambulance was already en
5 route.
6         My concern at that point was that he was
7 injured and I wanted to make sure that somebody knew
8 something. And they --
9     **Q. Say -- say that again? You're concerned at**
10 **what point that he was injured?**
11     A. When I saw the hole, that there was an
12 injury. So when I told the other troopers, they
13 told me the ambulance is on their way.
14     MR. CAZAYOUX:
15         Let's play the next -- not the next
16     one. Excuse me. Let's go to page 61.
17         (The following portion of recorded
18     interview was played at this time:
19         INTERVIEWER: Because this is
20     when -- and this is according to Barry.
21     When he first got to the scene -- and we
22     spoke with him -- you said -- he said
23     that you began to demonstrate how the
24     passenger exited the rear driver's side
25     door and ran around the vehicle to the

**56**

1     passenger side.
2         At this location, he opened the
3     rear passenger door and began to reach
4     inside. She drew her taser and began to
5     shout loud verbal commands for him to
6     show his hands.
7         Upon his failure to comply with her
8     instructions, she retreated backward in
9     the direction of her patrol vehicle.
10     She transitioned from her taser to her
11     firearm and dropped to her right knee
12     near the front passenger side tire of
13     the vehicle.
14         The passenger then began running
15     toward her. All the while, she was
16     shouting loud verbal commands for him to
17     stop. Due to his noncompliance to stop,
18     she fired a single gunshot from her
19     primary service firearm while in a
20     kneeling position.
21         So that's what you explained to him
22     the night at the scene.
23         You also gave a -- pretty much the
24     same account to several troopers that
25     were on the scene that night, that same

57

1  account that you -- you dropped to the
2  knee, you were on the right side of your
3  vehicle, you dropped to your knee. He
4  was char -- Dilley was charging at you,
5  and that's why you fired.
6      DOMINGUE: But I didn't say that.
7  That's my only thing.
8      We had an interview the next day,
9  and Bill Cox was there. And Barry kept
10 yelling at me and telling me that this
11 is what happened, that I just needed to
12 admit it and that -- and he kept saying
13 over -- he said, "I am a seasoned
14 detective. I know what happened from
15 the evidence out there. You just said"
16 and he kept saying that I said
17 something.
18     And Bill Cox stopped the interview.
19 He said, "Barry, we're all sitting here.
20 None of us heard any of that."
21     And he started screaming at me,
22 "You just said this."
23     And then he pulled me out and said,
24 "That's it. We're done with this."
25     He already had his plan of what was

58

1  gonna happen and how it happened. And I
2  was trying to give him anything he
3  wanted, but I did not say those things
4  to him.)
5  BY MR. CAZAYOUX:
6      Q. So is that still your testimony today
7  that --
8      A. I think shortly after this too, when I said
9  "He pulled me out of there," I was in this interview
10 with Attorney Floyd Falcon. And Floyd Falcon
11 states, "You need to stop listening to Barry and
12 listen to the actual audio recordings of what
13 occurred." Because he had worked with Barry before
14 and his issues that he had with him, that he needed
15 to recognize that each time that I had spoken with
16 them that things kept changing and that my --
17 everything that I had said remained the same.
18     So I don't recall speaking with Barry but a
19 few minutes out there at the scene where he told me
20 what he saw as an investigator what could and should
21 have and would have happened based on what he saw.
22     And I kept telling him, "I don't remember.
23 It was so fast. It was so fast."
24     And he said, "That's why I'm here. This is
25 what I do. I put the pieces together, and I'm gonna

59

1  tell you what happened."
2      And they started talking -- all -- all the
3  troopers were together at that point. I was put in
4  a different vehicle and brought somewhere else,
5  brought to CID while they all stayed out and
6  discussed what was going on, and from what I
7  understand now, that they marked the scene at that
8  point.
9      Q. In his report, Mr. Barry Ward's report,
10 this DPSC investigative report page 9, DPSC
11 Investigation 9, and we're going to attach this as
12 an exhibit. We'll just do it as Exhibit 2.
13     MR. KROUSE:
14         The entire report or just that page?
15     MR. CAZAYOUX:
16         The entire report, entire report.
17 BY MR. CAZAYOUX:
18     Q. And in that report, he also says you
19 observed -- she, "She observed the rear driver's
20 side passenger exit and run around vehicle to the
21 passenger side."
22     So in this, he's saying that Mr. Dilley ran
23 from -- got out of the car and ran to the other side
24 of the car. That's what he said you said.
25     A. What is your question?

60

1      Q. Did you say that?
2      A. Say it again.
3      Q. "She observed the rear driver's side
4  passenger exit and run around the vehicle to the
5  passenger side."
6      A. I didn't see where he -- when he exited.
7      Q. Now, we're talking about Mr. Dilley at this
8  point.
9      A. I didn't see when he exited the car.
10     Q. "He opened the rear passenger door and
11 began to reach in."
12     Did Mr. Dilley -- did you tell him that --
13     A. No. It was the --
14     Q. -- Mr. Dilley --
15     A. It was the -- whoever was on the opposite
16 side, the right side, the passenger side, that's who
17 I was aiming it at. That's who I was addressing.
18     Q. "She approached him at that time, while
19 drawing her issued taser."
20     A. No. I never drew my taser.
21     Q. And you never said you drew your taser.
22     A. I don't believe I ever said that. I always
23 had my taser in the front. And I had my hand on my
24 taser when I was talking to the driver at the
25 beginning. And in his first response to run, that

61

1  would have been my response to tase. But then when
2  I got around the vehicle and I saw where they were
3  on the opposite side, I went for my weapon.
4      Q. But you never -- so you never grabbed your
5  taser.
6      A. I grabbed it. I didn't draw it.
7      Q. "She gave him multiple loud verbal" --
8  "verbal commands for him to show his hands." And
9  we're talking about Dilley.
10      A. No. Talking about the guy -- the driver.
11  "Hands," I just said, "hands, hands, hands." And
12  then their -- I didn't -- they didn't comply. They
13  were going back and forth on the other side of the
14  vehicle in the dark. And that's who I'm aiming in
15  on. And I yelled, "Stop, stop, stop." And all of a
16  sudden, the -- Dilley was on my left side.
17      Q. And "When the passenger failed to do so,
18  she retreated backward and took up a kneeling
19  position near the front passenger quarter panel of
20  her patrol vehicle." Did you tell him that?
21      A. I don't recall ever telling him that.
22      Q. "She then transitioned from her taser to
23  the firearm."
24      A. You'll hear in the interview that Floyd
25  Falcon actually says that I've never used that

62

1  terminology, that that was Trooper Ward's
2  terminology, and said that that's what we're trained
3  to do. You're trained to transition from one to the
4  other. And I would've not -- I just would not have
5  used that terminology.
6      Q. So you wouldn't have used the terminology
7  "transition" then, right?
8      A. No, sir.
9      Q. And at that -- "At that time, the passenger
10  began turning [sic] toward her, all the while while
11  [sic] she was telling him to stop."
12      A. Yes, sir.
13      Q. Did you say that?
14      A. I said, "Stop, stop, stop," yes. For
15  everyone to just stop what was happening.
16      Q. "As the passenger approached her position,
17  she fired a single gunshot striking him in an
18  unknown location."
19      A. I don't remember the shot. I just remember
20  reacting --
21      Q. Okay.
22      A. -- to the closest threat and bracing myself
23  for the impact.
24      Q. All right. So that was in Mr. Ward's
25  report. And that was what he said you told him at

63

1  the scene, but you're saying you didn't tell him
2  that.
3      A. I don't recall speaking to him about any of
4  this other than him telling me what he believed
5  happened.
6      Q. All right. Let's go to the -- before we
7  get to that, Mr. Ward, Trooper Ward, Detective Ward
8  asked you on July 10th, 2018 in that interview, he
9  said, Walk me through what happened, what was going
10  on, where were you, in as much detail as you can.
11      And this is -- we're gonna skip part of --
12  the part where you talk about the stop, the Potwin
13  and all of that, you know, and we're gonna go
14  straight to right before he bolts. Okay?
15      A. Yes, sir.
16      (The following portion of recorded
17  interview was played at this time:
18      DOMINGUE: Put your hands on the
19  hood. And he just bolts.
20      Now, when he runs off, I come
21  around the corner of my door and I grab
22  my taser, and he goes to the opposite
23  side on the passenger side front and
24  rear door and opens up both the doors
25  and says, "Now, now." And I don't know

64

1  at this point what's happening.
2      He leans in, so I'm thinking, Okay,
3  I'm about to get shot.
4      I backed up. And at some point,
5  and I don't remember how or when, I
6  transitioned and grabbed for my weapon.
7      I noticed that this door opened on
8  this side and now there's a guy going
9  out this way towards me.
10      And I backed up to the left, and
11  he's heading towards me this way. And I
12  backed up to the right and I said,
13  "Stop, stop, stop."
14      And he had something in his hand,
15  but he had his other hand back. And he
16  was a big guy. And they were -- I
17  don't -- there was just something that
18  wasn't right.
19      And I -- he starts coming towards
20  me and I backed up. And I don't know if
21  I tripped or purposely took a knee or I
22  don't know how it happened, but at some
23  point, I fired. And I don't know if I
24  had hands on him at that point. I know
25  we were close.)

65

1 BY MR. CAZAYOUX:
2 Q. So this was -- you gave this interview the
3 night of July 10th. And I say the night. That's
4 the --
5 A. This is after Barry and I had talked about
6 what he saw at the scene.
7 Q. Okay. And at this point, you hadn't had a
8 chance to review the surveillance video, the store
9 surveillance video; is that correct?
10 A. No, I had not.
11 Q. And just for the record, you had reviewed
12 that video when you gave your IA interview in
13 December of 2020; is that right?
14 A. Only in this section. I saw it full speed
15 one time during this interview.
16 And actually, when everything happened, I
17 told -- this -- the wording that he's use -- I'm
18 using here is the wording that he told me what
19 happened out there on the scene. And I told him
20 prior to this many times, "I don't remember. I
21 don't remember. This was so fast."
22 I had three hours of sleep when I gave this
23 interview.
24 So after when I kept telling him, "I don't
25 remember, I don't remember a lot of this stuff that

66

1 happens," he tells me over and over again, "We
2 discussed this. I told you what happened. I've
3 explained it to you. I've" -- you know, "We
4 discussed this." You told me out there this. You
5 told me out there that.
6 And I kept telling him, "I don't even
7 remember talking to you."
8 Q. But my question right now is not regarding
9 Barry. My question is: The December 2020
10 interview, you had seen the video multiple times.
11 A. No. I saw the video one time during this
12 interview. That's the only time I had ever seen
13 that video.
14 Q. And you were represented by defense
15 counsel, criminal defense counsel, and you had never
16 reviewed that before?
17 A. They told me that they couldn't get it. I
18 had John McLindon. I had Floyd Falcon. None of
19 them told me that they had access to any videos.
20 Q. So let's go -- let's -- back to this last
21 clip. You say, "Now, when he runs off . . . I grab
22 my taser." You heard you say that.
23 A. Uh-huh.
24 Q. "I grabbed it." Oh. So you're saying --
25 now you're saying, I grabbed it but didn't pull it?

67

1 A. Correct.
2 Q. All right. But then you say, "I
3 transitioned." Do you remember that?
4 A. That was -- that was the terminology he
5 told me when we were out on the field. So if I had
6 my hand on -- he told -- he said, "If you went from
7 one to the other, that's called a transition."
8 So I had my hand on it prior to. But when
9 I came around and I saw that the -- the other two
10 people on the other side were a threat to me, I drew
11 my service weapon thinking that I was gonna die at
12 that exact moment. So I was addressing the -- what
13 was going on on the right side of the vehicle, the
14 passenger side of the vehicle.
15 Q. So you use this term "transitioned" to
16 indicate that you were getting ready to pull your
17 taser and then decided to pull your gun? Is that
18 what you mean?
19 A. Correct. I had my hand on my taser in my
20 vehicle while I was talking to the driver. And then
21 when I got out of the vehicle and begun to run, I
22 went to my right side instead.
23 Q. And now you're saying that the only reason
24 you used the term "transition" is because Trooper
25 Ward, Detective Ward told you that?

68

1 A. On the scene he told me, "When you go from
2 one to the other, that's what it's called."
3 Q. Because you weren't familiar with that
4 term.
5 A. I was not. I had not drawn my service
6 pistol before this but maybe twice on a stop with
7 other troopers.
8 MR. CAZAYOUX:
9 Page 59 and 60 clip, please.
10 (The following portion of recorded
11 interview was played at this time:
12 DOMINGUE: I think I didn't know --
13 I think I didn't have anywhere else to
14 go. I think I hit the back of the car
15 backing up and then trying to go to the
16 left and trying to go to the right, and
17 then he started coming towards me and
18 then we both kind of went off to the
19 right side.
20 INTERVIEWER: Okay.
21 DOMINGUE: So I figured if he was
22 gonna run out the other way if he was
23 running away, or he was gonna come right
24 at me. One way or the other, I needed
25 to get the engine between me and him and

69

```
 1    an engine between me and the other two
 2    because I don't see them anymore.
 3         So I don't know which way he's --
 4    he's coming or going, and I don't have
 5    any other cover.  I knew that --
 6         INTERVIEWER:  Okay.
 7         DOMINGUE:  -- at that point.
 8         INTERVIEWER:  Okay.)
 9    BY MR. CAZAYOUX:
10    Q.  So this is in reference to you talked about
11    backing up.
12    A.  I was never able to back up.  I think I
13    froze.  I was moving forward and I could not go
14    anywhere else.
15    Q.  So the fact that you -- "I think I hit the
16    back of the car backing up," that's not accurate.
17    A.  That was later on when I put -- took the
18    other -- there was another person that was still in
19    the car.
20         The events happened but not in the sequence
21    that I was remembering at that moment.  And, again,
22    I kept telling him, "I don't remember.  I don't
23    remember."
24         I had just been through a very traumatic
25    experience.  I just felt -- and I told them that I
```

70

```
 1    felt like even in that moment when I got there, I
 2    still wasn't sure that I was still alive.  I was
 3    terrified.  And I kept telling him, "I don't
 4    remember everything that happened."
 5         He said, "We're gonna work through it.
 6    That's what I'm here for."
 7    Q.  And you say -- this is what you say:  "I
 8    think I didn't have anywhere else to go.  I think I
 9    hit the back of the car backing up and then trying
10    to go to the left and trying to go to the right, and
11    then he started coming towards me."
12         You're not talking about the other
13    passenger that remained in the car.  You're talking
14    about Dilley here.
15    A.  I don't remember giving that.  I don't
16    remember saying that.  All I remembered was that he
17    was right there with me and there was nowhere for me
18    to go.
19    Q.  Okay.
20    A.  At all.
21         MR. KROUSE:
22         When you say "he," who did you --
23         THE WITNESS:
24         Oh.
25         MR. KROUSE:
```

71

```
 1         Who are you referring to?
 2         THE WITNESS:
 3         At that point, Dilley.
 4         MR. CAZAYOUX:
 5         All right.  Let's go to the next clip,
 6    please.
 7         (The following portion of recorded
 8    interview was played at this time:
 9         INTERVIEWER:  Do you recall the
10    troopers that arrived on the scene
11    giving them any detail about the
12    shooting?
13         DOMINGUE:  Yeah.  I told one of
14    them, I said, The one that's on the
15    ground thinks he's been tased.
16    (Unintelligible.)  He's been hit.  I got
17    him.  I know I got him.  But at that
18    point, I don't know where --
19         INTERVIEWER:  Okay.
20         DOMINGUE:  -- I had gotten him.
21    Because he went down.  We went down
22    together and he was on the ground.  So I
23    said, "He thinks he's been tased."
24    (Unintelligible.)
25         INTERVIEWER:  Okay.
```

72

```
 1         DOMINGUE:  We'll call -- we'll call
 2    an ambulance.
 3         He looked down and noticed that I
 4    was bleeding.)
 5    BY MR. CAZAYOUX:
 6    Q.  So earlier you said in your IA statement
 7    and then just here, I asked you when you realized
 8    you shot him, and you said, I didn't shoot him -- I
 9    didn't realize I had even shot until I found the
10    hole in him when I was checking him to put the
11    hand -- to take the handcuffs off.
12    A.  Uh-huh.
13    Q.  Right?
14    A.  Uh-huh.
15    Q.  But here you say, I knew I got him, but
16    that point -- at that point I don't know where I've
17    gotten him because we went down.
18    A.  I had -- because I checked him.  That's
19    when I had -- already knew he had a hole in him at
20    that point --
21    Q.  Well, you say --
22    A.  -- and I told them.
23    Q.  That's -- okay.  But why would you say
24    then, "But at that point I don't know where I've
25    gotten him," if you had already checked him?
```

18 (Pages 69 to 72)

73

1    A.  Because I don't know where the shot went
2    off.  I don't know where I shot -- where I shot him.
3    I knew that where he was shot, yes, and I told them
4    that.
5    Q.  "I don't know where I" -- you say, "I don't
6    know where I've gotten him," and you're saying that
7    you don't know where the shot went off?  Is that
8    what you meant?
9    A.  Yes, sir.
10       MR. CAZAYOUX:
11          Let's play the next clip, please.
12          INTERVIEWER:  You knew that you
13       were shooting him.  And you were
14       shooting him because you felt threatened
15       by him?
16          DOMINGUE:  Yes.  (Unintelligible.)
17          INTERVIEWER:  Becau --
18          DOMINGUE:  I think he was on -- he
19       was either on top of me or above me at
20       that -- or somewhere where I knew that I
21       could not get away.  Wherever we --
22       however it happened, it was just me and
23       him, and I didn't know where the other
24       ones were (unintelligible).
25          INTERVIEWER:  Okay.

74

1          DOMINGUE:  All I remember, I guess,
2       thinking, I said, This is it.  Like he's
3       gonna get -- he's gonna get me down and
4       the rest of them (unintelligible).
5       There was nowhere for me to go.
6          INTERVIEWER:  Where do you -- like,
7       when we're on the range shooting and
8       you're shooting paper targets and stuff,
9       you can kind of see where you're hitting
10       and kind of like if you're -- if you're
11       upper right or low left or something.
12          Now, it's a little different when
13       you're in a situation like that, but do
14       you think you know where you may have
15       hit him when you shot?  What were you
16       seeing?  Did you see a full silhouette
17       like this or was he turned or --
18          DOMINGUE:  I think he was starting
19       to turn.  I don't know if his arm came
20       over me or -- but I know I at least got
21       him somewhere in his side --
22          INTERVIEWER:  Okay.
23          DOMINGUE:  -- or somewhere in this
24       area by the way that we both were on the
25       ground.  That's all I knew.

75

1          And then (unintelligible) somehow
2       (unintelligible) on his chest, and I
3       still couldn't see his hands.)
4    BY MR. CAZAYOUX:
5    Q.  So, again, you're saying you knew you shot
6    him when he was -- when y'all were both on the
7    ground.
8    A.  No.  When I took -- when I was going to
9    take the handcuffs off of him and I was checking
10   him, I knew that he was shot.
11   Q.  Well --
12   A.  It wasn't at any of this point in this
13   situation.  It was literally like three seconds.
14   Like that's what I'm trying to tell you.  It was --
15   Q.  I'm not asking about that.  I'm asking you
16   about when you knew you shot him.  And you say, I
17   think -- again, he goes and says, well, you know --
18   you're talking about target practice and how on --
19   the range you may be able to tell.
20          And he says, you know, were you able to
21   tell where you shot him.  And you say, "I think he
22   was starting to turn.  I don't know if his arm came
23   over me, but I know at least I got him somewhere in
24   his side or in the area by the way that we were both
25   on the ground."

76

1    A.  Because I saw -- that's where I saw it,
2    when we were on the ground, that he -- it was in his
3    side, like right -- right there.  That's where I saw
4    it.  And --
5    Q.  And that's -- that's the only time you knew
6    is what you're saying today --
7    A.  Yes, sir.
8    Q.  -- right?
9          And when -- and that happened several
10   minutes later when McGehee and Jefferson got there.
11   A.  Yes, sir.
12   Q.  You also say, "He had his arms around me
13   somehow."  What did you mean by that?
14   A.  I don't remember ever stating anything
15   about his arms being --
16   Q.  Because he's -- he never had his arm around
17   you, right?
18   A.  I don't think so.  He's much taller than I
19   am.  And I don't know what happened because I -- I
20   hunkered down and braced for the impact at that
21   point.  So I don't know that --
22   Q.  This is what you said.  You said, "He had
23   his arms around me somehow, but he was on his chest
24   and I couldn't see his hands."  So that never
25   happened, right?

77

1    A. He was -- he was on his chest like this
2 (demonstrating), and he had something in his -- in
3 his left hand. And I was trying to get it out of
4 his left hand and he was fighting me with his --
5 trying to keep it underneath him. And when I
6 finally got it loose, it was a -- ended up being a
7 cell phone that fell out from his hand.
8    **Q. But you didn't answer my question. His**
9 **arms were never around you, right?**
10    A. I don't believe so.
11    MR. CAZAYOUX:
12       Let's go ahead and play the next
13 video, please.
14       (The following portion of recorded
15 interview was played at this time:
16       INTERVIEWER: When you say you knew
17 you got him in the side by the way y'all
18 were on the ground, was that after you
19 were on the ground handcuffing him that
20 you could see up close?
21       DOMINGUE: No.
22       INTERVIEWER: That was -- okay. So
23 you --
24       DOMINGUE: When we were down.
25 Because I remember being down on the

78

1       ground and knowing that I caught him
2 somewhere in his side.)
3 BY MR. CAZAYOUX:
4    **Q. So that's consist with what your -- what**
5 **you just heard in the video is not consistent with**
6 **what you're telling us about you saw the hole and**
7 **that's when you knew you shot him.**
8    A. That's what I recall.
9    **Q. And you didn't correct him at that point**
10 **and say, "Well, I didn't even know I had shot him at**
11 **this point." You didn't correct -- in any of these**
12 **statements to Mr. Ward, you never correct him and**
13 **say, "I never even realized I shot him."**
14    A. I didn't. I was -- like I said, I only had
15 a few hours of sleep, and I told him I didn't
16 remember anything.
17    And he kept telling me that he -- this is
18 what he does. He puts everything together and then
19 he's gonna help me get through this and everything
20 that happened out on -- actually out there.
21    So I trusted him. I believed in what he
22 was telling me and . . .
23    **Q. Okay. And part of what he had -- Mr. Ward**
24 **had in his report was the FP position. You recall**
25 **that, the firing position on the ground?**

79

1    A. I had never seen that. I saw some pictures
2 of it, I think, at one point. But no, I had not
3 seen it.
4    MR. CAZAYOUX:
5       All right. We're gonna play the
6 page 108, 109. Again, this is the
7 July 10th, 2018 interview regarding the
8 firing position.
9       (The following portion of recorded
10 interview was played at this time:
11       INTERVIEWER: Here's where I'm
12 going with that. Do you remember this
13 morning when I came out -- and by the
14 way, you did a fantastic job walking me
15 through the scene. I remember asking,
16 "What does the FP mean?" And you were
17 there.
18       And I think it was McGehee said,
19 "That was her firing position."
20       And you go, "Yeah, that's where I
21 went down on my knee and fired."
22       And my first thought was I didn't
23 understand how the casing got in front
24 of it if you're right-handed. I said,
25 "Yeah, you know, we'll figure that out

80

1 later. It maybe got kicked or something
2 like that."
3       But based on this, I don't really
4 understand how that -- that cartridge
5 case got there. I understand how your
6 knee got tore up.
7       So you can see what we have. So
8 help me understand that. And where I'm
9 going is, Kasha, this morning when you
10 spoke with me, were you confused or were
11 you scared and did you make a decision
12 that you gave some information that may
13 not have been accurate? Did you -- did
14 you provide that information?
15       DOMINGUE: That's what I felt
16 happened.
17       INTERVIEWER: Okay.
18       DOMINGUE: That's what I saw.
19 That's what I felt happened to me --
20       INTERVIEWER: Okay.
21       DOMINGUE: -- and I just --
22       INTERVIEWER: Okay.)
23 BY MR. CAZAYOUX:
24    **Q. So at that point you didn't tell Detective**
25 **Ward, "That's what you told me what happened." You**

81

1 didn't say -- you didn't say, "You made this up."
2    A.  No.  With regard to the incident that
3 actually occurred, what I saw, what I was going
4 through at that moment whenever I felt that I was
5 protecting my life and not --
6    Q.  Excuse me.  The question we're talking
7 about, though, is the position of the firing
8 position.  And you placed the position of the firing
9 position on the right corner panel of your vehicle.
10    A.  I don't recall that.
11    Q.  But he asked you about that.  And he asked
12 you were you confused or were you scared, and you
13 don't say, "I was confused about it."  You just --
14    A.  He's talking about the entire situation.  I
15 thought he was talking about the entire situation of
16 what I was going through and what I was telling him.
17 I didn't --
18    Q.  Well --
19    A.  I didn't relate that specifically to that
20 one question.
21    Q.  Okay.
22    A.  I don't remember.
23    Q.  Let's --
24    A.  I don't recall.
25    Q.  Let me -- let me read what I just heard:

82

1    "Do you remember the morning when I came out -- and
2 by the way, you did a fantastic job walking me
3 through the scene.  I remember asking, what does the
4 FP mean?  You were there.  I think it was McGehee
5 said, that was her firing position.  And you go,
6 yes, that's where I went down on my knee and fired.
7    "My first thought was, I didn't understand
8 how the casing got in front of it" -- that's him
9 thinking -- "if you're right-handed.  I said, we'll
10 figure that out later and maybe it got kicked or
11 something . . . cartridge case got there.  I
12 understand how your knee got tore up.  So you can
13 see what we have.  So help me understand.
14    "Where I'm going, Keisha [sic], this
15 morning when you spoke with me, were you confused or
16 scared, and did you make a decision that you gave
17 some information that may not have been accurate?"
18    A.  I mean, again, I just went through trauma.
19 I have no -- no response to the fact that I just --
20 I went through severe trauma at that moment.  And
21 I'm in -- and they brought me in within hours of
22 this stuff happening again to discuss it.  And I
23 continued to tell them, "I don't remember a lot of
24 it.  I don't remember a lot of it.  It was so fast."
25    Q.  He asked if you were confused or scared

83

1 about -- in pinpointing the firing position.  And
2 your answer was, "That's what I felt happened.
3 That's what I saw."  You didn't say, "That was a
4 mistake."  Right?
5    A.  When it -- when it -- again, if it was
6 particularly to that firing position, I did not
7 understand the question, I would imagine, at that
8 point.  I thought he meant about everything that had
9 just happened.
10    MR. CAZAYOUX:
11        Let's take a look at the surveillance
12    video.  And if we can start at two -- I
13    should have given you this.
14    MR. EWING:
15        2:15.
16 BY MR. CAZAYOUX:
17    Q.  We're going to fast-forward through to the
18 point where you're calling in to dispatch that you
19 are stopping this red Saturn.
20    MR. CAZAYOUX:
21        Just play it.  I'll tell you when to
22    stop.  Start at that point and I'll tell
23    you when to stop.  It's the surveillance.
24        (Mr. Cazayoux and Mr. Gethers
25    confer.)

84

1    MR. CAZAYOUX:
2        We want the video to start right here,
3    2:13:58.  You're almost there, actually.
4    Go ahead and play it.
5    MR. GETHERS:
6        Yeah, I think she already had it
7    synced.
8    MR. CAZAYOUX:
9        Okay.  Stop it for a second.
10 BY MR. CAZAYOUX:
11    Q.  Do you recognize this -- this video?
12    A.  Yes, sir.
13    Q.  And what is it?
14    A.  This is the video from the Village Grocery,
15 the back alleyway behind the Village Grocery where
16 the traffic stop came to a stop.
17    Q.  And you'll hear your voice on it.
18 Obviously, that was not part of the video.  This was
19 synchronized by state police.
20    A.  Yes, sir.
21    Q.  So I'm not going to ask you how that was
22 done.  I'll ask Mr. Ward about that.  But --
23    A.  Yes, sir.
24    MR. CAZAYOUX:
25        Can you proceed, please?

85

1      (The following portion of recording
2   was played at this time:
3      FEMALE SPEAKER:  (Unintelligible.)
4      DOMINGUE:  LA 423 at Potwin with a
5   red Saturn SUV.  422 charlie charlie
6   kilo.  422 charlie charlie kilo.)
7  BY MR. CAZAYOUX:
8   **Q.  Okay. So you --**
9      MR. CAZAYOUX:
10      Stop it.  Can you stop it for a
11  second?
12  BY MR. CAZAYOUX:
13   **Q.  Do you recall making that call to dispatch**
14  **at that moment when you stop -- when you pulled him**
15  **over?**
16   A.  Yes, sir.
17   **Q.  And you sounded pretty amped up at that**
18  **point.**
19   A.  He -- he had not stopped any -- at any of
20  the available spots before then, so I didn't
21  recognize if I was on a chase or not.  So I had to
22  turn my unit around and pursue him until he decided
23  to stop.
24      So just before this, I was about to call as
25  a pursuit because he kept slowing down and speeding

86

1  up and slowing down and speeding up, which was not
2  indicative of a -- any pursuit that I had been in
3  where they were constantly accelerating.  And then
4  he turned down Potwin Street and then turned quickly
5  behind this alleyway.
6   **Q.  So you had als -- you were amped up at that**
7  **moment.  You had also had an interesting shift.  A**
8  **few hours before this, you had another use of force**
9  **incident; is that correct?**
10      MR. KROUSE:
11      Let me just object to the form of the
12      question.  You keep using the word "amped
13      up," and I don't think that's -- that's
14      your words.  I don't think she said that,
15      so just for the record to be clear.
16  BY MR. CAZAYOUX:
17   **Q.  The use of -- do you recall having another**
18  **use of force incident that -- that night?**
19   A.  Yes, sir.  There was a part where I
20  deployed a taser, but it never made contact.
21   **Q.  And sub -- I mean your counsel pointed out**
22  **that maybe you didn't use that word, that's my word.**
23  **Were you amped up?  I don't -- I don't know.**
24   A.  No.  I was out of breath because I was
25  trying to grab my radio and turn at the same time

87

1  while trying to keep visual on the license plate.
2  Because when he got away from me, he got some
3  distance away from me and I couldn't call the
4  license plate in right away when I first made
5  contact.
6      So by this point when we finally stopped is
7  the first time I got a clear view of his actual
8  license plate.
9      MR. CAZAYOUX:
10      Okay.  Go ahead and continue please,
11  Carl.  Thank you.
12      (Video was played at this time.)
13  BY MR. CAZAYOUX:
14   **Q.  So this is consistent with what you had**
15  **said.  He gets out and puts his license up; is that**
16  **right?**
17   A.  Yes, sir.
18   **Q.  And then he comes to the car.  And he stays**
19  **at the car for several minutes.  I think almost**
20  **three minutes.  I'm not sure exactly the number, but**
21  **do you recall that it was --**
22   A.  I don't remember --
23   **Q.  -- a good while?**
24   A.  -- how long it was.  It was a while.
25      I was trying to evaluate what was happening

88

1  and if he was gonna be okay and waiting for his --
2  when we typed in his information and nothing was
3  coming up in the system just yet, so we were waiting
4  for that information to come up and trying to talk
5  to him.  And I could smell the alcohol and obviously
6  there was a lot of marijuana from the car, but just
7  trying to figure out kinda where he was coming from
8  and what was going on and why he didn't stop and
9  those things.
10   **Q.  Are you saying that you could smell the**
11  **marijuana from the car?**
12   A.  Yes.  It was really strong.
13   **Q.  And you could see -- I think you testified**
14  **earlier that you can see the car moving.  And it**
15  **looks like you can actually see Mr. Dilley's head in**
16  **the window; is that right?**
17   A.  From my view, I could not.
18   **Q.  You could not, okay.  But you just knew**
19  **that there were multiple people because the car was**
20  **moving around.**
21   A.  Yes, sir.
22      MR. CAZAYOUX:
23      Can you go to the next spot?  It's
24  2:16:27.
25      MR. EWING:

**89**

```
 1        2:23.
 2    MR. CAZAYOUX:
 3        Oh, sorry.
 4        (Video was played at this time.)
 5    MR. CAZAYOUX:
 6        So it's coming up.
 7    MR. EWING:
 8        He just ran.
 9    MR. CAZAYOUX:
10        So -- you can stop it, sir.
11 BY MR. CAZAYOUX:
12    Q.  So that -- how many times have you watched
13 the video now?
14    A.  That's the second time I've seen it in full
15 speed.
16    Q.  Have you seen any photographs related to
17 the --
18    A.  Yes, sir.
19    Q.  -- to this, to the -- like the still shots
20 of the video?
21    A.  I believe so.
22    Q.  All right.
23    MR. CAZAYOUX:
24        Let's go ahead and pull up -- it's
25    under Tab 6.  We'll call this -- I'm sorry.
```

**90**

```
 1        Hold on.  It's under Tab 3.  Excuse me.
 2        So we're showing you DPSC 563.  And
 3    we're going to label these as Exhibit 3 in
 4    total, and we'll identify the --
 5    MR. EWING:
 6        DPSC 563 through 583.
 7 BY MR. CAZAYOUX:
 8    Q.  DPSC 563 through 583.
 9        I'm sorry.  Before we do that, let me show
10 you exhibit -- it's in Tab 1.  Let's go through
11 the -- let's kind of set the scene a little bit.
12        So this we're going to mark as Exhibit 4.
13 We'll go back and talk about Exhibit 3 in a little
14 while.  But this is DPS 7 and there's a DPS 9, 10,
15 12, 20, 21, and then 58.
16        All right.
17    MR. KROUSE:
18        Would you mind when you're referring
19    to them, though, Exhibit 4-A, B, C, so the
20    record is clear?
21    MR. CAZAYOUX:
22        Yeah, we can do that.
23    MR. KROUSE:
24        Thank you.
25    MR. CAZAYOUX:
```

**91**

```
 1        Okay.
 2 BY MR. CAZAYOUX:
 3    Q.  So this will be 4-A, and what does that
 4 show?
 5    A.  That's the Saturn that I stopped and that's
 6 my unit.
 7    Q.  And does that accurately depict the scene
 8 that night of the situa -- of the -- at least of the
 9 situation of the vehicles?
10    A.  That's where the vehicles were.
11    Q.  And do you see on the ground there the
12 term, the "FP" marking?
13    A.  I see it there, yes.
14    Q.  And that's what Mr. -- Detective Ward was
15 referring to and Mr. -- Trooper McGehee were
16 referring to as the firing position; is that right?
17    A.  I suppose that's what -- if they're the
18 ones that marked it.
19        I did get out on a knee at some point and
20 aim in at the passenger when I realized the other
21 passenger was still moving around.  Because I
22 kneeled there and -- or somewhere in that area, and
23 then -- with my weapon drawn, and then I walked over
24 to the right to get the front right passenger out.
25    Q.  So you --
```

**92**

```
 1    A.  This was later on.
 2    Q.  You didn't get the front passenger out
 3 until quite some time after Mr. Dilley was shot,
 4 right?
 5    A.  It was -- it was after, yes.
 6    Q.  I mean, several -- more than a minute,
 7 correct?
 8    A.  I have no idea.
 9    Q.  And you're saying that that's what you told
10 them, that you kneeled down there for the passenger?
11    A.  Like I said, I don't remember telling them
12 anything.  But I know that I did have a knee there
13 at some point, and I knew that I did draw on the
14 front right passenger when I realized he was still
15 in the car and pulled -- got him from the car.
16    Q.  All right.  Now we're going to show you
17 DPSC 9, which we'll label as what is it, 4-B?  And
18 this is another angle of the same -- your vehicle
19 and the Saturn; is that correct?
20    A.  Yes, sir.
21    Q.  The night of the shooting, correct?
22    A.  Yes, sir.
23    Q.  And how far -- what's the distance there,
24 do you think, between your car door and the back of
25 the Saturn?
```

93

1    A.  I have no idea, sir.
2    Q.  And then, again, we'll show you DPS
3  Exhibit 10 -- I'm sorry, DPS Number 10.  And so this
4  is going to be --
5        MR. EWING:
6            4-C.
7  BY MR. CAZAYOUX:
8    Q.  -- 4-C.  And, again, this is showing the
9  location of the vehicles, right?  Or just another
10 angle.
11   A.  Yes, sir.
12   Q.  And let's go to DPS 12, which is going to
13 be 4-D.  And this shows the vehicles from -- again
14 from another angle, right?
15   A.  Yes, sir.
16   Q.  And it shows that you're offset a pretty
17 good bit, right?  I mean, a full car length at
18 least.
19   A.  I can't tell by the photograph, but . . .
20   Q.  I'm sorry.  When I say "offset," I mean
21 you're not -- you're parked right behind him, right?
22 You're parked to the left, and it looks like your
23 right side is about almost even with the left side
24 of the Saturn; is that right?
25   A.  I don't -- I don't remember, sir.  I know

94

1  it was not directly behind them.
2    Q.  All right.  Let's go to DPS 20, which is
3  going to be --
4        MR. EWING:
5            E.
6  BY MR. CAZAYOUX:
7    Q.  -- 4-E.  And this is the cell phone; is
8  that right?
9    A.  It appears to be a cell phone, yes, sir.
10   Q.  You don't know if it's the cell phone that
11 was recovered that night?
12   A.  I don't know.  I was removed from the
13 scene.
14   Q.  And let's go to DPS 21.  This is 4-F.  And
15 what is this?  Do you recall taking out of his
16 pocket a fidget spinner?
17   A.  I think it was a -- it's a metal -- I think
18 it's a metal object he had.
19   Q.  Do you recall taking that out of his pocket
20 when you searched him?
21   A.  I believe so.
22   Q.  And then we're going to go to 4-G, and it's
23 DPSC 58.  And, again, that's just a closer up look
24 of the firing position, right?  Well, the cars, but
25 it shows the firing position again, right?

95

1        MR. EWING:
2            That was marked.
3        MR. CAZAYOUX:
4            What?
5        MR. EWING:
6            The marked firing position.
7  BY MR. CAZAYOUX:
8    Q.  Yeah, FP.
9    A.  It's where they marked FP, yes.
10   Q.  Yes.  Okay.
11       Now let's go through -- we'll go back to
12 what we started off as Exhibit 3.
13       MR. CAZAYOUX:
14           Thank you, Carl.
15 BY MR. CAZAYOUX:
16   Q.  And so this shows the driver, who is
17 Mr. Mire, right?  Is that -- is that right?  We
18 talked about that.
19   A.  I believe Mire, yes, was the driver.
20   Q.  It shows him just beginning to run, right?
21   A.  Yes, sir.
22   Q.  So let's go to the next slide, DPS 564,
23 3-B.  And, again, it shows him, the driver, running
24 and he's advanced a little bit; is that right?
25   A.  Yes, sir.

96

1    Q.  And you are still not out of the vehicle
2  and Mr. Dilley is still not out of the vehicle.
3    A.  Correct.
4    Q.  Nor is the passenger on the passenger side,
5  right?
6    A.  I don't see anything at this point.
7    Q.  And the passenger on the passenger side, I
8  think you've described him as a muscular guy without
9  a shirt on?
10   A.  Yes, sir.
11   Q.  All right.  Let's go to 3-C.  Now, this, we
12 saw the video and we saw that the driver had stopped
13 at the car.  Do you recall seeing that, that the
14 driver stopped briefly at the car?
15   A.  Yes, sir.
16   Q.  And at this point he's proceeding on; is
17 that right?
18   A.  Here.  But at that time, I didn't know
19 that.
20   Q.  Okay.  You're still not at the -- you're
21 still not at the -- you're still not in the scene,
22 correct?
23   A.  Correct.
24   Q.  So let's go to 3-D, which is DPS 566, and
25 you see the driver is even further away, right?

97

A. I can see here, but I could not see out
there that night, no.
Q. Okay. And but you see that Mr. Dilley is
getting out the car at this point.
A. I couldn't see it then, but I can see it
here.
Q. Okay. So what were you looking at? You
didn't see the driver. It doesn't look like the
other passenger, the muscular passenger is getting
out. What were you looking at if you didn't see
Dilley?
A. The direction of travel that the driver
went. I was trying to get around to that side. I
think I'm out of my vehicle at this point because
I'm -- I was -- I continued to look on that other
side where he ran because I didn't know if he was
just sitting there waiting for me or not. I just
didn't want to be sitting in my unit where he left
me in case he returned fire. I was trying to move
forward.
Q. Okay. And then the next is -- this is
going to be 3-D, and it's 567. It's not marked on
there for some reason. But, again, you see
Mr. Dilley --
MR. EWING:

98

It's 3-E.
BY MR. CAZAYOUX:
Q. -- still -- oh, it's 3-E. And Mr. Dilley's
getting out, right?
A. Again, I see it here, but I didn't see it
then.
Q. And you are in the scene at this point,
right?
A. Yes, sir.
Q. And you don't -- you don't stop and put
anything in between you and the driver at this
point, right? You continue to advance.
A. Yeah. Because I believe the driver is on
the right side at this point.
Q. And that's where you -- is that where
you're planning to go, to the right side?
A. To the right side, yes, sir.
Q. All right. And so 3-E, which is DPSC
568 -- oh, I got two "C's." All right. So this is
going to be -- DPS 566 was "D." DPS 567 is "E."
This is for the record.
So this is going to be 3-F. And, again,
you see the driver. The driver now is all the way
down the fence line and Mr. Dilley is almost out the
car.

99

A. I did not see any of that then. I'm still
focused on that right side. I have no idea where
the driver is right now. All I know is that he ran
to that right side, and I'm assuming he's still
hunkered down on that right side.
Q. And the whole time you're advancing and
Mr. Dilley is getting out the car, right?
A. I don't see him at all, so.
Q. You don't see him, but you know now he was
getting out the car. You see him here, right?
A. I can see in this photograph that he was
there.
Q. So let's go to -- well, we'll just -- we'll
just go to 3-G. That's DPSC 569. It shows you
continuing to move forward, right?
A. Yes, sir.
Q. 3-H continue -- you're taking more steps,
correct?
A. Yes, sir.
Q. And at this point, you know you're -- you
had to get out of your vehicle and go around your
car door, right?
A. Yes, sir.
Q. And so you're -- you're a good bit away
from where your vehicle was, I mean; is that right?

100

A. I can't tell from right here.
Q. Do you know, have you advanced towards the
Saturn much at this point?
A. I don't -- I don't know. I mean, I'm
constantly looking on that right side because
it's -- the light is coming from behind me towards
that area and then it's all dark between the vehicle
and the fence. So I'm just concentrating on every
part of where something could come out from that
right side and I'm trying to address what's going on
on the right side of the vehicle.
Q. All right. And then here's 3-I, and you're
still -- you're steadily walking, correct?
A. Okay. Right there, that's where I saw
the -- what I thought was the driver on the right
side, and he's poking his head out and I'm not sure
what he's got in his hands. And I yell at him,
"Hands, hands, hands."
Q. And then 3-J.
A. And he keeps his -- he keeps poking his
head out right there on the right side. And I have
my hand up and I'm starting to yell, "Stop, stop,
stop," because I don't know what's happening.
Q. But you -- you heard your -- the clips.
You said he reached in. You thought the driver

101

1  reached in with his hands.
2    A.  Yeah.  The drive -- the one on the other
3  side, because the back door is open and I can start
4  to see now through the back glass that the back
5  right passenger door is open, and he's like leaning
6  for -- his head goes up and it goes down.  It goes
7  up and it goes down.
8    Q.  573 is --
9    A.  I don't realize at this point that that is
10  the rear right passenger.  I believe that to be the
11  driver at this point.
12    Q.  All right.  "K."  And then --
13    A.  And to my knowledge, he has not been
14  identified, so I don't know how to identify him in
15  the deposition, sir.
16    Q.  He's the muscular guy.  How about we just
17  call him that.
18    A.  Okay.
19    Q.  Is that okay?
20    A.  Yes, sir.
21    Q.  And so now we have "L."  In this picture,
22  the muscular guy is no longer in the view, and you
23  can see you're grabbing your gun, right?
24    A.  I was reacting to what was going on on the
25  right side, yes.

102

1    Q.  Including grabbing your gun, right?
2    A.  Yes, sir.
3    Q.  So this is "M."  And it shows Mr. Dilley
4  running.  You can see the other guy running away as
5  well, right?
6    A.  I don't see any of that that's happening in
7  the moment, because I'm focused on the right side.
8    And I know -- if this was an officer
9  survival situation and they were reviewing it, I
10  would have probably got in trouble because I could
11  not see him.  I don't know if it was tunnel vision
12  or what.  I was concentrating on what's going on on
13  the right in a matter of seconds.
14    MR. KROUSE:
15        When you say you could not see him,
16        could you just define that?
17    THE WITNESS:
18        I could not see the rear passenger,
19        Dilley, on the left side.
20  BY MR. CAZAYOUX:
21    Q.  Okay.  So you see him running in front of
22  you.
23    A.  I did not.
24    Q.  You don't see him running in front of you.
25  And then you see you aiming at him in "N."  That's

103

1  DPSC 576.
2    MR. CAZAYOUX:
3        Did I get --
4    MR. EWING:
5        That's right.
6    MR. CAZAYOUX:
7        Okay.
8  BY MR. CAZAYOUX:
9    Q.  Right?  You're aiming at him, correct?
10    A.  I think I'm falling at this point.
11    Q.  You're not aiming at him?
12    A.  I don't believe so.  I think I was falling,
13  because I was aiming at the right side of the
14  vehicle.
15    Q.  And then "O," DPSC 577, looks like he's
16  still running, right?
17    A.  I think -- I think we're both falling at
18  this point.
19    Q.  And then you can see the -- on DPS 578,
20  "P," you can see the casing.  Do you agree that
21  that's when you fired the shot?
22    A.  I don't believe that to be a casing.  I
23  don't -- I don't know what it is.  I can't -- I
24  can't determine what that is.
25    Q.  So you think you fired before that?

104

1    A.  I don't know.
2    Q.  You don't know if you fired before that or
3  after that?
4    A.  I don't know.
5    Q.  And then DPSC 579.  This would be "Q."  And
6  this shows you going -- you're moving forward and
7  going down, right?
8    A.  I think I was just falling.
9    Q.  You weren't -- you weren't moving forward.
10  You weren't -- you just were falling.
11    And then "R" shows that you're going on --
12  going to the ground, right?
13    A.  I can't tell from there.
14    Q.  And "S," that's 581.  Can you tell you're
15  almost on the ground there?
16    A.  I can't tell.
17    Q.  And then 582.  That's "T."  You're on --
18  you're on the ground by that point, right?
19    A.  Looks like it.
20    Q.  And then "U," you're on --
21    A.  I can't tell what position I'm in or
22  anything at that point.
23    Q.  In "U," you're on the ground.  Looks like
24  both knees are on the ground?
25    A.  I can't tell and I don't recall.  I don't

**105**

1 remember. It was, again, so fast that it seemed
2 like all one motion.
3 **Q. Do you remember fixing your hat? Standing**
4 **up and fixing your hat?**
5 A. No.
6 At this point, I remember I couldn't hear
7 anything. I couldn't feel anything. I just -- my
8 heart was beating. It was -- I was at a complete
9 shock that this has happened on a simple traffic
10 stop. I'm not sure if I'm still alive. I'm not
11 sure if I'm hit. I'm not sure where the others are
12 at this point.
13 I'm now in a darker area because I'm on the
14 other side of my unit. I don't know where anybody
15 else is.
16 MR. CAZAYOUX:
17 Y'all -- we've been going for an hour
18 and 45 minutes. Do you-all want to
19 continue? Trooper Domingue, are you okay
20 to continue or do y'all want to take a
21 break or --
22 MR. KROUSE:
23 Let's take a little break, a bathroom
24 break.
25 MR. CAZAYOUX:

**106**

1 Okay.
2 MR. KROUSE:
3 Come back in about five.
4 MR. CAZAYOUX:
5 Well, there's -- thank you.
6 THE VIDEOGRAPHER:
7 Going off the record. The time is
8 11:49 a.m.
9 (Whereupon, a lunch break was taken
10 at this time.)
11 THE VIDEOGRAPHER:
12 We are back on the video record. The
13 time is 12:37 p.m.
14 MR. CAZAYOUX:
15 Thank you.
16 BY MR. CAZAYOUX:
17 **Q. Ms. Domingue, just for the record -- and,**
18 **actually, we're going to redact this out. But just**
19 **for our benefit, can you give us your address, your**
20 **current address?**
21 A. Xxx xxxx.
22 **Q. And can you spell that, please?**
23 A. Xxxx.
24 **Q. What's the zip? That's in Baton Rouge,**
25 **correct?**

**107**

1 A. Yes, sir.
2 **Q. And what's the zip?**
3 A. 70180 -- no, wait. Hold on. 70810.
4 **Q. 70810. Okay. Thank you.**
5 **All right. We may have played this clip**
6 **already, and I apologize if we did.**
7 MR. CAZAYOUX:
8 But, Carl, can you -- 4207? This is
9 from the interview.
10 MR. EWING:
11 That's gonna be -- it's on page 48,
12 line 6.
13 (The following portion of recorded
14 interview was played at this time:
15 DOMINGUE: As soon as he removed
16 his hands from the hood and backed away
17 and started running, I yelled, "Taser,
18 taser, taser," and reached for my taser
19 and started to follow him.)
20 BY MR. CAZAYOUX:
21 **Q. All right. So that's from your July 10th**
22 **interview of 2018, and you were saying there that as**
23 **soon as he moved his hands, that being the driver,**
24 **you started after him and grabbed your taser.**
25 A. I may have had -- I had my hand on it the

**108**

1 whole time, so possibly.
2 **Q. Okay. So when you -- again, when -- your**
3 **testimony today is that when you say in this clip**
4 **that you grabbed -- as soon as he left, you -- you**
5 **"reached for my taser and started to follow him."**
6 **You didn't actually pull your taser.**
7 A. Correct.
8 **Q. All right.**
9 MR. CAZAYOUX:
10 Let's go to the July 10th, 2018,
11 page 49 clip.
12 (The following portion of recorded
13 interview was played at this time:
14 INTERVIEWER: Did you see him open
15 the door? Did you see --
16 DOMINGUE: Yes.
17 INTERVIEWER: -- both doors come
18 open?
19 DOMINGUE: Yes.
20 INTERVIEWER: Okay. Was he saying
21 anything or doing anything?
22 DOMINGUE: He said, "Now, now,
23 now."
24 INTERVIEWER: Did he -- did he --
25 DOMINGUE: I know he might have

109

1   said "go" after that.
2      INTERVIEWER: Did he stay there in
3  that area or did he --
4      DOMINGUE: Well, as soon as the
5  doors opened, that's when I thought they
6  were prepared for something that I
7  wasn't prepared for and I started to
8  back up. And I think that's when I
9  transitioned.
10     So when I'm watching them, I just
11  see this other guy opening the door from
12  the other side. He's to my side at this
13  point. So I'm here at the back of the
14  vehicle, and I see him coming out like
15  this and I'm telling him, "Stop, stop,
16  stop" and I started backing up. And I
17  don't know if I backed left or I backed
18  right first, but he was just coming.
19     And I don't know, like I said, when
20  I transitioned (unintelligible), but I
21  know that we were up close on the --
22      INTERVIEWER: Okay.
23      DOMINGUE: -- (unintelligible.))
24  BY MR. CAZAYOUX:
25    **Q. All right. Couple questions then. Looking**

110

1  **at you gesturing, you're gesturing that he's coming**
2  **from your left; is that right?**
3    A. Yes.
4    **Q. And we showed you the video clips and you**
5  **said you did not see him even when he was right in**
6  **front of you, right?**
7    A. He came up on my left side.
8    **Q. But I -- and we showed you some clips, and**
9  **you said that you didn't see him when he was right**
10  **in front of you.**
11    A. I didn't see him when he was getting out of
12  the car. I saw him when he was up next to me.
13    **Q. But just now you said -- in this clip you**
14  **say, "I see him coming from my left."**
15    A. He was coming from the left side of me,
16  yes.
17    **Q. He was, but you said you did not see him**
18  **earlier. Now you're saying you saw him?**
19    A. I didn't see him getting out of the car is
20  when he was already on my left-hand side.
21    Again, I'm addressing everything that's
22  going on on the other side of the vehicle. He
23  became my immediate threat once he was closest to me
24  at that point.
25    **Q. Gotcha. Also, you said -- so he's -- you**

111

1  **talk about him, being the driver, opening the doors.**
2  **You recall that's what you said in this clip?**
3    A. I -- I don't -- do it again.
4    MR. CAZAYOUX:
5      Let's go back, if you don't mind,
6  Carl. Let's play -- can you replay that
7  clip starting at the beginning? I may stop
8  you, though.
9    MR. EWING:
10      Page 49.
11    MR. CAZAYOUX:
12      Page 49, line -- starting at line 2.
13      (The following portion of recorded
14  interview was played at this time:
15      INTERVIEWER: Did you see him open
16  the door? Did you see --
17      DOMINGUE: Yes.
18      INTERVIEWER: -- both doors come
19  open?
20      DOMINGUE: Yes.
21      INTERVIEWER: Okay. Was he saying
22  anything or doing anything?
23      DOMINGUE: He said, "Now, now,
24  now."
25      INTERVIEWER: Did he -- did he --

112

1      DOMINGUE: I know he might have
2  said "go" after that.
3      INTERVIEWER: Did he stay there in
4  that area or did he --
5      DOMINGUE: Well, as soon as the
6  doors opened, that's when I thought they
7  were prepared for something that I
8  wasn't prepared for and I started to
9  back up. And I think that's when I
10  transitioned.)
11    MR. CAZAYOUX:
12      Okay. That's good, Carl.
13  BY MR. CAZAYOUX:
14    **Q. So you're talking about the driver here.**
15    A. The right side. Yeah, the right side of
16  the vehicle.
17    **Q. And you're saying that he's opening the**
18  **doors, the driver, that is, here.**
19    A. I thought it was the driver.
20    **Q. Well, and you're also saying the driver is**
21  **saying, "Now, now, now."**
22    A. I don't recall at this point. I mean, this
23  was, again, four years ago. But I remember at that
24  point that he did go to the right side of the
25  vehicle, and then I was only focused on the right

113

1 side of the vehicle and what they were doing there.
2 I didn't realize at that point that the
3 driver had ran off and it was actually the rear
4 muscle guy passenger that was going back and forth
5 on the right side of the vehicle.
6 **Q. But you're saying -- in this you're saying**
7 **it's the driver. And consistent with what you had**
8 **said earlier of what you heard him say, either "now,**
9 **now" or "go, go" or "run, run," you hear him saying**
10 **that while he's opening the doors, right?**
11 A. He may have. Again, four years ago.
12 **Q. You may have said -- I mean, you obviously**
13 **said this. But now you're saying he may have said**
14 **that at the car doors?**
15 A. He definitely said it at my unit. I know
16 that. I remember that clearly. I don't know if he
17 said it at this point, four years later, at that
18 side door.
19 MR. CAZAYOUX:
20 All right. Let's play the clip
21 page 54, 55, line 25. Again, this is the
22 July 10th, 2018 interview.
23 (The following portion of recorded
24 interview was played at this time:
25 INTERVIEWER: Sure.

114

1 DOMINGUE: (Unintelligible.) Our
2 last few in-sessions and in-training
3 that we've done has been transitioning,
4 transitioning, transitioning, either
5 from rifle to weapon or taser to, you
6 know, (unintelligible) use of force
7 (unintelligible) like addressing the
8 threat.
9 INTERVIEWER: Okay. Okay. So --
10 DOMINGUE: It was, like I said, I
11 have no prior experience --
12 INTERVIEWER: I understand.
13 DOMINGUE: -- at all, so it's just
14 whatever was taught just kind of
15 happened.)
16 BY MR. CAZAYOUX:
17 **Q. All right. Earlier you -- you heard this**
18 **clip saying that that's what you were trained,**
19 **transition, transition, transition. You say that**
20 **three times, transitioning, transitioning,**
21 **transitioning, correct?**
22 A. Going from one weapon to another.
23 **Q. Right.**
24 A. And then he reminded me out at the scene
25 that that's called transitioning.

115

1 **Q. I see. So before that, you didn't remember**
2 **what it was called.**
3 A. Correct.
4 **Q. And this was you were using Barry's words**
5 **here.**
6 A. I mean, obviously, state police are taught
7 that. I just didn't remember that that's what
8 that's called or what that means. But going from
9 nonlethal force to lethal force, and at that point,
10 in dealing with the threat that I had, that's why I
11 chose to use lethal force.
12 And then whenever Dilley came out, he was
13 the closest one to me. He was my immediate threat
14 at that point, even though I'm dealing with what's
15 going on on the other side of the vehicle. So I
16 just addressed the immediate threat. That is what
17 we are trained to do, address whatever is closest to
18 you at that point.
19 **Q. We're talking about transitioning right**
20 **now, though. And you're saying you were taught**
21 **transition, transition, transition. Now you're -- I**
22 **think you're -- what -- that means transition from**
23 **one fire -- in this case, transition from your taser**
24 **to your firearm, right?**
25 A. Correct.

116

1 **Q. So you were tailing him. You had your**
2 **taser in your hand, and you were transitioning to a**
3 **firearm, right?**
4 A. That I had planned to use the taser --
5 **Q. Okay.**
6 A. -- on the fleeing suspect. And then when I
7 got around to the other side and they were waiting
8 for me in the dark on the opposite side, that gave
9 me the right to change from a nonlethal weapon to a
10 lethal weapon to protect my life.
11 MR. CAZAYOUX:
12 If we can go to the next clip, page 60
13 to 61 of the 2020 interview, line 10.
14 (The following portion of recorded
15 interview was played at this time:
16 INTERVIEWER: Based on the -- on
17 the detective's report, She
18 went on to state she knew he saw her
19 with her taser coming out because he
20 came from the other side, speaking of
21 Dilley.
22 You're saying that Dilley saw you
23 with your taser, and that's why he
24 assumed that he had been tased. That's
25 what you testified to the day -- the

117

1    date of the incident.
2        So you're telling detectives that
3    he said "You tased me, bro" because,
4    according to you, that he saw you pull
5    your taser.  But yet you're telling us
6    today that you knew, that you know a
7    hundred percent that you didn't pull
8    your taser.  That doesn't make sense.
9        DOMINGUE:  I don't remember --
10       INTERVIEWER:  Why would you say
11   that to detectives --
12       DOMINGUE:  Because I don't remember
13   ever saying that.  I don't remember at
14   all saying anything about that, other
15   than saying that when he first decided
16   to run, my first instinct was to pull my
17   taser, because I didn't know how many of
18   them were gonna be involved.  But then
19   when I lost sight of his hands, I pulled
20   my weapon.)
21   BY MR. CAZAYOUX:
22   **Q.  All right.  You heard that clip.  Do you**
23   **want to add anything, change anything about that?**
24   A.  I feel that that's consistent.
25   **Q.  Consistent.  And you don't remember ever**

118

1    **saying that Dilley saw you with your taser, right?**
2    A.  I do not remember.
3        MR. CAZAYOUX:
4        And let's go to the next clip.
5    Page 39 of July 10th, line 16.
6        (The following portion of recorded
7    interview was played at this time:
8        DOMINGUE:  -- kept saying he was
9    tased, he was tased.
10       I know he saw me with the taser
11   coming out because he came from the
12   other side.  And I -- that's when I
13   transitioned.  He was already on top of
14   me at that point and -- or coming
15   towards me.
16       So it was like it was -- I know he
17   saw I had the taser in my hand, so I
18   think that's why he thought that he was
19   tased at that point instead of being
20   shot.)
21   BY MR. CAZAYOUX:
22   **Q.  How do you reconcile what you just heard**
23   **with this idea that you never drew your taser?**
24   A.  I just didn't remember that ever happening.
25   I don't remember.  Again, I had three hours of sleep

119

1    after almost, what I felt like, being killed when
2    this interview happened, and continued to tell them
3    over and over again that I didn't remember, I didn't
4    remember.
5        So I think it's consistent in saying that
6    my initial, on someone who was fleeing, would have
7    been to use a taser.
8    **Q.  But you -- you went further.  You said, "He**
9    **saw me with the taser coming out because he came**
10   **from the other side, and that's when I transitioned.**
11   **He was already on top of me at that point or coming**
12   **towards me.  So it was like -- I know he saw I had a**
13   **taser in my hand, so I think that's why he thought**
14   **that he was tased at" the point -- "at that point**
15   **instead of taking a shot."**
16       **"I know he saw I had a taser in my hand."**
17   **That's what you said.  You didn't say "I had**
18   **forgotten" or "I was under stress" or anything like**
19   **that, did you?**
20   A.  I did not articulate that.  No, I did not.
21       MR. CAZAYOUX:
22       Let's go to the audio from the synced
23   video.
24       Before you -- Lane, do you know where
25   that is?  I don't think we've got that in

120

1    the right spot.
2    BY MR. CAZAYOUX:
3    **Q.  Do you recall --**
4        MR. EWING:
5        I know where it is.
6        MR. CAZAYOUX:
7        Okay.
8    BY MR. CAZAYOUX:
9    **Q.  Do you recall calling when you -- after the**
10   **shooting, you called dispatch and you called it in**
11   **as taser deployed.  Do you recall that?**
12   A.  I don't remember.  I've been told
13   afterwards, but I didn't -- I have no recollection
14   of even talking on the radio.
15       I remember crawling in, because I tried to
16   key up on my hand mic when I was on the ground with
17   Dilley and it wasn't working.  And he was telling me
18   that -- you know, he was laughing and telling me no
19   one was coming.
20       And I opened the passenger door of my unit
21   and crawled through and went to the driver's side to
22   use my radio.  And as I tried to key up, other
23   people kept trying to come on asking me where I was.
24   And so when they key up, I can't key up.  So there's
25   no communication at that point.

121

1        And I'm -- and at that point I saw that
2    there was somebody else in the car and he was
3    yelling.  And so that's when I got out and I took a
4    knee and I aimed in on I believe it was Tokyo in the
5    front right passenger side.  And then he got out and
6    I walked him back to my unit.
7        So I don't remember anything about -- other
8    than just hearing them yell, "Where is she?  Where
9    is she?" over the radio.
10   **Q.  But you do know now that you called it in**
11   **as a taser, right?**
12       A.  I do know now that there was something
13   about a taser that was on the transmission.
14   **Q.  And according to what we've heard, you knew**
15   **as soon as Mr. Dilley was on the ground at least**
16   **that you had shot him.**
17       A.  When I was going to take the handcuffs off
18   of him.  I believe it's when the other troopers got
19   there.
20   **Q.  But you called this in before -- you called**
21   **it in as a taser event before the troopers got**
22   **there, right?**
23       A.  I was still in it at that point.  So I
24   don't -- again, I don't know.  I was scrambling to
25   try to get somebody to come and help me at that

122

1    point and realized I was still in the fight and got
2    out and addressed the other -- and I still didn't
3    know where the other two people were.
4    **Q.  But the point is you called it in as a**
5    **taser, even though you knew you had shot him at that**
6    **point.**
7        A.  I don't know.
8        MR. CAZAYOUX:
9            All right.  Let's go to video of
10   July 10th, page 51 through 52, line 13.
11           (The following portion of recorded
12   interview was played at this time:
13           INTERVIEWER:  So when the driver
14   runs to the passenger side, he yells
15   whatever he yells, and then those
16   occupants get out.
17           DOMINGUE:  Yes.
18           INTERVIEWER:  And your attention's
19   drawn to those occupants now getting
20   out.
21           DOMINGUE:  Yes.
22           INTERVIEWER:  Are you giving any
23   command?  Are you saying anything?
24           DOMINGUE:  "Stop, stop, stop."
25           INTERVIEWER:  You're saying, "Stop,

123

1    stop, stop"?  And you -- at this time
2    you have your taser in your hand.
3            DOMINGUE:  Yes.
4            INTERVIEWER:  Okay.
5    (Unintelligible.)
6            DOMINGUE:  I had already yelled,
7    "Taser, taser, taser" (unintelligible).
8            INTERVIEWER:  When he first took
9    off.)
10   BY MR. CAZAYOUX:
11   **Q.  Okay.  So a couple things.  One, here**
12   **you're saying you had your taser in your hand**
13   **specifically.**
14       A.  Yes.
15   **Q.  And that's not true.**
16       A.  No, it's not true.
17   **Q.  And you're also saying that you're telling**
18   **Dilley, stop, stop, stop.**
19       A.  Yes.  I told everyone "stop, stop, stop."
20   **Q.  But you never told Dilley "stop, stop,**
21   **stop."**
22       A.  Everyone involved.
23   **Q.  Well, this is --**
24       A.  I yelled out "stop, stop, stop" and no one
25   stopped.

124

1        MR. CAZAYOUX:
2            All right.  Let's go to page 53,
3    line 18.
4            (The following portion of recorded
5    interview was played at this time:
6            DOMINGUE:  When I saw that, when I
7    saw him open both of those doors and I
8    saw the big guy get out (unintelligible)
9    that's when I started backing up.
10           INTERVIEWER:  Okay.
11           DOMINGUE:  And when I backed up is
12   when I saw the other one coming out --
13           INTERVIEWER:  Okay.
14           DOMINGUE:  -- towards me.)
15   BY MR. CAZAYOUX:
16   **Q.  So in this -- in this video clip, you're --**
17   **you're saying, "I saw him open both those doors and**
18   **I saw the big guy get out and that's when I started**
19   **backing up."**
20       A.  Uh-huh.
21   **Q.  So the big guy is the muscular guy, right?**
22       A.  Uh-huh.
23   **Q.  And so you're distinguishing, in this clip,**
24   **you're distinguishing --**
25       A.  At that moment.  But prior to that, I

125

1 thought that that was the driver. I thought that
2 it -- I didn't know how many of them were on that
3 side of the vehicle.
4     Q.  In this -- in this clip you say, "I saw him
5 open both doors and I saw the big guy get out." Now
6 you're saying that's the same guy?
7     A.  I thought at that time it was the same guy.
8     Q.  You mean now you think it's the same guy,
9 right?
10     A.  I thought at that time it was the same guy.
11 I didn't even see -- like I said, when I -- when I
12 first saw this video, there was no mention of the
13 other guy ever.  And when I told them there was
14 another person in that car, everyone swore that they
15 don't know anybody else in the car, they didn't know
16 the guy or whatever.
17     So, again, I don't know -- all I saw was
18 that there was more than one person at that time now
19 on that side of the vehicle.  So I was drawing my
20 weapon to defend myself from that side of the
21 vehicle.
22     Q.  So you're saying you did not know that
23 there was another muscular guy that ran away?
24     A.  I didn't know how many people were on the
25 other side of the car, no.

126

1     Q.  You knew there were at least two, though,
2 right?  You knew that the driver --
3     A.  I figured there was two.
4     Q.  -- had gone, right?  And you knew --
5     A.  The driver was on that side somewhere.
6     Q.  Had gone, and you -- and here you say, "I
7 see him open both doors and I saw the big guy get
8 out."
9     A.  I don't think I saw the big guy till later.
10     Q.  So you --
11     A.  I saw --
12     Q.  -- now -- so you -- this is no long -- this
13 isn't correct, then, right?  This statement is not
14 correct what you --
15     A.  Say it again.
16     Q.  -- said. "When I saw him open both those
17 doors and I saw the big guy get out, that's when I
18 started backing up."
19     A.  I saw the big guy later.
20     Q.  Okay.  So you're saying, though, you do
21 think that -- you did see the driver open both
22 doors?
23     A.  I believed that it was the driver on that
24 side that opened both doors.  I could just see the
25 tops of his head.

127

1     Q.  And when you saw the big guy get out,
2 that's when you started backing up.  So you were
3 backing up.
4     A.  I was never able to back up.  Again, three
5 seconds, moving forward as fast as I possibly could.
6 I was frozen.  I could not do anything else.
7     Q.  I don't know -- the three seconds, you
8 know, it may be six seconds.  It may be eight
9 seconds.  But here you're saying you're backing up.
10 Now you're saying that --
11     A.  Maybe I attempted to.  I don't know.
12     Q.  Now you're saying that's not true.
13     A.  I could not back up.  I could not go
14 anywhere else other than where I was in a forward
15 position.
16     MR. CAZAYOUX:
17     Okay.  Talking about backing up, let's
18 look at July 10th video, page 59, line 10.
19     (The following portion of recorded
20 interview was played at this time:
21     INTERVIEWER:  Tell me about that.
22 Is he -- is he saying anything?  Did
23 he -- can you -- do you know where your
24 position is in the vehicle?  Are you on
25 the driver's side? in front of it? on

128

1 the passenger side?  Where do you think
2 you are?  Because you mentioned backing
3 up.  That's why I was trying to figure
4 out what distance are we talking.
5     DOMINGUE:  I think I didn't know --
6 I think I didn't have anywhere else to
7 go.  I think I hit the back of the car
8 backing up and then trying to go to the
9 left and trying to go to the right, and
10 then he started coming towards me and
11 then we both kind of went off to the
12 right side.
13     INTERVIEWER:  Okay.
14     DOMINGUE:  So I figured if he was
15 gonna run out the other way if he was
16 running away, or he was gonna come right
17 at me.  One way or the other, I needed
18 to get the engine between me and him and
19 an engine between me and the other two
20 because I don't see them anymore.  So I
21 don't know which way he's coming or
22 going, and I don't have any other cover.
23 I knew that --
24     INTERVIEWER:  Okay.
25     DOMINGUE:  -- at that point.

129

1      INTERVIEWER: Okay.)
2  BY MR. CAZAYOUX:
3      Q.   So you -- in this you again talk about
4  backing up.  And you say that's not -- that's just
5  not true.
6      A.   Right.  It's clear that I was incapable of
7  backing up from the position that I was at and that
8  when Dilley appeared, he was on my left side and I
9  addressed him as soon as I could.  I was addressing
10 the right side of the vehicle and was never able to
11 back up or break contact or anything.
12     Q.   So this wasn't true what you said here.
13     A.   I was not able to back up.
14     Q.   This wasn't true, right?  What you just
15 said, what we just watched.
16     A.   I was not able to back up.
17     Q.   Yes or no?  I'm entitled to "yes" or "no."
18 You can explain it.
19     A.   Can you rephrase the question?
20     Q.   Was it true?
21     A.   Was -- was it true --
22     Q.   Was it true that --
23     A.   -- that I backed --
24     Q.   -- you were backing up?
25     A.   I did not back up.

130

1      Q.   So it's not true.
2      A.   That is not true.  I was not backing up.  I
3  was not capable of backing up at that point.
4      MR. CAZAYOUX:
5          Okay.  Let's go to the July 10th,
6      2018, the next clip, Carl.
7          (The following portion of recorded
8      interview was played at this time:
9      INTERVIEWER:  And some point, we
10     don't know when, but there's a
11     transition.
12     DOMINGUE:  Uh-huh.
13     INTERVIEWER:  And then when you --
14     you're backing up.  As he's running out,
15     that's when you -- do you pull the
16     trigger then?  And -- and you said you
17     don't know what was going on in your
18     mind at the time?
19     DOMINGUE:  All I thought was, This
20     is it.
21     INTERVIEWER:  And you thought --
22     when you say "it," what do you mean
23     "it"?
24     DOMINGUE:  Like, I'm gonna --
25     they're gonna hurt me.

131

1      INTERVIEWER:  Okay.  Did you think
2      that particular person was putting you
3      in a position to -- to fear that you
4      were gonna be hurt or -- in any way?
5      DOMINGUE:  Yeah.  Because I
6      thought, Wait, he's not stop -- I'm
7      yelling, "stop, stop, stop."  He's got
8      something in his hand and he's coming at
9      me.  And I didn't -- I can't go back
10     this way anymore.  My only chance is to
11     run out this way.  If I'm gonna run,
12     (unintelligible) get me in my back, and
13     I don't know where the other two are.
14     INTERVIEWER:  Okay.
15     DOMINGUE:  So I know I tried to
16     head towards this side, but I don't know
17     what happened at that point.)
18 BY MR. CAZAYOUX:
19     Q.   None of that's true, right?
20     A.   Yes, that is true.
21     Q.   Well, is it true that --
22     A.   I'm facing them.
23     Q.   Is it true that you backed up?
24     A.   I could not back up.  But it is true that
25 I'm addressing what's going on on the right side.

132

1  And by the time he approached me, I had no other
2  chance.  I had nowhere to go and I addressed him
3  immediately at that point as I could by tensing
4  myself up, bracing for the impact.  It was that
5  quick.
6      Q.   And in this case, though, you say you had
7  lost sight of the other two, the driver and the
8  muscular passenger.
9      A.   I know they're on the right side.
10     Q.   You had lost sight.
11     A.   I know they're on the right side.
12     Q.   But you're saying you lost sight of them.
13 That's what you're saying.  When you saw Dilley, you
14 had lost sight of them.
15     A.   Yes.  As soon as I saw Dilley, I had
16 already aimed in on them.  I was gonna -- I was
17 gonna use force on them.  And then when Dilley
18 approached, he immediately became my immediate
19 threat.
20     MR. CAZAYOUX:
21         All right.  Can you play the next
22     clip, Carl?
23         (The following portion of recorded
24     interview was played at this time:
25     DOMINGUE:  I think I braced for

133

1    impact. I think I -- I thought I was
2    gonna get hit. Even after watching
3    that, I felt like he was coming and I
4    didn't have time to turn and shoot.
5        If somebody's coming at me and I'm
6    yelling "Stop, stop, stop" and they
7    don't stop, then I think I would have
8    been in my rights to turn and shoot at
9    him. But I didn't. I just braced for
10   it because I wasn't fast enough.)
11   BY MR. CAZAYOUX:
12   **Q.  So in this you're saying that, again, you**
13   **didn't intentionally shoot him.**
14   A.  I did not turn and shoot at him at that
15   moment. And normally, what our training would have
16   told us to do was to turn and address that threat.
17   And it was too fast and I couldn't address him in
18   that way. So in whatever attempt that I had to
19   defend myself is what actions followed from there.
20   **Q.  You say you braced for it because you**
21   **weren't fast enough --**
22   A.  To turn to address him.
23   MR. KROUSE:
24       Let's go off the record for a second.
25   MR. CAZAYOUX:

134

1        Sure.
2        Can we go off the record?
3    THE VIDEOGRAPHER:
4        Going off the record. The time is
5    1:03 p.m.
6        (Whereupon, a discussion was held
7    off the record.)
8    THE VIDEOGRAPHER:
9        We are back on the video record. The
10   time is 1:04 p.m.
11   MR. CAZAYOUX:
12       Thank you.
13   BY MR. CAZAYOUX:
14   **Q.  So going back a little bit, you talked**
15   **about having a good conversation with Mire and that**
16   **you had sort of allayed your initial concerns and**
17   **fears about the stop; is that right?**
18   A.  Yes.
19   MR. CAZAYOUX:
20       Look on page 15, Carl, it's -- the top
21   video is the July 10th, 2018, page 56.
22       (The following portion of recorded
23   interview was played at this time:
24   INTERVIEWER: Let me back up just a
25   little bit more. When you transitioned

135

1    to the firearm and you got the guy
2    coming out of the car, what was in your
3    mind at that particular moment?
4        DOMINGUE: This is it.
5        INTERVIEWER: Tell me, what do you
6    mean "this is it"? Is he -- is he
7    running at you? Is he running away?
8        DOMINGUE: No. He's running at me.
9    Like I said, when I first saw the guy --
10   when I first dealt with the driver, I
11   had that feeling something's not right.
12   And my first thought was just go ahead
13   and put cuffs on this guy and make sure.
14       And when I saw everybody moving
15   around in the car, I said in my mind, if
16   I put one cuff on him and I get that arm
17   back and he swings on me, I'm gonna be
18   fighting four of them.
19       INTERVIEWER: He's already on the
20   ground, though.
21       DOMINGUE: No, no. This is -- I'm
22   talking from the beginning of the
23   stop --
24       INTERVIEWER: Okay.
25       DOMINGUE: -- when I'm dealing with

136

1    the driver.
2        INTERVIEWER: Oh, you're planning
3    ahead.
4        DOMINGUE: I know something's --
5        INTERVIEWER: Gotcha.
6        DOMINGUE: -- wrong. And they know
7    something I don't know because he's
8    laughing and keeps looking back at the
9    car and he's moving around erratically.
10   So I thought at that point, I should
11   probably cuff this guy, but if I do, I
12   know I'm gonna have to contend with
13   them.)
14   BY MR. CAZAYOUX:
15   **Q.  So in this -- this is the interview of**
16   **July 10th, 2018. You're saying you thought**
17   **something was wrong when you saw him looking back at**
18   **the car.**
19   A.  When he first jumped out of the car and the
20   way that he was acting, it was not indicative of
21   someone who would have been just drinking. And then
22   when I smelled the marijuana, I felt like, okay,
23   this is not indicative of someone who would have
24   been drinking, because he was jumping around, moving
25   his hands around, going -- but then he started

137

1 listening to me and put his hands on the car and I
2 started to calm my fears.
3        And then when he told me he didn't know the
4 other guys in the vehicle, he didn't know anything
5 about them, he didn't know if they had any weapons,
6 I felt as long as I kept him between me and them
7 that I was gonna be okay.  Kept his hands on the
8 top -- on the car, I felt like I was having a good
9 rapport with him.
10   Q.  **And so when you say "this is it," and the**
11 **interviewer says, Tell me what you mean by "this is**
12 **it.  Is he running at you?  Is he running away?"**
13        **"No.  He's running at me.  Like I said,**
14 **when I first saw the guy, when I first dealt with**
15 **the driver, I had the feeling that something's not**
16 **right.  And my first thought was just go ahead and**
17 **put cuffs on this guy and make sure.**
18        **"And when I saw everybody moving around in**
19 **the car, I said in my mind, if I put one cuff on him**
20 **and I get that arm back, if he swings on me, I'm**
21 **gonna have to fight the other four."**
22        **So then you go down and you say, "So I**
23 **thought at that point" -- you should have dealt with**
24 **it then is what you're basically saying.**
25   A.  When he first came out.

138

1   Q.  **And then so --**
2   A.  But after that his -- his -- our --
3   Q.  **So when you're --**
4   A.  -- rapport changed.
5   Q.  **When you're -- when you're firing the shot,**
6 **are you thinking, "I should have dealt with them**
7 **then?"  Is that what you're saying?**
8   A.  I wasn't thinking anything when I'm -- when
9 that happened.  I was just thinking, Don't die, just
10 don't die.
11        I wanted to go home to my family that
12 night.  This is a simple traffic stop.
13        MR. CAZAYOUX:
14            All right.  Go to page 17, Carl.
15 BY MR. CAZAYOUX:
16   Q.  **Before you play the 12/15/2020 video,**
17 **page 77, let me ask you this:  You recall writing a**
18 **use of force report, right?**
19   A.  Yes.
20   Q.  **And you wrote that not the night of the**
21 **incident but six days after the incident, correct?**
22   A.  I don't remember when it was written.
23   Q.  **But you know it wasn't the night of the**
24 **incident, right?**
25   A.  I don't -- I don't know.  Like that

139

1 whole -- I mean, weeks, months after that all ran
2 into each other.  I mean, I went through a lot with
3 this and I really don't know when and who and how,
4 who I talked to and all this other stuff.  It was --
5 this was traumatic.  I have no idea of the dates and
6 whatnot.
7        MR. CAZAYOUX:
8            Okay.  Carl, can you go ahead and play
9        that part?
10        (The following portion of recorded
11        interview was played at this time:
12        INTERVIEWER:  So I just want to --
13        a couple of things that you wrote in
14        your incident report I want you to
15        explain.
16            All right.  So the driver continued
17        to look toward the vehicle, moved his
18        hands again, yelled "now" as he ran
19        toward the passenger side doors.  Taser
20        was grabbed, but as trooper gave chase
21        observed both front and rear passenger
22        doors on the right side of the vehicle
23        open.
24            Trooper drew state-issued service
25        weapon as the right rear passenger,

140

1        large black male, exited and trooper
2        lost sight of driver.
3            Rear passenger, white male, on the
4        left side exited as the trooper was near
5        the license plate area and charged
6        through the trooper with a black item in
7        his left hand.
8            So, Kasha, in your use of force
9        report, you're saying that you saw the
10        driver and the passenger run away and
11        you lost sight of them.
12        DOMINGUE:  Uh-huh
13        INTERVIEWER:  Whereas you're
14        telling us that when -- when -- you drew
15        your weapon because when Dilley got out,
16        you thought it may have been the driver
17        or --
18        DOMINGUE:  No.  It was everything
19        going on on the right side of the
20        vehicle --
21        INTERVIEWER:  Okay.
22        DOMINGUE -- is why I drew my
23        weapon.
24        INTERVIEWER:  All right.  So -- but
25        you write in your incident report that

141

1 taser was grabbed, but that didn't
2 happen but you wrote that in the
3 incident report. That's your words.
4     DOMINGUE: I don't remember ever
5 grabbing the taser.
6     INTERVIEWER: All right. So why
7 would you put that in your use of force
8 report?
9     DOMINGUE: Because it was my
10 initial intention when he first said
11 "now."
12     INTERVIEWER: Okay. But --
13     DOMINGUE: Maybe I touched it but
14 didn't pull it out. I don't know. I
15 just -- I don't remember ever having the
16 taser in my hand at all.)
17 MR. CAZAYOUX:
18     Thank you.
19 BY MR. CAZAYOUX:
20     Q. Before we get into the report -- and I'll
21 show you that -- you also say in that -- in this
22 colloquy here and in your report you say, "White
23 male on left side exited as the trooper was near the
24 license plate area." That's not where you were
25 located, right?

142

1     A. That's where I felt I was located, yes.
2     Q. The license plate area of your patrol
3 vehicle, that's where you said --
4     A. No. Of his -- of the other -- the other
5 vehicle.
6     Q. Well, in --
7     A. The stopped vehicle.
8     Q. -- in the -- in your report you say -- I'm
9 sorry. Left, was near the left license plate area.
10 So you're saying you thought you were in the left
11 license plate area of --
12     A. The veh -- the Saturn.
13     Q. Okay.
14     A. Yes.
15     Q. And suspect was struck in right torso as
16 the force from body contact knocked trooper to the
17 ground. And you're sticking to that statement that
18 you think Dilley knocked you to the ground.
19     A. It's not a matter of sticking to it. I
20 believe that that's what happened out there.
21     Q. Okay.
22     MR. CAZAYOUX:
23         If we can pull up this next exhibit,
24     the use of force, July 10, 2018. It's DPS
25     627.

143

1 BY MR. CAZAYOUX:
2     Q. Okay. Do you recognize this, Trooper
3 Domingue?
4     MR. CAZAYOUX:
5         I'm sorry. This is -- not this one,
6     Carl. This is the earlier in the evening.
7     It should be -- I think it's Tab 5 maybe or
8     Tab 15. That may be it. Let's see. Yeah,
9     this is it.
10 BY MR. CAZAYOUX:
11     Q. Okay. You do remember doing this report,
12 correct?
13     A. I remember I did complete a use of force
14 report.
15     Q. Pardon me?
16     A. I do remember filling out a use of force
17 report, but I don't remember what --
18     Q. All right.
19     A. -- it states.
20     Q. And this, this is the use of force report
21 that you made out for Clifton Dilley. Is that --
22 that's what it says there, right?
23     A. Yes.
24     Q. And looks like the report you made out,
25 correct?

144

1     A. Yes.
2     MR. CAZAYOUX:
3         All right. Let's to the second page,
4     Carl.
5 BY MR. CAZAYOUX:
6     Q. So if you could look at --
7     MR. CAZAYOUX:
8         Can you make the "Pre-Assault
9     indicators" a little bigger, please?
10 BY MR. CAZAYOUX:
11     Q. Can you read that, Trooper Domingue?
12     A. Which -- which part are you --
13     Q. You see the pre-assault indicators? And
14 I'm specifically asking about "Sudden attack." Do
15 you believe --
16     A. Oh, I see it now, yes.
17     Q. You believe to this day that Mr. Dilley
18 attacked you?
19     A. Yes.
20     Q. All right. And then on "Situational
21 factors," a couple things. You don't have -- at the
22 top, situational factors --
23     MR. CAZAYOUX:
24         Can you pull that up a little bit,
25     Carl, please? You see situation, the

145

1      third -- there you go.
2  BY MR. CAZAYOUX:
3      Q.  What do you mean by "situational factors"?
4  What do you understand that to be?
5      A.  Anything that occurred in this incident at
6  that point.
7      Q.  All right.  And couple of things.  At the
8  top there, "Armed subject."  Mr. Dilley was not
9  armed, correct?
10     A.  It's not checked off, no.
11     Q.  And he wasn't armed, right?
12     A.  He had something in his hand.  I didn't
13  know at that time what it was.
14     Q.  And you didn't -- you never thought he was
15  armed, though.
16     A.  I didn't know at that time.
17     Q.  When you wrote this, you didn't know?
18     A.  When I wrote this, I knew that -- I knew
19  that he had a cell phone.
20     Q.  Okay.  "Inability to call for assistance,"
21  what do you mean by that?  Do you see you checked
22  that off?
23     A.  My radio wasn't working.
24     Q.  Your radio wasn't working.  And "Inability
25  to disengage," what do you mean by that?

146

1      A.  I had nowhere to go once the command of
2  "now" or "go," whatever it was, happened, and I
3  started moving forward.  I didn't know where to go.
4  I didn't -- I didn't -- I was in it.  There was too
5  many of them.  I didn't know where they were.  I
6  didn't know what they had or what was gonna happen.
7      Q.  So backing up, inability to call for
8  assistance, you said your radio wasn't working.  We
9  know that you were able to call in the stop.  You --
10  we listened to that.
11     A.  That's the vehicle radio.
12     Q.  Okay.  Why weren't you able to call for
13  assistance from --
14     A.  My on --
15     Q.  -- the vehicle?
16     A.  -- person radio was not working.
17     Q.  Why weren't you able to call from the
18  vehicle?
19     A.  I returned to my vehicle later on to call
20  for assistance, but every time I keyed up, somebody
21  else was keying up, and they couldn't --
22     Q.  But I mean --
23     A.  -- didn't come out.
24     Q.  -- a situational factor, inability to call
25  for assistance, you could have called for assistance

147

1  in your vehicle though, right?
2      A.  I could not at the time --
3      Q.  At the time of --
4      A.  -- that everything had happened.
5      Q.  Okay.  But before he ran, you could have
6  called for assistance.
7      A.  Before he ran?
8      Q.  Right.
9      A.  Yes.
10     Q.  And then you have "Multiple subjects."  We
11  went over that.
12         "Officer on the ground or other unfavorable
13  position."
14     A.  Yes.  We ended up on the ground on the
15  right side of my vehicle.
16     Q.  But you weren't on the ground when you
17  encountered this situation, though, right?
18     A.  I was still -- no.  I was still in the
19  situation.  We were on the ground and I had no idea
20  where the other subjects were.
21         MR. CAZAYOUX:
22             And, again, if we go down.  I'm sorry,
23         Carl.  Can you -- it's the last -- "Did the
24         subject actively resist arrest" from that
25         section down.

148

1  BY MR. CAZAYOUX:
2      Q.  You say no.  "Did the subject attempt to
3  evade arrest," you say no.
4          MR. CAZAYOUX:
5              But if you go up, Carl, I'm sorry.
6  BY MR. CAZAYOUX:
7      Q.  And then you say "Did the subject actively
8  resist," you say yes.  How did he actively resist by
9  force?
10     A.  When I tried -- well, first of all, he ran
11  at me at the rear of the vehicle instead of running
12  away or staying in the vehicle.  Had he stayed in
13  the vehicle, none of this would have occurred.
14         But the fact that he ran towards me during
15  a traffic stop with my weapon drawn, that -- he
16  was -- at that point became a threat.
17         As far as once we got on the ro -- on the
18  ground and I asked him to show me his hands and what
19  he had in his hand, he did resist and would not give
20  up his hands.  He kept them underneath him, and I
21  had to wrestle his arm to get whatever he had in his
22  hand out of his hand.
23     Q.  You also have on there "Assisting another
24  agency."  What do you mean by that?
25     A.  I don't know --

149

1    Q.  See that?
2    A.  I don't know what that meant.  I don't know
3  why that would be on there.
4        MR. CAZAYOUX:
5          All right.  Carl, can you go to
6      page 630?  It's gonna be two pages forward.
7          And for identification, we're going to
8      call this Exhibit 5.
9          Carl, would you mind blowing up about
10     halfway down in that narrative box, just
11     the narrative part.
12       MR. BROWN:
13         You want this whole thing as five or
14     one sheet as five?
15       MR. KROUSE:
16         She can read it, I think, unless --
17       MR. CAZAYOUX:
18         I don't mind if y'all want to put that
19     in front of her as well.
20       MR. KROUSE:
21         We have some highlighted things here.
22       MR. EWING:
23         I have a clean copy.
24       MR. BROWN:
25         You have a clean copy?

150

1        MR. KROUSE:
2          Yeah.  Just give her -- thank you.
3        THE WITNESS:
4          Thank you.
5        MR. KROUSE:
6          Taking an eye test here.
7        MR. CAZAYOUX:
8          Yeah.
9  BY MR. CAZAYOUX:
10   Q.  So halfway down, Trooper Domingue, you see
11 where you talk about the actual event occurring.  It
12 starts with, "The driver continued to look toward
13 the vehicle, moved his hands again, yelled "now" as
14 he ran towards the passenger side doors."
15   A.  I see.  I'm with you.
16   Q.  Right?
17   A.  Yes, sir.
18   Q.  And, again, you're saying he was -- you're
19 saying today that he yelled "now" at your car door,
20 but in this report you're saying he yelled "now" as
21 he ran toward the passenger side doors.
22   A.  From -- he was at my unit and then ran --
23 said "now" and then ran towards his passenger side.
24   Q.  But you say as he ran he was yelling "now."
25 No?  That's not right?

151

1    A.  "Moved his hands," well, he yelled "now"
2  and then he ran.
3    Q.  Okay.  So it's not as he was running.  It
4  was before he ran is what you --
5    A.  I would imagine it was at the same time.
6    Q.  Okay.  And then you say "Taser was
7  grabbed," but we know the taser was not grabbed,
8  right?
9    A.  It was grabbed, but I never drew it.
10   Q.  Okay.  "But as trooper gave chase observed
11 front and rear passenger doors on the right side of
12 the vehicle open."
13   A.  Yes.
14   Q.  Okay.  "Trooper drew state issued weapon as
15 the right passenger, large male, exited and trooper
16 lost sight of the driver."
17       So at this point, again, you're -- you know
18 that it's the right rear passenger, and you know
19 that the driver is out of your sight.
20   A.  I just know they're on that side, yes.
21   Q.  Okay.  But here you specifically are
22 talking about two different people, right?  The
23 driver --
24   A.  Yes.
25   Q.  -- and the -- and the passenger, the

152

1  muscular passenger, correct?
2    A.  Right, right.
3    Q.  The rear passenger, white male, on left
4  side exited as the trooper was near the license
5  plate area and charged through the trooper with a
6  black item in his hand.  And we talked about this
7  already.
8    A.  Yes.
9    Q.  "Suspect was struck in right torso as the
10 force from body contact knocked trooper to the
11 ground."  So are you saying that you shot him when
12 y'all collided?  Is that what you're saying here?
13   A.  Yes.
14   Q.  "Trooper crawled towards the suspect
15 as . . . and told him to drop it."
16       All right.  We'll attach this as Exhibit 5.
17       Now, you had -- in the interview you talk
18 about you had several use of force incidents
19 previously.  Do you recall saying that?
20   A.  I don't remember, but I believe I -- I
21 mean, I have had a few chases and stuff like that,
22 yes, prior to this.
23   Q.  I mean, does this refresh your
24 recollection?  You say that -- that most of the
25 people that you've had to use force on thank you

153

1  after?
2      A.  I have had very peaceful arrests before
3  this, even prayed when booking them at the jail and
4  had real good conversations with them about second
5  chances and --
6      Q.  But I'm not -- I'm sorry.  I don't mean to
7  interrupt you.  But I'm talking about when you had
8  to use force.  Did they thank you after?  Is that --
9  that's not what -- did I misinterpret that?
10      A.  Their -- I don't remember.  I mean, I don't
11  know if you -- I don't know where that came from.
12      Q.  Okay.
13      A.  But I -- to recall, I'd have to go back and
14  actually think about particular instances.
15      Q.  Okay.  I'm going to show you what --
16          MR. CAZAYOUX:
17              It's in Tab 6, Carl.  It's a use of
18          force report.
19  BY MR. CAZAYOUX:
20      Q.  It's the first one I've seen.  It's
21  dated -- well, let's see.  When is it dated?
22  December 26, 2017.
23          MR. KROUSE:
24              Just objection as to relevancy.
25          MR. CAZAYOUX:

154

1              Understood.
2  BY MR. CAZAYOUX:
3      Q.  Can you read that?
4          MR. CAZAYOUX:
5              Lane, you want to give her your copy?
6  BY MR. CAZAYOUX:
7      Q.  I'll give you a hard copy too.
8      A.  Thank you.
9      Q.  This was dated 12/26/2017, and it occurred
10  on Dafney Road.  It involved a 5-foot-6 female.
11  Does that -- do you recall that?
12      A.  When was this?  20 -- 2017.  Oh, yes.  I
13  remember this one.
14      Q.  And so if you look on page 619 --
15          MR. CAZAYOUX:
16              Carl, if you don't mind moving us
17          there.
18  BY MR. CAZAYOUX:
19      Q.  You say, "She swung first [sic] at my head,
20  would not comply with commands to place hands behind
21  her back."  So is that what happened?  Is that
22  what --
23      A.  Yes.  There were other witnesses there as
24  well.
25      Q.  And how old -- how old was she?

155

1      A.  I have no idea.
2      Q.  Was she older than 40? older than 50?
3      A.  Oh, no.  Probably around 30.
4      Q.  Okay.
5      A.  I don't know.  I'd have to go back and
6  calculate her age from --
7      Q.  And then you had another one.  We're going
8  to mark that as Exhibit 6.
9          This will be Exhibit 7.
10          MR. CAZAYOUX:
11              Carl, it's the 2/15/18 report, use of
12          force report.
13          THE WITNESS:
14              Yes.  There were multiple people on
15          the scene for this one that actually
16          assisted me in gaining control of her.
17  BY MR. CAZAYOUX:
18      Q.  Okay.  And we're gonna show you the next
19  one.
20          MR. KROUSE:
21              Let me just make another objection as
22          to this exhibit and line of questioning,
23          and any other further exhibits and line of
24          questioning dealing with any other incident
25          other than the one at issue is clearly

156

1  outside the scope of the qualified immunity
2  inquiry and just is a improper cross-
3  examination.
4          MR. CAZAYOUX:
5              Well, I'll tell you what.  I'm gonna
6          skip this second one, but I do want to talk
7          about the one that occurred the night of,
8          since it may have affected her mental
9          abil -- mental status.
10          MR. KROUSE:
11              We have the same objection to that as
12          well, so . . .
13          MR. CAZAYOUX:
14              Okay.
15  BY MR. CAZAYOUX:
16      Q.  So we're going to show you what we marked
17  as Exhibit 6, and it's going to be the July 9th, '18
18  incident.
19          (Mr. Cazayoux and Mr. Ewing
20          confer.)
21          MR. CAZAYOUX:
22              So this will be Exhibit 7.
23              Can you show her your copy?
24  BY MR. CAZAYOUX:
25      Q.  Now, you testified about this in your -- in

157

1  your --
2       MR. KROUSE:
3          And just show objection to Exhibit 7
4       and the testimony thereafter and move to
5       strike.
6       MR. CAZAYOUX:
7          Okay.
8  BY MR. CAZAYOUX:
9    Q.  You testified about this in your IA
10  interview and I just want to ask you a few things.
11  This was -- I think the driver -- we know who the
12  driver was.  Did we ever find out who the passenger
13  was who --
14    A.  I believe they did.  Another trooper took
15  it on after this from the cell phones they recovered
16  with the guns and drugs and the locations of where
17  they were making the drops.  There was photographs
18  with the passenger and the driver with the guns and
19  the drugs that were also in the car.  The drugs were
20  in the car.  The guns had not.  They already
21  delivered them.
22    Q.  So, again, this happened earlier in your
23  shift; is that right?
24    A.  Yes, sir.
25    Q.  What time was it exactly?  It looks like --

158

1  I don't know if they put it on here, but I thought
2  it was around 8:00 o'clock or so?
3    A.  Yes.  It looks like 19:42.
4    Q.  19:42, yeah, there we go.  I'm sorry.
5       A couple things.  In this case it was a
6  similar event that happened in the event we're
7  talking about with Dilley; is that right?
8    A.  It's not.  The passenger that exited this
9  vehicle ran away from me.
10    Q.  And the passenger -- you took off.  It was
11  a passenger and a driver.  You were talking to them,
12  and you took off after the passenger and you --
13    A.  There were drugs in plain sight and he had
14  a bag in front of him, and he took the bag and ran.
15  So that's why the attention turned to the passenger
16  at that point.
17    Q.  Okay.  And let me ask you this:  So this --
18  the driver's name was Thornton; is that correct?
19    A.  I really don't remember.
20    Q.  Well, did this arrest have -- did you have
21  another drug bust earlier in the night?
22    A.  This one.
23    Q.  That was the only other drug bust that you
24  were involved with?
25    A.  As far as I can remember today.

159

1    Q.  Uh-huh.  And had you had any encounter with
2  Mr. Thornton or the driver of this vehicle or the
3  passenger before you stopped them?
4    A.  No, sir.
5    Q.  And so you hadn't seen them at another --
6  conducting any kind of drug activity before this or
7  anything like that, right?
8    A.  No, sir.
9    Q.  Okay.
10       MR. CAZAYOUX:
11          Let's -- let's go to the video.  It's
12       on page 18, Carl, before we talk about the
13       use of force report.  The video at the
14       bottom, page 27.
15          (The following portion of recorded
16       interview was played at this time:
17          DOMINGUE:  The guy gets back in the
18       car, but he's watching me.  So then I
19       see him start to lean down.  So I put
20       the driver kinda in front of me so I'm
21       between him 'cause I could still see
22       him, but I just didn't want -- I thought
23       I was -- there was gonna be a shooting
24       at that point.
25          So I just kind of waited.  And I

160

1  was like, "Do you have a license?"
2       And he says, "Yeah.  It's in --
3  it's in the car."
4       And I said, "Okay."
5       So he goes to get in the car, and
6  the guy leans down.  And as soon as he
7  leans down, he starts grabbing for a
8  black bag of some sort.  And I kinda
9  pushed to get out the way of the driver
10  so he's still in between and then the
11  passenger takes off.
12       So I go after him.  Like, "Stop,
13  stop.  Taser, taser, taser."  I deployed
14  my taser.  It didn't make contact.  He
15  jumps the fence.)
16  BY MR. CAZAYOUX:
17    Q.  And I thought it was interesting you said,
18  "I thought there was going to be a shooting at that
19  point."  What did you mean by that?
20    A.  I don't -- I didn't see that.
21    Q.  It says, The guy -- I don't know.  Maybe --
22  did I -- did we not play that part?  "The guy gets
23  back in the car, but he's watching me.  So then I
24  see him start to lean down, so I put the driver kind
25  of in front of me so I'm between him because I could

161

1 still see him. But I just didn't want -- I thought
2 there was going to be a shooting at that point."
3     A.  I don't recall saying it.  I don't know.
4 But that -- that would have made sense at that
5 point.  That's why we put the driver between
6 yourself and the passenger.
7     Q.  You thought there was going to be a
8 shooting at that point because it --
9     A.  No.  You automatically do that.  If the --
10 if the -- any time.  You're supposed to put the
11 driver between you and whoever is in the vehicle in
12 case there is a shooting, that that person is --
13 you're not the direct target at that point.
14     MR. CAZAYOUX:
15         Carl, can we replay that?  Maybe I --
16     maybe I missed it too.
17     (The following portion of recorded
18     interview was played at this time:
19         DOMINGUE:  The guy gets back in the
20     car, but he's watching me.  So then I
21     see him start to lean down.  So I put
22     the driver kinda in front of me so I'm
23     between him 'cause I could still see
24     him, but I just didn't want -- I thought
25     I was -- there was gonna be a shooting

162

1     at that point.)
2     MR. CAZAYOUX:
3         Okay.  That's good.
4 BY MR. CAZAYOUX:
5     Q.  So you recall saying that then now, right?
6     A.  Possibly.  That's the whole reason you put
7 the driver between them.  That's what I was trying
8 to explain.  You put the driver between the person
9 leaning down in the bag, if he's gonna shoot, he's
10 gonna shoot in the direction of where the trooper
11 is.  So if you put the driver between you two, it
12 gives you a lane of safety.
13     Q.  Okay.  I'm gonna show you --
14     MR. CAZAYOUX:
15         Carl, now it's Tab 13.
16         What exhibit are we on?
17     MR. EWING:
18         Eight.
19 BY MR. CAZAYOUX:
20     Q.  I'll show you Exhibit 8.  And I apologize,
21 Kasha.  I'm not trying to embarrass you, but I do
22 need to ask you about your training.  And do you
23 recognize this letter of December 16, 2015 from --
24     MR. KROUSE:
25         Let me object to this.

163

1 BY MR. CAZAYOUX:
2     Q.  -- Captain Derrell Williams?
3     MR. KROUSE:
4         I'm sorry.  Let me object to this line
5     of questioning.  Again, outside the scope
6     of the qualified immunity issue that's
7     before the court, on relevancy grounds, and
8     we'd move to strike any testimony and any
9     documents introduced as exhibits, including
10     this December 16, 2015 memo on cadet
11     training or training records at the police
12     academy.
13 BY MR. CAZAYOUX:
14     Q.  So --
15     MR. CAZAYOUX:
16         Thank you.
17 BY MR. CAZAYOUX:
18     Q.  You were not allowed to graduate
19 originally, right?  No.  I'm sorry.  You were
20 allowed to graduate originally.
21     A.  Yes, sir.
22     Q.  But you had to take extra training because
23 you had missed so much before, right?
24     A.  I took remedial training along with some
25 other troopers.

164

1     MR. CAZAYOUX:
2         And, Lane, can you give her the
3     document?
4 BY MR. CAZAYOUX:
5     Q.  And so a couple things that I wanted to ask
6 you about.  Number 1, if you look at the
7 recommendation --
8     MR. CAZAYOUX:
9         Carl, can you get to page 594?
10 BY MR. CAZAYOUX:
11     Q.  He said -- the recommendation is:  Cadet
12 Domingue has struggled from the outset of the --
13 onset of the class both physically and mentally.
14         What does that mean?  Do you know?
15     A.  I don't know.  I mean, I successfully
16 passed my POST training.  I successfully passed my
17 FTO program.  I successfully finished everything in
18 accordance with becoming a state trooper, so
19 couldn't attest to someone else's thoughts or
20 feelings about that situation.
21     Q.  But you did get this letter, right?
22     A.  I'm sure at some point I did.
23     Q.  And at the end you say, We further
24 recommend that she be given another opportunity to
25 attend Class 95 which she is physically -- when she

165

1  is physically able to complete the required
2  90 percent of the training hours.  Do you see that?
3      A.  Where is that?
4      Q.  At the bottom of that.
5      A.  Which one?  Oh, recommendations?
6      Q.  So his recommendation was that you not be
7  allowed to graduate, but you were given permission
8  to do that; is that right?
9      A.  Well, at this point, I wasn't POST
10  certified, so I continued to train and I did acquire
11  my POST certification.  I did acquire all the --
12  everything that was needed to complete my training.
13      Q.  After this -- after the graduation, though,
14  right?  You completed your training after the
15  graduation is what you're saying.
16      A.  Yeah.  I had remedial training with other
17  troopers and then completed -- we go to our units
18  and then you go through FTO training, which I
19  successfully completed.
20      Q.  Okay.  We're going to move on to the -- you
21  pled guilty on September 22nd, 2022, to a
22  misdemeanor charge of obstruction of justice,
23  correct?
24      A.  Yeah.  But I --
25      MR. KROUSE:

166

1          We're going to move to object and move
2      to strike any reference to a misdemeanor
3      plea in the 19th JDC as irrelevant, not
4      admissible, as well as not -- outside of
5      the scope of the qualified immunity inquiry
6      and object to any exhibits offered into
7      this deposition or attached to the
8      deposition.
9      MR. CAZAYOUX:
10          What exhibit is this?
11      MR. EWING:
12          This will be Exhibit 9.
13      MR. CAZAYOUX:
14          Exhibit 9.
15          Carl, can you pull that up, please?
16      It's -- what tab is that?
17      MR. KROUSE:
18          We would object to Exhibit 9 and move
19      to strike.
20  BY MR. CAZAYOUX:
21      Q.  While we're looking for it, Trooper
22  Domingue, you -- there was a factual basis
23  associated with that plea, correct?  Do you recall
24  that?
25      A.  Negative.  As far as my -- my attorney

167

1  advised me that it was an Alford plea, that I was
2  not agreeing to any of the statements that were
3  provided.  It was considered a best -- a best-offer
4  plea stating that I was not gonna get a full -- a
5  fair trial, so therefore I should --
6      Q.  Okay.
7      A.  -- put in an Alford plea --
8      Q.  Do you --
9      A.  -- and maintain my innocence.
10      MR. CAZAYOUX:
11          If you can go to page 20 -- I'm sorry.
12      Not page 20.  Hold on.
13          What tab is that?
14      MR. EWING:
15          It's 14.
16      MR. CAZAYOUX:
17          Tab 14?
18      MR. EWING:
19          Uh-huh.
20  BY MR. CAZAYOUX:
21      Q.  Page 14.  Do you see the colloquy with the
22  court where she asked you if you agreed with the
23  factual basis?
24      MR. KROUSE:
25          What's the line number?

168

1      MR. CAZAYOUX:
2          I'm sorry.  It's not page 14.  Page 9.
3      MR. KROUSE:
4          And the line number?
5      MR. CAZAYOUX:
6          Line number 14.
7      MR. KROUSE:
8          Thank you.
9  BY MR. CAZAYOUX:
10      Q.  The court says, "Ms. Domingue, did you hear
11  the factual basis as stated by the prosecutor for
12  the State?"
13          And you said, "Yes, ma'am."
14          She asked, "Is there anything that you wish
15  to add to that?"
16          You answer, "No, ma'am."
17          "Is there anything that you wish to
18  dispute?"
19          "No, ma'am."
20          Now, at this point, Mr. Dewey, your
21  attorney, does say that the plea agreement is based
22  on an Alford plea.
23      A.  Yes, sir.
24      Q.  But before that, you agreed that this was a
25  factual basis, correct?

169

1     A.  No.
2     Q.  No, you didn't?
3     A.  Whenever they -- whenever this was -- the
4  Alford plea was offered, it was on the basis that
5  this was not factual, that I would be continuing to
6  maintain my intr -- my innocence and that this was
7  just simply a best-interest Alford plea, which was
8  made understandable to me that that was not based on
9  anything --
10    Q.  Do you recall the district attorney, Ms.
11 Barbera, reading the factual basis right before
12 this?
13          And it starts on page 6, bottom of the
14 page.  It says, Your Honor, on Tuesday, July 10th,
15 2018, approximately 3:00 a.m.  You see that starting
16 on line 30?
17    A.  Yes, I see that.
18    Q.  Okay.  And it goes through the traffic
19 stop?
20    A.  Yes.
21    Q.  It goes through -- if you look on page 8,
22 it says on line 11, "In addition to falsely
23 reporting the incident as a taser discharge and
24 delaying EMS response, Trooper Domingue made
25 multiple statements which were inconsistent with

170

1  both the physical evidence and the evidence captured
2  on the video.  She misrepresented her firing
3  position and falsely claimed Dilley made contact
4  with her before or after she fired her weapon.  She
5  insinuated Dilley was armed when he actually had a
6  cell phone in his hand.
7          "In her use of force report, Trooper
8  Domingue listed false situational factors including
9  inability to disengage.  She also misrepresented
10 her standing position when Dilley exited the Saturn
11 by claiming to be near the license plate area when
12 she was in fact near the rear door of her police
13 unit.
14          "Trooper Domingue knew her statements were
15 relevant evidence and would affect an actual or
16 potential future criminal proceeding.  If the camera
17 from the Village Grocery had not recorded this
18 incident, Trooper Domingue's false statements would
19 have distorted the results of the criminal
20 investigation."
21          And then the court asks you about
22 department policy -- or asks Ms. Barbera about
23 department policy.  And then -- then the court asked
24 you directly starting on line 14, "Did you hear the
25 factual basis as stated by the prosecutor?"

171

1          "Yes, ma'am."
2          "Is there anything you wish to add to
3  that?"
4          "No, ma'am."
5          "Is there anything you wish to dispute?"
6          "No, ma'am."
7          So you told the court that you had nothing
8  to dispute with respect to the factual basis that we
9  just read.
10    MR. KROUSE:
11          Objection to the form because you
12    don't read into the record what her
13    attorney at the time, if you just scroll up
14    to line 23 of what Mr. Dewey says.
15 BY MR. CAZAYOUX:
16    Q.  Dewey -- and then we ask about the -- said,
17 "Do you acknowledge and agree with the factual basis
18 for the crime that you wish to plead to?"
19          And, Judge, as in the written agreement,
20 and we've gone over the factual basis, we were
21 provided with this as a best-interest Alford plea
22 and she's willing to go forward with the plea as
23 such.
24          The plea, I don't think he's talking about
25 the --

172

1     A.  It's solely --
2     Q.  -- factual basis.
3     A.  It was solely as a best-interest plea.
4     Q.  Okay.  So when you're telling the court,
5  though, you have no is -- no dispute with the
6  factual basis, what are you -- what are you getting
7  at?
8     MR. KROUSE:
9          Show objection to the form of the
10    question.
11          You can answer.
12 BY MR. CAZAYOUX:
13    Q.  Why would you say "I have no dispute with
14 the factual basis" if you -- if you dispute it?
15    A.  Because I was told that it was just to
16 state that it was a best-interest Alford plea, that
17 I was maintaining my innocence.
18    Q.  Okay.  Now I'm -- we'll attach that as
19 Exhibit --
20    MR. CAZAYOUX:
21          What was it again?
22    MR. EWING:
23          Nine.
24    MR. CAZAYOUX:
25          -- 9.

173

1      MR. KROUSE:
2      And show objection. Move to strike.
3  BY MR. CAZAYOUX:
4      Q.  And then moving on to the administrative
5  proceedings, have you asked for a stay of those
6  proceedings?
7      A.  Yes, sir.
8      Q.  Is that in writing?
9      A.  I believe so.  We just had to -- I just had
10  to ask the commissioner during one of the -- it was
11  through Floyd Falcon, the attorney at the time, I
12  think, who discussed something at some point two
13  years ago.  I don't really remember.
14      Q.  And what about since you pled guilty, do
15  you know whether or not you've asked for a continued
16  stay?
17      A.  Yes.
18      Q.  And did you do that on your own behalf or
19  did Mr. Falcon --
20      A.  Yes.
21      Q.  -- do that for you?
22      A.  No, on my own behalf.  It was a mediation,
23  I think, that we had.
24      Q.  Where was that?
25      A.  It was over the phone, a status conference

174

1  over the phone.
2      Q.  And who participated in that?
3      A.  I think her name is Michele Giroir, and
4  then I don't know who the other attorney was and
5  myself.
6      Q.  Michele Giroir, was she the
7  administrative --
8      A.  I think she's with DPS or maybe state
9  police.
10      Q.  Was she the hearing officer or she was the
11  mediator?
12      A.  No.  The other attorney was the mediator,
13  but I don't know who she is.
14      Q.  And did you have anything in writing from
15  them that it would be continued --
16      A.  Yes.
17      Q.  -- continued to be stayed?
18      A.  At some point.
19      Q.  We'd like, if you can hand that -- get that
20  to your attorney, we'd appreciate that.
21      A.  Okay.
22      MR. KROUSE:
23      What exactly do you want?
24      MR. CAZAYOUX:
25      Something in writing regarding the

175

1  stay of the administrative proceedings.
2      MR. KROUSE:
3      I don't see the relevance, again, to
4  that -- to this --
5      MR. CAZAYOUX:
6      Well, we got to --
7      MR. KROUSE:
8      -- proceeding, but I understand your
9  request.
10  BY MR. CAZAYOUX:
11      Q.  It was my understanding that you -- your
12  case was set on the agenda for the Louisiana State
13  Commission today.  Did you --
14      A.  I don't know.  Between handling all of this
15  and all the other things I have going in my life, I
16  really don't know.  I'd have to go back and look at
17  the letter.
18      Q.  Okay.  Let's talk about the use of your
19  body cam for a second.  You were aware that you were
20  supposed to have an in-car camera, correct?
21      A.  Typically, all units should have one.  But
22  there are still units to this day that do not, that
23  are not equipped with them.
24      And at the time, we were doing -- I was in
25  legislative session and they were changing out my

176

1  units at that time, and I was not making any stops.
2  I was not on the roadway.  I didn't have any need to
3  equip my unit at that time.
4      Q.  But you had been on the roadway at least
5  since the end of the session which was June -- was
6  it June 9th or something like that?
7      A.  I don't remember.  But I was riding with
8  someone else in their unit for a period of time.
9      Q.  And didn't you advise -- in terms of your
10  body cam, didn't you advise your lieutenant, Mark
11  Jones, that it wasn't working at some point?
12      A.  It was my first time using a body camera,
13  yes.
14      Q.  So you had not had a body camera in
15  Lafayette before you moved to --
16      A.  No, sir.
17      Q.  -- Troop A?
18      A.  No, sir.
19      Q.  So did you -- did you know how to use the
20  body camera?
21      A.  We had a class on it at one point, and then
22  they showed us how to turn them on and turn them
23  off.  And they downloaded the information on our
24  MDT.
25      It was Axon that came to Troop A -- Troop

177

1    I.  And I was actually at legislative session, so I
2  left from there and went one afternoon and they did
3  everything, and then it went back into a box and I
4  went back to session and remained at session where
5  we didn't -- we're not allowed to wear cameras or
6  anything like that.
7         So I had never actually used a body camera
8  or any Axon equipment at that point up until --
9  still to this day I haven't used any.
10        There's no -- on Axon you cannot delete or
11 add to or remove any kind of video footage.  And if
12 there's any -- there's nothing on there with my name
13 or attached to any of the units that I've ever used
14 other than the training session, I think, and
15 possibly the stop prior to this, because I believe
16 my camera might have been working at that point but
17 I'm still unaware.  So there would have been no --
18 no input from me on Axon at all to this day.
19    Q.  I'm not really following you there.  You
20 said you had never used a body cam before?
21    A.  Correct.
22    Q.  But in the IA report there's several
23 instances of you using the body cam, like starting
24 on June 15th and June 29th, July 4th, July 5th,
25 July, I think, 9th.

178

1    A.  If I had it and it was working, I don't
2  know.  I have never been in the Axon system.
3    Q.  Well, you know you were reprimanded for
4  turning the body cam on late on each of -- on each
5  of these stops that I just talked about, right?
6    A.  I don't think I was ever reprimanded for
7  anything like that.
8    Q.  Were you -- you were never reprimanded.
9    A.  I don't believe so.  I reported my camera
10 that I didn't think it was working.  And he said,
11 "There was a bad batch that came out at the same
12 time that yours was issued way back then.  Just
13 turn -- try using your second camera."  So I used
14 the second camera the night that this incident
15 happened.
16    Q.  But the night of this, your camera was
17 working earlier that night because you said -- you
18 talked about counting a lot of money, you had to
19 count out things and you said it was working at that
20 point, right?
21    A.  I hoped it was working.  I have no idea if
22 it has anything on it.  It would -- it would take
23 someone who has Axon clearance to go in and actually
24 pull that footage.  I have no idea.
25    Q.  All right.  So I'm gonna show you -- it

179

1  looked like your camera was working, and that's what
2  I'm trying -- we're trying to figure out.  How would
3  you -- how would it work at one point and not at
4  another?
5    A.  I don't understa -- I don't know, sir.  I
6  mean, you'd have to ask Axon.  Truly, I have no idea
7  how the camera systems work.
8         And there's a -- there's a dedicated log in
9  Axon that'll tell you if I ever logged into that
10 system.  So there's -- there's record of it if I
11 would have used it to log into the system to put
12 whatever was on my body camera onto that system.
13    Q.  So in -- when you were at Troop I, you said
14 you did not have any body camera?
15    A.  No, sir.
16    Q.  And then when you came here, there's --
17 there's a bunch of instances where you started the
18 body cam late.
19         Did you -- did you activate the body cam
20 when -- on this earlier event that night, that --
21 when you were running after the guy with the bag?
22    A.  I believe so.  Like I said, I haven't seen
23 any video footage at all.  I have no idea how -- if
24 it worked, how it worked, what it captured, what it
25 didn't.

180

1         The body cameras are supposed to come on
2  immediately when you turn your lights on and they're
3  supposed to come on if you deploy a taser.  Or of
4  anyone in your area deploys a taser, it's supposed
5  to turn on.  Or you can tap it and it turns on.  But
6  I don't know in each instance if it recorded
7  anything.
8         I felt like it wasn't working, and I had
9  brought it -- because it didn't have a light on it
10 when I was looking at it.  So I brought it to my --
11 my troop lieutenant, and he looked at it and he said
12 he didn't think it was working either, to use the
13 second camera.  And on that night I used the second
14 camera.
15         And I had not seen any footage.  I still to
16 this -- I have no footage or no record of whether
17 that camera was operating or not.
18    Q.  We have some footage, and I want to ask you
19 some things about it.
20         (The following portion of video was
21         played at this time:)
22         MALE SPEAKER:  (Unintelligible.)
23         DOMINGUE:  Hey.  No.  Don't -- just
24 hold -- wait.  Hold on right now 'cause
25 my guy's already talking to him.  He's

181

```
 1        face to face with him and he's got him
 2     on camera.  Just hang on.  He's take --
 3     he's giving the rest of it up.)
 4        MR. CAZAYOUX:
 5        Can you stop for a second?
 6  BY MR. CAZAYOUX:
 7     Q.  That's you, right?
 8     A.  Yes.
 9     Q.  And do you know, did you activate it?
10  Because you see that you were in -- what's it
11  called?  Wild -- not wild wings.  Buffalo Wild
12  Wings' parking lot?
13     A.  I have no idea.  Like I said, I don't know
14  if they turn on with my lights or their lights or,
15  you know.
16     Q.  So it may have come on automatically?  Is
17  that what you're saying?
18     A.  Or I may have tapped it, you know, getting
19  in and out of my car.  I honestly do not know.  I've
20  never utilized the cameras.
21        MR. CAZAYOUX:
22        All right.  Can you go back, Carl.
23     Start from the beginning?
24        (Mr. Cazayoux and Mr. Ewing
25     confer.)
```

182

```
 1        (The following portion of video was
 2     played at this time:
 3        MAKE SPEAKER:  (Unintelligible.))
 4        MR. CAZAYOUX:
 5        Okay.  Stop a second.  I'm sorry.
 6  BY MR. CAZAYOUX:
 7     Q.  So do you know -- we hear you in the
 8  background.  Are you talking on your cell phone or
 9  the radio?
10     A.  I have no idea.
11        MR. CAZAYOUX:
12        Okay.  Go ahead, Carl.
13        (The following portion of video was
14     played at this time:
15        DOMINGUE: Hey.  No.  Don't -- just
16     hold -- wait.  Hold on right now 'cause
17     my guy's already talking to him.  He's
18     face to face with him and he's got him
19     on camera.  Just hang on.  He's take --
20     he's giving the rest of it up.  Y'all
21     don't go rush in there just yet.  Just
22     stay --)
23  BY MR. CAZAYOUX:
24     Q.  What are you talking about there?
25     A.  I have no idea.  I don't even know where
```

183

```
 1  this footage is from, so . . .
 2     Q.  It's the night of the -- it says July 10th,
 3  2018.  Are you talking about -- is there another
 4  drug deal that's going down?
 5     A.  I have no idea.
 6     Q.  It doesn't sound -- you don't know what
 7  that --
 8     A.  No idea.
 9     Q.  You don't know what you're saying.
10        MR. CAZAYOUX:
11        Okay.  Keep going, please.
12        (The following portion of video was
13     played at this time:
14        DOMINGUE:  Stand by.  I'm gonna
15     take this guy in and we'll go in
16     together.  Yeah.  He's got a lot more
17     information on where they stopped
18     tonight.  Yeah.  All right.  Y'all just
19     stand by outside, watch who's coming and
20     going, take their plates, and we'll get
21     the rest of them.)
22        MR. CAZAYOUX:
23        Stop for a second.
24  BY MR. CAZAYOUX:
25     Q.  So does that now ring a bell?
```

184

```
 1     A.  No idea.
 2     Q.  You're not doing a drug -- you're not --
 3  you're not monitoring a drug deal?
 4     A.  I'm -- I have no idea what's happening
 5  right now or where I -- I mean, you said I left
 6  Buffalo Wild Wings, so I don't know -- I don't
 7  remember if I even -- I brought that guy back.
 8  Burnell Thompson was the one that caught him.  He
 9  was the one that fled in the vehicle that lived on
10  you Potwin.
11        So I don't know.  I have no -- I don't
12  remember if he rode with me back to the unit -- back
13  to the troop or not, or if I had just the -- the
14  drugs and the other evidence, the cell phones and
15  whatnot.
16        (Mr. Cazayoux and Mr. Ewing
17     confer.)
18        MR. CAZAYOUX:
19        Keep going, Carl.
20        (The following portion of video was
21     played at this time:
22        DOMINGUE:  No.  Tell every one of
23     them, everybody got on the road, that
24     Thornton gave them up.)
25        MR. CAZAYOUX:
```

185

```
1        Stop there.
2   BY MR. CAZAYOUX:
3        Q.  What does that mean?
4        A.  I don't know.  I think Thornton was the
5   other guy that was in the -- in the first --
6        Q.  Yeah.  And he's in the back seat at the
7   moment.
8        A.  He's with me?
9        Q.  Yeah.
10       A.  I don't know.
11           MR. CAZAYOUX:
12           Okay.  Keep going.
13           (The following portion of video was
14       played at this time:
15           DOMINGUE:  Yeah.  Tell the guys on
16       the inside that Alton's giving everybody
17       up.)
18           MR. CAZAYOUX:
19           Stop it.
20   BY MR. CAZAYOUX:
21       Q.  You heard what you said there, "Tell
22   everybody on the inside that Alton's giving
23   everybody up"?
24       A.  Yeah.  I don't even know who I'm talking
25   to.  I don't know who --
```

186

```
1            MR. CAZAYOUX:
2            Okay.  Keep going.
3            (The following portion of video was
4        played at this time:
5            DOMINGUE:  All right.)
6        THE WITNESS:
7            I know there were other troopers --
8            (Unintelligible video playback.)
9        THE WITNESS:
10           -- back at the troop.
11           (Video continuing to play:
12           DOMINGUE:  Pull every single one of
13       them out, and I'll bring him by and roll
14       down the window so they see that he's
15       with me.)
16           MR. CAZAYOUX:
17           Stop.
18   BY MR. CAZAYOUX:
19       Q.  So you hear what you're saying?  You said,
20   Alton -- tell everybody Alton Thornton gave
21   everybody up and I'm gonna roll -- I'm gonna come by
22   and roll my windows down so everybody can see him
23   with me.
24       A.  The other troopers were back at the -- that
25   was the only -- I went straight from there straight
```

187

```
1   to the troop.  So it must have been other troopers
2   that were there.  I have no idea.
3            MR. CAZAYOUX:
4            Okay.  Keep -- keep going.
5            (The following portion of video was
6        played at this time:
7            DOMINGUE:  They'll know he's the
8        one that gave them up.)
9   BY MR. CAZAYOUX:
10       Q.   They'll know he's the one --
11           (Video continuing to play:
12           DOMINGUE:  All right.  Keep the
13       informants on the outside.)
14           MR. CAZAYOUX:
15           Stop, stop.
16           (Video continues to play:
17           DOMINGUE:  Bring him --)
18   BY MR. CAZAYOUX:
19       Q.  They'll know he's the one who gave them up.
20   What does that mean?
21       A.  I guess the other troopers that were there.
22   Because we found a number of cell phones that he
23   originally said that were not his and then we found
24   some women's purses and some items that had been
25   stolen from around the neighborhood of the Potwin
```

188

```
1   area.
2            MR. CAZAYOUX:
3            Can you go back a little bit, Carl,
4        please?
5            (Mr. Cazayoux and Mr. Ewing
6        confer.)
7        MR. GETHERS:
8            How far back?
9        MR. CAZAYOUX:
10           Just a couple seconds back.  A couple
11       lines back.  That's good.
12           (The following portion of video was
13       played at this time:
14           DOMINGUE:  -- and roll down the
15       window so they see that he's with me.
16       They'll know he's the one that gave them
17       up.  All right.  Keep the informants on
18       the outside.  Bring him in.)
19           MR. CAZAYOUX:
20           Stop.
21   BY MR. CAZAYOUX:
22       Q.  Keep the informants on the outside, what is
23   that about?
24       A.  I have no idea.  I was -- the only people I
25   was communicating with was other troopers because I
```

189

1    didn't -- I didn't catch him. The other troopers
2    caught him. So I -- I was in the process of getting
3    the money and the drugs and everything else, and I
4    was going meet my lieutenant back at the station.
5    And they said the other troopers were gonna be
6    there. If he gives anything up or says anything,
7    you know, tell us when we get there. So that's
8    probably who I was talking to.
9        MR. CAZAYOUX:
10           Okay. Keep going.
11       (The following portion of video was
12    played at this time:
13       DOMINGUE: I'm gonna put it all on
14    this guy I got. I got you. It's going
15    back to an address on Potwin, so you can
16    let them know that's where we picked him
17    up.
18       All right. I'll see y'all in a
19    minute.
20       (Unintelligible.) Oh, I don't
21    care. Hey, dude, we don't -- we don't
22    care. We do this every day.)
23       MR. CAZAYOUX:
24           That's it, Carl.
25    BY MR. CAZAYOUX:

190

1    **Q. And so you're not talking about bringing**
2    **Thornton past a drug deal that's going down --**
3    A. No.
4    **Q. -- that y'all are monitoring?**
5    A. No.
6    **Q. No? Okay.**
7        MR. CAZAYOUX:
8           All right. We're gonna -- can we take
9    a break? We may be -- we may be --
10       MR. KROUSE:
11           Absolutely.
12       MR. CAZAYOUX:
13           -- finished. Thanks.
14       THE VIDEOGRAPHER:
15           Going off the record. The time is
16    2:00 p.m.
17       (Whereupon, a short break was taken
18    at this time.)
19       THE VIDEOGRAPHER:
20           We are back on the video record. The
21    time is 2:21 p.m.
22       MR. CAZAYOUX:
23           Thank you.
24    BY MR. CAZAYOUX:
25    **Q. I just want to introduce this. Your**

191

1    **attorney and I have talked about this earlier. He's**
2    **going to object to it. But it's a letter dated**
3    **March 11th, 2021 to you from Colonel Lamar Davis.**
4    **And I just want you to identify it for us and we're**
5    **going to attach it.**
6        MR. KROUSE:
7           What's your exhibit number on it?
8    What's the next one?
9        MR. CAZAYOUX:
10           Oh, I'm sorry. Ten.
11       MR. KROUSE:
12           Ten. So note our objection to
13    Exhibit 10 as beyond the scope of inquiry
14    on the qualified immunity issue and
15    irrelevant.
16       THE WITNESS:
17           You want me to tell you what this is?
18    BY MR. CAZAYOUX:
19    **Q. Yeah, just tell us what that is --**
20    A. Okay. It's a --
21    **Q. -- if you can identify it for us.**
22    A. It's a letter from Lamar Davis, and
23    intention to terminate from state police.
24    **Q. And you recognize that letter?**
25    A. Yes.

192

1    **Q. You received that letter?**
2    A. I believe so, yes. It's -- probably back
3    in March of 2021.
4        MR. CAZAYOUX:
5           Okay. That's -- we don't have any
6    further questions. Thank you, Trooper
7    Domingue.
8        MR. KROUSE:
9           We don't have any further questions
10    either. We're going to have Ms. Domingue
11    read her deposition transcript, and you can
12    send that to me and I'll get it to her.
13       THE COURT REPORTER:
14           Okay.
15       MR. CAZAYOUX:
16           Thank you, Trooper.
17       MR. KROUSE:
18           Read and sign. Thank you.
19       THE VIDEOGRAPHER:
20           All right. Going off the record. The
21    time is 2:23 p.m. This marks the end of
22    the deposition.
23           *  *  *  *
24
25

193

WITNESS' CERTIFICATE

I, Kasha Domingue, the undersigned, do hereby certify that I have read the foregoing deposition and it contains a true and correct transcript of the testimony given by me:

( ) Without corrections.
( ) With corrections as reflected on
    the errata sheet(s) prepared by me
    and made a part hereof.

_____
KASHA DOMINGUE

_____
DATE

195

REPORTER'S CERTIFICATE

This certificate is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, Deanna Mancuso, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that Kasha Domingue, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 194 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter, nor is there any such relationship between myself and a party litigant in this matter; that I am not related to counsel or the parties herein, nor am I otherwise interested in the outcome of this matter.



DEANNA MANCUSO, CCR
Certified Court Reporter
Certificate No. 95005

194

REPORTER'S PAGE

I, Deanna Mancuso, Certified Court Reporter in and for the State of Louisiana, the officer, as defined in Rule 28 of the Federal Rules of Civil Procedure and/or Article 1434(B) of the Louisiana Code of Civil Procedure, before whom this proceeding was taken, do hereby state on the record:
That due to the interaction in the spontaneous discourse of this proceeding, dashes (--) have been used to indicate pauses, changes in thought, and/or talkovers; that same is the proper method for a Court Reporter's transcription of proceeding, and that the dashes (--) do not indicate that words or phrases have been left out of this transcript;
That any words and/or names which could not be verified through reference material have been denoted with the phrase "(spelled phonetically)."

DEANNA MANCUSO
Certified Court Reporter

| A |
| --- |

**A.J** 2:1 6:16
**a.m** 1:16 6:8
  13:20 106:8
  169:15
**abil** 156:9
**ability** 195:9
**able** 11:21 39:17
  69:12 75:19,20
  127:4 129:10
  129:13,16
  146:9,12,17
  165:1
**above-** 7:2
**Absolutely**
  190:11
**academy** 163:12
**Acadian** 11:11,13
**accelerating** 86:3
**access** 66:19
**accident** 26:4
  27:17 31:22
  48:6,9,19 49:8
**accompanied**
  195:3
**account** 56:24
  57:1
**accurate** 52:10
  69:16 80:13
  82:17
**accurately** 91:7
**acknowledge**
  171:17
**acquire** 165:10
  165:11
**acted** 195:13
**acting** 136:20
**actions** 133:19
**activate** 179:19
  181:9
**actively** 147:24
  148:7,8
**activity** 159:6
**actual** 58:12 87:7
  150:11 170:15

195:15
**add** 34:21 117:23
  168:15 171:2
  177:11
**addition** 169:22
**address** 32:3
  38:16 40:8
  100:10 106:19
  106:20 115:17
  133:16,17,22
  189:15
**addressed** 22:17
  27:20 33:1
  115:16 122:2
  129:9 132:2
**addressing** 60:17
  67:12 110:21
  114:7 129:9
  131:25
**administering**
  5:22
**administrative**
  173:4 174:7
  175:1
**admissible** 166:4
**admit** 57:12
**admitted** 43:22
  43:23
**advance** 98:12
**advanced** 95:24
  100:2
**advancing** 99:6
**advise** 176:9,10
**advised** 167:1
**advisory** 195:14
**affairs** 21:5
**affect** 170:15
**aforementioned**
  5:5
**afternoon** 177:2
**age** 155:6
**agency** 148:24
**agenda** 175:12
**agent** 11:15
**ago** 7:12 21:15

112:23 113:11
  173:13
**agree** 49:13,22
  103:20 171:17
**agreed** 5:3
  167:22 168:24
**agreeing** 167:2
**agreement**
  168:21 171:19
**ahead** 23:8 37:12
  43:8 51:9 77:12
  84:4 87:10
  89:24 135:12
  136:3 137:16
  139:8 182:12
**aim** 31:25 33:18
  91:20
**aimed** 48:22
  121:4 132:16
**aiming** 22:1,5
  25:1 28:2,5
  32:25 33:17
  60:17 61:14
  102:25 103:9
  103:11,13
**akrouse@frilot...**
  2:4
**alcohol** 88:5
**Alford** 167:1,7
  168:22 169:4,7
  171:21 172:16
**alive** 70:2 105:10
**allayed** 134:16
**alleyway** 46:18
  84:15 86:5
**allowed** 12:16
  163:18,20
  165:7 177:5
**als** 86:6
**Alton** 186:20,20
**Alton's** 185:16,22
**ambulance** 11:11
  54:12 55:4,13
  72:2
**amped** 85:17

86:6,12,23
**and/or** 194:6,12
  194:17
**angle** 92:18 93:10
  93:14
**answer** 5:14
  26:23 49:19
  50:2 77:8 83:2
  168:16 172:11
**answered** 34:21
  47:11
**anybody** 52:4
  105:14 125:15
**anymore** 69:2
  128:20 131:10
**anyway** 43:7
**apologize** 43:8
  107:6 162:20
**Apparently** 33:9
**appear** 19:21
**APPEARANC...**
  1:19
**appeared** 25:3
  129:8
**appears** 94:9
**appreciate**
  174:20
**approach** 22:15
**approached**
  15:11 60:18
  62:16 132:1,18
**approximately**
  169:15
**Ardoin** 2:9 6:19
**area** 26:20 28:17
  74:24 75:24
  91:22 100:7
  105:13 109:3
  112:4 140:5
  141:24 142:2,9
  142:11 152:5
  170:11 180:4
  188:1
**areas** 13:10
**arm** 24:3 28:9

74:19 75:22
  76:16 135:16
  137:20 148:21
**armed** 145:8,9,11
  145:15 170:5
**arms** 76:12,15,23
  77:9
**arrangement**
  195:11
**arrangements**
  195:12
**arrest** 47:21
  147:24 148:3
  158:20
**arrested** 47:5,19
**arrests** 153:2
**arrive** 29:10
**arrived** 51:14
  71:10
**Article** 194:6
  195:14
**articulate** 119:20
**asked** 12:11
  38:25,25 45:12
  46:3,5 63:8
  72:7 81:11,11
  82:25 148:18
  167:22 168:14
  170:23 173:5
  173:15
**asking** 7:24 47:12
  75:15,15 79:15
  82:3 120:23
  144:14
**asks** 170:21,22
**aspect** 27:15
**assailants** 26:19
**assistance** 145:20
  146:8,13,20,25
  146:25 147:6
**assisted** 155:16
**Assisting** 148:23
**associated** 166:23
**assumed** 116:24
**assuming** 99:4

| | | | | |
|---|---|---|---|---|
| athlete 9:21 | 20:12 23:21 | backup 43:17 | begun 67:21 | 39:23 140:1,6 |
| attach 59:11 | 34:14,24 35:14 | 45:21 46:15 | behalf 6:13,17,20 | 152:6 160:8 |
| 152:16 172:18 | 36:20,23,24,25 | backward 56:8 | 173:18,22 | bleeding 72:4 |
| 191:5 | 37:2 61:13 | 61:18 | believe 18:7 | blood 52:25 53:1 |
| attached 166:7 | 64:15 66:20 | bad 40:23 178:11 | 21:13,25 22:20 | 53:7 |
| 177:13 | 68:14 69:12,16 | bag 158:14,14 | 32:9 54:24 | blowing 149:9 |
| attack 144:14 | 70:9 84:15 | 160:8 162:9 | 60:22 77:10 | Bluebonnet |
| attacked 144:18 | 90:13 92:24 | 179:21 | 89:21 94:21 | 13:24 14:3 |
| attempt 133:18 | 95:11 101:3,4,4 | Barbera 169:11 | 95:19 98:13 | blurred 28:18 |
| 148:2 | 106:3,12 109:8 | 170:22 | 101:10 103:12 | board 10:6 |
| attempted | 109:13 111:5 | barely 22:12 | 103:22 121:4 | 195:11,14 |
| 127:11 | 112:9 113:4 | Barry 17:13 52:4 | 121:18 142:20 | body 16:17 25:24 |
| attend 164:25 | 121:6 127:4,13 | 52:22 53:24 | 144:15,17 | 26:11 27:13 |
| attendant 8:25 | 128:7 129:11 | 54:21 55:20 | 152:20 157:14 | 142:16 152:10 |
| attention 158:15 | 129:13,16,25 | 57:9,19 58:11 | 173:9 177:15 | 175:19 176:10 |
| attention's | 131:9,12,24 | 58:13,18 59:9 | 178:9 179:22 | 176:12,14,20 |
| 122:18 | 134:9,14,24 | 65:5 66:9 | 192:2 | 177:7,20,23 |
| attest 164:19 | 135:17 136:8 | Barry's 115:4 | believed 63:4 | 178:4 179:12 |
| attorney 58:10 | 136:17 137:20 | based 50:14 | 78:21 126:23 | 179:14,18,19 |
| 166:25 168:21 | 153:13 154:21 | 51:13 58:21 | bell 183:25 | 180:1 |
| 169:10 171:13 | 155:5 159:17 | 80:3 116:16 | benefit 34:24 | bolted 35:13 |
| 173:11 174:4 | 160:23 161:19 | 168:21 169:8 | 49:14,21 | bolts 63:14,19 |
| 174:12,20 | 175:16 177:3,4 | basically 12:20 | 106:19 | book 10:13 |
| 191:1 | 178:12 181:22 | 137:24 | best 12:6 167:3 | booking 153:3 |
| Attorneys 1:24 | 184:7,12,12 | basis 166:22 | 195:9 | born 8:6 |
| 2:5,12 | 185:6 186:10 | 167:23 168:11 | best-interest | bottom 159:14 |
| audio 58:12 | 186:24 188:3,8 | 168:25 169:4 | 169:7 171:21 | 165:4 169:13 |
| 119:22 | 188:10,11 | 169:11 170:25 | 172:3,16 | box 14:12 149:10 |
| August 11:12,13 | 189:4,15 | 171:8,17,20 | best-offer 167:3 | 177:3 |
| authority 195:6 | 190:20 192:2 | 172:2,6,14 | Bethea 18:7 | boxer 9:24 |
| automatically | backed 64:4,10 | batch 178:11 | beyond 191:13 | Boxing 10:18 |
| 161:9 181:16 | 64:12,20 | bathroom 105:23 | big 25:3 40:19 | Boykin 4:10 |
| available 85:20 | 107:16 109:17 | Baton 1:22 8:7 | 64:16 124:8,18 | braced 30:8,10 |
| aviation 8:23 | 109:17 124:11 | 106:24 | 124:21 125:5 | 33:4 41:11 |
| aware 175:19 | 129:23 131:23 | battalion 9:7 | 126:7,9,17,19 | 76:20 132:25 |
| Axon 176:25 | background 8:5 | beating 105:8 | 127:1 | 133:9,20 |
| 177:8,10,18 | 8:5,21 182:8 | Beau 10:7 | bigger 41:6 144:9 | bracing 62:22 |
| 178:2,23 179:6 | backing 68:15 | Becau 73:17 | Bill 57:9,18 | 132:4 |
| 179:9 | 69:11,16 70:9 | becoming 164:18 | bird's-eye 34:25 | brain 38:20 |
| | 109:16 124:9 | began 55:23 56:3 | bit 8:5,20 40:2 | Brandon 2:17 |
| **B** | 124:19 126:18 | 56:4,14 60:11 | 90:11 93:17 | break 105:21,23 |
| B 90:19 | 127:2,3,9,17 | 62:10 | 95:24 99:24 | 105:24 106:9 |
| Baby 10:12 | 128:2,8 129:4,7 | beginning 60:25 | 134:14,25 | 129:11 190:9 |
| back 9:18 14:4 | 129:24 130:2,3 | 95:20 111:7 | 144:24 188:3 | 190:17 |
| 14:10 16:2 | 130:14 146:7 | 135:22 181:23 | black 38:14 | breath 86:24 |

briefly 96:14
**bring** 186:13
  187:17 188:18
**bringing** 190:1
**bro** 24:15 117:3
**brought** 59:4,5
  82:21 180:9,10
  184:7
**Brown** 2:2 6:16
  149:12,24
**Buffalo** 181:11
  184:6
**building** 17:13,21
**bullet** 36:12
**bunch** 179:17
**Burnell** 184:8
**Burns** 10:14
**business** 9:19
**bust** 158:21,23

---

**C**

**C** 90:19
**C's** 98:19
**cadet** 4:8 163:10
  164:11
**calculate** 155:6
**call** 43:17 45:21
  46:15 72:1,1
  85:13,24 87:3
  89:25 101:17
  145:20 146:7,9
  146:12,17,19
  146:24 149:8
**called** 10:13,25
  45:3 67:7 68:2
  114:25 115:2,8
  120:10,10
  121:10,20,20
  122:4 146:25
  147:6 181:11
**calling** 83:18
  120:9
**calm** 137:2
**cam** 16:12,14,17
  175:19 176:10

177:20,23
178:4 179:18
179:19
**camera** 170:16
175:20 176:12
176:14,20
177:7,16 178:9
178:13,14,16
179:1,7,12,14
180:13,14,17
181:2 182:19
**cameras** 177:5
180:1 181:20
**camps** 10:8
**capable** 130:3
**capital** 12:23
**Captain** 163:2
**captured** 170:1
179:24
**car** 14:25 15:7,23
15:24 16:1,2,8
17:3 34:8 42:16
42:25 43:25
44:16 45:6,23
46:6,14 47:1
59:23,24 60:9
68:14 69:16,19
70:9,13 87:18
87:19 88:6,11
88:14,19 92:15
92:15,24 93:17
96:13,14 97:4
98:25 99:7,10
99:22 110:12
110:19 113:14
121:2 125:14
125:15,25
128:7 135:2,15
136:9,18,19
137:1,8,19
150:19 157:19
157:20 159:18
160:3,5,23
161:20 181:19
**care** 189:21,22

**Carl** 2:20 87:11
95:14 107:8
111:6 112:12
130:6 132:22
134:20 138:14
139:8 143:6
144:4,25
147:23 148:5
149:5,9 153:17
154:16 155:11
159:12 161:15
162:15 164:9
166:15 181:22
182:12 184:19
188:3 189:24
**cars** 94:24
**cartridge** 80:4
82:11
**case** 80:5 82:11
97:19 115:23
132:6 158:5
161:12 175:12
**casing** 79:23 82:8
103:20,22
**catch** 189:1
**caught** 78:1
184:8 189:2
**cause** 18:1 23:17
24:13 27:14
44:2 159:21
161:23 180:24
182:16
**caused** 30:14
40:17
**Cazayoux** 1:20
1:21 3:4 6:12
6:13 7:6,9
18:15,25 19:5
19:10,18 23:10
25:7 27:6 29:16
29:23 33:15,25
34:19 35:5,20
35:23 37:11
38:24 43:6,12
45:18 47:24

49:6,18 50:7
51:8 52:7,15
53:19 54:13
55:14 58:5
59:15,17 65:1
68:8 69:9 71:4
72:5 73:10 75:4
77:11 78:3 79:4
80:23 83:10,16
83:20,24 84:1,8
84:10,24 85:7,9
85:12 86:16
87:9,13 88:22
89:2,5,9,11,23
90:7,21,25 91:2
93:7 94:6 95:3
95:7,13,15 98:2
102:20 103:2,6
103:8 105:16
105:25 106:4
106:14,16
107:7,20 108:9
109:24 111:4
111:11 112:11
112:13 113:19
114:16 116:11
117:21 118:3
118:21 119:21
120:2,6,8 122:8
123:10 124:1
124:15 127:16
129:2 130:4
131:18 132:20
133:11,25
134:11,13,19
136:14 138:13
138:15 139:7
141:17,19
142:22 143:1,4
143:10 144:2,5
144:7,10,23
145:2 147:21
148:1,4,6 149:4
149:17 150:7,9
153:16,19,25

154:2,4,6,15,18
155:10,17
156:4,13,15,19
156:21,24
157:6,8 159:10
160:16 161:14
162:2,4,14,19
163:1,13,15,17
164:1,4,8,10
166:9,13,20
167:10,16,20
168:1,5,9
171:15 172:12
172:20,24
173:3 174:24
175:5,10 181:4
181:6,21,24
182:4,6,11,23
183:10,22,24
184:16,18,25
185:2,11,18,20
186:1,16,18
187:3,9,14,18
188:2,5,9,19,21
189:9,23,25
190:7,12,22,24
191:9,18 192:4
192:15
**CCR** 2:23 195:22
**cell** 39:14,18 40:1
40:1,4 41:14
77:7 94:7,9,10
145:19 157:15
170:6 182:8
184:14 187:22
**Center** 2:9
**certificate** 2:24
193:2 195:1,2
195:23
**certification** 5:11
165:11
**certified** 2:23
5:20 7:3 165:10
194:3,22 195:4
195:23

certify 193:5
195:6
champion 10:11
chance 50:10
65:8 131:10
132:2
chances 153:5
change 44:18
116:9 117:23
changed 138:4
changes 194:11
changing 58:16
175:25
char 57:4
characterized
41:24
charge 165:22
charged 140:5
152:5
charging 51:17
51:24 52:18
57:4
charlie 85:5,5,6,6
chase 85:21
139:20 151:10
chases 152:21
check 16:9
checked 46:5
72:18,25
145:10,21
checking 15:8
24:13,20 25:12
27:10 29:5
54:10 72:10
75:9
chest 41:12 75:2
76:23 77:1
Chicago 10:25
children 10:5
choice 50:6
choose 12:5
chose 115:11
CID 17:12,18,19
59:5
Circle 14:8

Civil 1:6 5:6
194:5,7 195:14
civilians 11:19
claimed 170:3
claiming 170:11
class 11:12
164:13,25
176:21
clean 149:23,25
clear 32:21 86:15
87:7 90:20
129:6
clearance 178:23
clearer 8:2
clearly 113:16
155:25
client 51:3
Clifton 1:4,24
143:21
clinical 10:22
clip 23:9,11 28:2
29:15,17 35:6
37:13 43:9,9
46:20 47:25
51:10 53:20
66:21 68:9 71:5
73:11 107:5
108:3,11
110:13 111:2,7
113:20 114:18
116:12 117:22
118:4 124:16
124:23 125:4
130:6 132:22
clips 100:24
110:4,8
close 39:7,11 41:5
64:25 77:20
109:21
closer 94:23
closest 22:18
25:22 27:21
50:16 62:22
110:23 115:13
115:17

Code 194:7
195:14
collided 152:12
colloquy 141:22
167:21
Colonel 4:13
191:3
combat 8:24 9:2
9:10
come 44:6 46:1,2
63:20 68:23
88:4 100:9
106:3 108:17
111:18 120:23
121:25 128:16
146:23 180:1,3
181:16 186:21
comes 40:4 87:18
coming 22:10
23:25 24:16
30:18 31:25
32:1 36:13
38:18,21 41:7
41:11 47:1
51:25 64:19
68:17 69:4
70:11 88:3,7
89:6 100:6
109:14,18
110:1,14,15
116:19 118:11
118:14 119:9
119:11 120:19
124:12 128:10
128:21 131:8
133:3,5 135:2
183:19
command 16:21
40:9 46:11
122:23 146:1
commands 56:5
56:16 61:8
154:20
commencing
1:16

Commission
10:18 175:13
commissioner
173:10
communicating
188:25
communication
120:25
competition 9:23
complete 105:8
143:13 165:1
165:12 195:11
completed
165:14,17,19
compliance
195:10,13
complies 20:2
comply 56:7
61:12 154:20
complying 43:1
concentrating
100:8 102:12
concern 42:13
55:6
concerned 39:4
42:11 55:9
concerns 134:16
conducting 159:6
confer 83:25
156:20 181:25
184:17 188:6
conference
173:25
confused 26:1
80:10 81:12,13
82:15,25
consider 23:3
considered 167:3
consist 78:4
consistent 78:5
87:14 113:7
117:24,25
119:5
constantly 86:3
100:5

CONSULTANT
2:19
contact 24:4,9
28:10,15,18,21
32:15,15 86:20
87:5 129:11
142:16 152:10
160:14 170:3
contains 193:6
contend 136:12
contention 32:12
33:23
continue 11:25
87:10 98:12
99:17 105:19
105:20
continued 4:1
29:2 40:13
82:23 97:15
119:2 139:16
150:12 165:10
173:15 174:15
174:17
continues 187:16
continuing 99:15
169:5 186:11
187:11
contractual
195:13,15
control 155:16
conversation
17:15 41:25
42:1 43:3 44:8
134:15
conversations
153:4
copy 149:23,25
154:5,7 156:23
corner 23:20
34:13 63:21
81:9
Corps 8:22 9:11
correct 7:21 9:25
10:1 14:23
16:16 17:10,17

20:10,21 25:14
26:6 28:6 29:8
29:11,12,22
30:22 31:12
37:10 41:19
49:8,9 54:17,23
65:9 67:1,19
78:9,11,12 86:9
92:7,19,21 96:3
96:22,23 99:18
100:13 103:9
106:25 108:7
114:21 115:3
115:25 126:13
126:14 138:21
143:12,25
145:9 152:1
158:18 165:23
166:23 168:25
175:20 177:21
193:6 195:9
**corrections** 1:9
2:13 3:15 6:21
193:10,11
**could've** 50:22
**counsel** 5:4 6:9
66:15,15 86:21
195:17
**count** 178:19
**counting** 178:18
**couple** 45:19
109:25 123:11
139:13 144:21
145:7 158:5
164:5 188:10
188:10
**court** 1:1 2:23
5:20 6:10 7:3
163:7 167:22
168:10 170:21
170:23 171:7
172:4 192:13
194:3,13,22
195:4,16,23
**cover** 69:5

128:22
**Cox** 17:9,12 18:5
18:8 57:9,18
**crawled** 120:21
152:14
**crawling** 120:15
**crime** 171:18
**criminal** 66:15
170:16,19
**cross-** 156:2
**cuff** 135:16
136:11 137:19
**cuffs** 24:21 29:6
135:13 137:17
**current** 106:20

**D**

**D** 98:20
**Dafney** 154:10
**danger** 22:1
**dark** 22:10 26:20
61:14 100:7
116:8
**darker** 105:13
**darkness** 22:11
**dash** 16:12,14
**dashes** 194:10,14
**date** 117:1
193:21
**dated** 4:11
153:21,21
154:9 191:2
**dates** 139:5
**Davis** 4:13 191:3
191:22
**day** 1:16 17:21
26:16 57:8
116:25 144:17
175:22 177:9
177:18 189:22
**days** 138:21
**DC-9s** 9:1
**DEA** 11:15,16
12:17
**deal** 183:4 184:3

190:2
**dealing** 53:16
115:10,14
135:25 155:24
**dealt** 135:10
137:14,23
138:6
**Deanna** 2:23 5:20
194:3,22 195:4
195:22
**December** 21:6
23:9 65:13 66:9
153:22 162:23
163:10
**decide** 35:3
**decided** 67:17
85:22 117:15
**decision** 50:14
51:1 80:11
82:16
**dedicated** 179:8
**deduce** 20:6
**defend** 26:19
30:7 125:20
133:19
**Defendant** 2:5,12
**Defendants** 1:11
**defended** 45:8
**defense** 66:14,15
**define** 102:16
**defined** 194:5
195:13
**definitely** 54:2,3
113:15
**definitively** 53:24
**degree** 9:19
**Deirdre** 10:10
**delayed** 22:21
**delaying** 169:24
**delete** 177:10
**delivered** 157:21
**demonstrate**
55:23
**demonstrating**
77:2

**denoted** 194:19
**department** 1:8
2:12 3:15 6:20
12:8 170:22,23
**depict** 91:7
**deploy** 180:3
**deployed** 86:20
120:11 160:13
**deploys** 180:4
**deposition** 1:14
5:4,15 6:4,5
7:18 41:13
101:15 166:7,8
192:11,22
193:6 195:12
**Derrell** 163:2
**described** 96:8
**describing** 31:21
**detail** 63:10
71:11
**detective** 57:14
63:7 67:25
80:24 91:14
**detective's**
116:17
**detectives** 48:5,6
49:7 117:2,11
**determine** 39:18
103:24
**Dewey** 168:20
171:14,16
**diagram** 3:13
18:9,16,21
**die** 22:1 35:4
67:11 138:9,10
**different** 51:2
59:4 74:12
151:22
**Dilley** 1:4,24 6:14
7:13 22:16 28:5
32:23 33:1,18
48:23 49:1,14
49:23 51:17
57:4 59:22 60:7
60:12,14 61:9

61:16 70:14
71:3 92:3 96:2
97:3,11,24
98:24 99:7
102:3,19
115:12 116:21
116:22 118:1
120:17 121:15
123:18,20
129:8 132:13
132:15,17
140:15 142:18
143:21 144:17
145:8 158:7
170:3,5,10
**Dilley's** 37:6
41:13 88:15
98:3
**direct** 22:22
161:13 195:15
**direction** 14:3,5
22:8,8 36:8
53:10 56:9
97:12 162:10
195:9
**directions** 40:14
**directly** 94:1
170:24
**discharge** 169:23
**discourse** 194:10
**discuss** 15:16
82:22
**discussed** 59:6
66:2,4 173:12
**discussion** 54:21
134:6
**disengage** 145:25
170:9
**dispatch** 83:18
85:13 120:10
**dispute** 168:18
171:5,8 172:5
172:13,14
**distance** 87:3
92:23 128:4

distinguishing 124:23,24
distorted 170:19
district 1:1,2 169:10
doctorate 10:22
document 4:10 164:3
documents 163:9
doing 10:19,24 20:23 45:8 47:22 108:21 111:22 113:1 143:11 175:24 184:2
Dollar 10:12
Domingue 1:10 1:14 2:6 4:14 6:5,17 7:1,7 8:6 23:15 29:22 30:6,16,22 31:2 31:6,12,23 32:8 32:19,24 34:4,7 34:10 35:10 37:19,21 38:3 38:13,23 43:16 44:19,24 48:10 48:12,21 49:3 52:3 54:1 57:6 63:18 68:12,21 69:7 71:13,20 72:1 73:16,18 74:1,18,23 77:21,24 80:15 80:18,21 85:4 105:19 106:17 107:15 108:16 108:19,22,25 109:4,23 111:17,20,23 112:1,5 114:1 114:10,13 117:9,12 118:8 122:17,21,24 123:3,6 124:6

124:11,14 128:5,14,25 130:12,19,24 131:5,15 132:25 135:4,8 135:21,25 136:4,6 140:12 140:18,22 141:4,9,13 143:3 144:11 150:10 159:17 161:19 164:12 166:22 168:10 169:24 170:8 170:14 180:23 182:15 183:14 184:22 185:15 186:5,12 187:7 187:12,17 188:14 189:13 192:7,10 193:4 193:18 195:6
Domingue's 170:18
Don 6:13 7:9 18:24
don@cazayoux... 1:23
Donald 1:21
door 23:21 34:8 34:14 35:14 36:20,23 37:1,2 55:25 56:3 60:10 63:21,24 64:7 92:24 99:22 101:3,5 108:15 109:11 111:16 113:18 120:20 150:19 170:12
doors 63:24 108:17 109:5 111:1,18 112:6 112:18 113:10 113:14 124:7

124:17 125:5 126:7,17,22,24 139:19,22 150:14,21 151:11
downloaded 176:23
DPS 90:14,14 93:2,3,12 94:2 94:14 95:22 96:24 98:20,20 103:19 142:24 174:8
DPSC 3:13,16,16 3:18,18,21,23 3:23 4:5,5,7,7,9 4:9 59:10,10 90:2,6,8 92:17 94:23 98:18 99:14 103:1,15 104:5
draw 61:6 92:13
drawing 18:18 19:20 20:4 60:19 125:19
drawn 68:5 91:23 122:19 148:15
drew 18:17 23:23 30:6 56:4 60:20 60:21 67:10 118:23 139:24 140:14,22 151:9,14
drinking 42:4 43:23,24 46:24 136:21,24
drive 43:24 101:2
driver 14:25 16:20 20:7 22:2 23:17 25:1 28:2 32:5,7,23,25 33:17 41:18,21 47:15 51:5,7 60:24 61:10 67:20 95:16,19

95:23 96:12,14 96:25 97:8,12 98:11,13,23,23 99:3 100:15,25 101:11 107:23 111:1 112:14 112:18,19,20 113:3,7 122:13 125:1 126:2,5 126:21,23 132:7 135:10 136:1 137:15 139:16 140:2 140:10,16 150:12 151:16 151:19,23 157:11,12,18 158:11 159:2 159:20 160:9 160:24 161:5 161:11,22 162:7,8,11
driver's 23:22 42:19 55:24 59:19 60:3 120:21 127:25 158:18
driving 14:7
drop 152:15
dropped 51:25 52:18 56:11 57:1,3
drops 157:17
drove 32:11
drug 158:21,23 159:6 183:4 184:2,3 190:2
drugs 157:16,19 157:19 158:13 184:14 189:3
Ducote 21:9
dude 189:21
due 56:17 194:9
duly 7:2 195:6
dumpster 35:19

duties 47:3

**E**

E 94:5 98:20
E-X-H-I-B-I-T-S 3:11
earlier 41:17 44:13 72:6 88:14 110:18 113:8 114:17 143:6 157:22 158:21 178:17 179:20 191:1
early 11:16
easier 11:21
edge 42:18
eight 9:9 127:8 162:18
either 7:25 16:25 28:24 30:9 31:17 51:5 73:19 113:8 114:4 180:12 192:10
else's 164:19
embarrass 162:21
employment 195:15
EMS 13:6 169:24
EMT 11:10
en 55:4
encounter 159:1
encountered 147:17
ended 77:6 147:14
enforcement 11:20 12:15 47:4
engine 68:25 69:1 128:18,19
entire 59:14,16 59:16 81:14,15
entitled 129:17

| | | | | |
|---|---|---|---|---|
| **entity** 195:12 | 174:23 | **F.X** 10:14 | **fast-forward** | **filling** 143:16 |
| **equip** 176:3 | **examination** 3:3 | **face** 181:1,1 | 83:17 | **final** 28:7 |
| **equipment** 177:8 | 4:10 7:5 156:3 | 182:18,18 | **favor** 19:24 | **finally** 25:5 28:7 |
| **equipped** 175:23 | **examined** 7:3 | **faced** 33:1 | **fear** 131:3 | 77:6 87:6 |
| **errata** 193:12 | **Excuse** 37:6 | **facing** 131:22 | **feared** 26:13 | **financial** 195:12 |
| **erratic** 14:7 | 55:16 81:6 90:1 | **fact** 38:17 50:15 | **fears** 134:17 | **find** 157:12 |
| **erratically** 136:9 | **exhibit** 3:13,14 | 69:15 82:19 | 137:2 | **finding** 55:3 |
| **Esq** 1:21 2:1,2,2 | 3:17,20,22 4:4 | 148:14 170:12 | **feather-weight** | **finished** 164:17 |
| 2:8,9 | 4:6,8,10,12 | **factor** 43:18 | 10:11 | 190:13 |
| **Esquire** 1:21 | 19:4,6,12,13,14 | 146:24 | **federal** 5:6 11:18 | **fire** 27:15 30:17 |
| **evade** 148:3 | 59:12,12 90:3 | **factors** 50:19 | 194:5 | 97:19 115:23 |
| **evaluate** 87:25 | 90:10,12,13,19 | 144:21,22 | **feel** 44:8 45:20 | **firearm** 56:11,19 |
| **evening** 17:9 | 93:3 95:12 | 145:3 170:8 | 46:14 50:5 | 61:23 115:24 |
| 143:6 | 142:23 149:8 | **factual** 166:22 | 105:7 117:24 | 116:3 135:1 |
| **event** 121:21 | 152:16 155:8,9 | 167:23 168:11 | **feeling** 135:11 | **fired** 56:18 57:5 |
| 150:11 158:6,6 | 155:22 156:17 | 168:25 169:5 | 137:15 | 62:17 64:23 |
| 179:20 | 156:22 157:3 | 169:11 170:25 | **feelings** 164:20 | 79:21 82:6 |
| **events** 69:20 | 162:16,20 | 171:8,17,20 | **fell** 77:7 | 103:21,25 |
| **eventually** 14:21 | 166:10,12,14 | 172:2,6,14 | **felt** 28:17 35:15 | 104:2 170:4 |
| **everybody** 40:1 | 166:18 172:19 | **failed** 61:17 | 36:2,20 42:9 | **firing** 52:1,19 |
| 40:13 44:1 | 191:7,13 | **failure** 56:7 | 43:1 44:14 | 78:25 79:8,19 |
| 45:15 135:14 | **exhibits** 4:1 | **fair** 167:5 | 69:25 70:1 | 81:7,8 82:5 |
| 137:18 184:23 | 155:23 163:9 | **Falcon** 58:10,10 | 73:14 80:15,19 | 83:1,6 91:16 |
| 185:16,22,23 | 166:6 | 61:25 66:18 | 81:4 83:2 119:1 | 94:24,25 95:6 |
| 186:20,21,22 | **exit** 59:20 60:4 | 173:11,19 | 133:3 136:22 | 138:5 170:2 |
| **evidence** 5:16 | **exited** 55:24 60:6 | **falling** 24:5 28:11 | 137:6,8 142:1 | **firm** 195:16 |
| 57:15 170:1,1 | 60:9 140:1,4 | 103:10,12,17 | 180:8 | **first** 7:2 9:4,6,9 |
| 170:15 184:14 | 141:23 151:15 | 104:8,10 | **female** 9:10 85:3 | 11:9 19:21 |
| **Ewing** 1:20,21 | 152:4 158:8 | **false** 170:8,18 | 154:10 | 20:18 23:11,15 |
| 6:13 7:14 19:8 | 170:10 | **falsely** 169:22 | **fence** 98:24 100:8 | 29:12 38:2 42:8 |
| 83:14 88:25 | **experience** 69:25 | 170:3 | 160:15 | 42:13,18 55:21 |
| 89:7 90:5 93:5 | 114:11 | **familiar** 68:3 | **fidget** 94:16 | 60:25 79:22 |
| 94:4 95:1,5 | **explain** 21:22 | **family** 138:11 | **field** 12:21 67:5 | 82:7 87:4,7 |
| 97:25 103:4 | 30:2 44:22 | **fantastic** 79:14 | **fight** 122:1 | 109:18 117:15 |
| 107:10 111:9 | 129:18 139:15 | 82:2 | 137:21 | 117:16 123:8 |
| 120:4 149:22 | 162:8 | **far** 92:23 148:17 | **fighting** 77:4 | 125:12 135:9 |
| 156:19 162:17 | **explained** 56:21 | 158:25 166:25 | 135:18 | 135:10,12 |
| 166:11 167:14 | 66:3 | 188:8 | **figure** 44:16 | 136:19 137:14 |
| 167:18 172:22 | **extended** 24:3 | **fast** 23:19 32:2 | 45:14 79:25 | 137:14,16,25 |
| 181:24 184:16 | 28:9 29:1 | 33:2,18 42:17 | 82:10 88:7 | 141:10 148:10 |
| 188:5 | **extent** 12:25 | 45:17 53:5 | 128:3 179:2 | 153:20 154:19 |
| **exact** 50:25 67:12 | **extra** 163:22 | 58:23,23 65:21 | **figured** 68:21 | 176:12 185:5 |
| **exactly** 16:23 | **eye** 150:6 | 82:24 105:1 | 126:3 128:14 | **five** 106:3 149:13 |
| 17:1 26:16 49:4 | | 127:5 133:10 | **File** 4:13 | 149:14 |
| 87:20 157:25 | **F** | 133:17,21 | **filing** 5:10 | **five-four** 40:19 |

fixing 105:3,4
fled 184:9
fleeing 116:6
  119:6
flight 8:25
Floyd 58:10,10
  61:24 66:18
  173:11
focus 38:19
focused 37:21
  99:2 102:7
  112:25
follow 107:19
  108:5
followed 133:19
following 23:13
  25:17 29:18,25
  34:2 35:8 37:14
  43:14 48:2
  51:11 53:21
  55:17 63:16
  68:10 71:7
  77:14 79:9 85:1
  107:13 108:12
  111:13 113:23
  116:14 118:6
  122:11 124:4
  127:19 130:7
  132:23 134:22
  139:10 159:15
  161:17 177:19
  180:20 182:1
  182:13 183:12
  184:20 185:13
  186:3 187:5
  188:12 189:11
follows 7:4
foot 16:7,8 28:25
footage 177:11
  178:24 179:23
  180:15,16,18
  183:1
football 12:21,22
force 3:23 4:4,6
  39:21 86:8,18

114:6 115:9,9
115:11 132:17
138:18 140:8
141:7 142:16
142:24 143:13
143:16,20
148:9 152:10
152:18,25
153:8,18
155:12 159:13
170:7
foregoing 193:5
195:7
forgotten 119:18
form 5:13 27:5
49:17 52:12
86:11 171:11
172:9
formalities 5:8,10
format 195:10
forth 14:10 16:2
61:13 113:4
195:7
forthcoming 42:3
42:5
forward 29:2
69:13 97:20
99:15 104:6,9
127:5,14 146:3
149:6 171:22
found 24:23
39:15 72:9
187:22,23
four 15:22
112:23 113:11
113:17 135:18
137:21
FP 78:24 79:16
82:4 91:12 95:8
95:9
freeze 11:18,22
Frilot 1:15 2:1
front 14:8,11
28:24,25 29:1
36:11 42:22

56:12 60:23
61:19 63:23
79:23 82:8
91:24 92:2,14
102:21,24
110:6,10 121:5
127:25 139:21
149:19 151:11
158:14 159:20
160:25 161:22
froze 69:13
frozen 127:6
FTO 164:17
165:18
full 23:11 29:17
43:9 65:14
74:16 89:14
93:17 167:4
further 96:25
119:8 155:23
164:23 192:6,9
future 170:16

─────────
**G**
gaining 155:16
gas 8:17
gesturing 110:1,1
Gethers 2:20
43:10 83:24
84:5 188:7
getting 10:22
67:16 97:4,9
98:4 99:7,10
110:11,19
122:19 172:6
181:18 189:2
Giroir 174:3,6
gist 47:9
give 8:4 27:16
40:9 58:2
106:19 148:19
150:2 154:5,7
164:2
given 7:18 83:13
164:24 165:7

193:7
gives 162:12
189:6
giving 17:16
42:23 70:15
71:11 122:22
181:3 182:20
185:16,22
glass 101:4
go 8:8 9:6 11:8
12:9,15,16,21
13:17 15:13,15
23:8 32:17
34:24 35:25
36:7 37:12 43:8
44:4,9 48:1
50:19 51:9
55:16 63:6,13
66:20 68:1,14
68:15,16 69:13
70:8,10,10,18
71:5 74:5 77:12
79:20 82:5 84:4
87:10 88:23
89:24 90:10,13
93:12 94:2,14
94:22 95:11,11
95:22 96:11,24
98:16 99:13,14
99:21 108:10
109:1 111:5
112:2,24 113:9
113:9 116:12
118:4 119:22
122:9 124:2
127:13 128:7,8
128:9 130:5
131:9 132:2
133:24 134:2
135:12 137:16
137:22 138:11
138:14 139:8
145:1 146:1,2,3
147:22 148:5
149:5 153:13

155:5 158:4
159:11 160:12
165:17,18
167:11 171:22
175:16 178:23
181:22 182:12
182:21 183:15
188:3
goes 23:4 63:22
75:17 101:6,6,6
101:7 160:5
169:18,21
Gogarty 10:10
going 13:17 14:4
14:10 19:3 20:6
20:12 23:8
29:14,24 45:11
47:20,25 59:6
59:11 61:13
63:9 64:8 67:13
69:4 75:8 79:12
80:9 81:3,16
82:14 83:17
84:21 88:8 90:3
90:12 92:16
93:4,12 94:3,22
97:22 98:20,22
100:10 101:24
102:12 104:6,7
104:11,12
105:17 106:7
106:18 110:22
113:4 114:22
115:8,15
121:17 128:22
130:17 131:25
134:4,14
136:25 140:19
149:7 153:15
155:7 156:16
156:17 160:18
161:2,7 165:20
166:1 175:15
183:4,11,20
184:19 185:12

186:2 187:4
189:4,10,14
190:2,15 191:2
191:5 192:10
192:20
**gonna** 15:13,15
15:15 22:1
23:16 24:21
35:3 36:24
43:18 44:6,9,16
44:24,25 46:21
47:7,13,18 58:1
58:25 63:11,13
67:11 68:22,23
70:5 74:3,3
78:19 79:5 88:1
107:11 117:18
128:15,16
130:24,25
131:4,11
132:16,17
133:2 135:17
136:12 137:7
137:21 146:6
149:6 155:18
156:5 159:23
161:25 162:9
162:10,13
167:4 178:25
183:14 186:21
186:21 189:5
189:13 190:8
**good** 7:7,8 41:25
42:1 43:3 44:7
87:23 93:17
99:24 112:12
134:15 137:8
153:4 162:3
188:11
**Gotcha** 110:25
136:5
**gotta** 53:14
**gotten** 71:20
72:17,25 73:6
**grab** 63:21 66:21

86:25
**grabbed** 61:4,6
64:6 66:24,25
107:24 108:4
139:20 141:1
151:7,7,9
**grabbing** 101:23
102:1 141:5
160:7
**graduate** 163:18
163:20 165:7
**graduation**
165:13,15
**grew** 8:7
**Grocery** 84:14,15
170:17
**ground** 24:6,10
24:19 25:6
26:15 28:11
30:9,10 31:14
31:20 32:16
33:4,7 38:9
39:19 45:13
53:1 71:15,22
74:25 75:7,25
76:2 77:18,19
78:1,25 91:11
104:12,15,18
104:23,24
120:16 121:15
135:20 142:17
142:18 147:12
147:14,16,19
148:18 152:11
**grounds** 163:7
**guess** 19:7,25
74:1 187:21
**guidelines** 195:10
**guilty** 165:21
173:14
**gun** 27:15 30:12
30:20,25 31:7
31:10,16 32:4
32:13,17 67:17
101:23 102:1

**guns** 157:16,18
157:20
**gunshot** 56:18
62:17
**guy** 23:16,24
25:3 37:22
40:19 61:10
64:8,16 96:8
101:16,22
102:4 109:11
113:4 124:8,18
124:21,21
125:5,6,7,8,10
125:13,16,23
126:7,9,17,19
127:1 135:1,9
135:13 136:11
137:14,17
159:17 160:6
160:21,22
161:19 179:21
183:15 184:7
185:5 189:14
**guy's** 22:4 180:25
182:17
**guys** 12:20 44:2
45:23 46:7
137:4 185:15

----

## H

**H** 2:2
**halfway** 149:10
150:10
**hand** 26:18 27:12
28:25 31:7,16
32:4 38:4,7,12
38:14 39:3,19
39:23 40:15
41:14,16 60:23
64:14,15 67:6,8
67:19 72:11
77:3,4,7 100:22
107:25 116:2
118:17 119:13
119:16 120:16

123:2,12 131:8
140:7 141:16
145:12 148:19
148:22,22
152:6 170:6
174:19
**handcuffing**
77:19
**handcuffs** 72:11
75:9 121:17
**handling** 175:14
**hands** 22:4 27:13
27:18 34:14,16
35:11 39:2,25
40:20 41:10,10
41:11 42:21,25
46:10 56:6 61:8
61:11,11,11,11
63:18 64:24
75:3 76:24
100:17,18,18
100:18 101:1
107:16,23
117:19 136:25
137:1,7 139:18
148:18,20
150:13 151:1
154:20
**hang** 181:2
182:19
**happen** 15:15
34:9 44:21 45:1
58:1 141:2
146:6
**happened** 7:15
23:1 24:8,8
25:2 28:3 30:3
30:5 31:15,17
33:14 34:23
38:2 44:13
45:14 49:4 51:4
52:6,23 57:11
57:14 58:1,21
59:1 63:5,9
64:22 65:16,19

66:2 69:20 70:4
73:22 76:9,19
76:25 78:20
80:16,19,25
83:2,9 105:9
114:15 119:2
131:17 138:9
142:20 146:2
147:4 154:21
157:22 158:6
178:15
**happening** 15:12
20:17 47:4
62:15 64:1
82:22 87:25
100:23 102:6
118:24 184:4
**happens** 66:1
**hard** 154:7
**harm** 40:18
**hat** 105:3,4
**he'll** 44:3,4
**head** 22:5 88:15
100:16,21
101:6 126:25
131:16 154:19
**heading** 36:9
64:11
**hear** 11:14 33:8,8
33:10 61:24
84:17 105:6
113:9 168:10
170:24 182:7
186:19
**heard** 9:3 10:2
25:8 27:9 33:10
33:16,21 34:20
57:20 66:22
78:5 81:25
100:24 113:8
114:17 117:22
118:22 121:14
185:21
**hearing** 121:8
174:10

heart 53:11 105:8
held 6:6 134:6
help 10:5 24:17
  36:24 78:19
  80:8 82:13
  121:25
helped 51:1
hereinbefore
  195:7
hereof 193:13
hereto 5:4
Hey 180:23
  182:15 189:21
Hi 7:7
high 8:11
highest 12:9
Highland 14:1,5
  14:6
highlighted
  149:21
hiring 11:18,22
hist 8:9
history 8:11,13
hit 24:10 26:15
  28:24 30:9,10
  31:19 33:4,6
  40:24 68:14
  69:15 70:9
  71:16 74:15
  105:11 128:7
  133:2
hitting 74:9
hold 90:1 107:3
  167:12 180:24
  180:24 182:16
  182:16
hole 24:24 30:12
  31:3,8,17 32:10
  32:11 48:16
  54:7,11,24 55:2
  55:11 72:10,19
  78:6
home 138:11
honestly 181:19
Honor 169:14

hood 35:11 42:25
  46:10 63:19
  107:16
hoped 178:21
hosted 11:1
hour 105:17
hours 65:22
  78:15 82:21
  86:8 118:25
  165:2
human 50:19
hundred 117:7
hunkered 76:20
  99:5
hurt 40:22
  130:25 131:4

I

I-N-D-E-X 3:1
IA 4:13 23:2
  41:24 49:11
  65:12 72:6
  157:9 177:22
idea 24:16 25:1
  30:13 48:22
  54:4 92:8 93:1
  99:2 118:23
  139:5 147:19
  155:1 178:21
  178:24 179:6
  179:23 181:13
  182:10,25
  183:5,8 184:1,4
  187:2 188:24
identification
  19:15 149:7
identified 3:13,15
  3:18,20,23 4:4
  4:6,8,13 101:14
identify 39:25
  90:4 101:14
  191:4,21
imagine 83:7
  151:5
immediate 25:20

26:21 40:8,10
  110:23 115:13
  115:16 132:18
immediately
  14:18 15:3
  51:20 132:3,18
  180:2
immunity 156:1
  163:6 166:5
  191:14
impact 26:12
  30:8 31:8,13,18
  33:4,6 62:23
  76:20 132:4
  133:1
improper 156:2
in-car 175:20
in-sessions 114:2
in-training 114:2
inability 145:20
  145:24 146:7
  146:24 170:9
incapable 129:6
incident 13:18
  18:17,19,22
  20:16 23:15
  38:2 39:21
  40:12 81:2 86:9
  86:18 117:1
  138:21,21,24
  139:14 140:25
  141:3 145:5
  155:24 156:18
  169:23 170:18
  178:14
incidents 152:18
including 102:1
  163:9 170:8
inconsistent
  169:25
indicate 19:25
  67:16 194:11
  194:14
indicative 86:2
  136:20,23

indicators 144:9
  144:13
indirect 195:15
industry 8:18
infantry 9:7
informants
  187:13 188:17
  188:22
information 15:8
  42:3,6 46:1
  80:12,14 82:17
  88:2,4 176:23
  183:17
informed 195:11
initial 119:6
  134:16 141:10
injured 55:7,10
injury 55:12
innocence 167:9
  169:6 172:17
input 177:18
inquiry 156:2
  166:5 191:13
inside 56:4
  185:16,22
insinuated 170:5
installed 16:14
instance 180:6
instances 153:14
  177:23 179:17
instinct 117:16
instructions 56:8
instructors 9:10
  9:12
intend 23:5 48:20
intention 23:3
  141:10 191:23
intentional 27:18
intentionally
  21:20 22:23
  25:16,19 26:8
  26:24 27:23
  29:21 30:4
  133:13
interaction 194:9

interactions 13:7
interested 195:18
interesting 86:7
  160:17
internal 21:5
interpret 20:25
interrupt 153:7
intersection
  14:12
interview 12:13
  17:8,17 21:7,8
  21:19 23:2,9,14
  29:19 30:1 34:3
  35:9 37:15
  41:24 43:15
  48:3 49:11,11
  51:12 53:22
  55:18 57:8,18
  58:9 61:24 63:8
  63:17 65:2,12
  65:15,23 66:10
  66:12 68:11
  71:8 77:15 79:7
  79:10 107:9,14
  107:22 108:13
  111:14 113:22
  113:24 116:13
  116:15 118:7
  119:2 122:12
  124:5 127:20
  130:8 132:24
  134:23 136:15
  139:11 152:17
  157:10 159:16
  161:18
interviewer
  29:20 30:2,15
  30:19,23 31:4
  31:10,21 32:17
  32:20 34:5,8
  37:16,20,23
  38:11,22 44:17
  44:22 48:4,11
  48:18,24 51:13
  53:23 55:19

68:20 69:6,8
71:9,19,25
73:12,17,25
74:6,22 77:16
77:22 79:11
80:17,20,22
108:14,17,20
108:24 109:2
109:22 111:15
111:18,21,25
112:3 113:25
114:9,12
116:16 117:10
122:13,18,22
122:25 123:4,8
124:10,13
127:21 128:13
128:24 129:1
130:9,13,21
131:1,14
134:24 135:5
135:19,24
136:2,5 137:11
139:12 140:13
140:21,24
141:6,12
**interviews** 9:3
**intr** 169:6
**introduce** 6:10
190:25
**introduced** 7:9
7:10 163:9
**investigation**
3:16,16 59:11
170:20
**investigative**
59:10
**investigator**
52:25 58:20
**involved** 40:3
117:18 123:22
154:10 158:24
**Ireland** 10:12
**irrelevant** 40:15
166:3 191:15

**issue** 155:25
163:6 191:14
**issued** 60:19
151:14 178:12
**issues** 58:14
**item** 140:6 152:6
**items** 187:24

**J**

**J** 1:21,21
**Jack** 14:12
**jail** 153:3
**James** 2:2 10:9
21:10
**January** 1:16
**jardoin@neun...**
2:11
**jbrown@frilot....**
2:4
**JDC** 166:3
**Jefferson** 21:10
24:19 29:4,9
76:10
**Jennie** 2:8 6:19
**Jennifer** 2:9 6:19
**Jim** 6:16
**job** 79:14 82:2
**John** 66:18
**joined** 10:17
**Jones** 176:11
**jpellegrin@ne...**
2:11
**Jr** 1:21,21 2:2
**Judge** 171:19
**July** 7:15 13:15
17:9 63:8 65:3
79:7 107:21
108:10 113:22
118:5 122:10
127:18 130:5
134:21 136:16
142:24 156:17
169:14 177:24
177:24,25
183:2

**jumped** 42:13
136:19
**jumping** 136:24
**jumps** 160:15
**June** 176:5,6
177:24,24
**justice** 165:22
**justified** 49:15,24

**K**

**K** 4:13 14:8
101:12
**Kasha** 1:10,14
2:6 6:4,17 7:1
8:6 51:13 80:9
140:8 162:21
193:4,18 195:6
**keep** 29:24,24
35:10,21 40:6
77:5 86:12 87:1
183:11 184:19
185:12 186:2
187:4,4,12
188:17,22
189:10
**keeps** 100:20,20
136:8
**Keim** 2:17
**Keisha** 82:14
**kept** 24:14,15
35:15 36:2,20
42:21 45:22
53:5 57:9,12,16
58:16,22 65:24
66:6 69:22 70:3
78:17 85:25
118:8 120:23
137:6,7 148:20
**Kevin** 21:9
**key** 120:16,22,24
120:24
**keyed** 146:20
**keying** 146:21
**kicked** 80:1
82:10

**killed** 119:1
**kilo** 85:6,6
**kind** 8:9,9 18:20
32:21 49:11
68:18 74:9,10
90:11 114:14
128:11 159:6
159:25 160:24
177:11
**kinda** 14:10 41:8
88:7 159:20
**knee** 51:25 52:19
53:1 56:11 57:2
57:3 64:21
79:21 80:6 82:6
82:12 91:19
92:12 121:4
**kneeled** 91:22
92:10
**kneeling** 56:20
61:18
**knees** 53:6
104:24
**knew** 15:25 25:18
26:18 31:6,7
45:11 46:13
54:15 55:7 69:5
72:15,19 73:3
73:12,20 74:25
75:5,10,16 76:5
77:16 78:7
88:18 92:13
116:18 117:6
121:14 122:5
126:1,2,4
128:23 145:18
145:18 170:14
**knock** 28:23
**knocked** 142:16
142:18 152:10
**know** 12:2 15:13
15:25 16:4,19
20:5 24:7,8,12
25:12,15 26:14

26:15,16,20
27:10 28:13,15
31:24 33:11
34:10,15,15
35:1,1 38:14
41:3 42:17
45:23 46:7,7
50:18 53:8 54:3
54:5 57:14
63:13,25 64:20
64:22,23,24
66:3 68:12 69:3
71:17,18 72:16
72:24 73:1,2,5
73:6,7,23 74:14
74:19,20 75:17
75:20,22,23
76:19,21 78:10
79:25 86:23
92:12 93:25
94:10,12 96:18
97:16 99:3,9,20
100:2,4,23
101:14 102:8
102:11 103:23
104:1,2,4
105:14 108:25
109:17,19,21
112:1 113:15
113:16 114:6
117:6,17
118:10,16
119:12,16,24
120:5,18
121:10,12,24
122:3,7 125:2
125:15,15,17
125:22,24
127:7,8,11,23
128:5,21
130:10,17
131:13,15,16
132:9,11 136:4
136:6,7,12
137:3,4,5

138:23,25
139:3 141:14
145:13,16,17
146:3,5,6,9
148:25 149:2,2
151:7,17,18,20
153:11,11
155:5 157:11
158:1 160:21
161:3 164:14
164:15 173:15
174:4,13
175:14,16
176:19 178:2,3
179:5 180:6
181:9,13,15,18
181:19 182:7
182:25 183:6,9
184:6,11 185:4
185:10,24,25
186:7 187:7,10
187:19 188:16
189:7,16
**knowing** 78:1
**knowledge** 12:25
50:16 101:13
195:15
**known** 51:4
**Krouse** 2:1 6:15
6:16 18:11,23
19:2,16 26:25
27:4 49:16,25
52:11 59:13
70:21,25 86:10
90:17,23
102:14 105:22
106:2 133:23
149:15,20
150:1,5 153:23
155:20 156:10
157:2 162:24
163:3 165:25
166:17 167:24
168:3,7 171:10
172:8 173:1

174:22 175:2,7
190:10 191:6
191:11 192:8
192:17

**L**

**L** 101:21
**LA** 85:4
**label** 90:3 92:17
**Lafayette** 2:10
8:7 11:17 13:11
176:15
**Lamar** 4:13
191:3,22
**lane** 1:21 6:13
7:13 14:11
119:24 154:5
162:12 164:2
**lane@cazayou...**
1:23
**large** 140:1
151:15
**late** 26:21 178:4
179:18
**laughing** 24:15
120:18 136:8
**law** 5:7 11:20,24
12:15,15 47:3
**laying** 24:18
**lean** 159:19
160:24 161:21
**leaning** 101:5
162:9
**leans** 64:2 160:6
160:7
**learn** 44:3
**left** 11:13 16:7,8
22:11,16 35:25
38:7 39:3 41:16
45:9 61:16
64:10 68:16
70:10 74:11
77:3,4 93:22,23
97:18 102:19
108:4 109:17

110:2,7,14,15
128:9 129:8
140:4,7 141:23
142:9,9,10
152:3 177:2
184:5 194:15
**left-hand** 110:20
**leg** 16:8 24:3 28:9
**legislative** 175:25
177:1
**length** 93:17
**lesson** 44:3
**let's** 11:8,8 19:25
34:1 35:6 37:12
51:9 53:20
55:15,16 63:6
66:20,20 71:5
73:11 77:12
81:23 83:11
89:24 90:10,11
93:12 94:2,14
95:11,22 96:11
96:24 99:13
105:23 108:10
111:5,6 113:20
118:4 119:22
122:9 124:2
127:17 130:5
133:24 143:8
144:3 153:21
159:11,11
175:18
**lethal** 115:9,11
116:10
**letter** 4:8,13
162:23 164:21
175:17 191:2
191:22,24
192:1
**license** 16:11
42:19 87:1,4,8
87:15 140:5
141:24 142:2,9
142:11 152:4
160:1 170:11

**lieutenant** 176:10
180:11 189:4
**life** 10:13 21:25
23:7 25:21
26:13 53:16
81:5 116:10
175:15
**light** 22:10 41:7
100:6 180:9
**lighting** 50:23
**lights** 14:15
180:2 181:14
181:14
**line** 35:21 40:6
98:24 107:12
111:12,12
113:21 116:13
118:5 122:10
124:3 127:18
155:22,23
163:4 167:25
168:4,6 169:16
169:22 170:24
171:14
**lines** 20:5,6
188:11
**listed** 170:8
**listen** 58:12
**listened** 51:5
146:10
**listening** 42:10
44:15 58:11
137:1
**literally** 25:4
53:12 75:13
**litigant** 195:16,17
**little** 7:10 8:2,5
8:20 9:21 28:1
40:2 45:25
74:12 90:11,13
95:24 105:23
134:14,25
144:9,24 188:3
**live** 8:7 35:3
**lived** 184:9

**LLC** 1:15,20 2:1
**local** 12:7 13:12
**located** 141:25
142:1
**location** 56:2
62:18 93:9
**locations** 157:16
**log** 179:8,11
**logged** 179:9
**long** 87:24
126:12 137:6
**longer** 10:18
42:11 45:25
101:22
**look** 34:24 50:20
50:23 83:11
94:23 97:8,15
127:18 134:20
139:17 144:6
150:12 154:14
164:6 169:21
175:16
**looked** 8:13
35:11 45:9 72:3
179:1 180:11
**looking** 19:21
20:25 49:22
97:7,10 100:5
109:25 136:8
136:17 166:21
180:10
**looks** 18:18 50:23
88:15 93:22
103:15 104:19
104:23 143:24
157:25 158:3
**loose** 77:6
**lost** 22:4 34:16
117:19 132:7
132:10,12,14
140:2,11
151:16
**lot** 9:22 13:6,12
14:22 15:13
17:14 65:25

82:23,24 88:6
139:2 178:18
181:12 183:16
**loud** 56:5,16 61:7
**Louisiana** 1:2,8
1:15,22 2:3,10
2:12 3:15 5:21
6:7,20 10:17
175:12 194:4,6
195:5,13
**low** 74:11
**LSP** 4:13
**LSU** 12:22
**lunch** 106:9
**luxury** 23:5

_____
**M**

**M** 2:2,9 102:3
**ma'am** 168:13,16
168:19 171:1,4
171:6
**maintain** 167:9
169:6
**maintaining**
172:17
**making** 32:14,15
85:13 157:17
176:1 195:12
**male** 9:7 32:6
140:1,3 141:23
151:15 152:3
180:22
**Mancuso** 2:23
5:20 194:3,22
195:4,22
**March** 191:3
192:3
**marijuana** 47:1
88:6,11 136:22
**marine** 8:15,20
8:22,24 9:10,11
**mark** 19:3,6,11
90:12 155:8
176:10
**marked** 19:14

59:7 91:18 95:2
95:6,9 97:22
156:16
**marking** 91:12
**marks** 192:21
**Master** 17:8
**material** 194:18
**matter** 22:25
26:2,3 102:13
142:19 195:16
195:17,18
**Maximillian** 1:22
**McGehee** 24:19
29:4,9 76:10
79:18 82:4
91:15
**McLindon** 66:18
**McNeeley** 10:9
**MDT** 16:10
176:24
**mean** 16:13 20:5
30:4,23 32:5,8
34:11 38:9
40:18,19 46:22
46:25 47:17
48:9 50:18 51:6
67:18 76:13
79:16 82:4,18
86:21 92:6
93:17,20 99:25
100:4 112:22
113:12 115:6
125:8 130:22
135:6 137:11
139:1,2 145:3
145:21,25
146:22 148:24
152:21,23
153:6,10
160:19 164:14
164:15 179:6
184:5 185:3
187:20
**means** 20:17
115:8,22

**meant** 17:23
42:10 73:8 83:8
149:2
**mediation** 173:22
**mediator** 174:11
174:12
**meet** 189:4
**meeting** 18:5
**memo** 163:10
**mental** 156:8,9
**mentally** 164:13
**mention** 125:12
**mentioned** 51:16
128:2
**metal** 94:17,18
**method** 194:13
195:8
**mic** 120:16
**Michele** 174:3,6
**middle** 1:2 46:17
**Mike** 10:7
**Million** 10:12
**mind** 90:18 111:5
130:18 135:3
135:15 137:19
149:9,18
154:16
**minute** 92:6
189:19
**minutes** 15:7
58:19 76:10
87:19,20
105:18
**Mire** 41:19 47:14
95:17,19
134:15
**misdemeanor**
165:22 166:2
**misinterpret**
153:9
**misrepresented**
170:2,9
**missed** 161:16
163:23
**mistake** 83:4

**moment** 25:21
50:25 54:25
67:12 69:21
70:1 81:4 82:20
85:14 86:7
102:7 124:25
133:15 135:3
185:7
**moments** 53:15
**Monday** 50:21
**money** 178:18
189:3
**monitor** 6:8
**monitoring** 184:3
190:4
**months** 139:1
**morning** 7:7,8
18:1 50:21
79:13 80:9 82:1
82:15
**motion** 105:2
**move** 16:2 29:2
36:14 40:13
97:19 99:15
157:4 163:8
165:20 166:1,1
166:18 173:2
**moved** 107:23
139:17 150:13
151:1 176:15
**movement** 16:1
22:3
**movie** 10:2,12
**moving** 22:13
40:14 69:13
88:14,20 91:21
104:6,9 127:5
135:14 136:9
136:24 137:18
146:3 154:16
173:4
**multiple** 15:17
46:13,16 61:7
66:10 88:19
147:10 155:14

169:25
**muscle** 113:4
**muscular** 96:8
97:9 101:16,22
124:21 125:23
132:8 152:1
**must've** 30:25

_____
**N**

**N** 102:25
**name** 8:4 41:19
158:18 174:3
177:12
**named** 7:3
**names** 194:17
**narrative** 149:10
149:11
**near** 56:12 61:19
140:4 141:23
142:9 152:4
170:11,12
**need** 26:23,23
43:7 45:20
58:11 162:22
176:2
**needed** 45:1,21
46:15 57:11
58:14 68:24
128:17 165:12
**Negative** 166:25
**neighborhood**
187:25
**nervous** 15:14
42:7,11 44:11
**NEUNER** 2:8
**never** 28:15
32:25 46:16
48:22 52:20
54:1,7,14,21
60:20,21 61:4,4
61:25 66:15
69:12 76:16,24
77:9 78:12,13
79:1 86:20
118:23 123:20

127:4 129:10 145:14 151:9 177:7,20 178:2 178:8 181:20
**New** 1:15 2:3 6:7 8:8 11:2
**night** 7:15 17:23 17:25,25 18:3 46:18 49:4 56:22,25 65:3,3 86:18 91:8 92:21 94:11 97:2 138:12,20 138:23 156:7 158:21 178:14 178:16,17 179:20 180:13 183:2
**Nine** 172:23
**noncompliance** 56:17
**nonlethal** 115:9 116:9
**nonprofit** 10:4
**normally** 42:14 133:15
**note** 191:12
**notice** 38:11 48:14
**noticed** 25:5 48:15 54:11 64:7 72:3
**number** 16:3 87:20 93:3 164:6 167:25 168:4,6 187:22 191:7

**O**

**O** 103:15
**o'clock** 158:2
**oath** 5:22
**object** 39:23 40:15 86:11 94:18 162:25

163:4 166:1,6 166:18 191:2
**objection** 27:1 49:17 50:1 52:12 153:24 155:21 156:11 157:3 171:11 172:9 173:2 191:12
**objections** 5:12
**objects** 39:25
**observed** 59:19 59:19 60:3 139:21 151:10
**obstruction** 165:22
**obviously** 19:1 41:6 44:20 48:8 53:6,13 84:18 88:5 113:12 115:6
**occupants** 122:16 122:19
**occurred** 22:20 26:13,17 53:8 58:13 81:3 145:5 148:13 154:9 156:7
**occurring** 150:11
**occurs** 50:20
**offered** 166:6 169:4
**Office** 1:9 2:13 6:21
**officer** 47:4 102:8 147:12 174:10 194:4 195:5
**officers** 29:10
**offices** 1:15
**officiated** 5:21
**offset** 93:16,20
**oh** 18:8 28:8 50:5 50:21,22 66:24 70:24 89:3 98:3 98:19 136:2

144:16 154:12 155:3 165:5 189:20 191:10
**oil** 8:17
**oilfield** 9:17,20
**okay** 7:16 8:2 10:15 13:18 14:6 17:7 18:8 18:20 19:17 20:18 21:3,11 23:8 26:1 31:4 31:10 35:22 37:20 42:9 43:19 44:14 50:5 62:21 63:14 64:2 65:7 68:20 69:6,8 70:19 71:19,25 72:23 73:25 74:22 77:22 78:23 80:17,20 80:22 81:21 84:9 85:8 87:10 88:1,18 91:1 95:10 96:20 97:3,7,21 100:14 101:18 101:19 102:21 103:7 105:19 106:1 107:4 108:2,20 109:22 111:21 112:12 114:9,9 116:5 120:7 123:4,11 124:10,13 126:20 127:17 128:13,24 129:1 130:5 131:1,14 135:24 136:22 137:7 139:8 140:21 141:12 142:13,21 143:2,11

145:20 146:12 147:5 151:3,6 151:10,14,21 153:12,15 155:4,18 156:14 157:7 158:17 159:9 160:4 162:3,13 165:20 167:6 169:18 172:4 172:18 174:21 175:18 182:5 182:12 183:11 185:12 186:2 187:4 189:10 190:6 191:20 192:5,14
**old** 154:25,25
**older** 155:2,2
**once** 16:1 39:19 40:8 42:24 110:23 146:1 148:17
**ones** 73:24 91:18
**online** 11:3
**onset** 164:13
**open** 34:6,14 36:6,23 101:3,5 108:14,18 111:15,19 124:7,17 125:5 126:7,16,21 139:23 151:12
**opened** 11:12,22 23:21 35:14 36:20 37:1 56:2 60:10 64:7 109:5 112:6 120:20 126:24
**opening** 109:11 111:1 112:17 113:10
**opens** 63:24
**operating** 180:17
**operation** 8:23

**opinions** 195:14
**opportunity** 164:24
**opposite** 60:15 61:3 63:22 116:8
**organization** 10:5
**origin** 23:17
**original** 195:3,3
**originally** 15:21 163:19,20 187:23
**Orleans** 1:15 2:3 6:7 8:8 11:2
**outcome** 195:18
**outset** 164:12
**outside** 156:1 163:5 166:4 183:19 187:13 188:18,22

**P**

**P** 103:20
**P-R-O-C-E-E-...** 6:1
**p.m** 106:13 134:5 134:10 190:16 190:21 192:21
**page** 3:3 4:1 23:11 29:17 43:11,13 48:1 53:20 55:16 59:10,14 68:9 79:6 107:11 108:11 111:10 111:12 113:21 116:12 118:5 122:10 124:2 127:18 134:20 134:21 138:14 138:17 144:3 149:6 154:14 159:12,14 164:9 167:11

167:12,21
168:2,2 169:13
169:14,21
194:1 195:3
**pages** 149:6
195:7
**panel** 61:19 81:9
**paper** 74:8
**paralegal** 9:20
**parame** 11:10
**Pardon** 143:15
**parked** 93:21,22
**parking** 14:22
181:12
**part** 5:15 28:25
42:24 45:3 47:3
63:11,12 78:23
84:18 86:19
100:9 139:9
144:12 149:11
160:22 193:13
**participated**
174:2
**particular** 40:11
131:2 135:3
153:14
**particularly** 83:6
**parties** 5:4
195:18
**party** 195:16,17
**passed** 164:16,16
**passenger** 23:22
33:9 34:12 37:3
37:10 55:24
56:1,3,12,14
59:20,21 60:4,5
60:10,16 61:17
61:19 62:9,16
63:23 67:14
70:13 91:20,21
91:24 92:2,10
92:14 96:4,4,7
96:7 97:9,9
101:5,10
102:18 113:4

120:20 121:5
122:14 128:1
132:8 139:19
139:21,25
140:3,10
150:14,21,23
151:11,15,18
151:25 152:1,3
157:12,18
158:8,10,11,12
158:15 159:3
160:11 161:6
**passion** 11:24
**PATE** 2:8
**pathway** 20:7,8
**patrol** 56:9 61:20
142:2
**pauses** 194:11
**peaceful** 153:2
**Pellegrin** 2:8 6:18
6:19 18:13
**people** 15:14,17
15:22,23 16:3
22:13 46:14,16
67:10 88:19
120:23 122:3
125:24 151:22
152:25 155:14
188:24
**percent** 117:7
165:2
**perception** 51:19
**performing** 16:9
**period** 176:8
**Perkins** 13:21
14:14
**permission** 165:7
**person** 9:4 13:6
31:25 51:6
69:18 125:14
125:18 131:2
146:16 161:12
162:8 195:12
**personal** 195:9
**Peter** 10:9

**Petroleum** 2:9
**Ph.D** 11:5
**phone** 39:14,18
40:1,4 41:14
77:7 94:7,9,10
145:19 170:6
173:25 174:1
182:8
**phones** 40:1
157:15 184:14
187:22
**phonetically**
194:19
**photograph**
93:19 99:11
**photographs**
3:20 89:16
157:17
**phrase** 194:19
**phrases** 194:15
**physical** 170:1
**physically** 164:13
164:25 165:1
**picked** 9:8
189:16
**picture** 101:21
**pictures** 79:1
**pieces** 58:25
**pillar** 35:16,16
36:3,3,5,10,16
36:21,21,25
**pillow** 36:16
**Pinhook** 2:10
**pinpointing** 83:1
**pistol** 68:6
**place** 154:20
**placed** 81:8
**plain** 158:13
**Plaintiff** 1:5,24
**plan** 44:20 57:25
**planned** 116:4
**planning** 47:12
47:21 98:16
136:2
**plate** 16:11 87:1

87:4,8 140:5
141:24 142:2,9
142:11 152:5
170:11
**plates** 183:20
**play** 23:8 29:14
34:1 35:6 37:12
43:7,8 51:9
53:20 55:15
73:11 77:12
79:5 83:21 84:4
111:6 113:20
132:21 138:16
139:8 160:22
186:11 187:11
187:16
**playback** 186:8
**played** 23:14
29:19 30:1 34:3
35:9 37:15
43:15 48:3
51:12 53:22
55:18 63:17
68:11 71:8
77:15 79:10
85:2 87:12 89:4
107:5,14
108:13 111:14
113:24 116:15
118:7 122:12
124:5 127:20
130:8 132:24
134:23 139:11
159:16 161:18
180:21 182:2
182:14 183:13
184:21 185:14
186:4 187:6
188:13 189:12
**playing** 35:21
**plea** 166:3,23
167:1,4,7
168:21,22
169:4,7 171:21
171:22,24

172:3,16
**plead** 171:18
**please** 6:9 34:1
35:7 37:13
51:10 68:9 71:6
73:11 77:13
84:25 87:10
106:22 144:9
144:25 166:15
183:11 188:4
**pled** 165:21
173:14
**pocket** 94:16,19
**point** 20:11 22:18
24:25 25:24
26:10,22 31:12
32:14,19 33:7
36:14 38:17
39:5 40:21 41:4
41:5 42:11
43:19 44:10
53:6,8 55:6,10
59:3,8 60:8
64:1,4,23,24
65:7 69:7 71:3
71:18 72:16,16
72:20,24 75:12
76:21 78:9,11
79:2 80:24 83:8
83:18,22 85:18
87:6 91:19
92:13 96:6,16
97:4,14 98:7,12
98:14 99:20
100:3 101:9,11
103:10,18
104:18,22
105:6,12
109:13 110:24
112:22,24
113:2,17 115:9
115:14,18
118:14,19
119:11,14,14
120:25 121:1

121:23 122:1,4
122:6 128:25
130:3,9 131:17
132:3 136:10
137:23 145:6
148:16 151:17
158:16 159:24
160:19 161:2,5
161:8,13 162:1
164:22 165:9
168:20 173:12
174:18 176:11
176:21 177:8
177:16 178:20
179:3
**pointed** 48:25
53:7 86:21
**poking** 100:16,20
**police** 1:9 2:13
6:22 12:3,5,10
12:24 13:2,9,11
84:19 115:6
163:11 170:12
174:9 191:23
**policy** 170:22,23
**popping** 22:5,9
**Porche** 2:8
**portion** 23:13
29:18,25 34:2
35:8 37:14
43:14 48:2
51:11 53:21
55:17 63:16
68:10 71:7
77:14 79:9 85:1
107:13 108:12
111:13 113:23
116:14 118:6
122:11 124:4
127:19 130:7
132:23 134:22
139:10 159:15
161:17 180:20
182:1,13
183:12 184:20

185:13 186:3
187:5 188:12
189:11
**position** 28:20
52:1,19 53:2
56:20 61:19
62:16 78:24,25
79:8,19 81:7,8
81:8,9 82:5
83:1,6 91:16
94:24,25 95:6
104:21 127:15
127:24 129:7
131:3 147:13
170:3,10
**possibly** 12:10
108:1 127:5
162:6 177:15
**POST** 164:16
165:9,11
**Pot** 14:21
**potential** 170:16
**Potwin** 14:22
42:8 63:12 85:4
86:4 184:10
187:25 189:15
**pounding** 53:11
**powered** 16:17
**Poydras** 1:15 2:3
6:6
**practice** 75:18
**prayed** 153:3
**pre-assault** 144:8
144:13
**prepare** 26:11
**prepared** 109:6,7
112:7,8 193:12
195:8,10
**present** 53:17
**pretty** 56:23
85:17 93:16
**previously**
152:19
**primary** 56:19
**prior** 65:20 67:8

114:11 124:25
152:22 177:15
**probably** 43:21
53:3 102:10
136:11 155:3
189:8 192:2
**Procedure** 5:6
194:6,7 195:14
**proceed** 84:25
**proceeding** 96:16
170:16 175:8
194:7,10,14
**proceedings**
173:5,6 175:1
**process** 12:1 23:4
189:2
**professional** 9:21
9:24 11:1
**program** 11:7
164:17
**prohibited**
195:15
**prohibition**
195:13
**proper** 194:12
**prosecutor**
168:11 170:25
**protect** 27:21
116:10
**protecting** 81:5
**provide** 80:14
**provided** 167:3
171:21
**Psy.D** 11:5,6
**psychology** 10:23
11:1
**Public** 1:8 2:12
3:15 6:20
**pull** 11:19,22
14:18 21:20
26:24 29:21
30:4 48:20
66:25 67:16,17
89:24 108:6
117:4,7,16

130:15 141:14
142:23 144:24
166:15 178:24
186:12
**pulled** 26:8 27:23
57:23 58:9
85:14 92:15
117:19
**pure** 40:18
**purely** 23:6
**purposely** 31:25
64:21
**purposes** 5:7
**purses** 187:24
**pursue** 85:22
**pursuit** 85:25
86:2
**pushed** 160:9
**put** 10:6 19:24
42:18,25 46:10
51:6 58:25 59:3
63:18 69:17
72:10 98:10
135:13,16
137:1,17,19
141:7 149:18
158:1 159:19
160:24 161:5
161:10,21
162:6,8,11
167:7 179:11
189:13
**puts** 78:18 87:15
**putting** 32:9
131:2

**Q**
**qualified** 156:1
163:6 166:5
191:14
**quarter** 61:19
**quarterback**
50:21
**question** 5:13
27:5 28:8 38:25

45:24 47:10,11
49:17 50:2
52:12 54:16
59:25 66:8,9
77:8 81:6,20
83:7 86:12
129:19 172:10
**questioning**
155:22,24
163:5
**questions** 109:25
192:6,9
**quick** 10:9 38:10
39:6 45:16,17
132:5
**quickly** 86:4
**quite** 92:3

**R**
**R** 104:11
**R.S** 195:6
**radio** 86:25
120:14,22
121:9 145:23
145:24 146:8
146:11,16
182:9
**ran** 16:20,22 20:7
20:8 22:8 47:7
47:8,8 55:25
59:22,23 89:8
97:16 99:3
113:3 125:23
139:1,18 147:5
147:7 148:10
148:14 150:14
150:21,22,23
150:24 151:2,4
158:9,14
**range** 74:7 75:19
**rapport** 137:9
138:4
**reach** 34:8,14
56:3 60:11
**reached** 23:21

| | | | | |
|---|---|---|---|---|
| 42:16 100:25 | 152:3 170:12 | 190:20 192:20 | 195:13 | 107:15 |
| 101:1 107:18 | **reason** 21:25 | 194:8 | **relevance** 175:3 | **repeat** 7:25 |
| 108:5 | 45:24 48:4 | **recorded** 23:13 | **relevancy** 153:24 | **rephrase** 49:20 |
| **reaching** 16:10 | 67:23 97:23 | 29:18,25 34:2 | 163:7 | 52:14 129:19 |
| 42:17 45:6 | 162:6 | 35:8 37:14 | **relevant** 170:15 | **replay** 111:6 |
| **react** 35:2 | **recall** 16:23 17:1 | 43:14 48:2 | **relive** 53:14 | 161:15 |
| **reacted** 25:20 | 17:8 20:14,15 | 51:11 53:21 | **remained** 58:17 | **report** 3:15,23 |
| **reacting** 62:20 | 20:16,18,19,23 | 55:17 63:16 | 70:13 177:4 | 4:4,6 39:13,21 |
| 101:24 | 21:6,8 52:21 | 68:10 71:7 | **remedial** 163:24 | 39:21 59:9,9,10 |
| **reaction** 21:21,23 | 53:23 58:18 | 77:14 79:9 | 165:16 | 59:14,16,16,18 |
| 22:21 23:6 26:5 | 61:21 63:3 71:9 | 107:13 108:12 | **remember** 17:11 | 62:25 78:24 |
| 26:8,11 | 78:8,24 81:10 | 111:13 113:23 | 17:14,16 18:18 | 116:17 138:18 |
| **read** 81:25 | 81:24 85:13 | 116:14 118:6 | 19:20 20:4,4 | 139:14 140:9 |
| 144:11 149:16 | 86:17 87:21 | 122:11 124:4 | 52:3,4,22 58:22 | 140:25 141:3,8 |
| 154:3 171:9,12 | 94:15,19 96:13 | 127:19 130:7 | 62:19,19 64:5 | 141:20,22 |
| 192:11,18 | 104:25 111:2 | 132:23 134:22 | 65:20,21,25,25 | 142:8 143:11 |
| 193:5 | 112:22 120:3,9 | 139:10 159:15 | 66:7 67:3 69:22 | 143:14,17,20 |
| **reading** 5:8 | 120:11 138:17 | 161:17 170:17 | 69:23 70:4,15 | 143:24 150:20 |
| 169:11 | 152:19 153:13 | 180:6 | 70:16 74:1 | 153:18 155:11 |
| **ready** 45:1 67:16 | 154:11 161:3 | **recording** 85:1 | 76:14 77:25 | 155:12 159:13 |
| **real** 153:4 | 162:5 166:23 | **recordings** 58:12 | 78:16 79:12,15 | 170:7 177:22 |
| **realize** 22:13 29:3 | 169:10 | **records** 163:11 | 81:22 82:1,3,23 | **reported** 2:22 |
| 72:9 101:9 | **received** 192:1 | **recovered** 94:11 | 82:24 87:22 | 178:9 195:8 |
| 113:2 | **recognize** 18:16 | 157:15 | 92:11 93:25 | **reporter** 2:23 |
| **realized** 15:23 | 53:15 58:15 | **recruited** 11:16 | 105:1,3,6 | 5:20 6:11 7:3 |
| 30:20,25 41:18 | 84:11 85:21 | **red** 13:20 83:19 | 112:23 113:16 | 192:13 194:3 |
| 41:21 72:7 | 143:2 162:23 | 85:5 | 115:1,7 117:9 | 194:22 195:5 |
| 78:13 91:20 | 191:24 | **redact** 106:18 | 117:12,13,25 | 195:23 |
| 92:14 122:1 | **recollection** 25:9 | **reference** 69:10 | 118:2,24,25 | **Reporter's** 194:1 |
| **really** 11:19 | 49:3 52:9 | 166:2 194:18 | 119:3,4 120:12 | 194:13 195:1 |
| 13:11 40:2,22 | 120:13 152:24 | **referring** 71:1 | 120:15 121:7 | **reporting** 169:23 |
| 42:16 80:3 | **recommend** | 90:18 91:15,16 | 138:22 141:4 | 195:8,16 |
| 88:12 139:3 | 164:24 | **reflected** 193:11 | 141:15 143:11 | **represent** 7:13 |
| 158:19 173:13 | **recommendation** | **refresh** 25:9 | 143:13,16,17 | **represented** |
| 175:16 177:19 | 164:7,11 165:6 | 152:23 | 152:20 153:10 | 66:14 |
| **rear** 35:15,16 | **recommendati...** | **regard** 81:2 | 154:13 158:19 | **reprimanded** |
| 36:3,3,5,10,16 | 165:5 | **regarding** 28:8 | 158:25 173:13 | 178:3,6,8 |
| 36:21,21,25 | **reconcile** 118:22 | 47:11 66:8 79:7 | 176:7 184:7,12 | **request** 175:9 |
| 37:1 55:24 56:3 | **record** 6:3 65:11 | 174:25 | **remembered** | **required** 165:1 |
| 59:19 60:3,10 | 86:15 90:20 | **relate** 81:19 | 70:16 | 195:3,11 |
| 63:24 101:10 | 98:21 106:7,12 | **related** 89:16 | **remembering** | **reserved** 5:14 |
| 102:18 113:3 | 106:17 133:24 | 195:17 | 69:21 | **resist** 147:24 |
| 139:21,25 | 134:2,4,7,9 | **relationship** | **reminded** 114:24 | 148:8,8,19 |
| 140:3 148:11 | 171:12 179:10 | 195:15,17 | **remove** 177:11 | **respect** 47:14 |
| 151:11,18 | 180:16 190:15 | **relationships** | **removed** 94:12 | 171:8 |

respond 35:1
responded 22:17
  50:16 53:10
responding 22:22
response 60:25
  61:1 82:19
  169:24
responsiveness
  5:13
rest 74:4 181:3
  182:20 183:21
results 170:19
retreated 56:8
  61:18
returned 97:19
  146:19
review 50:11
  65:8
reviewed 65:11
  66:16
reviewing 102:9
ride 17:12
riding 176:7
rifle 114:5
right 8:13 10:3
  11:8,14 13:14
  13:15,21 14:8
  14:16,20 15:8
  15:20,24 16:13
  16:15,18,20
  17:3,20 18:1,3
  18:4 19:19,24
  20:3,9 21:4,12
  22:2 24:1,4
  25:4,13 26:7,9
  28:10,13,16
  29:7,10,14 30:8
  33:16 34:7 35:6
  35:19 37:1,4,12
  37:18,25 38:6
  39:16 41:14
  42:12 43:5
  45:10 46:15
  47:17 48:14
  51:9,23 52:17

54:2 55:2 56:11
57:2 60:16 62:7
62:24 63:6,14
64:12,18 65:13
66:8 67:2,13,22
68:16,19,23
70:10,17 71:5
72:13 74:11
76:3,3,8,17,25
77:9 79:5 81:9
83:4 84:2 87:4
87:16 88:16
89:22 90:16
91:16,24,24
92:4,14,16 93:9
93:14,17,21,21
93:23,24 94:2,8
94:24,25 95:17
95:17,20,24
96:5,11,17,25
98:4,8,12,14,16
98:17,18,19
99:2,3,4,5,7,10
99:15,22,25
100:1,5,10,11
100:12,14,15
100:21,21
101:5,10,12,23
101:25 102:1,5
102:7,13 103:5
103:9,13,16
104:7,12,18
107:5,21 108:8
109:18,25
110:2,5,6,9
112:15,15,24
112:25 113:5
113:10,20
114:17,23
115:19,24
116:3,9 117:22
118:1 120:1
121:5,11,22
122:9 124:2,21
125:9 126:2,4

126:13 128:9
128:12,16
129:6,10,14
131:19,25
132:9,11,21
134:17 135:11
137:16 138:14
138:18,24
139:16,22,25
140:19,24
141:6,25
142:15 143:18
143:22 144:3
144:20 145:7
145:11 147:1,8
147:15,17
149:5 150:16
150:25 151:8
151:11,15,18
151:22 152:2,2
152:9,16
157:23 158:7
159:7 162:5
163:19,23
164:21 165:8
165:14 169:11
178:5,20,25
180:24 181:7
181:22 182:16
183:18 184:5
186:5 187:12
188:17 189:18
190:8 192:20
right-handed
  79:24 82:9
rights 133:8
ring 183:25
Risey 2:2 6:17
ro 148:17
road 2:10 44:3,12
  154:10 184:23
roadway 176:2,4
rode 184:12
roll 186:13,21,22
  188:14

Rope 10:13
Rouge 1:22 8:8
  106:24
route 12:16,18
  55:5
routine 46:17
Rule 194:5
rules 5:6 7:20
  194:5 195:11
  195:14
run 16:11,21,25
  22:3 46:16
  47:20 59:20
  60:4,25 67:21
  68:22 95:20
  113:9,9 117:16
  128:15 131:11
  131:11 140:10
running 22:7
  23:16 51:18,21
  53:9 54:9 56:14
  68:23 95:23
  102:4,4,21,24
  103:16 107:17
  128:16 130:14
  135:7,7,8
  137:12,12,13
  148:11 151:3
  179:21
runs 63:20 66:21
  122:14
rural 13:10
rush 182:21

——————
S
——————
S 104:14
S-T-I-P-U-L-A...
  5:1
safe 44:2
safety 1:9 2:12
  3:15 6:21
  162:12
Saints 12:21
Saturn 13:21
  14:3 15:18

19:22 20:1
36:16,24 83:19
85:5 91:5 92:19
92:25 93:24
100:3 142:12
170:10
save 5:12
saving 23:6
saw 13:12,20
  15:11,17 16:1
  22:3,9 31:2
  34:6,13 38:8
  39:1,21 49:12
  50:9 55:11
  58:20,21 61:2
  65:6,14 66:11
  67:9 76:1,1,3
  78:6 79:1 80:18
  81:3 83:3 96:12
  96:12 100:14
  110:12,18
  116:18,22
  117:4 118:1,10
  118:17 119:9
  119:12,16
  121:1 124:6,7,8
  124:12,17,18
  125:4,5,12,17
  126:7,9,11,16
  126:17,19
  127:1 132:13
  132:15 135:9
  135:14 136:17
  137:14,18
  140:9
saying 9:3 16:24
  20:19,22 22:23
  25:20 26:7,10
  27:19,20 32:22
  36:15,16,17
  40:16 41:2 50:8
  52:8,20,21
  57:12,16 59:22
  63:1 66:24,25
  67:23 70:16

73:6 75:5 76:6
88:10 92:9
107:22 108:20
110:18 111:21
112:17,20,21
113:6,6,9,13
114:18 115:20
116:22 117:13
117:14,15
118:1,8 119:5
122:23,25
123:12,17
124:17 125:6
125:22 126:20
127:9,10,12,22
132:12,13
133:12 136:16
137:24 138:7
140:9 142:10
150:18,19,20
152:11,12,19
161:3 162:5
165:15 181:17
183:9 186:19
**says** 59:18 61:25
63:25 75:17,20
137:11 143:22
160:2,21
168:10 169:14
169:22 171:14
183:2 189:6
**scared** 34:17
80:11 81:12
82:16,25
**scene** 3:20 29:10
32:11 51:15
55:21 56:22,25
58:19 59:7 63:1
65:6,19 68:1
71:10 79:15
82:3 90:11 91:7
94:13 96:21
98:7 114:24
155:15
**schedule** 9:23

**school** 8:8,11
9:18 10:20,25
12:15
**scope** 156:1
163:5 166:5
191:13
**Scott** 1:4,24 6:14
**Scotty** 7:13
**scrambling**
121:24
**screaming** 57:21
**screen** 46:1
**scroll** 171:13
**seal** 195:3
**sealing** 5:10
**searched** 94:20
**seasoned** 57:13
**seat** 37:10 185:6
**second** 19:22
29:9 49:2 84:9
85:11 89:14
133:24 144:3
153:4 156:6
175:19 178:13
178:14 180:13
180:13 181:5
182:5 183:23
**seconds** 22:21
35:2,3 75:13
102:13 127:5,7
127:8,9 188:10
**seconds'** 23:2
**section** 65:14
147:25
**see** 9:14 10:19
13:11,13 19:25
22:4,5,12 24:1
34:25 37:17,24
41:8,8,9,9
42:15 45:7,7
48:13 50:15
51:19,21 52:25
60:6,9 69:2
74:9,16 75:3
76:24 77:20

80:7 82:13
88:13,14,15
91:11,13 96:6
96:25 97:1,1,3
97:5,5,8,10,23
98:5,5,23 99:1
99:8,9,10,11
101:4,23 102:4
102:6,11,15,18
102:21,24,25
103:19,20
108:14,15
109:11,14
110:5,9,11,14
110:17,19
111:15,16
115:1 125:11
126:7,21,24
128:20 143:8
144:13,16,25
145:21 149:1
150:10,15
153:21 159:19
159:21 160:20
160:24 161:1
161:21,23
165:2 167:21
169:15,17
175:3 181:10
186:14,22
188:15 189:18
**seeing** 30:11
32:10 74:16
96:13
**seen** 46:19 66:10
66:12 79:1,3
89:14,16
153:20 159:5
179:22 180:15
**semantics** 23:1
26:2,3
**send** 192:12
**sense** 117:8 161:4
**Sentencing** 4:11
**September** 4:11

165:21
**sequence** 69:20
**Sergeant** 21:10
**served** 8:22
**service** 56:19
67:11 68:5
139:24
**services** 195:12
**session** 175:25
176:5 177:1,4,4
177:14
**set** 90:11 175:12
195:7
**severe** 82:20
**sheer** 40:21
**sheet** 149:14
**sheet(s)** 193:12
**sheriff** 13:12
**sheriff's** 12:8
**shift** 13:14 86:7
157:23
**shirt** 96:9
**shock** 105:9
**shoot** 32:1 55:2
72:8 133:4,8,13
133:14 162:9
162:10
**shooting** 49:14
49:23 51:15
71:12 73:13,14
74:7,8 92:21
120:10 159:23
160:18 161:2,8
161:12,25
**short** 190:17
**shortly** 51:15
58:8
**shot** 22:24 24:7
24:12 25:12,16
25:19,25 26:14
26:15,16 27:10
29:3 48:15 52:1
52:19 54:8,8,15
54:22,22 62:19
64:3 72:8,9

73:1,2,2,3,7
74:15 75:5,10
75:16,21 78:7
78:10,13 92:3
103:21 118:20
119:15 121:16
122:5 138:5
152:11
**shots** 3:18 89:19
**should've** 50:22
**shout** 56:5
**shouting** 56:16
**show** 56:6 61:8
90:9 91:4 92:16
93:2 141:21
148:18 153:15
155:18 156:16
156:23 157:3
162:13,20
172:9 173:2
178:25
**showed** 33:12
110:4,8 176:22
**showing** 90:2
93:8
**shows** 20:11
48:25 93:13,16
94:25 95:16,20
95:23 99:14
102:3 104:6,11
**sic** 62:10,11
82:14 154:19
**side** 22:2,3,10,11
22:14,16 23:22
23:22 37:1,3,4
37:6,7 41:7
51:23 52:17
55:24 56:1,12
57:2 59:20,21
59:23 60:3,5,16
60:16,16 61:3
61:13,16 63:23
63:23 64:8
67:10,13,14,22
68:19 74:21

75:24 76:3
77:17 78:2
93:23,23 96:4,7
97:13,16 98:14
98:16,17 99:2,4
99:5 100:5,10
100:11,16,21
101:3,25 102:7
102:19 103:13
105:14 109:12
109:12 110:7
110:15,20,22
112:15,15,24
113:1,5,18
115:15 116:7,8
116:20 118:12
119:10 120:21
121:5 122:14
125:3,19,20,25
126:5,24
127:25 128:1
128:12 129:8
129:10 131:16
131:25 132:9
132:11 139:19
139:22 140:4
140:19 141:23
147:15 150:14
150:21,23
151:11,20
152:4
**Siegen** 13:23,25
14:14
**sight** 34:16 40:6
117:19 132:7
132:10,12,14
140:2,11
151:16,19
158:13
**sign** 192:18
**signature** 195:3
**signing** 5:9
**silhouette** 74:16
**similar** 158:6
**simple** 105:9

138:12
**simply** 169:7
**single** 56:18
62:17 186:12
**sir** 7:11,17,19,22
8:3 9:13 13:5,8
13:16,19,22,25
14:4,17,19,24
15:1,5,9,19
16:6,10,22 17:4
17:6 28:4,12
33:20,22,24
36:22 42:2
43:13 47:16,23
52:24 62:8,12
63:15 73:9 76:7
76:11 84:12,20
84:23 85:16
86:19 87:17
88:21 89:10,18
92:20,22 93:1
93:11,15,25
94:9 95:21,25
96:10,15 98:9
98:17 99:16,19
99:23 101:15
101:20 102:2
107:1 150:17
157:24 159:4,8
163:21 168:23
173:7 176:16
176:18 179:5
179:15
**sit** 27:12 40:11
**sitting** 57:19
97:17,18
**situa** 91:8
**situation** 22:19
26:12 27:16
31:23 40:5,7,11
44:12 50:6,19
51:7 53:11,17
74:13 75:13
81:14,15 91:9
102:9 144:25

147:17,19
164:20
**situational**
144:20,22
145:3 146:24
170:8
**six** 127:8 138:21
**size** 40:18,22 41:8
**skip** 47:25 63:11
156:6
**sleep** 65:22 78:15
118:25
**slide** 95:22
**slowing** 14:9,9
85:25 86:1
**smell** 42:4 46:25
47:1 88:5,10
**smelled** 43:20
136:22
**smoking** 42:4
**snap** 45:16
**solely** 172:1,3
**somebody** 45:10
55:7 121:2,25
146:20
**somebody's**
133:5
**something's**
135:11 136:4
137:15
**somewhat** 22:21
**soon** 46:10
107:15,23
108:4 109:4
112:5 121:15
129:9 132:15
160:6
**sorry** 37:6 89:3
89:25 90:9 93:3
93:20 142:9
143:5 147:22
148:5 153:6
158:4 163:4,19
167:11 168:2
182:5 191:10

**sort** 10:2 134:16
160:8
**sought** 5:16
**sound** 183:6
**sounded** 85:17
**sounds** 27:17
**space** 50:24
**SPEAKER** 32:6
85:3 180:22
182:3
**speaking** 17:11
58:18 63:3
116:20
**specialist** 8:24
**specifically** 5:9
5:11 7:25 39:25
54:14 55:1
81:19 123:13
144:14 151:21
**speed** 65:14
89:15
**speeding** 14:9,10
85:25 86:1
**spell** 106:22
**spelled** 194:19
**spinner** 94:16
**spoke** 55:22
80:10 82:15
**spoken** 58:15
**spontaneous**
194:10
**spot** 45:2,4 88:23
120:1
**spots** 85:20
**square** 19:21,22
**srisey@frilot.c...**
2:5
**stand** 183:14,19
**standing** 105:3
170:10
**star** 10:3
**start** 43:11 83:12
83:22 84:2
101:3 159:19
160:24 161:21

181:23
**started** 8:23 22:7
22:15 42:9,20
44:13 45:6
57:21 59:2
68:17 70:11
95:12 107:17
107:19,24
108:5 109:7,16
112:8 124:9,18
126:18 127:2
128:10 136:25
137:2 146:3
179:17
**starting** 74:18
75:22 100:22
111:7,12
169:15 170:24
177:23
**starts** 64:19
150:12 160:7
169:13
**state** 1:8,9 2:13
5:21 6:21 8:12
11:9 12:2,5,10
12:11,23 13:2,9
13:11 84:19
115:6 116:18
151:14 164:18
168:12 172:16
174:8 175:12
191:23 194:4,8
195:5
**state-issued**
139:24
**stated** 11:18
116:17 168:11
170:25
**statement** 21:5
26:4 38:1 47:9
72:6 126:13
142:17
**statements** 78:12
167:2 169:25
170:14,18

**states** 1:1 8:22 58:11 143:19
**stating** 76:14 167:4
**station** 189:4
**status** 156:9 173:25
**statute** 195:11
**stay** 109:2 112:3 173:5,16 175:1 182:22
**stayed** 15:7 59:5 148:12 174:17
**staying** 148:12
**stays** 87:18
**steadily** 100:13
**stenotype** 195:8
**step** 12:1
**steps** 99:17
**sticking** 142:17 142:19
**stipulated** 5:3
**stolen** 187:25
**stop** 36:12 40:4,9 40:9,12,12,12 42:20 45:12,12 46:17,23 47:4 56:17,17 58:11 61:15,15,15 62:11,14,14,14 62:15 63:12 64:13,13,13 68:6 83:22,23 84:9,16,16 85:10,10,14,23 88:8 89:10 98:10 100:22 100:22,23 105:10 109:15 109:15,16 111:7 122:24 122:24,24,25 123:1,1,18,18 123:18,19,19 123:19,20,20

123:21,24,24 123:24 131:6,7 131:7,7 133:6,6 133:6,7 134:17 135:23 138:12 146:9 148:15 160:12,13 169:19 177:15 181:5 182:5 183:23 185:1 185:19 186:17 187:15,15 188:20
**stopped** 15:14 40:13 57:18 85:19 87:6 91:5 96:12,14 123:25 142:7 159:3 183:17
**stopping** 83:19
**stops** 176:1 178:5
**store** 14:22 65:8
**story** 10:14 21:19
**straight** 13:17 63:14 186:25 186:25
**Street** 1:15,22 2:3 6:6 86:4
**stress** 119:18
**strike** 157:5 163:8 166:2,19 173:2
**striking** 62:17
**strong** 88:12
**struck** 142:15 152:9
**struggle** 53:13
**struggled** 164:12
**stuff** 10:9 24:17 46:2 51:4 65:25 74:8 82:22 139:4 152:21
**sub** 86:21
**subject** 145:8 147:24 148:2,7

**subjects** 147:10 147:20
**successfully** 164:15,16,17 165:19
**sudden** 22:16 61:16 144:14
**Suite** 1:15 2:3,10 6:6
**supervision** 195:9
**suppose** 91:17
**supposed** 161:10 175:20 180:1,3 180:4
**sure** 7:23 21:16 21:16,18 24:21 28:14 29:5 51:3 55:7 70:2 87:20 100:16 105:10 105:11,11 113:25 134:1 135:13 137:17 164:22
**surveillance** 65:8 65:9 83:11,23
**survival** 102:9
**suspect** 116:6 142:15 152:9 152:14
**SUV** 85:5
**Suzanne** 2:2 6:16
**SV** 19:25
**sway** 16:2
**swear** 6:11
**swings** 135:17 137:20
**swore** 125:14
**sworn** 7:2,21 195:6
**swung** 154:19
**synced** 84:7 119:22
**synchronized** 84:19

**system** 88:3 178:2 179:10 179:11,12
**systems** 179:7

**T**

**T** 104:17
**tab** 89:25 90:1,10 143:7,8 153:17 162:15 166:16 167:13,17
**tailing** 116:1
**take** 24:21 72:11 75:9 83:11 105:20,23 121:17 163:22 178:22 181:2 182:19 183:15 183:20 190:8
**taken** 1:15 5:5 53:2 106:9 190:17 194:8 195:5
**takes** 160:11
**talk** 7:14 11:8 15:12 63:12 88:4 90:13 111:1 129:3 150:11 152:17 156:6 159:12 175:18
**talked** 17:14 41:17 65:5 69:10 95:18 134:14 139:4 152:6 178:5,18 191:1
**talking** 15:9,18 17:5 36:2 37:2 37:8 41:23 42:9 44:14 47:6 50:9 50:10 54:20 59:2 60:7,24 61:9,10 66:7 67:20 70:12,13

75:18 81:6,14 81:15 112:14 115:19 120:14 127:17 128:4 135:22 151:22 153:7 158:7,11 171:24 180:25 182:8,17,24 183:3 185:24 189:8 190:1
**talkovers** 194:12
**taller** 76:18
**tap** 180:5
**tape** 33:13
**tapped** 181:18
**target** 75:18 161:13
**targets** 74:8
**tase** 23:16 61:1
**tased** 24:14,15 71:15,23 116:24 117:3 118:9,9,19 119:14
**taser** 56:4,10 60:19,20,21,23 60:24 61:5,22 63:22 66:22 67:17,19 86:20 107:17,18,18 107:18,24 108:5,6 114:5 115:23 116:2,4 116:19,23 117:5,8,17 118:1,10,17,23 119:7,9,13,16 120:11 121:11 121:13,21 122:5 123:2,7,7 123:7,12 139:19 141:1,5 141:16 151:6,7 160:13,13,13 160:14 169:23

| | | | | |
|---|---|---|---|---|
| 180:3,4 | 68:4 91:12 | **think** 9:2 10:2 | 159:2 184:24 | **Tillis** 10:9 |
| **taught** 40:8 | **terminate** 191:23 | 11:11 12:11,12 | 185:4 186:20 | **time** 5:14 6:7,9 |
| 114:14 115:6 | **terminology** 62:1 | 15:21 17:12,13 | 190:2 | 9:8,22 10:6,16 |
| 115:20 | 62:2,5,6 67:4 | 19:12 20:11 | **thought** 12:23 | 11:17 13:4 |
| **team** 12:22 | **terms** 9:2 176:9 | 21:9 22:25 23:1 | 15:22 22:1 23:4 | 15:10 21:15 |
| **TECHNOLOGY** | **terrified** 70:3 | 24:4 25:15 28:7 | 26:5 30:11 32:7 | 22:21 23:2,6,14 |
| 2:19 | **test** 150:6 | 28:9,24 35:2 | 32:23 34:17 | 24:11 26:14 |
| **tell** 7:21 8:20 | **testified** 7:4 | 37:2 41:23 | 40:24 42:2 | 27:13,14 29:19 |
| 17:7 18:21 20:3 | 88:13 116:25 | 42:10 43:7,16 | 45:24 52:5,23 | 30:1,16,18 |
| 20:3 28:19 | 156:25 157:9 | 44:5 58:8 68:12 | 53:16 79:22 | 31:13,14 33:5,6 |
| 39:17 48:5,6 | **testify** 195:7 | 68:13,14 69:12 | 81:15 82:7 83:8 | 34:3 35:9 37:15 |
| 49:7 59:1 60:12 | **testifying** 37:16 | 69:15 70:8,8 | 100:15,25 | 38:20 39:12 |
| 61:20 63:1 | 37:24 | 73:18 74:14,18 | 109:5 112:6,19 | 43:15 48:3 |
| 75:14,19,21 | **testimony** 17:2 | 75:17,21 76:18 | 118:18 119:13 | 50:16 51:12 |
| 80:24 82:23 | 58:6 108:3 | 79:2,18 82:4 | 125:1,1,7,10 | 53:9,14,22 |
| 83:21,22 93:19 | 157:4 163:8 | 84:6 86:13,14 | 130:19,21 | 55:18 58:15 |
| 100:1 104:13 | 193:7 195:5,7 | 87:19 88:13 | 131:6 133:1 | 60:18 62:9 |
| 104:14,16,21 | **Texas** 8:7 | 92:24 94:17,17 | 135:12 136:10 | 63:17 65:15 |
| 104:25 119:2 | **thank** 18:12 | 96:8 97:14 | 136:16 137:16 | 66:11,12 68:11 |
| 127:21 135:5 | 19:17 87:11 | 103:10,12,17 | 137:23 140:16 | 71:8 76:5 77:15 |
| 137:11 156:5 | 90:24 95:14 | 103:17,25 | 142:10 145:14 | 79:10 85:2 |
| 179:9 184:22 | 106:5,15 107:4 | 104:8 109:8 | 158:1 159:22 | 86:25 87:7,12 |
| 185:15,21 | 134:12 141:18 | 112:9 115:22 | 160:17,18 | 89:4,14 92:3 |
| 186:20 189:7 | 150:2,4 152:25 | 118:18 119:5 | 161:1,7,24 | 96:18 99:6 |
| 191:17,19 | 153:8 154:8 | 119:13,25 | 194:12 | 106:7,10,13 |
| **telling** 24:16 | 163:16 168:8 | 125:8 126:9,21 | **thoughts** 164:19 | 107:14 108:1 |
| 27:24 33:13 | 190:23 192:6 | 128:1,5,6,7 | **threat** 22:17,22 | 108:13 111:14 |
| 45:22 52:3,4,22 | 192:16,18 | 131:1 132:25 | 25:21 26:21 | 113:24 116:15 |
| 53:5 57:10 | **Thanks** 18:14 | 133:1,7 142:18 | 27:20 40:8,10 | 118:7 122:12 |
| 58:22 61:21 | 190:13 | 143:7 149:16 | 50:17 62:22 | 123:1 124:5 |
| 62:11 63:4 | **thereof** 5:15 | 153:14 157:11 | 67:10 110:23 | 125:7,10,18 |
| 65:24 66:6 | **thing** 23:12 25:22 | 171:24 173:12 | 114:8 115:10 | 127:20 130:8 |
| 69:22 70:3 78:6 | 34:23 35:17 | 173:23 174:3,8 | 115:13,16 | 130:18 132:1 |
| 78:17,22 81:16 | 36:12 42:18 | 177:14,25 | 132:19 133:16 | 132:24 133:4 |
| 92:11 109:15 | 48:21 52:16 | 178:6,10 | 148:16 | 134:4,10,23 |
| 117:2,5 120:17 | 57:7 149:13 | 180:12 185:4 | **threatened** 73:14 | 139:11 145:13 |
| 120:18 123:17 | **things** 15:13,15 | **thinking** 18:8 | **three** 15:23 22:20 | 145:16 146:20 |
| 140:14 172:4 | 34:25 45:19 | 35:15 36:3,21 | 23:2 35:2,2 | 147:2,3 151:5 |
| **tells** 66:1 | 58:3,16 88:9 | 64:2 67:11 74:2 | 51:14,16 52:8 | 157:25 159:16 |
| **Ten** 191:10,12 | 123:11 139:13 | 82:9 138:6,8,9 | 52:20 65:22 | 161:10,18 |
| **tense** 26:11 | 144:21 145:7 | **thinks** 71:15,23 | 75:13 87:20 | 171:13 173:11 |
| **tensed** 25:24 | 149:21 157:10 | **third** 29:10 145:1 | 114:20 118:25 | 175:24 176:1,3 |
| 27:13,14,18 | 158:5 164:5 | **Thompson** 29:12 | 127:4,7 | 176:8,12 |
| **tensing** 132:3 | 175:15 178:19 | 184:8 | **Thursday** 1:16 | 178:12 180:21 |
| **term** 67:15,24 | 180:19 | **Thornton** 158:18 | **till** 126:9 | 182:2,14 |

183:13 184:21
185:14 186:4
187:6 188:13
189:12 190:15
190:18,21
192:21
**times** 33:16 49:10
65:20 66:10
89:12 114:20
**tire** 56:12
**titled** 4:10
**today** 17:2 21:19
28:20 33:23
34:24 35:1
37:17,24 58:6
76:6 108:3
117:6 150:19
158:25 175:13
**Tokyo** 121:4
**told** 12:12,20
24:11,24 42:19
42:20 45:12
48:8,12,16,18
49:5 51:17,23
52:9,17,20,24
53:9,24 54:6
55:4,12,13
58:19 62:25
65:17,18,19
66:2,4,5,17,19
67:5,6,25 68:1
69:25 71:13
72:22 73:3
78:15 80:25
92:9 120:12
123:19,20
125:13 133:16
137:3 152:15
171:7 172:15
**tonight** 183:18
**Toole** 10:14
**top** 73:19 118:13
119:11 134:20
137:8 144:22
145:8

**tops** 126:25
**tore** 80:6 82:12
**torso** 142:15
152:9
**total** 90:4
**touched** 141:13
**tow** 43:25
**towering** 40:20
**tracked** 49:1
**traffic** 46:17,23
84:16 105:9
138:12 148:15
169:18
**train** 165:10
**trained** 62:2,3
114:18 115:17
**trainer** 10:3,7,15
10:18
**training** 4:8 8:25
9:2,5,7,10,23
10:8 39:20,24
40:3 45:4 53:3
133:15 162:22
163:11,11,22
163:24 164:16
165:2,12,14,16
165:18 177:14
**transcribed**
195:8
**transcript** 192:11
193:7 194:16
195:3,9,10,10
**transcription**
194:13
**transition** 11:21
62:3,7 67:7,24
114:19,19,19
115:21,21,21
115:22,23
130:11
**transitioned**
56:10 61:22
64:6 67:3,15
109:9,20
112:10 118:13

119:10 134:25
**transitioning**
114:3,4,4,20,20
114:21,25
115:19 116:2
**transmission**
121:13
**trauma** 82:18,20
**traumatic** 34:22
53:12 69:24
139:5
**travel** 97:12
**traveling** 9:22
**trial** 167:5
**tried** 120:15,22
131:15 148:10
**trigger** 21:20
26:8,24 27:12
27:23 29:21
30:4 48:20
130:16
**tripped** 64:21
**troop** 19:23
176:17,25,25
179:13 180:11
184:13 186:10
187:1
**trooper** 8:12 11:9
17:17 18:4,5,6
18:6 19:23 20:1
20:12 21:9 62:1
63:7 67:24
91:15 105:19
139:20,24
140:1,4,6
141:23 142:16
143:2 144:11
150:10 151:10
151:14,15
152:4,5,10,14
157:14 162:10
164:18 166:21
169:24 170:7
170:14,18
192:6,16

**troopers** 17:9
51:14 55:12
56:24 59:3 68:7
71:10 121:18
121:21 163:25
165:17 186:7
186:24 187:1
187:21 188:25
189:1,5
**troopers'** 52:9
**trouble** 102:10
**true** 123:15,16
127:12 129:5
129:12,14,20
129:21,22
130:1,2 131:19
131:20,21,23
131:24 193:6
195:9
**truly** 12:23 179:6
**trusted** 78:21
**truth** 7:21
**try** 8:1,1 121:25
178:13
**trying** 36:4 40:4
45:14 58:2
68:15,16 70:9
70:10 75:14
77:3,5 86:25
87:1,25 88:4,7
97:13,19
100:10 120:23
128:3,8,9 162:7
162:21 179:2,2
**Tuesday** 169:14
**tunnel** 102:11
**turn** 30:17 32:2
33:2 74:19
75:22 85:22
86:25 133:4,8
133:14,16,22
176:22,22
178:13 180:2,5
181:14
**turned** 14:15,21

22:16 23:24
32:25 74:17
86:4,4 158:15
**turning** 20:11
42:8 44:11
62:10 178:4
**turns** 180:5
**TV** 20:1
**twice** 68:6
**two** 16:5 20:6,6
67:9 69:1 83:12
98:19 122:3
126:1,3 128:19
131:13 132:7
149:6 151:22
162:11 173:12
**type** 40:7
**typed** 88:2
**Typically** 175:21
**Tyson's** 10:8

## U

**U** 104:20,23
**U-turn** 13:21
14:2,11
**Uh-huh** 66:23
72:12,14
124:20,22
130:12 140:12
159:1 167:19
**unaware** 177:17
**underneath** 77:5
148:20
**underprivileged**
10:5
**undersigned**
193:4
**understa** 179:5
**understand** 7:20
7:24 8:1 59:7
79:23 80:4,5,8
82:7,12,13 83:7
114:12 145:4
175:8
**understandable**

169:8
**understanding**
175:11 195:10
**Understood**
154:1
**unfavorable**
147:12
**unintelligible**
31:19 32:6,20
34:4 38:5 48:11
71:16,24 73:16
73:24 74:4 75:1
75:2 85:3
109:20,23
114:1,6,7 123:5
123:7 124:8
131:12 180:22
182:3 186:8
189:20
**unit** 12:9 19:23
51:20,23 52:17
85:22 91:6
97:18 105:14
113:15 120:20
121:6 150:22
170:13 176:3,8
184:12
**United** 1:1 8:22
**units** 165:17
175:21,22
176:1 177:13
**unknown** 39:23
62:18
**upper** 74:11
**use** 3:23 4:4,6
39:21 65:17
67:15 86:8,17
86:18,22 114:6
115:11 116:4
119:7 120:22
132:17 138:18
140:8 141:7
142:24 143:13
143:16,20
152:18,25

153:8,17
155:11 159:13
170:7 175:18
176:19 180:12
**utilized** 181:20

---

**V**

**valid** 195:2
**varied** 8:13
**veh** 142:12
**vehicle** 16:3,15
20:1,13 22:2
36:5,11,25 37:4
42:14 44:1
46:17 55:25
56:9,13 57:3
59:4,20 60:4
61:2,14,20
67:13,14,20,21
81:9 92:18 96:1
96:2 97:14
99:21,25 100:7
100:11 103:14
109:14 110:22
112:16,25
113:1,5 115:15
125:3,19,21
127:24 129:10
137:4 139:17
139:22 140:20
142:3,5,7
146:11,15,18
146:19 147:1
147:15 148:11
148:12,13
150:13 151:12
158:9 159:2
161:11 184:9
**vehicles** 20:7
91:9,10 93:9,13
**verbal** 56:5,16
61:7,8
**verified** 194:18
**VERSUS** 1:6
**video** 3:18 6:3,5

6:8 28:14,18
34:1 40:5 48:25
49:14,21,22
50:13,20 65:8,9
65:12 66:10,11
66:13 77:13
78:5 83:12 84:2
84:11,14,18
87:12 89:4,13
89:20 96:12
106:12 110:4
119:23 122:9
124:16 125:12
127:18 134:9
134:21 138:16
159:11,13
170:2 177:11
179:23 180:20
182:1,13
183:12 184:20
185:13 186:3,8
186:11 187:5
187:11,16
188:12 189:11
190:20
**VIDEOGRAP...**
6:2 106:6,11
134:3,8 190:14
190:19 192:19
**videos** 66:19
**videotaped** 1:14
2:16 6:4
**view** 34:25 87:7
88:17 101:22
**Village** 84:14,15
170:17
**vision** 102:11
**visual** 87:1
**voice** 84:17
**Vue** 19:22 20:1

---

**W**

**wait** 46:9 107:3
131:6 180:24
182:16

**waited** 159:25
**waiting** 45:25
88:1,3 97:17
116:7
**waived** 5:9,11
**walk** 18:20 19:19
63:9
**walked** 42:22
91:23 121:6
**walking** 42:20,21
79:14 82:2
100:13
**want** 7:14,23
8:11 11:25 12:7
12:8,9,14 18:9
21:18 32:21
35:25 84:2
97:18 105:18
105:20 117:23
139:12,14
149:13,18
154:5 156:6
157:10 159:22
161:1,24
174:23 180:18
190:25 191:4
191:17
**wanted** 11:14,25
12:15 15:12
45:19 55:7 58:3
138:11 164:5
**Ward** 17:9,13,17
18:4,5,6 63:7,7
63:7 67:25,25
78:12,23 80:25
84:22 91:14
**Ward's** 59:9 62:1
62:24
**wasn't** 23:19 26:5
32:2 38:15,16
40:3 44:24
45:17 46:21
47:7,13,17
53:17 64:18
70:2 75:12

109:7 112:8
120:17 129:12
129:14 133:10
138:8,23
145:11,23,24
146:8 165:9
176:11 180:8
**watch** 183:19
**watched** 28:14
89:12 129:15
**watching** 28:14
109:10 133:2
159:18 160:23
161:20
**way** 18:19 54:12
55:13 64:9,11
68:22,24 69:3
74:24 75:24
77:17 79:14
82:2 98:23
128:15,17,21
131:4,10,11
133:18 136:20
160:9 178:12
**we'll** 19:6,11
59:12 72:1,1
79:25 82:9
89:25 90:4,13
92:17 93:2
95:11 99:13,13
152:16 172:18
183:15,20
**we're** 13:17 23:8
29:14 40:7
44:16 47:25
50:9 57:19,24
59:11 60:7 61:9
62:2 63:11,13
70:5 74:7 79:5
81:6 83:17 90:2
90:3,12 92:16
94:22 103:17
106:18 115:19
149:7 155:7,18
156:16 158:6

166:21 177:5
179:2 190:8
191:4 192:10
**we've** 105:17
114:3 119:25
121:14 171:20
**weapon** 23:23
26:18 30:6 61:3
64:6 67:11
91:23 114:5,22
116:9,10
117:20 125:20
139:25 140:15
140:23 148:15
151:14 170:4
**weapons** 46:4,5,6
137:5
**wear** 177:5
**weed** 43:20
**weeks** 139:1
**went** 8:24 9:4,16
9:18 11:20 14:3
17:21 23:18
25:6 30:20 31:1
31:5,11 33:12
45:5,15 61:3
67:6,22 68:18
71:21,21 72:17
73:1,7 79:21
82:6,18,20
97:13 116:18
119:8 120:21
128:11 139:2
147:11 177:2,3
177:4 186:25
**weren't** 28:5
33:18 39:4 68:3
104:9,9,10
133:21 146:12
146:17 147:16
**West** 2:10
**whatnot** 139:6
184:15
**white** 140:3
141:22 152:3

**wild** 181:11,11
181:11 184:6
**Williams** 163:2
**Williford** 10:7
**willing** 171:22
**window** 34:12
88:16 186:14
188:15
**windows** 186:22
**wings** 181:11
184:6
**Wings'** 181:12
**wish** 168:14,17
171:2,5,18
**witness** 5:5,22
6:11 20:2 27:2
50:4 52:13
70:23 71:2
102:17 150:3
155:13 186:6,9
191:16
**WITNESS'** 193:2
**witnesses** 154:23
**women** 9:6
**women's** 187:24
**word** 86:12,22,22
**wording** 65:17,18
**words** 16:5 55:3
86:14 115:4
141:3 194:15
194:17
**work** 9:23 12:22
70:5 179:3,7
**worked** 8:17 9:19
9:20 10:8 13:10
58:13 179:24
179:24
**working** 13:14
16:13 120:17
145:23,24
146:8,16
176:11 177:16
178:1,10,17,19
178:21 179:1
180:8,12

**world** 10:11
**would've** 30:14
62:4
**wouldn't** 51:5
62:6
**wrestle** 148:21
**write** 140:25
**writing** 20:19
138:17 173:8
174:14,25
**written** 138:22
171:19
**wrong** 44:9 46:24
46:24 136:6,17
**wrote** 10:14
138:20 139:13
141:2 145:17
145:18

**X**

**Xxx** 106:21
**xxxx** 106:21,23

**Y**

**y'all** 28:15 33:12
39:20,24 75:6
77:17 105:17
105:20 149:18
152:12 182:20
183:18 189:18
190:4
**yeah** 18:2 19:6
20:23 21:14
23:11 27:22
34:4 38:13
39:10,13,17
71:13 79:20,25
84:6 90:22 95:8
98:13 101:2
112:15 131:5
143:8 150:2,8
158:4 160:2
165:16,24
183:16,18
185:6,9,15,24
191:19

**year** 9:14
**years** 112:23
113:11,17
173:13
**yell** 100:17,22
121:8
**yelled** 40:12
47:15 61:15
107:17 123:6
123:24 139:18
150:13,19,20
151:1
**yelling** 24:14
57:10 121:3
131:7 133:6
150:24
**yells** 122:14,15
**you-all** 105:18
**young** 15:11,13
41:21
**youth** 10:5

**Z**

**zip** 106:24 107:2

**0**

**008** 4:14
**021** 4:14

**1**

**1** 3:16 19:7,13
90:10 164:6
**1:03** 134:5
**1:04** 134:10
**10** 3:21 4:12
90:14 93:3,3
116:13 127:18
142:24 191:13
**10:09** 1:16 6:8
**1001** 2:10
**108** 79:6
**109** 79:6
**10th** 7:15 13:15
17:9 63:8 65:3
79:7 107:21
108:10 113:22

118:5 122:10
127:18 130:5
134:21 136:16
169:14 183:2
**11** 169:22
**11:49** 106:8
**1100** 1:15 2:3 6:6
**11th** 191:3
**12** 3:21 4:11
90:15 93:12
**12/15/2020**
138:16
**12/26/2017** 154:9
**12:37** 106:13
**12th** 1:16
**13** 23:11 122:10
162:15
**14** 167:15,17,21
168:2,6 170:24
**1434** 195:14
**1434(B)** 194:6
**149** 3:22
**15** 9:8 134:20
143:8
**155** 4:4,6
**15th** 21:6 23:9
177:24
**16** 118:5 162:23
163:10
**162** 4:8
**166** 4:10
**17** 138:14
**18** 124:3 156:17
159:12
**19** 3:13
**19:42** 158:3,4
**191** 4:12
**194** 195:7
**1996** 9:15
**19th** 166:3
**1A** 3:13 19:12,14

**2**

**2** 3:14 59:12
111:12

**2/15/18** 155:11
**2:00** 190:16
**2:13:58** 84:3
**2:15** 83:15
**2:16:27** 88:24
**2:21** 190:21
**2:23** 89:1 192:21
**20** 3:21 90:15
  94:2 154:12
  167:11,12
**200** 2:10
**2015** 11:11,13
  162:23 163:10
**2017** 153:22
  154:12
**2018** 7:15 13:15
  17:10 63:8 79:7
  107:22 108:10
  113:22 130:6
  134:21 136:16
  142:24 169:15
  183:3
**2020** 21:6 23:9
  65:13 66:9
  116:13
**2021** 191:3 192:3
**2022** 4:11 165:21
**2023** 1:16
**20th** 41:25
**21** 3:21 90:15
  94:14
**210** 3:13
**22nd** 165:21
**23** 171:14
**25** 113:21
**257** 1:22
**26** 153:22
**27** 159:14
**28** 194:5
**29th** 177:24

**3**
**3** 3:17 90:1,3,13
  95:12
**3-A** 3:19

**3-B** 95:23
**3-C** 96:11
**3-D** 96:24 97:22
**3-E** 98:1,3,18
**3-F** 98:22
**3-G** 99:14
**3-H** 99:17
**3-I** 100:12
**3-J** 100:19
**3-U** 3:19
**3:00** 13:20
  169:15
**3:19-cv-391-B...** 
  1:7
**30** 155:3 169:16
**35** 3:16 43:11,13
**37:2554** 195:7
**3700** 1:15 2:3 6:6
**39** 118:5

**4**
**4** 3:20 90:12
**4-1** 3:21
**4-A** 90:19 91:3
**4-B** 92:17
**4-C** 93:6,8
**4-D** 93:13
**4-E** 94:7
**4-F** 94:14
**4-G** 3:21 94:22
**40** 155:2
**4207** 107:8
**422** 85:5,6
**423** 85:4
**45** 105:18
**48** 107:11
**49** 108:11 111:10
  111:12
**4th** 177:24

**5**
**5** 3:22 143:7
  149:8 152:16
**5-foot-6** 154:10
**50** 155:2
**51** 122:10

**52** 122:10
**53** 124:2
**54** 113:21
**55** 53:20 113:21
**56** 134:21
**563** 3:18 90:2,6,8
**564** 95:22
**566** 96:24 98:20
**567** 97:22 98:20
**568** 98:19
**569** 99:14
**573** 101:8
**576** 103:1
**577** 103:15
**578** 103:19
**579** 104:5
**58** 3:21 90:15
  94:23
**581** 104:14
**582** 104:17
**583** 3:18 90:6,8
**59** 3:14 68:9
  127:18
**591** 4:9
**594** 4:9 164:9
**5th** 177:24

**6**
**6** 4:4 89:25
  107:12 153:17
  155:8 156:17
  169:13
**60** 68:9 116:12
**61** 55:16 116:13
**617** 4:5
**619** 154:14
**621** 4:5
**623** 4:7
**627** 3:23 142:25
**630** 149:6
**631** 3:23
**637** 4:7
**68** 29:17

**7**
**7** 3:4,21 4:6 9:15

**90:14** 155:9
  156:22 157:3
**70163** 1:15 2:3
  6:7
**70180** 107:3
**70503** 2:10
**70802** 1:22
**70810** 107:3,4
**71** 29:17
**74** 48:1
**77** 138:17

**8**
**8** 4:8 162:20
  169:21
**8:00** 158:2

**9**
**9** 3:21 4:10 59:10
  59:11 90:14
  92:17 166:12
  166:14,18
  168:2 172:25
**90** 3:17,20 165:2
**95** 164:25
**95005** 2:24
  195:23
**9th** 156:17 176:6
  177:25