December 16, 2015

TO: CADET KASHA DOMINGUE

FROM: CAPTAIN DERRELL WILLIAMS

REF: COMPLETION OF CADET TRAINING

On or about <u>December 02</u>, 2015, your healthcare providers, Dr. Burnham and Dr. Greene, advised that you were subject to physical restrictions due to an injury or injuries. As a result, you were unable to participate in the training required to complete the Cadet Class 94. However, Colonel Edmonson has agreed to allow you to take part in the graduation ceremony.

Immediately following the graduation ceremony you are required to return all uniforms, badges, weapons, and equipment to Sgt. Lenias Marie. You will not be issued a POST certificate, or any other training certificates until you complete training. You will not be commissioned as a Louisiana State Trooper and issued a commission card until you attend and pass the required training.

Colonel Edmonson has also agreed to extend the benefits of Louisiana State Police Procedural Order 232-Return to Work/Light Duty to you, wherein you will be temporarily accommodated and remain in a cadet position for a period of up to six (6) months or until you are medically cleared, whichever occurs first. You will attend Leadership training the week of December 21, 2015 with the rest of Cadet Class 94. You will then be scheduled off until January 4, 2016, at which point you will be assigned to the Training Academy to perform clerical duties as allowed by your physical restrictions. Lt. David Ryerson and Sgt. Lenias Marie will supervise your duties during this time. The Training Academy will provide a dormitory room and meals if you need lodging during this time.

If you receive a full release within six (6) months from Dr. Burnham and Dr. Greene, you will attend five (5) days of Police Tactical Training. You must successfully complete and pass all aspects of this training in order to receive your commission. If you do not pass this training, you will be recommended for termination.

If you successfully complete of this training, you will receive your commission as a Louisiana State Trooper. You will be assigned to Troop I, and begin the FTO Program.



DPSC 591

Exhibit O

# Cadet Kasha Domingue's Training Hours Summary and Timeline

**Summary of missed training hours:** Domingue has missed 29.5 hours of training due to doctor's appointments and the illness of her partner's child. She is now going to miss 58.5 hours of training over the next week for a total of 88 hours (12.75%) of missed training. According to the POST Administrative Code, students may not miss more than 10 percent of the total hours of instruction.

**See attached medical timeline with corresponding dates.**

**Performance and counseling in chronological order. (See attachments)**

- 08/31 – Domingue was counseled for not showing up with her hair being in compliance with cadet manual regulation. She also had improper boots.
- 09/07 – 1st PT Assessment. Did not participate. Cadet Domingue was not able to participate because of her reported injuries and medical restrictions. (groin pain, knee pain, potential sports hernia)
- 09/16 – Counseled for failing her 1st exam on Orientation to Criminal Justice. (POST required) She passed her re-test.
- 09/27 – Peer Evaluation #1. Domingue received 6 negative "Bottom 5 Cadet" comments from her peers. (See attachment)
- 09/28 – 2nd PT Assessment. Did not participate. Cadet Domingue was not able to participate because of her reported injuries and medical restrictions. (groin pain, knee pain, potential sports hernia)
- 09/29 – Counseled for failing her 2nd exam on Domestic and Family Matters. (POST required) She passed her re-test. She made inculpatory statements on a break to her instructor, Sgt Larvadain, about experiencing personal suicides in her life during the Domestic and Family Matters class on Domestic Violence.
- 10/06 – Counseled for failing to notify her supervisor and showing up **70** minutes late for duty after being home for the weekend. She left Sgt. Marie a phone message after repeated phone calls from the Duty Officers inquiring about her whereabouts. Her phone message was disingenuous about why she was late and her incident report was not accurate.
- 10/09 – Verbally counseled at the Firearms Range by Captain Williams, Lt Chesne, Lt Ryerson, and Sgt. Marie. Staff noticed having emotional problems on the Firing Range during shotgun training by the range instructors. She said her father committed suicide with a shotgun and her close friend committed suicide with Domingue's handgun. She also said she was having personal problems at home with her partner. She said her partner did not want her to become a State Trooper because she was allegedly abused by her father who was a retired State Trooper.
- 10/14 – Sgt. Calato and Trooper R. Fontenot, while working as Duty Officers, observed Domingue fighting back tears in the cafeteria during the evening meal. They spoke with Domingue and she told them she was having personal problems and her body was hurting from training.
- 10/15 – Domingue was verbally counseled by Sgt. Marie for not supplying a copy of her High School Diploma for Intoxilyzer records. At Cadet Orientation, she was instructed

to bring this with her on Day 1 (Aug 30th) and again ordered to bring it with her by the end of week 3 (Sep 20th). She did not supply her High School Diploma until Oct 25th.
- 10/25 – Peer Evaluation #2. Domingue received 39 negative "Bottom 5 Cadet" comments from her peers. (See attachment)
- 10/26 – 3rd PT Assessment. ( 1.5 mile run 12:38 @ 80%, Sit-ups 32 @ 70%, Push-ups 28 @ 85%, Composite 78.33%.) She told staff instructors that she was running at home on the weekends.
    - (Entrance PT Assessment: 1.5 mile run 16:10 @ 30%, Sit-ups 34 @ 75%, Push-ups @ 70%)
- 11/04 – Domingue was verbally counseled by Lt Chesne and Sgt. Marie for not bringing her required training equipment (mouthpiece) for the week of training. She was seen sharing a mouthpiece with another female cadet after a round of sparring, and she said she could not find her mouthpiece.
- 11/25 – 4th PT Assessment. Did not participate. Cadet Domingue was not able to participate because of her reported injuries and medical restrictions. (umbilical strain, groin pain, elbow pain, and knuckle swelling)
- 12/07 – Final PT Assessment. Will not participate. Cadet Domingue is under several medical restrictions.

**Academic Status** – Failed 2 written exams, 91.99% academic average, ranked 48 out of 57. Note: 43 cadets out of 57 have never failed an exam.

**Firearms** – POST average score 100/120, Shotgun score 85/100, Dim Light 47/60, LSP course 85/100. She is currently ranked 57 out of 57 in firearms but the cadets must still shoot the rifle and .380 course.

**EVO** – 83.4% cumulative driving average and ranked 28 out of 57.

**Duty Officer Weekly Evaluations** – Domingue's average weekly rating is 3.11 on a 1 – 5 rating scale. A 3 rating is listed as meeting "Minimum Level Satisfactory" while a rating of 4 is considered "Satisfactory". A rating of 5 is "Superior".

**Physical Fitness** – Domingue successfully passed a physical fitness assessment on 10/26, but has been unable to participate in any other physical assessment since her reported injuries. During the physical fitness program, she was allowed to separately attempt to rehabilitate her injuries as recommended by Dr. Burnham and has been unable to follow the physical fitness lesson plan with the rest of Cadet Class 94.

From the POST Academy Guidelines Manual:

Louisiana Administrative Code, Title 22 (Corrections, Criminal Justice and Law Enforcement)

4703.3B Basic Certification

Students shall adhere to all standards, rules and regulations established by the accredited training center. Certification will not be awarded to students who are physically unable to complete every aspect of the basic training course. A student may not be certified for successful completion if:

1. the student's excused absences exceed 10 percent of the total hours of instruction;

Cadet Class 94 is a total of 691 training hours. 10% of 691 training hours is 69.1 hours. She has missed 23 training hours from Week 1 through Week 13 for personal and medical issues.

Week 14 – She missed 4.5 hours of scheduled physical fitness training and 2 hours of training for medical appointments.

Week 15 - She will miss 32 training hours from 12/7 – 12/10 during Police Tactical Training (Officer Survival – Traffic Stop Scenarios, Basic Rifle, SSGT, Advanced Taser, and Active Shooter). She will miss 7.5 hours of scheduled physical fitness training.

Week 16 - She will miss 16 training hours from 12/14-12/15 during Police Tactical Training (Officer Survival – Advanced Rifle and Active Shooter). She will miss 3 hours of scheduled physical fitness training.

She will miss 65 hours of training hours from Week 14 – Week 16. Active Shooter is a POST required 16 hour block of instruction. If she can't complete ALL Basic POST training she will not be allowed to take the POST exam.

By the end of Week 16 she will have missed 88 hours of training which computes to 12.75% of academy training hours.

### Recommendation:

Cadet Domingue has struggled from the onset of the class; both physically and mentally.

Unfortunately Cadet Domingue's current medical restrictions do not allow her to participate in any training to include standing more than 15 minutes, running, or lifting anything heavier than 5 pounds. She is basically unable to participate in any of the upcoming 6 days of Police Tactical Training (PTT) before graduation.

PTT includes 16 hours of Active Shooter training which is mandated by POST. Cadet Domingue is not POST certified and should be considered for removal from Cadet Class 94 since she is not able to complete required POST training instruction.

We further recommend she be given another opportunity to attend Cadet Class 95 when she is physically able to complete the required 90% of the scheduled training hours.