## DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # _2_

CADET _KASHA Domingue_  DUTY OFFICER _Dessens_

**RATING INSTRUCTIONS**: Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"       N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

### APPEARANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |

### ATTITUDE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | ② | 4 | 5 | N.O. | N.R.T. |

### PERFORMANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |

_TFC_____ 2289
DUTY OFFICER (Signature)

_SGT_____ #02106
LIEUTENANT OF OPERATIONS (Signature)

_Derrell Williams_
DIRECTOR (Signature)

CONFIDENTIAL *** CONFIDENTIAL AND CONFIDENTIAL PROVIDED SUBJECT TO THE TERMS OF CONFIDENTIALITY AGREEMENT IN ACCORDANCE WITH THE TERMS OF PROTECTIVE ORDER 3:19-cv-00391-BAJ-EWD [REC.DOC 41]

Exhibit P

DPSC TRAINING 367

# DAILY COMMENT SHEET

| | |
|---|---|
| **Monday:**<br><br>Date: _____ | |
| **Tuesday:**<br><br>Date: _____ | |
| **Wednesday:**<br><br>Date: 9-9-15 | Domingue is injured but her attitude is still good and stays motivated. |
| **Thursday:**<br><br>Date: _____ | |
| **Friday:**<br><br>Date: _____ | |

Any counseling sessions held?     ☑ Yes     ☐ No     If yes, describe below:

Domingue has three children at home. That seems to motivate her a lot.

**CONFIDENTIAL** 3:19-CV-00391-SAJ-ERD PROVIDED SUBJECT TO THE TERMS OF CONSENT PROTECTIVE ORDER AND IN ACCORDANCE WITH THE TERMS OF AND CONFIDENTIALITY AGREEMENT [REC. DOC. 41]

# DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # 3

CADET Domingue _____ DUTY OFFICER M/T Boyd

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"          N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

## APPEARANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | ② | 3 | 4 | 5 | N.O. | N.R.T. |

## ATTITUDE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |

## PERFORMANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | ② | 3 | 4 | 5 | N.O. | N.R.T. |

M/T Boyd SR
**DUTY OFFICER (Signature)**

SGT Kevin New #2106
**LIEUTENANT OF OPERATIONS (Signature)**

Derrell William
**DIRECTOR (Signature)**

**CONFIDENTIAL** ** PROVIDED SUBJECT TO PROTECTIVE ORDER AND IN ACCORDANCE WITH THE TERMS OF CONFIDENTIALITY AGREEMENT 3:19-CV-00391-BAJ-EWD (REC. DOC. 411)

**DPSC TRAINING 369**

| | |
|---|---|
| **Monday:**<br><br>Date: _____ | |
| **Tuesday:**<br><br>Date: _____ | |
| **Wednesday:**<br><br>Date: 9/16 | Δ IS A SQUAD LEADER AND HAS BEEN DEALING WITH AN INJURY. Δ ALSO HAS A PERSONAL ISSUE WITH HER BABY. SHE IS VERY GOOD WITH COD AND PROTOCOL. THE CLASS looks to HER FOR LEADERSHIP. |
| **Thursday:**<br><br>Date: _____ | |
| **Friday:**<br><br>Date: _____ | |

Any counseling sessions held?     ☒ Yes     ☐ No     If yes, describe below:

Δ FAILED A TEST THIS WEEK AND WAS COUNSELED BY THE STAFF.

**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONFIDENTIALITY AGREEMENT AND CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT 3:19-CV-0036 [REC. DOC. 41]

WEEK # 4

CADET _Domingue, KASHA_   DUTY OFFICER _S/T C. Howard_

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"      N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

**APPEARANCE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | 3 | 4 | 5 | N.O. | N.R.T. |

**ATTITUDE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

**PERFORMANCE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

_S/T C. H____ #2146_
**DUTY OFFICER (Signature)**

_S/T ____ #2106_
**LIEUTENANT OF OPERATIONS (Signature)**

_Derrell Williams_
**DIRECTOR (Signature)**

CONFIDENTIAL - BAIL-FIND PROVIDED SUBJECT TO THE TERMS OF CONFIDENTIALITY AGREEMENT IN ACCORDANCE WITH PROTECTIVE ORDER AND CONFIDENTIALITY 3:19-cv-00391-BAJ-DPC [REC. DOC. 41]

# DAILY COMMENT SHEET

| | |
|---|---|
| **Monday:**<br><br>Date: 9/21 | |
| **Tuesday:**<br><br>Date: 9/22 | |
| **Wednesday:**<br><br>Date: 9/23 | |
| **Thursday:**<br><br>Date: 9/24 | |
| **Friday:**<br><br>Date: 9/25 | CADET DOMINGUE GIVE MAX EFFORT IN ALL AREAS SHE STILL HAS A PROFILE, HAD A GOOD ATTITUDE DURING ALL TRAINING EVENTS |

Any counseling sessions held?     ☐ Yes     ☑ No     . If yes, describe below:

_____

_____

_____

_____

CONFIDENTIAL 3:19-CV-00391-RAJ-EWD PROVIDED SUBJECT TO THE TERMS OF IN ACCORDANCE WITH THE CONFIDENTIALITY AGREEMENT CONSENT PROTECTIVE ORDER AND CONFIDENTIAL (REC. DOC. 41)

## DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # 5

CADET _Domingue, Kasha_     DUTY OFFICER _S/T C Howard_

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"     N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

### APPEARANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |

### ATTITUDE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |

### PERFORMANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | ③ | 4 | .5 | N.O. | N.R.T. |

_S/T C_ _____ #2146
**DUTY OFFICER (Signature)**

_Sgt_ _____ #0106
**LIEUTENANT OF OPERATIONS (Signature)**

_Donald Williams_
**DIRECTOR (Signature)**

CONFIDENTIAL - BALENO - PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT AND PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT 3:19-cv-00391-BAJ-EWD [REC. DOC. 41]

**DPSC TRAINING 373**

| | |
|---|---|
| **Monday:**<br>Date: 9/28 | CADET DOMINGUE DID A GREAT JOB ON HER P.T. TEST. |
| **Tuesday:**<br>Date: 9/29 | |
| **Wednesday:**<br>Date: 9/30 | |
| **Thursday:**<br>Date: 10/01 | CADET DOMINGUE ALWAY GIVE MAX EFFORT, CADET DOMINGUE NEEDS TO WORK ON STUDY HABITS NEEDS TO PAIR UP WITH OTHER CADETS TO STUDY. |
| **Friday:**<br>Date: 10/02 | |

Any counseling sessions held?  ☐ Yes  ☒ No  If yes, describe below:

CADET DOMINGUE HAD TO SPEAK WITH CPT. WILLIAMS IN REFRENCE TO HER TEST SCORES

CONFIDENTIAL * BAN-END 00391 * SUBJECT TO THE TERMS OF CONFIDENTIALITY AGREEMENT AND IN ACCORDANCE WITH THE CONFIDENTIALITY AGREEMENT PROTECTIVE ORDER AND CAN REC. 4441 CONSENT PROTECTIVE

WEEK # 6

CADET DOMINGUE, K.          DUTY OFFICER Bonner

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"          N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

### APPEARANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | 3 | 4 | 5 | (N.O.) | N.R.T. |

### ATTITUDE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | (2) | 3 | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | 3 | 4 | 5 | (N.O.) | N.R.T. |

### PERFORMANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | (2) | 3 | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

_____  1804
DUTY OFFICER (Signature)

_____ #9106
LIEUTENANT OF OPERATIONS (Signature)          SGT

_____
DIRECTOR (Signature)

* CONFIDENTIAL * PROVIDED SUBJECT TO THE TERMS OF AND IN ACCORDANCE WITH CONFIDENTIALITY AGREEMENT PROTECTIVE ORDER [REC. DOC. 441] 3:19-cv-00361-BAJ-EWD

## DAILY COMMENT SHEET

| | |
|---|---|
| **Monday:**<br><br>**Date:** _____ | Was late on Sunday for Cadet Check-in. Stated had personal problems w/ her partner. |
| **Tuesday:**<br><br>**Date:** _____ | |
| **Wednesday:**<br><br>**Date:** _____ | |
| **Thursday:**<br><br>**Date:** _____ | |
| **Friday:**<br><br>**Date:** _____ | |

ny counseling sessions held?     ☒ Yes     ☐ No     If yes, describe below:

Cadet had meeting w/ Academy Staff concerning her personal problems.

*CONFIDENTIAL* 3:13-CV-00391-BAJ-EWD PROVIDED SUBJECT TO THE TERMS OF AND IN ACCORDANCE WITH THE CONFIDENTIALITY AGREEMENT CONSENT PROTECTIVE ORDER AND REC. DOC. 441

## DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # 1

CADET **Kasha Domingue**    DUTY OFFICER **Sgt. Louis (A/A?)**

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1-10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|
| 1 2 | 3 4 | 5 |

N.O. = "NOT OBSERVED"    N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

**APPEARANCE**

(1) GENERAL APPEARANCE — 1 2 (3) 4 5 N.O. N.R.T.

(2) EQUIPMENT & LIVING AREA — 1 (2) 3 4 5 N.O. N.R.T.

**ATTITUDE**

(3) RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS — 1 (2) 3 4 5 N.O. N.R.T.

(4) ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES — 1 (2) 3 4 5 N.O. N.R.T.

(5) ATTITUDE TOWARD ACADEMY TRAINING — 1 2 (3) 4 5 N.O. N.R.T.

(6) ACCEPTANCE OF FEEDBACK — 1 2 (3) 4 5 N.O. N.R.T.

**PERFORMANCE**

(7) QUALITY OF WORK — 1 2 3 4 5 (N.O.) N.R.T.

(8) USE OF COMMON SENSE AND GOOD JUDGEMENT — 1 2 3 4 5 (N.O.) N.R.T.

(9) TRAINING PERFORMANCE (NON-STRESS CONDITIONS) — 1 2 (3) 4 5 N.O. N.R.T.

(10) TRAINING PERFORMANCE (STRESS CONDITIONS) — 1 (2) 3 4 5 N.O. N.R.T.

DUTY OFFICER (Signature) _____ 1908

LIEUTENANT OF OPERATIONS (Signature) _____ #2106

DIRECTOR (Signature) _____

**DPSC TRAINING 377**

CONFIDENTIAL — 3:19-cv-00301-BAG — PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER AND (REC DOC. 41)

DAILY COMMENT SHEET

| | |
|---|---|
| **Monday:**<br><br>Date: 10/12 | |
| **Tuesday:**<br><br>Date: 10/13 | Cadet needs to pay closer attention to the small details. Their room failed inspection due to a dirty mirror. |
| **Wednesday:**<br><br>Date: 10/14 | Cadet seems to be having some personal issues at home. She was very emotional and had to be spoken to and calmed down. |
| **Thursday:**<br><br>Date: 10/15 | Cadet does not seem to be a team player. She seems to be isolating herself and pulling back. Needs to figure out what she really wants and make a decision on what is best for her. Needs to step up and become part of the team and take on leadership roles. |
| **Friday:**<br><br>Date: 10/16 | Cadet is falling short with class motivation. Cadet has injuries that does not allow her to do everything that other cadets are doing, but when the class is motivated she failed to apply herself. Not performing as a team player at this time. |

ny counseling sessions held?   ☐ Yes   ☐ No   If yes, describe below:

WEEK # 8

CADET _Domingue, Kasha_          DUTY OFFICER TR Jessie Almora

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The _Daily Comment Sheet_ is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"          N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

**APPEARANCE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1) | GENERAL APPEARANCE | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| 2) | EQUIPMENT & LIVING AREA | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

**ATTITUDE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| ) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| | ACCEPTANCE OF FEEDBACK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

**PERFORMANCE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | QUALITY OF WORK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

TFC E. _____ #2406

_____
Y OFFICER (Signature)

_____ #2106
LIEUTENANT OF OPERATIONS (Signature)

Derrell Williams

_____
DIRECTOR (Signature)

**DPSC TRAINING 379**

# DAILY COMMENT SHEET

**Monday:**

**Date:** _____

**Tuesday:**

**Date:** _____

**Wednesday:**

**Date:** _____

**Thursday:**

**Date:** _____

**Friday:**

**Date:** _____

counseling sessions held?    ☐ Yes    ☐ No    If yes, describe below:

** CONFIDENTIAL ** 3.19-CT-0D391-RAN-EWB PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT [REC. DOC. 441]

# DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # 9

CADET _Dominswe, Kosha_      DUTY OFFICER _TFC. RAY Thomas_

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1-10 below) to reference your narrative. The _Daily Comment Sheet_ is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"      N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

## APPEARANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | 3 | 4 | (5) | N.O. | N.R.T. |

## ATTITUDE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

## PERFORMANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | (2) | 3 | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | 3 | 4 | 5 | (N.O.) | N.R.T. |

_TFC. Bo Thomas 2504_
DUTY OFFICER (Signature)

_SGT _ #2106
LIEUTENANT OF OPERATIONS (Signature)

_Derrell Williams_
DIRECTOR (Signature)

DPSC TRAINING 381

## DAILY COMMENT SHEET

| | |
|---|---|
| **Monday:**<br><br>Date: 10/26/15 | Cadet Domingue continues to not perform during P.T. due to her leg injury. She is not showing any leadership traits. |
| **Tuesday:**<br><br>Date: 10/27 | Cadet Domingue was the CPIC for 1st plt. today. She is relying on other cadets to take charge of the plt. Not being a leader. |
| **Wednesday:**<br><br>Date: 10/28 | Cadet Domingue was counseled by Ms at CUB. She was told that she needs to be a leader and to show some motivation and respect. |
| **Thursday:**<br><br>Date: 10/29 | Cadet Domingue was seen wearing non-issued sunglasses while traveling to EUOC from the Academy. She advised me that she has eye problems. She has been advised by medical staff that she is not to wear sunglasses. |
| **Friday:**<br><br>Date: _____ | |

Any counseling sessions held?      ☐ Yes      ☐ No      If yes, describe below:

_____

_____

_____

_____

WEEK # _10_

CADET _Dominguez, Kesha_     DUTY OFFICER _TFC. Ray Thomas_

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The _Daily Comment Sheet_ is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"      N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

**APPEARANCE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | 3 | 4 | (5) | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | 3 | 4 | (5) | N.O. | N.R.T. |

**ATTITUDE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

**PERFORMANCE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |

_TFC. Ray Thomas 2501_
DUTY OFFICER (Signature)

_SGT ___ # 2106_
LIEUTENANT OF OPERATIONS (Signature)

_Derrell Williams_
DIRECTOR (Signature)

**CONFIDENTIAL** 3:19-cv-00091-BAW-BAW **PROVIDED SUBJECT TO THE TERMS OF CONFIDENTIALITY AGREEMENT** **PROVIDED IN ACCORDANCE WITH THE CONFIDENTIALITY** **PROTECTIVE ORDER AND DOC 411** (REC. **DOC 411**)

## DAILY COMMENT SHEET

| | |
|---|---|
| **Monday:**<br><br>**Date:** _____ | |
| **Tuesday:**<br><br>**Date:** 11/3/15 | Cadet Domingues recieved remedial driving training today. She is still having problems with backing up trucks. |
| **Wednesday:**<br><br>**Date:** 11/4/15 | Cadet Domingues has passed Remedial driving today. Her history from previous weeks seems to has gotten better. Her attitude is getting better overall. |
| **Thursday:**<br><br>**Date:** 11/5/15 | Cadet Domingues's attitude is improving. She is showing some motivation and is working with her fellow Cadets while on guard tasks. She has taken some responsibility as a Squad Leader of third Squad 1st plt. |
| **Friday:**<br><br>**Date:** _____ | |

Any counseling sessions held?   ☐ Yes   ☐ No   If yes, describe below:

_____

_____

_____

_____

349-CR-00391-RAB PROTECTED AND SUBJECT TO THE TERMS OF CONFIDENTIALITY AGREEMENT PROTECTIVE ORDER IN ACCORDANCE WITH THE TERMS OF CONSENT AND IN ACCORDANCE WITH THE [REC...]

# DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # 11

CADET ___Dominque___ DUTY OFFICER ___Tfc S. Simpson___

**RATING INSTRUCTIONS**: Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 - 10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"          N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

**APPEARANCE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |

**ATTITUDE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |

**PERFORMANCE**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | 3 | 4 | 5 | (N.O.) | N.R.T. |

___Tfc ___ #2373___
DUTY OFFICER (Signature)

___SGT ___ #2106___
LIEUTENENT OF OPERATIONS (Signature)

___Derrell William___
DIRECTOR (Signature)

## DAILY COMMENT SHEET

| | |
|---|---|
| **Monday:**<br><br>**Date:** _____ | |
| **Tuesday:**<br><br>**Date:** 11/10 | Cadet Domingue marched the class to chow for lunch today and did a good job. Took radar exam + passed |
| **Wednesday:**<br><br>**Date:** 11/11 | Took Lidar exam + passed |
| **Thursday:**<br><br>**Date:** 11/12 | Cadet March cadets to chow today and did a good job. |
| **Friday:**<br><br>**Date:** _____ | |

Any counseling sessions held?  ☐ Yes  ☐ No  If yes, describe below:

_____

_____

_____

_____

3:19-c 00391-BAJ-END PROVIDENCE SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONFIDENTIAL CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT [REC. DOC.41]

## DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # _12_

CADET _K. Domingue_      DUTY OFFICER _Tpr C.L. Worthington_

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|:---:|:---:|:---:|:---:|:---:|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"        N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

### APPEARANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | 3 | ④ | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | 3 | ④ | 5 | N.O. | N.R.T. |

### ATTITUDE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |

### PERFORMANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | 3 | 4 | 5 | N.O. | N.R.T. |

DUTY OFFICER (Signature) _3555_

CADET CLASS COORDINATOR (Signature) _#02106_

DIRECTOR (Signature)

**CONFIDENTIAL** ** PROVIDED SUBJECT TO THE TERMS OF PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT 3:19-cv-00391-BAJ-EWD [REC. DOC. 411] **CONFIDENTIAL** PROVIDED IN ACCORDANCE WITH

DAILY COMMENT SHEET

| Monday: Date: _____ | |
|---|---|
| Tuesday: Date: 11-17 | Cadet Domingue has a clean and organized room. She has a nicely pressed uniform and highly polished boots. |
| Wednesday: Date: 11-18 | Cadet Domingue passed her SFST practical. |
| Thursday: Date: _____ | |
| Friday: Date: _____ | |

Any counseling sessions held?     ☐ Yes     ☒ No     If yes, describe below:

**CONFIDENTIAL** 3:19-CV-00391-BAS-EVS SUBJECT TO THE TERMS OF PROVIDED IN ACCORDANCE WITH THE CONFIDENTIALITY AGREEMENT AND IN ACCORDANCE WITH THE PROTECTIVE ORDER (REC. DOC. 41) CONSENT PROTECTIVE ORDER

# DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # _13_

CADET _Domingue, Kasha_     DUTY OFFICER _TFC Forsyth, A_

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1-10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"      N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

## APPEARANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | 3 | ④ | 5 | N.O. | N.R.T. |

## ATTITUDE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | 3 | ④ | 5 | N.O. | N.R.T. |

## PERFORMANCE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | 3 | ④ | 5 | N.O. | N.R.T. |

_TFC E-5362_
DUTY OFFICER (Signature)

_SGT #2106_
CADET CLASS COORDINATOR (Signature)

_Derrell William_
DIRECTOR (Signature)

**DPSC TRAINING 389**

| | |
|---|---|
| **Monday:**<br><br>Date: _1-23-15_ | Domingue did very well during the gas chamber of MFF training. She even volunteered when not asked, to help her fellow classmates go through the gas chamber for a second time. She was highly motivated. |
| **Tuesday:**<br><br>Date: _1-24-15_ | Domingue had a room inspection and had no infractions. This shows she has high regard for her living conditions and her fellow roommates. |
| **Wednesday:**<br><br>Date: _1-25-15_ | Domingue's plt. had uniform inspections. Her uniform was pressed and boots highly shined. Her buckle had smear marks on it. Needs to learn to polish her buckle to standards. |
| **Thursday:**<br><br>Date: _____ | |
| **Friday:**<br><br>Date: _____ | |

Any counseling sessions held?        ☐ Yes        ☑ No        If yes, describe below:

_____

_____

_____

_____

3:19-cv-00391 CONFIDENTIAL — PROVIDED SUBJECT TO THE TERMS OF CONSENT PROTECTIVE ORDER AND IN ACCORDANCE WITH THE TERMS OF CONFIDENTIALITY AGREEMENT IREC. DOC. 41

# DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # 14

CADET _Kasha Domingue_        DUTY OFFICER S/T T.Hanemann

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|:---:|:---:|:---:|:---:|:---:|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"          N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

## APPEARANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |

## ATTITUDE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

## PERFORMANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | 3 | 4 | 5 | (N.O.) | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | 3 | 4 | 5 | (N.O.) | N.R.T. |

S/T _____ #208P
**DUTY OFFICER (Signature)**

SGT _____ #2106
**LIEUTENANT OF OPERATIONS (Signature)**

_____
**DIRECTOR (Signature)**

**DPSC TRAINING 391**

*CONFIDENTIAL* 3:19-cv-00391-BAJ-EWD PROVIDED IN ACCORDANCE WITH THE CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DOC. 411 SUBJECT TO THE TERMS OF CONFIDENTIALITY AGREEMENT IREC DOC. 411

## DAILY COMMENT SHEET

| | |
|---|---|
| **Monday:**<br><br>**Date:** _____ | |
| **Tuesday:**<br><br>**Date:** _____ | |
| **Wednesday:**<br><br>**Date:** _____ | |
| **Thursday:**<br><br>**Date:** 12-3 | Domingue seems distracted and less engaged since last evaluation. Claimed medical issues has prohibited her in participation in physical activity as well as basic activities. Her attention to detail, motivation and focus has/appears to have waned since my last evaluation of her. |
| **Friday:**<br><br>**Date:** _____ | |

Any counseling sessions held?  ☐ Yes  ☑ No  If yes, describe below:

_____

_____

_____

_____

CONFIDENTIAL 08391-BAJ-EWD SUBJECT TO THE TERMS OF CONFIDENTIALITY AGREEMENT AND IN ACCORDANCE WITH CONFIDENTIAL CONSENT PROTECTIVE ORDER

# DUTY OFFICER'S WEEKLY EVALUATION OF CADET

WEEK # 15

CADET KASHA DOMINGUE _____ DUTY OFFICER ST MK HANEMANN

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1-10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"     N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

## APPEARANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | 3 | (4) | 5 | N.O. | N.R.T. |

## ATTITUDE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |

## PERFORMANCE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | 2 | (3) | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | 3 | 4 | 5 | (N.O.) | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | 2 | 3 | 4 | 5 | (N.O.) | N.R.T. |

_____ #2086
DUTY OFFICER (Signature)

_____ #2106
CADET CLASS COORDINATOR (Signature)

Derrell Williams

_____
DIRECTOR (Signature)

**DPSC TRAINING 393**

DAILY COMMENT SHEET

| Monday: Date: _____ | |
|---|---|
| Tuesday: Date: _____ | |
| Wednesday: Date: _____ | |
| Thursday: Date: 12-90 | Domingue has not been able to train with class due to injury claims on many occasions this week |
| Friday: Date: _____ | |

Any counseling sessions held?    ☐ Yes    ☑ No    If yes, describe below:

_____

_____

_____

_____

3. ISSUE OF 391-BAS END ** CONFIDENTIAL ** PROVIDED SUBJECT TO THE TERMS OF IN ACCORDANCE WITH THE CONFIDENTIALITY AGREEMENT PROTECTIVE ORDER AND CONFIDENTIALITY (REC. DOC.) CONSENT PROTECTIVE

<u>**DUTY OFFICER'S WEEKLY EVALUATION OF CADET**</u>

WEEK # _16_

CADET _Ponsuque, Kasha_        DUTY OFFICER _TFC Gessens_

**RATING INSTRUCTIONS:** Rate observed behavior with reference to the scale below. Specific comments are required for all ratings of "2" or less, or "4" and above. You may comment on any observed behavior. Use the category number (1 -10 below) to reference your narrative. The *Daily Comment Sheet* is on the back of this page.

| NOT ACCEPTABLE BY ACADEMY STANDARDS OR INADEQUATE | | MINIMUM ACCEPTABLE LEVEL SATISFACTORY | | SUPERIOR BY ACADEMY STANDARDS OR OUTSTANDING |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |

N.O. = "NOT OBSERVED"       N.R.T. = "NOT RESPONDING TO TRAINING" (Requires Comment)

<u>**APPEARANCE**</u>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (1) | GENERAL APPEARANCE | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (2) | EQUIPMENT & LIVING AREA | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |

<u>**ATTITUDE**</u>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (3) | RELATIONSHIPS WITH FELLOW CADETS & STAFF MEMBERS | 1 | ② | 3 | 4 | 5 | N.O. | N.R.T. |
| (4) | ATTITUDE TOWARD INDIVIDUAL RESPONSIBILITIES | 1 | ② | 3 | 4 | 5 | N.O. | N.R.T. |
| (5) | ATTITUDE TOWARD ACADEMY TRAINING | 1 | ② | 3 | 4 | 5 | N.O. | N.R.T. |
| (6) | ACCEPTANCE OF FEEDBACK | 1 | ② | 3 | 4 | 5 | N.O. | N.R.T. |

<u>**PERFORMANCE**</u>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (7) | QUALITY OF WORK | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (8) | USE OF COMMON SENSE AND GOOD JUDGEMENT | 1 | ② | 3 | 4 | 5 | N.O. | N.R.T. |
| (9) | TRAINING PERFORMANCE (NON-STRESS CONDITIONS) | 1 | 2 | ③ | 4 | 5 | N.O. | N.R.T. |
| (10) | TRAINING PERFORMANCE (STRESS CONDITIONS) | 1 | ② | 3 | 4 | 5 | N.O. | N.R.T. |

_TFC_ _____ _2289_
DUTY OFFICER (Signature)

_____ #_2106_
CADET CLASS COORDINATOR (Signature)

_Derrell Williams_

_____
DIRECTOR (Signature)

CONFIDENTIAL — BASED ON 3:19-cv-00391 — PROVIDED SUBJECT TO THE TERMS OF CONFIDENTIALITY AGREEMENT IN ACCORDANCE WITH THE CONFIDENTIALITY ORDER AND PROTECTIVE ORDER [REC. DOC. 41]

## DAILY COMMENT SHEET

| Monday: Date: _____ | |
|---|---|
| Tuesday: Date: _____ | |
| Wednesday: Date: _____ | |
| Thursday: Date: _____ | |
| Friday: Date: _____ | |

Any counseling sessions held?　　☐ Yes　　☑ No　　If yes, describe below:

_____

_____

_____

_____

\*\*CONFIDENTIAL\*\* 3:19-cv-00291-BAJ-EWD PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT (REC. DOC. 41)