UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLIFTON SCOTT DILLEY | * | CIVIL ACTION |
| | * | |
| | * | CASE: 3:19-CV-00391-BAJ-EWD |
| VERSUS | * | |
| | * | JUDGE BRIAN A. JACKSON |
| | * | |
| STATE OF LOUISIANA, DEPT. OF | * | MAGISTRATE JUDGE ERIN |
| PUBLIC SAFETY AND CORRECTIONS | * | WILDER-DOOMES |
| OFFICE OF STATE POLICE, ET AL. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT
TO DISMISS THE STATE OF LOUISIANA PURSUANT TO
FED.R.CIV. PROC 12(b)(1) OR IN THE ALTERNATIVE FED.R.CIV. PROC 12 C**

NOW INTO COURT, through undersigned counsel, come, Plaintiff, Clifton Scott Dilley, and the State of Louisiana, who respectfully move the court to enter a Consent Judgment dismissing this matter pursuant to Fed.R.Civ. Proc. 12(b)(1) or in the alternative Fed.R.Civ. Proc. 12C, without prejudice, inasmuch as the Eleventh Amendment grants a state immunity from suit in federal court by citizens of other states, and by its own citizens as well. *Barton v. Dresser, LLC* 2023 WL 5120987, at *2 (W.D. La. Aug. 9, 2023) citing *Lapides v. Bd. Of Regents*, 535 U.S. 613, 616 (2022).

The State of Louisiana, was served through then Governor, John Bell Edwards, on June 19, 2019. The State of Louisiana has filed no responsive pleadings, has not waived its immunity to suit in federal court, and has not otherwise appeared at any time in this matter.[1] Plaintiff filed a

---

[1] The Court granted Louisiana State Police and the Department of Public Safety and Corrections' Rule 12(C) Motion for Judgment on the Pleadings (Docs. 116 and 127) expressly dismissing without prejudice those two defendants. Out of the abundance of caution and to clarify the record, the parties seek dismissal of the State of Louisiana so neither the state nor any of its agencies remain parties to this proceeding.

separate matter captioned "*Clifton Dilley v. State of Louisiana Through Department of Public Safety and Corrections and Office of State Police*", Suit No. 685003, Division No. 27, on July 3, 2019 in the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana ("State Court Suit"), and the parties agree that entry of this Consent Judgment shall not prejudice either party's rights in the State Court Suit.

WHEREFORE, Plaintiff, Clifton Scott Dilley, and the State of Louisiana pray that the Court enter the Consent Judgment reached between the parties dismissing without prejudice, the State of Louisiana from this proceeding, and without prejudice of either party's rights in the State Court Suit.

Respectfully Submitted:

LIZ MURRILL
ATTORNEY GENERAL

BY:  /s/ *Steven Mauterer*
Craig R. Watson (#29473)
Guice A. Giambrone, III (#25062)
Steven M. Mauterer (#26682)
Julie Steed Kammer (#24656)
Blue Williams, LLC
3421 N. Causeway Blvd., #900
Metairie, LA  70002
Tel.: (504) 831-4091
Fax: (504) 837-1182
cwatson@bluewilliams.com
ggiambrone@bluewilliams.com
smauterer@bluewilliams.com
jkammer@bluewilliams.com
*Special Assistants Attorneys General and Counsel for the State of Louisiana*

Respectfully Submitted:

*/s/ Donald J. Cazayoux, Jr.*
DONALD J. CAZAYOUX, JR., Bar. #20742
J. LANE EWING, Bar. # 29854
CAZAYOUX EWING, LLC
257 Maximillian Street
Baton Rouge, Louisiana 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
don@cazayouxewing.com
lane@cazayouxewing.com
*Attorneys for Plaintiff*