Exhibit 6

Surveillance Video

Plaintiff's Motion to File Exhibit Conventionally to be filed.

Exhibit 6