**In the Matter of:**

*Clifton Dilley vs*

*State of Louisiana*

---

*Trooper Kasha Domingue*

*December 15, 2020*

---



Court Reporting | Trial Graphics | Trial Technology | Legal Video | Media Production

www.legalgraphicworks.com        1.800.577.8128

Exhibit 8

```
 1          AUDIO A (Transcribed 1/7/23)
 2     INTERVIEWER:  All right.  The recorder is on.
 3  Today's date is December 15, 2020.  The time is
 4  9:09 a.m.
 5     We are at the Louisiana State Police Internal
 6  Affairs office here in Baton Rouge.  Present for
 7  this interview is myself, Trooper Kevin Ducote,
 8  along with Sergeant James Jefferson with the
 9  Louisiana State Police Internal Affairs.  And also
10  Trooper Kasha Domingue, who is out of Troop A,
11  along with her attorney, Mr. Floyd Falcon.
12     Kasha, are you aware this interview is being
13  recorded?
14     DOMINGUE:  I'm aware it's being recorded.
15     INTERVIEWER:  And prior to going on tape, did
16  you have a chance to read your administrative
17  rights?
18     DOMINGUE:  I did.
19     INTERVIEWER:  You acknowledge you understand
20  these rights?
21     THE WITNESS:  I understand.
22     INTERVIEWER:  And you signed, dated and
23  entered the time on the rights form?
24     DOMINGUE:  I have.
25     INTERVIEWER:  Also prior to this interview you
```

1   received a administrative investigation

2   notification letter?

3       DOMINGUE:  Yes, I did.

4       INTERVIEWER:  Okay.  And it tells you why you

5   are here?

6       DOMINGUE:  Yes.

7       INTERVIEWER:  Okay?

8       So before we get started, if you can raise

9   your right hand, please.

10      Do you hereby swear or affirm under penalty of

11  perjury that you will tell the truth, the whole

12  truth and nothing but the truth?

13      DOMINGUE:  I do.

14      INTERVIEWER:  All right.  So, Kasha, as you're

15  aware, we brought you in here regarding the

16  shooting incident that occurred back on July 10th

17  of 2018.

18      And before we get into that, can you state

19  your full name and work address.

20      DOMINGUE:  Kasha Domingue, 17801 Highlands

21  Road, Baton Rouge, Louisiana, 70810.

22      INTERVIEWER:  Okay.  And what agency do you

23  work for?

24      DOMINGUE:  Louisiana State Police, Troop A.

25      INTERVIEWER:  Okay.  And how long have you

 1   been employed?

 2        DOMINGUE:  Five years.

 3        INTERVIEWER:  So, Kasha, thank you for coming

 4   in.

 5        Mr. Floyd, thank you guys for coming and for

 6   taking (inaudible.)

 7        Kasha, you've been through a lot --

 8        DOMINGUE:  Yes.

 9        INTERVIEWER:  -- lately.  I don't want to take

10   that for granted, the human side of what you have

11   experienced and went through really having this

12   over your head since 2018.  And as you know, today

13   we are here for the administrative side of things.

14   The criminal side is kind of behind us from an LSP

15   perspective, and now we're here for the admin side.

16        And part of what we do is, we go back and

17   look, read, listen, evaluate pretty much everything

18   that took place in the criminal -- in the criminal

19   portion of the investigation, right?  That's a

20   privilege that we have here on the administrative

21   side that the criminal side, they don't have that

22   privilege.  So we're kind of in a different and

23   unique situation to where we can really sit back

24   and look at everything from 50,000 feet, if you

25   will, and not so much right when it happened and

1    having to get information and things of that sort.

2         So with that being said, we had an opportunity

3    to go back and particularly listen to the

4    interviews.

5         And one thing for me that stood out from your

6    interview was that you begin to talk about your

7    work ethic, right?  You talked about your work

8    ethic and really your heart for the job, your heart

9    for state police, but what was striking to me more

10   importantly was your heart for people.

11        And it was very apparent to me that at the

12   core of Kasha, you're really a public servant,

13   right?  That was very apparent to me.  And I really

14   felt that because I have that same demeanor, I have

15   that same feeling as it relates to this job and why

16   we do what we do.  At the end of the day, we're

17   simply here to serve the public.  And that was very

18   apparent that that's where you stood and how you

19   perceived the profession and this job.

20        You talked about some of the things that

21   you've done in your past as it relates to the

22   military, your professional boxing career.  And one

23   looking at Kasha from the outside wouldn't think

24   that she would have a big heart in such a way for

25   the community, for the people of Louisiana, if they

1   just merely -- and this is something that you

2   touched on -- if they just merely look at your

3   Marine Corp. experience, your professional boxing

4   experience.  Most people would want to attribute

5   that to what we kind of can classify as an alpha

6   male, right, somebody that's just really a

7   go-getter.  And you were, but you had a different

8   spin on it because of your heart to serve.  You

9   were definitely a go-getter.

10       And so after listening to your criminal --

11  after listening to your interview with detectives,

12  I said, you know what?  Let me call some of her

13  supervisors, because I know she was at different

14  troops, right?  So we reached out -- me,

15  personally, I reached out to supervisors at Troop I

16  first, because that where you start.  And right

17  before I talked to your first Sergeant, I also

18  heard you talk about how you was FTO at Troop I by

19  a PIO, right, and how that really, really shaped

20  the way that you did the job and knowing the proper

21  way to deal with the public, how to deal with

22  people on traffic stops, you learned a great deal

23  from that FTO that went on to be a PIO; would you

24  agree?

25       DOMINGUE:  Yes, sir.

1      INTERVIEWER:  And so from speaking to your

2   supervisors, the first thing that each supervisor

3   talked about, whether it was A, whether it was I,

4   was your demeanor, the way that you carry yourself

5   and how sharp you were in uniform, how your boots

6   was always shined.  And they talked about giving

7   you great accolades as it relates to that.

8          And in my opinion, I think that that kind of

9   carries you over to an opportunity to serve at the

10   legislative session, that you were handpicked for

11   having those abilities, right, the way that you

12   carried yourself, your proud military experience,

13   you really stood out.  And so they -- you were

14   handpicked to go serve at the State Legislature

15   based off of what you was able to display and the

16   way that you carried yourself.

17          And they all talked about, back to your work

18   ethic, how hard you worked when you were -- when

19   you were working the road, when you were on patrol

20   at shift.

21          And that really stood out to me when I spoke

22   with the supervisors at Troop A, because they

23   didn't have as long of a time to evaluate like they

24   did at Troop I, but it was very apparent when you

25   got to Troop A that you left a mark on Lieutenant

1    Jones, Sergeant Varnado at the time, now Lieutenant

2    Varnado, they talked about how when you were there,

3    when you came back from the legislative session.

4    And Sergeant Shirley specifically said you would

5    make stops all shift long, like, even though you

6    had had some experience when you came to Troop A,

7    you were a go-getter, you were a worker.

8         And I just want to let you know that

9    personally working the road for ten years, I can

10   appreciate that.  I can appreciate the way that you

11   went about doing your job.  I can appreciate the

12   way that you was able to articulate the way that

13   you feel about the citizens of Louisiana, and how

14   you have a desire to truly serve, right?

15        And so I just wanted to let you know that I

16   appreciate that.  And not only that, but in doing

17   our homework, we're not here to pass any judgment,

18   because we had an opportunity to talk to several

19   people and we know that Kasha Domingue is not some

20   monster, okay?  We know from listening to the

21   interviews, from talking to your supervisors, we

22   have a feel on the type of person that you are,

23   right?  And so I just want you to know that, and

24   that personally that I appreciate and respect the

25   way that you went about doing your job and the

1    heart that you have to serve, and to let you know

2    that we are not here to pass any judgment or we

3    have this preconceived notion that you're some kind

4    of bad person.

5         I want you to know that that's not the way

6    that we think, view or feel in this process as it

7    relates to you.

8         Again, we take -- we're troopers, right?  We

9    take the human side into consideration.  And what

10   you've been through the last several years I can

11   only imagine, right?

12        So we just have some loose ends that we have

13   to tie up.  We have some questions that we need to

14   kind of clarify that wasn't so clear in the

15   interviews with the detectives.

16        And in that interview, it kind of ended

17   talking about some of the evidence that detectives

18   had observed on the scene.  I don't know if you can

19   go back, and it was two or three years ago.  But

20   that first interview that you did with detectives,

21   they were asking about some of the things that they

22   saw in pictures, they were asking about some of the

23   things -- obviously, they had paint on the ground,

24   things were circled, had different meanings.  And

25   so the interview kind of ended with them trying to

1   make sense of what they saw on the ground, the

2   positioning of the vehicle and things of that sort.

3   Okay?

4        And so one of the things that they wasn't

5   quite clear on -- well, for me, from my

6   perspective, I wasn't clear on as it relates to it

7   was a circle and it had FP.

8        Do you recall that at all?

9        DOMINGUE:  I didn't see any of the paint

10  markings.  It was all done.

11       INTERVIEWER:  Okay.  Did they show you a

12  picture of any of the paint markings?

13       DOMINGUE:  No.

14       INTERVIEWER:  Okay.  Well, we have a picture

15  of it and we will show you that marking, and

16  specifically FP that was on the ground.  But in

17  your interview, I think you stated that you had a

18  conversation with -- which one was it, Kevin, that

19  did the marking?

20       INTERVIEWER:  Troy.

21       INTERVIEWER:  Troy McGehee, Trooper McGehee.

22  Do you recall him?

23       DOMINGUE:  I know he was there, yeah.

24       INTERVIEWER:  What else do you recall about

25  Trooper McGehee and any interaction that you had

1   with him on the scene?

2       DOMINGUE:  He pulled up on the far side of me.

3   I think him and Jefferson pulled up at the same

4   time.  And I walked up and just -- I remember

5   telling them -- that's when I had found the hole in

6   Dilley, and I said, I think he's got a hole in him.

7   And that's all I remember talking to him.

8       And they said, the ambulance is already on the

9   way.

10      And then they said I was bleeding.  And I

11  don't know which one said I was bleeding, my knee

12  was bleeding, my hands were bleeding, and told me

13  to go sit in the car, so I went to sit in my car.

14  And I still had somebody in the backseat, so that's

15  all I remember.  And them asking what the other

16  guys were wearing, but I don't know which one asked

17  me.

18      There was three other troopers.  Burnell

19  Thompson was also there.  And they were asking me

20  what the other guys that ran away were wearing.

21  And I only knew that one of them had a white shirt

22  on.  That's about it.  I didn't remember a whole

23  lot.

24      INTERVIEWER:  And that's all you really

25  remember, was your dialogue with Trooper McGehee?

1     DOMINGUE:  Yes.

2     INTERVIEWER:  All right.  So, Kasha, as James

3  alluded to, so we need to make sense of some things

4  regarding what you told detectives compared to

5  what -- and you all have seen the video.  I think

6  detectives showed it to you, correct?

7     MALE SPEAKER:  We saw it two years ago.

8     (Simultaneous speakers.)

9     INTERVIEWER:  If you all want to view it

10  again, we can do that right now.  Totally up to

11  you.

12     You all want to watch it again?

13     MALE SPEAKER:  Yeah, I think we ought to look

14  at it again.

15     DOMINGUE:  I don't know that I want to.  I

16  don't know that it's going to change anything one

17  way or the other.  It's all a memory right now of

18  what happened, but I don't -- I mean...

19     INTERVIEWER:  Okay.  Well, eventually we're

20  going to point out and I'll have to show you the

21  video.  We're going to point out some discrepancies

22  from what you told detectives versus what the video

23  shows.

24     DOMINGUE:  Okay.

25     INTERVIEWER:  So, I mean, you don't have to

1    watch, if you don't want to.

2         DOMINGUE:  I think it's just going to be

3    harder for me to get through the rest of the

4    interview if I watch it.

5         MALE SPEAKER:  One of the things -- we spoke

6    yesterday and she still has some -- one of the

7    things I want you to -- it to be clear.  When she

8    spoke to detectives, she had been up and not had

9    any rest and had not cleaned up, had not done

10   anything, and it was very stressful situation.

11        INTERVIEWER:  And I completely understand

12   that.  We completely understand.

13        But -- and, again, Kasha, I know this is

14   emotional for you, I know it's upsetting, but we

15   have to answer these questions.  Okay?

16        So let's just -- we're going to just start

17   asking you.

18        So I know ultimately, like James said, toward

19   the end of it they show you the video and they

20   asked you about some things weren't lined up to

21   what you -- what you initially told them.

22        And so we've interviewed everybody that was

23   out on the scene, also, Troy, Burnell, Brian, they

24   were all out there.  They're the first ones there.

25   And we interviewed all of them.

1    They all pretty much said what you initially

2    told detectives, that -- that the driver went to

3    the corner of your vehicle, you were running

4    information.  At some point he fled, he ran.

5    And you said he -- when he got to the side of

6    the vehicle, he told the other passengers, go, go,

7    go, or now or whatever, and that's when they all

8    fled.

9    And then the passenger that we're concerned

10   with, Dilley, the left rear passenger gets out.

11   As you're coming from your driver's side and

12   you run toward the vehicle, Dilley gets out, you

13   kind of turn toward him, and he runs just past you.

14   And you can see you drawing your weapon,

15   unholstering your weapon, and you fire a shot as

16   he's passing you.  Okay?

17   And that's what we need answered, because you

18   told detectives your perception was what you

19   thought was, what you remember is that he was

20   charging you, he was running at you, that's what

21   you remember; is that correct?

22   DOMINGUE:  Yes, sir.

23   INTERVIEWER:  But the video does not show

24   that.  So help us explain.

25   DOMINGUE:  My first incident was, I was going

1    to tase the guy that was running, the driver,

2    because he said, now, and that's when I went after

3    him, but I wasn't fast enough.

4         When he got to the corner, he opened the back

5    door and reached into the driver's side, or the

6    passenger side, and that's when I drew my weapon.

7         And then I turned and the other guy was

8    already coming towards me.  I didn't even see him

9    until he was right next to me.  I had my arm and my

10   leg extended.

11        I think he made contact right there because

12   after that we were falling to the ground.

13        I don't know when the shot happened.  I don't

14   know if it happened when he made contact there or

15   when we hit the ground.  I have no idea.

16        And I've told them that at that time, that I

17   didn't even know that he was shot until I was

18   checking him again, because he kept yelling at me,

19   you tased me, bro, you tased me.  And he kept

20   laughing at me and telling me nobody was coming to

21   help and all this other stuff.

22        So whenever he was laying on the ground,

23   Jefferson and McGehee got there, I was checking him

24   again to make sure if they were going to take the

25   cuffs off of him, that he didn't have anything on

 1   him, and that's when I found it.  And I told them,

 2   he's got a hole in him.

 3         But up until that point I had no idea.  I was

 4   aiming it at the driver when everything happened.

 5         And he just appeared.  He's a big guy.  He

 6   just kept -- like, he was literally right here

 7   whenever I finally noticed him.  And we just both

 8   went to the ground.

 9         INTERVIEWER:  Okay.  So let's kind of start

10   from the beginning then.

11         So the driver's at the corner of your vehicle,

12   and I know you told him, you know, keep your hands

13   up, don't put your hands in your pocket.  And it

14   looked like he had his hands on the corner of the

15   vehicle at some point.

16         Were you inside your vehicle?  You were

17   apparently running his D/L and criminal history and

18   all that?

19         DOMINGUE:  Yes.

20         INTERVIEWER:  Were you sitting inside your

21   vehicle?

22         DOMINGUE:  I had one leg on the ground and one

23   leg halfway sitting in the seat.

24         INTERVIEWER:  Okay.  Just to access your MDT

25   and run his information?

1       DOMINGUE:  Because I asked him if he -- who

2   was in the vehicle with him, because I could see

3   the car moving.  And he said he didn't know.

4       And then I said, do you have any weapons on

5   you?

6       And he started spinning around.  He had his

7   hands up and he was spinning.  He's like, no, no, I

8   don't have anything.

9       And then I said, are there any weapons in the

10  car?

11      He was like, I don't know, I don't know what

12  they have.  And at that point he started to put his

13  hands down.

14      And then I said, keep your hands on the hood.

15      And he looked at me and he said, now.  And

16  then he took off and I bolted for him.

17      And when that back door opened, I felt like --

18  I just kept thinking, rear pillar, rear pillar.

19  That was the only thing I had -- because there was

20  -- it's not there now, but there was a dumpster to

21  my right.  And I didn't want to go left because I

22  didn't know who was on -- what was on that side.

23  So I only thought, I just need, like, to break

24  contact with him, but it was almost like I was

25  frozen.  This all happened in, like, three seconds.

 1    Like, I couldn't -- I'd like to say all the

 2    training helped.  It just -- I just couldn't.  I

 3    was too slow.  I mean, when I saw him reach in, I

 4    drew my weapon.  And then the other guy was just

 5    right there.  It was just too late.

 6         And then we hit the ground.  And then I lost

 7    contact with the driver.  And I had seen the back

 8    rear passenger start to get out.  And he just -- I

 9    just saw a big R.  He was just a built man.  And I

10    spun around with Dilley on the ground to see where

11    the other guy went, but I didn't see him.  I didn't

12    see what happened.

13         And I kept trying to call for help, and my

14    radio wasn't working.  It kept -- it would beep,

15    and then nothing would happen, beep.  And he said,

16    nobody's coming for you.

17         And I opened my passenger door and I reached

18    over, I grabbed my radio and kept yelling that I

19    tased him, I tased him.  And I was trying to call

20    for help, but every time I keyed up somebody else

21    was keying up.  I could hear them asking where I

22    was, but I couldn't say what I needed to say.

23         And then I looked up and there was somebody

24    else still in the car, and he was yelling and I

25    couldn't understand what he was yelling.  So I got

1   out and I drew my weapon again.  And he was like, I

2   didn't do nothing, I didn't do what they said.

3       And I said -- and he opened his door.  And I

4   said, wait, let me see your hands.  So he kept his

5   hands up.

6       All the while you can smell the weed.  The

7   whole area was just covered with the smell of

8   marijuana.

9       So he opens the door.  And then he looks back

10  in the car, and then he starts coming towards me.

11  He said, you scare -- you scaring me.

12      And I said, look, for my safety and yours,

13  please keep your hands where I can see them, turn

14  around, get on your knees.  So he did.  I brought

15  him back.

16      And then him and Dilley started talking, I

17  don't even know what they were talking about.  They

18  were joking about something because they were both

19  laughing.  And I was, like, where's the other guys?

20      And then he said, I don't know, but I didn't

21  do what they said, I didn't do what they said.  He

22  said, I stayed.

23      And I said, do you have any weapons on you?

24      Like, nope.

25      I said, for my safety and yours, I'm going to

1  check your person.  And I started checking his body

2  and everything and he was up against my car.

3         I said, look, I'm going to need you to sit in

4  the back of my unit.  You're not under arrest, but

5  I don't know where the others went and I just need

6  to be safe.

7         And he said, that's cool.  And he got in the

8  back.

9         So I went around, I was looking for the other

10  guy, and that's when all the other three units

11  drove up.

12         And they said -- they asked me what he was

13  wearing and I told them.

14         There was another guy at the Circle K when I

15  was driving originally.  When I first saw the

16  vehicle going over the road, I thought maybe he was

17  looking to go pick that guy up.  So they said,

18  there's a guy at Circle K that has a white shirt

19  on.

20         I said, that's not them.  That's not -- that

21  guy was already there.

22         And then from there I just remember them

23  driving up and asking questions about which

24  direction they ran and stuff like that.  And then

25  telling me the ambulance was on the way, that I

1  need to sit in the car.

2      I got in the car and asked the passenger in

3  the back to fill out a statement.  And I said, why

4  did this happen?

5      He was like, that was their plan.  I didn't do

6  what they said.  I didn't do anything.  I'm good.

7      So he wrote a statement.  And from what I

8  remember, it was something to the effect that I was

9  chillin' in the club, now I'm in the back of the

10 police car, peace, love and chicken grease.

11      And I said, this is serious.  Like, you need

12 to write -- he's like, that's all I got.

13      I said, who's the guy on the ground?

14      He said, I don't know them guys.

15      I said, well, you talk -- you've been talking

16 to the guy on the ground.

17      He said, oh, I'm a rapper and he's going to

18 video my videos.

19      And the guy started yelling, she tased me,

20 bro, she tased me.

21      Like, yeah, you got tased, man.

22      And they kept -- they kept laughing at each

23 other.

24      And then at that point everybody else showed

25 up.  And they said, stay away from the vehicle, the

1  media is coming, go sit in this other vehicle,

2  we're going to handle everything from here.

3       And I said, well, they've got stuff in the

4  car.

5       So we walked up to the car and there was a bag

6  of marijuana there.  And that's all I saw at that

7  point.  And they were like, we've got this, we got

8  this.

9       And then they brought me to another car and I

10  sat in the back of the -- I think it was the PIO's

11  vehicle, until Bill Cox got there, and he put me in

12  his truck and then they brought me here.

13       INTERVIEWER:  Okay.  So let's back up.

14       You said that when the driver took off, your

15  initial intent was to pull your taser; is that

16  correct?

17       DOMINGUE:  Correct.

18       INTERVIEWER:  Did you ever do that?

19       DOMINGUE:  No.  Because by the time -- I

20  couldn't get to him fast enough.  By the time I got

21  to him he was already reaching in the back of the

22  side.  So I didn't know -- I couldn't see his hands

23  anymore.  It was -- like, the light was coming from

24  the left, so the whole right side of the vehicle

25  was dark, and he had already opened that back

1  passenger door.

2      So I couldn't -- I couldn't see his hands.  I

3  just knew he was reaching for something, and that's

4  when I drew my weapon.  Because I keep my taser in

5  the front right here.

6      INTERVIEWER:  And when you say -- you're

7  talking about the driver --

8      DOMINGUE:  The driver.

9      INTERVIEWER:  -- when he ran around to the

10  right side of the vehicle, he opened the back right

11  door, correct?

12      DOMINGUE:  And he -- yeah.

13      INTERVIEWER:  Reached in?

14      DOMINGUE:  Yes.

15      INTERVIEWER:  All right.  And so that's one of

16  the -- and we can watch the video.  But, Kasha, we

17  watched the video, and he does at some point pause

18  at the vehicle for maybe a half a second and then

19  he continues running.

20      DOMINGUE:  That was my first contact with him.

21  Because I didn't see him until -- when I finally

22  made it to that corner --

23      INTERVIEWER:  I know.  But you said you saw

24  him open the --

25      DOMINGUE:  Right.

1      INTERVIEWER:  -- car door and reaching

2  something.  That doesn't happen.

3      DOMINGUE:  I don't know what to say.  I mean,

4  he -- he was at that passenger window when I got to

5  that corner, and all I saw was his hands reach in.

6  The back door was open.  I don't know -- I don't

7  know what else to say.  I lost sight of his hands.

8  And I got scared.  I thought, this is it.

9      INTERVIEWER:  And I understand that you lost

10  sight of his hands, but you said that he stopped

11  and opened the passenger door and reached in and --

12      DOMINGUE:  To the -- to the front passenger.

13  He reached in the front passenger side.

14      INTERVIEWER:  Okay.  Well, it doesn't appear

15  that he does that.  And we can certainly watch the

16  video.

17      Now, this is -- detectives did an overlay of

18  the audio from the radio with the video, so you may

19  here -- eventually you're going to hear some --

20  from what you say on the radio.  But this is, you

21  can see the headlights.  This is right when the

22  suspect vehicle is coming in.

23      FEMALE SPEAKER:  (Inaudible) Highway 423 at

24  Power with a red Saturn SUV.  422 Charlie, Charlie.

25  422 Charlie, Charlie.

1     DOMINGUE:  That's when he reached in the first

2  time when I told him to stop.

3     INTERVIEWER:  Okay.

4     So I'm going to fast forward because really he

5  remains there for a minute and a half or so.

6     DOMINGUE:  Yeah.  I was asking him if there

7  was anybody --

8     INTERVIEWER:  Right.

9     DOMINGUE:  He told me he was drinking and

10  driving.

11     I asked him if there was anybody sober that

12  could drive the car.

13     And he said he didn't know anybody in his car.

14     INTERVIEWER:  All right.  So in about 30

15  seconds is when he's going to run.

16     DOMINGUE:  It was right when the stuff came up

17  on the computer, because I saw he had no insurance

18  and I was just going to tow him.  And I don't know

19  if he saw his picture come up or what, but it was

20  around the same time it popped up.  Right there.

21     INTERVIEWER:  Okay.  I mean, you tell me.  You

22  said that he opened the door and he reached inside.

23  I don't see that.  I mean, can you point out where

24  he does that?

25     DOMINGUE:  It was right when he stopped.  I

1  could see him on the side through here.

2      He's gonna stop right there.  See that guy, I

3  didn't even see him.  And then he came out right

4  here.

5      INTERVIEWER:  I know he does pause for a brief

6  half second.  To me it almost looks like he's

7  squeezing through something.

8      DOMINGUE:  No, there's nothing right there.

9      INTERVIEWER:  Go back.

10     All right.  So you're coming from your --

11 you've obviously exited your vehicle.

12     DOMINGUE:  Uh-huh.

13     INTERVIEWER:  And you run toward -- at this

14 point it looks like you're kind of watching him

15 run, but you're running toward the vehicle.  But

16 then when you get close enough to Dilley is when

17 you turn your attention toward him.

18     DOMINGUE:  Yeah.  This is the one I thought

19 was the driver right here.

20     INTERVIEWER:  Okay.  But you see the driver

21 is --

22     DOMINGUE:  I see him now over there.  But this

23 is the guy that I saw that I thought was reaching

24 in the car right here.

25     INTERVIEWER:  Okay.  I got you.  All right.

1    So this is the rear --

2        DOMINGUE:  That's what I'm looking at.  My

3    head isn't even facing that direction.

4        INTERVIEWER:  So I can understand, so that's

5    the right rear passenger that's exiting the

6    vehicle?

7        DOMINGUE:  Yeah.  I mean, we watched this

8    before.

9        MALE SPEAKER:  This is the first time I

10   noticed it.  When we saw this video before --

11       DOMINGUE:  It was a different angle.

12       MALE SPEAKER:  Well, I'm not sure -- it was

13   just really quick.  I mean, they didn't rerun it

14   and let us look at it.

15       INTERVIEWER:  That's why we --

16       MALE SPEAKER:  So I want you -- because I

17   didn't see that.  I didn't see that.  I thought it

18   was the same guy.

19       DOMINGUE:  I did, too.  That's what I'm

20   saying.

21       INTERVIEWER:  That makes -- I can certainly

22   understand that, where you're getting that he

23   reached into the car.

24       DOMINGUE:  Yeah.

25       INTERVIEWER:  But that's actually the

1  passenger exiting the car, opening the door and

2  exiting.

3       And so, look, you see Dilley?  Dilley is

4  getting out.

5       DOMINGUE:  I didn't even see him right there.

6       INTERVIEWER:  Okay.  And it's almost like when

7  you notice him, you turn toward him.  But at that

8  point you're drawing your firearm.  And as he runs

9  by you, you fire.  And then you stumble, you trip

10 and you stumble and you fall almost on top of him.

11 You can't see that because he's down on the side of

12 the car.

13      MALE SPEAKER:  Can you see where he fired at?

14      INTERVIEWER:  Yeah.  If you watch close

15 enough, you can actually see the round ejecting

16 from your firearm.

17      INTERVIEWER:  Oh, yeah, I saw something flash.

18      DOMINGUE:  Well, I feel like he made contact

19 with my arm and my leg at that point when I'm

20 extended because we both fell.

21      INTERVIEWER:  That was after you had already

22 fired and he was struck in the back, which is

23 obviously why he fell.  It looks like you just

24 tripped and kind of fell on top of him, fell on

25 your knees and then fell on top of him.

1       Does that bring back --

2       DOMINGUE:  No.  I felt like he's laying into

3   me at that point.  We both fell.  So I didn't

4   think -- I didn't think that anything had happened.

5       INTERVIEWER:  But do you see what we're

6   looking at?

7       DOMINGUE:  I do see that.  But in the moment

8   and up until this point -- we've watched this.

9       INTERVIEWER:  And, look, we can play it as

10  many times as you need.  But we -- we want --

11      MALE SPEAKER:  Is that the second guy running

12  away, Kevin?

13      INTERVIEWER:  Yes.

14      MALE SPEAKER:  In other words, the first --

15  the driver was the first one that ran -- ran down

16  the fence line.

17      INTERVIEWER:  Correct.

18      MALE SPEAKER:  And that's the second driver --

19      INTERVIEWER:  That's the right rear passenger

20  exiting the vehicle.

21      MALE SPEAKER:  I didn't notice that before.

22      INTERVIEWER:  He didn't follow the driver.

23  And you can -- at some point if you follow him you

24  can see him, I think, climbing over the fence.

25      MALE SPEAKER:  Is that the trashcan?

1        DOMINGUE:  No, it's over where me and Dilley

2    are at.

3        MALE SPEAKER:  Oh, I see.  Okay.

4        INTERVIEWER:  So -- so where do you think that

5    he made contact with you?

6        DOMINGUE:  With the arm and leg extended here,

7    right there.

8        INTERVIEWER:  Kasha -- I keep calling you that

9    -- Kasha, I don't see that.  It looks like you all

10   are at least 3 feet away from each other.  And as

11   he's passing you --

12       DOMINGUE:  I don't even remember standing up

13   like that right there.  So now my back is to

14   everything.

15       INTERVIEWER:  All right.  So you all are at

16   least 3 feet, if not more, from each other.  So

17   there's no contact made at any point between you

18   two.

19       And then as he passes you, like I said, at

20   this point you're unholstering your weapon.  And as

21   soon as he runs past you is when you fire.  And

22   that's what we need you to explain to us.

23       DOMINGUE:  All I can tell you is whenever all

24   that happened, I'm watching the guy, and now we see

25   is the rear passenger reach in, and Dilley was

1   right here.  He was like -- he was right here, so

2   close to me at that point I couldn't even turn to

3   fire on him running at me.  Like, I couldn't -- I

4   couldn't react fast enough.  And then we were on

5   the ground.

6       I don't know if it's the angle or what it is,

7   but he was, like, touching distance from me at the

8   time of this happening.

9       INTERVIEWER:  Okay.  All right.  So after

10  watching, and as detectives, when they were

11  questioning, there's some discrepancies on what you

12  initially said versus what the video shows.

13      DOMINGUE:  Uh-huh.

14      INTERVIEWER:  So what --

15      DOMINGUE:  I don't know, I mean, how to

16  explain it.  All I can tell you is what I saw that

17  night.  I mean, I really don't know.

18      INTERVIEWER:  So, Kasha, let's back up for a

19  little bit.

20      When did you see Dilley?

21      DOMINGUE:  Whenever I came to the back to aim

22  at the other guy, he just was -- he just appeared

23  on my left side.

24      I didn't see him open the door.  I didn't see

25  him anything.  I didn't -- nothing at all until he

1  was right next to me.

2      INTERVIEWER:  So you -- you're testifying

3  today that you didn't see him until he was right up

4  on you?

5      DOMINGUE:  Yes.

6      INTERVIEWER:  Okay.

7      DOMINGUE:  I was focused in on the other guy.

8      INTERVIEWER:  And if you're testifying today

9  that you didn't see him until he was right up on

10  you, why did you say that in your statement when

11  the incident first happened?

12      DOMINGUE:  I don't remember.

13      INTERVIEWER:  What you said was that he was

14  running towards you.  You yelled stop, stop, stop.

15  You observed something black in his hand.  He

16  didn't stop.  He ran over you.  And then you must

17  have shot him.  All right?

18      So that that was what -- that was your account

19  of the incident when it first happened.

20      DOMINGUE:  He had -- he had it in his hand

21  like this when he came up.  He was right here and

22  he had, whatever he had was in his left hand.  And

23  that's all I saw.  And then we were on the ground.

24  I mean, it was that quick.

25      INTERVIEWER:  So did you notice something in

1  his hand?

2      DOMINGUE:  Yeah, he had something black in his

3  hand, I don't know what it was.  But he was -- it

4  wasn't -- it wasn't anything we could address at

5  that point.  It was just the fact that he was

6  coming at me.  That's it.  What he had didn't even

7  focus in my brain at that time, just he's coming at

8  me and this is it.

9      INTERVIEWER:  So explain -- you said he's

10  coming at you.  Explain that.

11      DOMINGUE:  At the time that all this happened,

12  I'm focused in on what I thought was the driver

13  reaching in the car.  And I looked to my left and

14  there's a guy right here coming at me with his

15  hands up, and he had whatever it was in his left

16  hand coming at me.

17      INTERVIEWER:  So you're talking about right at

18  this point he's coming out the vehicle?

19      DOMINGUE:  I didn't see him right here.  I'm

20  looking at the other guy right there.  I felt like

21  he was right next to me.

22      INTERVIEWER:  So you're saying as he's turning

23  and running down the side of the vehicle, you're

24  thinking he's running at you?

25      DOMINGUE:  Yes.  Like -- like literally like

1    right here, within arm's distance right here.  I

2    can tell you exactly what he looks like.  I haven't

3    seen him or seen anything about him since this

4    happened, but I can tell you he had red hair and

5    he's, like, 6 feet tall.  Like, he's a big guy.

6    And I looked right at him.

7         INTERVIEWER:  Okay.  So at this point your

8    perception is that he's running towards you --

9         DOMINGUE:  Yes.

10        INTERVIEWER:  -- he's running at you.

11        So what were you thinking at that point?

12        DOMINGUE:  This is it.  I'm going to die.

13   There's too many of them.

14        I didn't know where the other guys were.  I

15   didn't know how many more of them were in the car.

16   I didn't know anything.  I just braced.  I felt

17   like I just braced to get hit and we were going to

18   hit the ground and I was going to be fighting for

19   my life.  I remember my whole body tensing up.

20        INTERVIEWER:  So as he just appeared -- still

21   having trouble, and it's a two-point question.

22        The first question is, if he just appeared in

23   a split second, then how do you shout stop, stop,

24   stop?

25        DOMINGUE:  I think I was shouting stop at the

1  other people that were involved.  I don't know that

2  I said it to him.  I said it to the other guys for

3  the whole incident to just stop.

4      I mean, I didn't know what else to do or what

5  else to say.  I didn't -- I just wanted it all to

6  stop.

7      I don't know that I said that to him.

8      INTERVIEWER:  And when you saw him just appear

9  again, what did you perceive?  What did you think?

10 What did you feel when he just appeared?

11     DOMINGUE:  He's going to take me down.

12 There's no doubt, he's going to take me down.  And

13 I tensed up.  I just braced for impact.

14     INTERVIEWER:  And who did you say stop, stop,

15 stop to?

16     DOMINGUE:  I think all of them.  I just

17 yelled, stop, stop, stop.  And I just wanted

18 everything to stop.  I mean, I don't know how to

19 explain it.  I knew that I was in it and there was

20 too many of them.

21     INTERVIEWER:  So when you realized that it was

22 multiple subjects, because you referred back to it,

23 when you realized it was multiple subjects, walk me

24 through again, what did you see?  What did you

25 perceive?  What was going through your mind at the

1  point you realized you were dealing with multiple

2  subjects?

3      DOMINGUE:  Well, it was when I was talking to

4  the driver.  All the windows are tinted black, dark

5  black.  And I saw, he kept looking at the car.  And

6  when I asked him who was in the car with him, he

7  said, I don't know those guys.  So I knew that

8  there was more than two.  And then a few seconds

9  later I could see the whole truck kind of moving,

10 so I knew there was a lot more of them.  But at

11 this point I had just noticed he doesn't have any

12 insurance.  I'm going to do the job, get him off

13 the road by not getting him in trouble and just tow

14 his vehicle for not having insurance.  And now they

15 have to all call somebody to come get them at 2

16 o'clock in the morning.  So I didn't think that --

17 to call for any backup because that was going to be

18 my -- that was my factor at this point.  Okay?

19      So I smelled the weed, there's probably not

20 enough in it to do anything.

21      He's admitted he's been drinking.  He admitted

22 that they have all been drinking, that no one could

23 drive the car for him, so I would just tow the

24 vehicle and then everybody would be safe, because

25 these guys will be off the road and he'll learn his

1  lesson and he'll have to go get -- and so I didn't

2  think anything more of it, that anything more was

3  going to come of it.

4      He and I were having a good conversation.  I

5  didn't feel that anything was going to go wrong at

6  this point.

7      I was nervous turning onto this road because

8  of my situation that happened earlier, but when I

9  started talking to him I felt like, okay, he's

10  listening to me now, I got here at my car, we're

11  going to figure this out.

12      INTERVIEWER:  So when did that change?

13      DOMINGUE:  When he said, now.  Because

14  obviously there was a plan for something to happen.

15      INTERVIEWER:  So explain that to me.

16      DOMINGUE:  I wasn't going to let him get away.

17  Like, whatever was going to happen, I needed to be

18  ready.  I couldn't be in the same spot from when he

19  called now, because that's part of the training,

20  don't be in the same spot.  So I got out, I went

21  after him.  And when he started reaching in the

22  car, I couldn't see him.  I couldn't see what he

23  was doing, so I defended myself.  And I looked to

24  my left, there was somebody right next to me and we

25  were going down.  I knew it.  And I just -- I asked

1  him to stop, told him to stop.  And then we were on

2  the ground and I was trying to figure out what

3  happened from there, where everybody went.  It was

4  so quick.  Like, it was like a snap quick.  And I

5  wasn't fast enough.

6      INTERVIEWER:  So what you're saying is that

7  when the initial traffic stop started when you

8  first made contact with him, your perception was to

9  do your job, he had no insurance and getting

10  everybody home safely?

11      DOMINGUE:  Yes.  I could tell he was young.

12  And I have a son that's young and they make stupid

13  decisions.  And I just didn't think it would be

14  enough to ruin his life over.  So getting him off

15  the road was the main thing to save him and

16  everybody else on the road, so I was just going to

17  tow him.

18      INTERVIEWER:  And when did that perception

19  change?

20      DOMINGUE:  When he said, now.

21      INTERVIEWER:  And when he said, now, what did

22  you feel, what did you perceive at that point?

23      DOMINGUE:  Fight.  That's it.  I didn't know

24  what was going to happen.

25      INTERVIEWER:  So what happens after he

1   screamed -- shouted now?  What happened?  What do

2   you remember happening?

3        DOMINGUE:  He ran to the other side, reached

4   in the car.  Well, I thought it was him, but

5   apparently it was the backseat driver -- I mean,

6   the backseat passenger.  So I thought he was going

7   to pull something out of the car and they were

8   going to kill me.

9        This is a high crime area, there's been other

10  shootings right here.  I live two streets down from

11  there.  I know what happens back here.

12       INTERVIEWER:  So when you saw what you

13  perceived was somebody reaching in the car, what

14  did you feel at that point?

15       DOMINGUE:  Don't die.

16       INTERVIEWER:  Did you feel that your life was

17  in danger when you saw somebody reaching in the

18  vehicle?

19       DOMINGUE:  Yes, without a doubt.  I thought

20  this is it, this is how it's going to happen.

21       INTERVIEWER:  So your perception was it was

22  the driver that was reaching into the car when the

23  video shows that it was the rear passenger, the

24  rear passenger exiting the vehicle.

25       MALE SPEAKER:  Take your time.

1      DOMINGUE:  Yes.

2      INTERVIEWER:  You want to take a break?

3      DOMINGUE:  No.  Get through it.

4      INTERVIEWER:  Okay.  So obviously this is a

5   high tense and it's obvious that it's an emotional

6   incident, but I still have to make sure that we

7   have all the pieces to the puzzle from what it is

8   that you perceive.

9      When what you perceived was somebody reaching

10  into the vehicle, you stated that you felt your

11  life was in danger?

12     DOMINGUE:  Yes.

13     INTERVIEWER:  And then what did you do?

14     DOMINGUE:  I drew my weapon to defend myself.

15     INTERVIEWER:  Did you pull your taser at any

16  point?

17     DOMINGUE:  No.  I originally was, and then

18  when I saw his hands, I didn't have a choice.

19     INTERVIEWER:  At any point did you think that

20  you tased someone?

21     DOMINGUE:  No.  The guy on the ground kept

22  yelling that I tased him.  He kept yelling at me

23  for tasing him.  And I was like -- I even told him,

24  I didn't tase you, shut up.  Because he kept

25  screaming and laughing at me and telling me that

1  nobody was coming to help me because he heard me

2  calling in from my radio and the key wouldn't work.

3  And I said, oh, shit.  And I reached into my car to

4  try to call for help, and then the other guy

5  started yelling from the car and I knew I was still

6  in it.  They guy was still yelling.  They were both

7  talking.  There was just so much going on, I was

8  still in the fight.

9       INTERVIEWER:  So you knew without a shadow of

10  a doubt that you had shot someone?

11       DOMINGUE:  No, I didn't.  I had no idea.

12       INTERVIEWER:  Well, you just said that you

13  didn't pull your taser and that you knew --

14       DOMINGUE:  I knew that I pulled my gun, yes,

15  but I don't know, and I still until watching this

16  don't know when the shot went off.  I had no idea.

17       INTERVIEWER:  But my question is, at any point

18  did you think that you tased someone?

19       DOMINGUE:  No.

20       INTERVIEWER:  So you knew without a shadow of

21  a doubt that you shot someone?

22       DOMINGUE:  No, I didn't know that he was shot.

23  I didn't know that I shot anyone.  I knew that I

24  had pulled my gun, but I didn't know that the gun

25  had gone off.  I don't -- I didn't process the fact

 1  that I had pulled the trigger for anything.  I was

 2  just defending myself for whatever was coming at

 3  me.

 4        INTERVIEWER:  Well, Kasha, number one, you can

 5  defend yourself if you feel like your life or

 6  somebody else's life is in jeopardy.

 7        DOMINGUE:  I thought my life was in jeopardy

 8  at this point.

 9        When we both went down on the ground, I

10  thought we both tripped, like, he ran into me and

11  we both fell on the ground.  I didn't think

12  anything about him being injured at all.

13        INTERVIEWER:  But how did you not hear a boom?

14        DOMINGUE:  I just didn't.  I was just trying

15  to live.  Like, they were all yelling.  I had no --

16  didn't hear it at all.

17        And apparently he didn't hear it, either,

18  because he kept yelling at me that I tased him.

19        And the passenger that got out even said, you

20  tased my boy, you tased my -- I said, I didn't.

21  He's over there.

22        So here's three people involved in this same

23  moment that didn't hear anything.

24        INTERVIEWER:  So when you -- when you got the

25  opportunity to call in over the radio, do you

1   remember what you advised the radio dispatcher?

2       DOMINGUE:  I have no idea.  They said I called

3   in some code that didn't even exist.

4       INTERVIEWER:  Do you recall saying, taser

5   deployed?

6       DOMINGUE:  No.  I just remember yelling for

7   help.  And I couldn't -- I couldn't do -- it kept

8   keying up.  It wouldn't go through.  And I heard

9   everybody asking, where is she?  Where is she?  I

10  couldn't get it out.

11      INTERVIEWER:  Did you remember firing your

12  weapon and hearing a loud bang?

13      DOMINGUE:  No.

14      INTERVIEWER:  Did you -- do you recall tasing

15  anybody?

16      DOMINGUE:  No.

17      INTERVIEWER:  So when the guy went to the

18  ground, what did you think?  What did you perceive

19  had happened to him?

20      DOMINGUE:  That he tackled me and we both went

21  to the ground.  That's all I thought.

22      INTERVIEWER:  So after watching this video and

23  seeing that he did not tackle you, seeing that you

24  did, in fact, shoot your pistol, what is your

25  justification for using deadly force in this

 1  situation?

 2      DOMINGUE:  I thought my life was in danger, at

 3  that moment, at that time.  I thought he was taking

 4  me to the ground and that he would kill me.

 5      INTERVIEWER:  But he didn't even make contact

 6  with you.

 7      INTERVIEWER:  You did see on the video he's

 8  running and he pretty much had run past you when

 9  you fired.

10      DOMINGUE:  I know that's what it looks like.

11  It's just not what happened out there.

12      INTERVIEWER:  That's what happened because

13  there's a video of it.  Now, you may have perceived

14  it differently.

15      DOMINGUE:  That's all I can answer to then.  I

16  can't tell you.

17      MALE SPEAKER:  Can we look at that part again?

18  Let her look at it again.

19      INTERVIEWER:  Sure.  I'm going to back it up

20  just a little bit.

21      MALE SPEAKER:  When we saw it before, they

22  didn't have any backup, like, watched the whole

23  thing.  It was not, for some reason.

24      (Simultaneous speakers.)

25      MALE SPEAKER:  Slow it down or anything.  He

1  just showed it.

2      INTERVIEWER:  I mean, and, Kasha, I can

3  totally understand your perception that everybody's

4  running, you don't know where everybody is, what's

5  going to happen, what they might do to you, might

6  come back and who knows what.  There's other

7  passengers in the car.  But we're focused on

8  Dilley.  This particular passenger is obviously

9  running away from you and you fire your gun at him

10  and you strike him.  And that's what we need you to

11  explain, because we have to explain.

12      DOMINGUE:  All I can explain to you is what I

13  saw that night.  I mean, watching the video

14  afterwards does not even look like anything that I

15  felt happened out there that night.

16      INTERVIEWER:  All right.  You all want to stay

17  in here?

18      MALE SPEAKER:  Sure.  No problem.

19      Kevin, there's a guy here that I have that

20  meeting with -- for Sacher (phonetics) on Thursday.

21      INTERVIEWER:  He's working from home.

22      MALE SPEAKER:  I got to ask him to bump it up

23  a half hour or something.

24      INTERVIEWER:  I'm sure it will be fine.

25      MALE SPEAKER:  I just got a -- I got a 2

1   o'clock board meeting that I have to go to at the

2   school, because they got problems there, too.

3        INTERVIEWER:  I'm sure you've been talking

4   with legal about that or whatever.

5        MALE SPEAKER:  Yeah, we have.  We have.

6        INTERVIEWER:  They'll let him know.  We'll

7   tell him.

8        MALE SPEAKER:  Okay.

9        DOMINGUE:  Can't answer to something that they

10  want me to answer to.  I just can't.

11       MALE SPEAKER:  You're doing good.

12  Obviously -- that tape is still on, so...

13       DOMINGUE:  I don't have anything to hide.  I

14  mean, that's the whole point.  I just don't.

15       MALE SPEAKER:  It's the first time I realized

16  that the guy running was the second guy running.

17       DOMINGUE:  Me, too.

18       MALE SPEAKER:  That's the first time I

19  recognized that.

20       DOMINGUE:  I thought that was the guy that was

21  the driver.

22       MALE SPEAKER:  It was obviously two guys.  And

23  the way -- the way the video was before, it

24  didn't -- I didn't recognize that.

25       DOMINGUE:  Well, the other guy has not been

 1  identified yet.  None of the guys would give up his

 2  name.

 3      That's the only thing I saw.  It's, like, I

 4  didn't see anything else going on.

 5      MALE SPEAKER:  Let's just take a walk.

 6      AUDIO B (Transcribed on 01/07/23)

 7      INTERVIEWER:  The recorder is back on.

 8  Today's date, December 15, 2020.  The time is 10:30

 9  a.m.  Continuing the interview with Trooper Kasha

10  Domingue.

11      So, Kasha, what we want to do now, you viewed

12  the video several times, we've seen it.  You've

13  explained your perception of what was going on that

14  night and why you did what you did.

15      So I want to -- I want to kind of go over the

16  troopers that showed up at the scene, Burnell

17  Thompson, James McGehee, Brian Jefferson and --

18  James Troy McGehee and Brian Jefferson.  And just

19  to kind of review what they said and you told them

20  that night and get you to kind of explain that

21  portion of it.  Okay?

22      So let's see.  Burnell, I think, was the first

23  one to arrive.

24      DOMINGUE:  Yes.

25      INTERVIEWER:  And regarding the actual

1  shooting, he really -- you told him at the scene,

2  because he was more concerned, according to him,

3  with going after the suspects that had fled.

4        But he did say that you told him -- and this

5  is what they told us, so I'm going to tell you what

6  they told CID, the detectives, and then what they

7  told us.  Okay?

8        But Burnell told detectives that you told him

9  the driver fled, and all but one of the other

10  passengers bailed out and fled, also.  And then

11  Dilley bailed out and ran towards you.  And that's

12  about all you told him.

13        He told us when we spoke with him about what

14  had happened and we got more into what you had told

15  him.

16        Okay.  So when he first arrived, you told him

17  that Dilley got out, came at you, you dropped to

18  your knee and tased him.

19        And then when you all came to headquarters

20  that morning after, and he said when you were at

21  headquarters, you all were at headquarters, he

22  noticed the tear in your pants and he asked you

23  what happened.  And you said that's when you

24  dropped to your knee and you shot him.

25        And he told -- you told him something to the

1  effect of, he charged me.  And that was pretty much

2  it, as far as the actual, you telling him what

3  happened during the shooting.

4      So Troy told detectives, because they asked

5  him about him painting the scene.  He said he

6  painted the scene, including -- including the

7  letters FP, which he said stood for your firing

8  position based on what you had told him.

9      He said that you told him she -- you were near

10  the front of your unit, the front right wheel,

11  dealing with the driver when he fled.  Then an

12  occupant, Dilley, exited the suspect vehicle and

13  ran towards you.  You retreated backwards and

14  ordered him to stop, stop, stop.  Dilley continued

15  forward.  You knelt, dropped your taser, pulled

16  your firearm and fired one shot.

17      You told him that when the driver fled, you

18  pulled out your taser.  Then when the passenger

19  doors opened, Dilley exited and ran towards you.

20  You retreated backwards, told him to stop, dropped

21  your taser, pulled your firearm, took a knee and

22  fired a shot.  That's what you told detectives.

23      And Troy pretty much told us the same thing.

24      So he said he asked you where she was

25  standing -- and this is where he got the firing

1  position from -- where you were standing.  And you
2  said you had taken a knee.
3       He said he saw a bullet casing.  He marked
4  where you knelt and shot, and the bullet casing,
5  where Dilley was, I saw where he painted.  You told
6  him -- she was talking to the driver at the front
7  right fender well when he fled.  He ran to his
8  vehicle, told the passengers to run, the passenger
9  exited, including Dilley.  Dilley changed -- Dilley
10 charged her.
11      You said you took a knee near the front right
12 tire of your unit.  Not sure what you said about
13 the suspect other than he's charging at you, that
14 he was charging at you.
15      And then Brian said that you had told him
16 that, I shot the guy.  He came at me.
17      After you made contact with the driver he
18 fled, told the other occupants to run as well.  Two
19 occupants exited the vehicle and fled.  Dilley ran
20 toward you.  You were initially focused on the
21 driver and was about to deploy your taser at him,
22 but Dilley was coming toward you from the right.
23 You took up defensive position, went to one knee
24 and fired a shot.
25      You said you told Dilley, hands, hands, let me

1  see your hands, show me your hands.  And you then

2  told him that you shot Dilley with your gun, not

3  your taser.  And that's when he left to go look for

4  the suspects.

5      And he pretty much told us the same thing, you

6  made a traffic stop for improper u-turn, suspect

7  vehicle pulled behind the strip mall, driver got

8  out, he thought he might be intoxicated, ran his

9  information.  At some point he ran from you, ran

10  towards his vehicle, you yelled -- and yelled for

11  the passengers to run.  Drivers and the passengers

12  ran away from you.  A third passenger exited and

13  ran towards you and that you shot him.

14      He said he asked you or inferred that, did you

15  mean to tase him?

16      And you said, no, I shot him.

17      No, he said, you meant you tased him.

18      And you said, no, I shot him.

19      So, Kasha, based on those three troopers that

20  arrived at the scene shortly after the shooting,

21  they all three mentioned that you told them that

22  Dilley was charging or running at you.

23      I can see that perception when he immediately

24  gets out the unit and you're running toward him, I

25  can see that.  But they all say that it was on the

1  right side of your unit that you told them that he

2  was charging you, he was coming at you, you dropped

3  to a knee, took a firing position and shot him.

4  They all said that.

5       DOMINGUE:  I don't remember telling anybody

6  that.  I remember Barry telling me that that's what

7  he thought happened.

8       INTERVIEWER:  Well, and you (unintelligible)

9  Barry, because Barry in his interview tells you

10  that when he arrived at the scene, he asked what

11  the FP was, the painted FP, and Troy said,

12  that's -- that's the firing position that Kasha was

13  in.

14       And he said he turned to you at that point and

15  said, is that true, or something to the effect, and

16  you said, yes.

17       DOMINGUE:  I mean, I remember being on my

18  knees right there and I told him that that's all I

19  had remembered, was being on my knees as where

20  Dilley's shoulder was, because I lost sight of

21  everybody else and I was still checking him.  And

22  that's all I could tell him.  I mean, I don't -- I

23  don't remember telling him anything any different.

24       And I remember telling one of them, he's got a

25  hole in him.  I don't think I ever said

1  specifically that I shot him.  I know that he was

2  charging towards me, we both went to the ground.  I

3  remember that.  And I remember saying after --

4  after everything happened, he has a hole in him.

5  That was my -- because I had just found it.  Right

6  here.

7        INTERVIEWER:  Do you recall telling Barry

8  where you were when you fired the shot?

9        DOMINGUE:  No, I don't remember that at all.

10  Whenever Barry interviewed me later, I didn't even

11  know that he was the same guy that I talked to out

12  on the scene, and I told him that at that point.  I

13  told him, I don't -- I don't remember what

14  happened.

15        When they brought me in that night to do my

16  interview, I kept telling them, I don't remember a

17  lot of things.  And that's why I wanted to do it

18  that night, because I didn't think I was going to

19  remember anything else.

20        And then some of the other troopers that had

21  come in to do my other stuff said, you're going to

22  want to take some time with this.

23        INTERVIEWER:  So you're saying that -- you're

24  saying that you voluntarily went in that night to

25  give your account because you didn't want to forget

1  anything.

2      DOMINGUE:  I couldn't remember, yeah, I didn't

3  want to forget anything more than what I did

4  remember at that point.  But I was already told

5  that I was going down there.  I was put in Bill

6  Cox's truck and they were going to take me to IA.

7  They said they needed to take pictures and to get

8  my statement of what happened.

9      INTERVIEWER:  But you said you wanted to give

10  your statement that night so you wouldn't forget

11  anything that had took place from your perception.

12      DOMINGUE:  Yeah.  When I got to IA, they said,

13  do you want to give your statement?  And I was,

14  like, yeah, sure, I mean, I'm here, I don't have

15  anything to hide.

16      INTERVIEWER:  When you say "IA," you mean

17  detectives.

18      DOMINGUE:  CID.

19      INTERVIEWER:  CID.

20      So it's possible to say that that statement

21  that you gave that night would have been the most

22  reliable statement because the incident had just

23  taken place?

24      DOMINGUE:  No, because when he came and he

25  asked me, I told him, I don't remember.  And he

1  said, do you think that this is what happened?  And

2  here's the casing, so you must have been here when

3  that happened.  And he was like, there's blood on

4  the ground, there's blood on your knee, so

5  obviously you were right here when this happened.

6  And I was like, I guess.  I said, it was so fast.

7  I kept telling him, everything happened so fast.  I

8  said, all I knew is that he was coming at me.

9  That's it.  That's all I remember.

10     INTERVIEWER:  All right.  So you're

11  referencing on the scene?

12     DOMINGUE:  Yes.

13     INTERVIEWER:  Okay.  All right.  So you're

14  referencing on the scene that you do recall you and

15  Barry having a conversation about the painting,

16  these markings on the ground.  You do remember?

17     DOMINGUE:  I didn't see any of the painting

18  stuff at that point.

19     INTERVIEWER:  Okay.

20     DOMINGUE:  We were on the other side of the

21  car talking about it.  And he pointed, he says, you

22  were right here, and then this is where you took a

23  knee and then you fired.  He was like, you had to

24  have been, there's blood right here and there's

25  blood on your knee.  I was like, I guess, I don't

1  remember.  And he was like, just think about it.  I

2  mean, it would have made sense that you would have

3  done this and then you would have, you know, wanted

4  to protect yourself.

5       And I was like, I guess.  I don't remember.  I

6  said, it was so fast.  He just came at me.  But I

7  said, I know this is where we ended up.

8       So I don't -- I don't remember seeing any of

9  the white markings or anything like that.

10      INTERVIEWER:  So it sounds like you're saying

11 that Barry was explaining the physical evidence on

12 the scene asking you your position, and you're

13 saying that you told him, I guess, maybe because it

14 happened so fast?

15      DOMINGUE:  Yes.

16      INTERVIEWER:  All right.  So do you recall if

17 you definitively told Barry where you were?

18      DOMINGUE:  No.  I never said, I was definitely

19 right here or I was definitely there, because I

20 didn't know.  I had no idea at all.

21      Like I said, I know I only told one of them

22 that he's got a hole in him.  So I never said that

23 he was shot or that I shot him.  I just said he was

24 running at me.  And then later on when I was

25 checking, I noticed that he had a hole in him.  And

 1  they said the ambulance is on the way.

 2      INTERVIEWER:  So you do recall having a

 3  conversation with Barry and he was explaining --

 4      DOMINGUE:  What he saw.

 5      INTERVIEWER:  -- what he saw.

 6      All right.  Do you recall having a

 7  conversation with McGehee about your position where

 8  you fired and things of that sort?  Do you recall

 9  that?

10      DOMINGUE:  I don't remember that at all.

11      INTERVIEWER:  You don't recall telling McGehee

12  at all your firing position?

13      DOMINGUE:  No, not at all.

14      INTERVIEWER:  Because he right here, right?

15      INTERVIEWER:  Yeah, right there.

16      INTERVIEWER:  McGehee testified that you

17  specifically told him that you were right here when

18  you fired your weapon.

19      DOMINGUE:  I don't remember telling him that.

20  I was kneeling right there at one point because

21  Dilley was laying right here.  And I was kneeling

22  next to him to try to find where these guys were.

23  And then I went in through this door to use my

24  radio.

25      So, no, I don't remember telling him that I

1  fired from any position because I didn't even know

2  that I had fired.

3       INTERVIEWER:  So when you said that you had --

4  when you were kneeling, explain that.

5       At what point were you kneeling and what were

6  you doing?

7       DOMINGUE:  Well, I had -- when we both landed

8  on the ground, I was facing away, so my back was to

9  the car.  So I turned around and I was on my knees

10 right there and I was trying to check him to see if

11 he had any weapons on him.  And he said he didn't.

12 And he had something in his pocket or whatever and

13 he kept his arms underneath him.

14      And I was on my knees shaking his left arm,

15 and then a cell phone came out of his left hand.

16      And I stayed right there on my knees and asked

17 him where they were, you know, asked him if he knew

18 where they were.

19      And he said, I don't know, I don't know.

20 You're going to pay for that, because apparently I

21 messed up his phone.

22      And then I reached into my car to call for

23 help.

24      So during all of that I stayed on my knees

25 right there because I didn't know where the other

1  ones were at all.  I had no clue which -- where

2  they went, other than one ran that way.

3        INTERVIEWER:  So you were, in fact, on your

4  knees on the passenger side --

5        DOMINGUE:  Yes.

6        INTERVIEWER:  -- of your vehicle?

7        DOMINGUE:  Yes.

8        INTERVIEWER:  Which we could see from that

9  camera view.

10       And that's -- and so you reached through the

11  passenger door and that's when you called?

12       DOMINGUE:  I tried, yeah.

13       INTERVIEWER:  The issue we're having, Kasha,

14  is, when you said the night of the incident, the

15  statement you gave to detectives that night of the

16  incident, the things that you said on scene right

17  when the incident happened doesn't make sense.

18       DOMINGUE:  I mean, I want to give you

19  everything that you all want.  I just -- I don't

20  remember a lot.  It was two years ago and I was so

21  scared.  I was still shaking.  The whole next day I

22  was terrified.  I was vomiting.  I was just trying

23  to replay what was going on and what happened.  And

24  I can still smell him on my clothes.

25       INTERVIEWER:  Did you grab your taser?

1      DOMINGUE:  No.

2      INTERVIEWER:  At any point?

3      DOMINGUE:  No.

4      INTERVIEWER:  Why did you tell detectives that

5  you grabbed your taser?

6      DOMINGUE:  Because I wanted to grab my taser

7  whenever it first happened, when he first said,

8  now.

9      INTERVIEWER:  But why did you tell detectives?

10      DOMINGUE:  I don't remember.  I don't remember

11  telling them anything.  I remember them asking me

12  when I transitioned.  And I was, like, I don't

13  know, I have no idea.  I don't know -- I didn't

14  know at that time what happened.

15      And Barry told me, he said, well, you must

16  have got right up to right here and then pulled

17  your weapon and then backed up to defend yourself.

18      And I said, I don't remember, I don't know

19  what happened right here.  He's like, I'm telling

20  you that's what happened, because the shell casing

21  is right here.  So I didn't know at all.

22      INTERVIEWER:  What you didn't know, it just

23  doesn't make sense that you would tell detectives

24  that --

25      DOMINGUE:  I trusted the fact that they're

1   detectives, and whatever they were seeing was what

2   must have happened.  That was the first thing he

3   told me when he got out there.  He's like, look --

4        INTERVIEWER:  So were you giving a statement

5   based off of what you had heard from other people,

6   from the detectives?  Is that what you're saying?

7        DOMINGUE:  Yeah, I just agreed with what he

8   was telling me that he saw.  I kept telling him, I

9   don't remember, I don't remember, it was so fast.

10        INTERVIEWER:  Based on the detective's report,

11   you stated, she went on to state she knew he saw

12   her with her taser coming out because he came from

13   the other side, speaking of Dilley.

14        You're saying that Dilley saw you with your

15   taser and that's why he assumed that he had been

16   tased.  That's what you testified to the day -- the

17   date of the incident.

18        So you're telling detectives that he said, you

19   tased me, bro, because, according to you, that he

20   saw you pull your taser.  But yet you're telling us

21   today that you knew that you know a hundred percent

22   that you didn't pull your taser.  That doesn't make

23   sense.  Why would you say that to detectives?

24        DOMINGUE:  Because I don't remember ever

25   saying that.  I don't remember at all anything

1  about that, other than saying that when he first

2  decided to run, my first instinct was to pull my

3  taser, because I didn't know how many of them were

4  going to be involved.  But then when I lost sight

5  of his hands, I pulled my weapon.

6       MALE SPEAKER:  I know I'm not supposed to say

7  anything, and I'm not -- this might help you.

8       I don't know what Barry wrote.  I was at that

9  interview.  Barry was telling her what happened and

10  she went along with it.  That's what I remember.

11      And so I guess you need to listen to the tape

12  of that interview, as opposed to what Barry wrote,

13  because that might be his perception.

14      INTERVIEWER:  We have.

15      MALE SPEAKER:  And I'm telling you, he was

16  suggesting to her about the gun -- about the taser.

17      She said what she said, but it was Barry's

18  suggestion about the taser.  And I've known Barry,

19  I spent six days in a jury trial with him.  I know

20  him pretty well.

21      INTERVIEWER:  All of that is based on what she

22  initially told him at the scene.

23      MALE SPEAKER:  And I wasn't there, so I don't

24  know that.

25      INTERVIEWER:  Because this is what -- and this

1  is according to Barry when he first got to the

2  scene and we spoke with him.  You said -- he said

3  that you began to demonstrate how the passenger

4  exited the rear driver's side door and ran around

5  to the passenger side.

6      At this location he opened the rear passenger

7  door and began to reach inside.  She drew her taser

8  and began to shout loud verbal commands for him to

9  show his hands.  Upon his failure to comply with

10  her instructions, she retreated backward in the

11  direction of her patrol vehicle.  She transitioned

12  from her taser to her firearm and dropped to her

13  right knee near the front passenger side tire of

14  the vehicle.  The passenger then began running

15  toward her.  All the while she was shouting loud

16  verbal commands to stop.  Due to his noncompliance

17  to stop, she fired a single gunshot from her

18  primary service firearm while in kneeling position.

19      So that's what you explained to him the night

20  at the scene.

21      You also gave a -- pretty much the same

22  account to several troopers that were on scene that

23  night, that same account, that you dropped to the

24  knee, you were on the right side of your vehicle,

25  you dropped to your knee, Dilley was charging at

1  you, and that's why you fired.

2      DOMINGUE:  But I didn't say that.  That's my

3  only thing.

4      (Simultaneous speakers.)

5      DOMINGUE:  We had an interview the next day

6  and Bill Cox was there.  And Barry kept yelling at

7  me and telling me that is what happened, that I

8  just needed to admit it.  And he kept saying it --

9  he said, I am a seasoned detective, I know what

10  happened from the evidence out there.  You just

11  said -- he kept saying that I said something.  And

12  Bill Cox stopped the interview and he said, Barry,

13  we're all sitting here.  None of us heard any of

14  that.  And he started screaming at me, you said

15  this.  And then he pulled me out and said, that's

16  it, we're done with this.

17      He already had his plan of what was going to

18  happen and how it happened.  And I was trying to

19  give him anything he wanted, but I did not say

20  those things to him.

21      INTERVIEWER:  That was the next night?

22      DOMINGUE:  The next day.

23      INTERVIEWER:  The evening of the next -- so

24  the shooting happened on the morning of the 10th,

25  early morning hours of the 10th.  So it would have

1  been the evening of the 10th, is what you're

2  talking about?

3        DOMINGUE:  I think so, yeah.

4        MALE SPEAKER:  I think it was in the morning,

5  because I probably would have been there --

6        DOMINGUE:  It was in the morning.

7        (Simultaneous speakers.)

8        INTERVIEWER:  On the 18th.  So Barry and Bill

9  Cox interviewed you again at headquarters with

10  Floyd.  So that's when you say he was --

11        DOMINGUE:  He just kept telling me what he

12  thinks happened.

13        And I kept telling him, I don't remember.

14        He's like, you said this and you said that.

15        I said, I did not say those things.  I don't

16  know where that's coming from.

17        And he got irate.

18        INTERVIEWER:  What I think he's getting at is

19  what you told him in the interview on the 10th, the

20  evening of the 10th, and then also what you told

21  him on -- at the scene at the time of the shooting.

22        DOMINGUE:  All I'm seeing -- all I remember

23  seeing him for maybe 2 minutes.  He kept telling me

24  that he was one of us, he was just doing the

25  investigation to make sure that everything got

1  right or whatever, that he was going to take care
2  of everything.
3       And he said, so this is where you were.  This
4  must have been where you transitioned, because, you
5  know, you're trained to do that, right?  And he
6  kept telling me about my training.
7       And I was like, I guess.  I mean, I kept
8  telling him, I don't remember, I don't know.
9       And him showing me on the ground, obviously
10 this is where you were, obviously because you have
11 blood on your leg and there's blood on the ground.
12 And this is where he was, so...
13      And I said, I don't know.  I guess.  I don't
14 know.
15      He's like, I'm telling you that's what
16 happened.
17      Okay.  I mean, I wasn't contesting what, you
18 know, his credentials.  I just didn't remember.  I
19 didn't know.  Everything happened so fast.
20      INTERVIEWER:  So, Kasha, I'm going to ask you
21 directly.  All right?  Did you mean to pull your
22 firearm on the morning of the 10th of the incident?
23 Did you mean to pull your firearm out of the
24 holster?
25      DOMINGUE:  Yes.

 1      INTERVIEWER:  Why?

 2      DOMINGUE:  I thought my life was in danger

 3   from the driver.

 4      INTERVIEWER:  The driver doing what?

 5      DOMINGUE:  Reaching into the vehicle on the

 6   opposite side.

 7      INTERVIEWER:  Which we've identified wasn't

 8   the driver; it was a --

 9      DOMINGUE:  Backseat, yes.

10      INTERVIEWER:  -- a passenger?

11      But that's what you perceived that caused you

12   to pull your firearm?

13      DOMINGUE:  Yes.

14      INTERVIEWER:  Did you at any point think you

15   had a taser in your hand?

16      DOMINGUE:  No.

17      INTERVIEWER:  Did you know the entire time you

18   had drew your weapon?

19      DOMINGUE:  Yes.

20      INTERVIEWER:  And did you intend to pull the

21   trigger on your firearm?

22      DOMINGUE:  On the driver, yes.  Once the

23   incident occurred, yes.  I was defending myself at

24   all costs.

25      INTERVIEWER:  My question is --

1          DOMINGUE:  At the time that it was fired?

2          INTERVIEWER:  When you fired -- from our

3     video -- and we can go back.  It's very obvious

4     when you pulled the trigger because the projectile

5     exited --

6          DOMINGUE:  At that point, no.  I did not

7     intend to pull the trigger at any point, because I

8     still don't know when I actually pulled it, other

9     than watching the video.

10         INTERVIEWER:  But my question is, did you

11    intend -- did you intentionally pull the trigger?

12         DOMINGUE:  No.

13         INTERVIEWER:  So why did you pull the trigger?

14         DOMINGUE:  I don't -- I had it in my hand and

15    I was bracing for impact.  I don't know when the

16    gun went off.  I don't know if it happened when we

17    were there or when we went to the ground.  Other

18    than seeing the video, I have no idea, even after

19    the fact, that he had even been shot.  At that

20    moment during this whole time I had no idea, but I

21    was prepared to, if I had to --

22         INTERVIEWER:  Right.

23         DOMINGUE:  -- fire on the driver.

24         INTERVIEWER:  And, Kasha, look, no one's going

25    to question why you pulled your firearm.  That's --

1   anybody would have done that in that scenario.  The

2   question comes in, is when Dilley runs past you is

3   when you fired.

4        DOMINGUE:  Right, I did not.

5        INTERVIEWER:  That's when a question comes in.

6        DOMINGUE:  I just -- my only thing was brace.

7   I just wanted to brace for the impact.  That's it.

8        INTERVIEWER:  So you didn't intentionally pull

9   the trigger?

10        DOMINGUE:  Correct.

11        INTERVIEWER:  Explain to us what happened

12   then.  If you didn't intentionally mean to pull the

13   trigger, then what happened?

14        DOMINGUE:  I drew my weapon to defend myself.

15   When he came and he was right here, I braced for

16   impact and we both hit the ground.  So it's either

17   when I braced or we hit the ground that I thought

18   later on after seeing the hole in him that the gun

19   must have gone off.  That's the only idea that I

20   have that would have caused that.

21        INTERVIEWER:  So --

22        DOMINGUE:  I didn't have time to turn and fire

23   on him.  Even with him coming, I didn't have time.

24        INTERVIEWER:  So that's when you realized that

25   the gun must have went off?

1      DOMINGUE:  Correct.

2      INTERVIEWER:  What does that mean?  When you

3   said that that's when I realized the gun must

4   have -- must have went off.

5      DOMINGUE:  When I saw that he had a hole in

6   him.

7      INTERVIEWER:  But when you say, must have went

8   off.

9      DOMINGUE:  Because I knew I had the gun in my

10   hand.  I knew that we had (unintelligible) and now

11   he has a hole in him.

12      INTERVIEWER:  Okay.  And the gun must have

13   went off?

14      DOMINGUE:  Correct.  At some point between the

15   time that we made impact and the time we got on the

16   ground, that something had to have happened,

17   because I had my gun in my hand and now he has a

18   hole in him.  So it either happened on the way to

19   impact or when we made impact on the ground.

20      INTERVIEWER:  So are you describing an

21   accident?

22      DOMINGUE:  Yes, in that situation, because I

23   didn't know.  I didn't purposely aim at this person

24   coming at me and shoot at him.  He was coming at

25   me.  I wasn't fast enough to turn.  I couldn't -- I

1  couldn't address it, but I did have a gun in my

2  hand for the driver.  So, I mean...

3      MALE SPEAKER:  Which you thought was the

4  driver?

5      DOMINGUE:  Yes.

6      But, I mean, putting it all together, I don't

7  believe that -- and seeing a hole in him, that he

8  drove up to the scene with a hole in him.  So

9  that's the only contention I can make, that the gun

10  must have gone off at some point with him making

11  contact with me or making contact with the ground.

12      INTERVIEWER:  So the gun did go off?

13      DOMINGUE:  Yes.

14      INTERVIEWER:  I want to be clear, because you

15  just kind of said something.  So you're saying that

16  you thought Dilley was the driver?

17      DOMINGUE:  No, no, no.  I was aiming at the

18  driver.  I never turned and faced Dilley and

19  addressed him.  He was already -- I couldn't turn

20  fast enough.  He was already here.  I just braced

21  for impact.  We hit the ground.

22      So somewhere between the time that he made

23  impact and the time we hit the ground, at some

24  point it must have gone off.  I didn't hear it.  He

25  didn't hear it.  Apparently the other passenger

1  didn't hear it.  None of us heard it.  So I don't

2  know when it actually went off, other than you all

3  showed me on the tape and telling me, this is where

4  it had to have happened.

5      INTERVIEWER:  And so you just described that

6  more than likely it was probably an accident that

7  you pulled the trigger; is that correct?

8      DOMINGUE:  It was an accident, yes.

9      INTERVIEWER:  All right.  And so if that's the

10  case, then, again, back to your -- what you told

11  the troopers that arrived on the scene, and

12  eventually told Barry the same thing when he

13  arrived at the scene, why did you tell them that --

14      DOMINGUE:  I don't remember ever saying any of

15  that.  I just agreed with whatever he was telling

16  me.

17      INTERVIEWER:  I'm not talking about Barry.

18  I'm talking about the troopers.

19      DOMINGUE:  I just told them that he had a hole

20  in him.  And I remember giving them definitions of

21  what the other people looked like and where I felt

22  they went, and that I had one in my car.  I don't

23  remember telling them anything other than that at

24  all.

25      INTERVIEWER:  But they -- I mean, I just read

1  you what they told us.

2      DOMINGUE:  I understand what you're telling

3  me.  I'm not saying anyone is lying in this

4  situation.  I just don't remember.  I'm sorry.

5      INTERVIEWER:  So at any point, Kasha, did

6  you -- at any point did you feel that you had to

7  make a story up to fit what had happened?

8      DOMINGUE:  No, because I didn't even see the

9  video.  I had nothing.  I actually told them,

10  there's a camera up there.  I showed them where the

11  camera was so that this would help me.  Like, I had

12  no reason to.  I mean, I've been in therapy for two

13  years now trying to get through this.

14      INTERVIEWER:  So you knew that it was a camera

15  on the building the night of the incident?

16      DOMINGUE:  Yeah.  I showed them that night,

17  because I didn't have a camera in my car.

18      INTERVIEWER:  So, again, just understand that

19  nothing that you said the night of the incident,

20  the next day, that evening, matches the video, and

21  it differs from what you're telling us today.

22      Do you understand that?

23      DOMINGUE:  I don't, because I don't remember,

24  like I said, saying anything other than just

25  agreeing with what he told me.

 1    INTERVIEWER:  But I'm telling you -- listen to

 2  me.  I'm telling you factually that the account

 3  that you gave doesn't add up.  I'm telling you

 4  that.  That's a fact.

 5    And today --

 6    DOMINGUE:  From the video interview?  Is that

 7  what you're talking about?

 8    INTERVIEWER:  Correct, from the statement on

 9  scene and the interview, the first interview the

10  day of the incident, the very first interview that

11  evening.

12    DOMINGUE:  The video interview, is that what

13  you're talking about?

14    INTERVIEWER:  The evening of July 10th.

15    DOMINGUE:  Oh, on the scene.  Because there's

16  two different times.

17    INTERVIEWER:  Both of them don't match.

18    INTERVIEWER:  Right.  So my question to you

19  is, did you say to yourself that you had to put an

20  incident together to match --

21    DOMINGUE:  No, because I don't think this

22  looks good for me at all.  I'm telling you the

23  truth.  And I feel like now watching the video that

24  I'm going to be in trouble because it's not what I

25  thought happened.  So, I mean, I'm being as honest

 1   as I can, knowing that this might be bad for me.

 2        INTERVIEWER:  Any reason why you didn't tell

 3   detectives -- why didn't you tell detectives that

 4   it was an accident that -- what you just told us,

 5   that honestly it was an accident and you didn't

 6   mean to shoot Dilley?

 7        DOMINGUE:  I did.  I told them that -- I said,

 8   I didn't even see him until he was right on me, and

 9   I didn't even notice he had been shot until I

10   noticed a hole in him.  I told them that over and

11   over again.

12        INTERVIEWER:  But you just told us that it was

13   an accident and you didn't intend to pull the

14   trigger.

15        DOMINGUE:  That's the same thing.  I had no

16   idea.  I never aimed in at Dilley, ever.

17        INTERVIEWER:  Well, actually, you did.  The

18   video shows that you pointed at Dilley and almost

19   tracked him for a second or so.

20        DOMINGUE:  My recollection of what happened

21   that night is exactly what I told you.  I'm sorry

22   it's not what you want to hear, but...

23        INTERVIEWER:  I know, but --

24        MALE SPEAKER:  Let me say this.  Let me just

25   comment that that tape will tell exactly -- I don't

 1   think she used the word accident until you all used

 2   the word accident.  And if the same thing happened

 3   with Barry when Barry was talking about

 4   transitioning from, she didn't use the word

 5   transitioning, that was Barry's word,

 6   transitioning.  That's why you got to listen to the

 7   tape and not read the report.  You got to listen to

 8   the tape.  He was the one telling her that she

 9   transitioned.  That's the way I remember it, and I

10   could be wrong because it's a helluva a long time

11   ago and I sit through a lot of these.

12        INTERVIEWER:  He's going off of the story that

13   he's getting from the troopers that said --

14        MALE SPEAKER:  I understand that.  And I'm not

15   criticizing Barry.  I'm just saying, the word

16   transitioning was his word.  The word accident was

17   you all's word.

18        INTERVIEWER:  Well, and that's why we're just

19   using the word --

20        MALE SPEAKER:  And she agreed.  That's exactly

21   what she did with Barry, she agreed with what he

22   was saying.

23        INTERVIEWER:  If it wasn't an accident -- if

24   it wasn't an accident, say it wasn't an accident.

25        DOMINGUE:  I did not intentionally aim it on

 1  Scott Dilley, whatever his name is, to shoot him.
 2  He came at me, I braced, and we ended up on the
 3  ground.
 4      INTERVIEWER:  All right.  So do you recall you
 5  writing your incident report?
 6      DOMINGUE:  No.  I remember they called me back
 7  to write, and I told them I just didn't remember
 8  anything.  And they said, you have to and you can't
 9  leave here without writing something.
10      INTERVIEWER:  Who was telling you that?
11      DOMINGUE:  Whoever the sergeants were on the
12  desk.  They said, you can't -- you can't leave
13  until you write everything.
14      And I said, I just don't remember.
15      INTERVIEWER:  That night they told you that?
16      DOMINGUE:  I don't remember if it was that
17  night or the next night.  I don't remember.
18      INTERVIEWER:  So, look, I have the use of
19  force report.  Again, you're welcome to read it.
20  But we just wanted to go over some things that you
21  put in there as well.
22      And you wrote this report on the 16th.  So
23  that was six days later, six days after the actual
24  shooting occurred.  And you had not seen the
25  video -- well, you had seen it because you all had

1  interviewed the night of the 10th, correct?  I

2  think you said it was real quick and you all didn't

3  see, you weren't able --

4     DOMINGUE:  Yeah.  I remember that he put

5  something on the screen.  And I remember -- yeah,

6  but I don't -- yeah.

7     INTERVIEWER:  So I just want to -- a couple of

8  things that you wrote in your incident report I

9  want you to explain.

10     All right.  So the driver continued to move

11  toward the vehicle, moved his hands again, yelled

12  now as he ran toward the passenger side doors.

13  Taser was grabbed, but as trooper gave chase, the

14  front and rear passenger doors on the right side of

15  the vehicle opened.  Trooper drew state issued

16  service weapon as the right rear passenger, Loren

17  McNail (phonetics), angled it, and trooper lost

18  sight of driver.

19     Rear passenger, white male, on the left side

20  exited as the trooper was near the license plate

21  area and charged through the trooper with a black

22  item in his left hand.

23     So, Kasha, in your use of force report, you're

24  saying that you saw the driver and the passenger

25  run away and you lost sight of them.

1       DOMINGUE:  Uh-huh.

2       INTERVIEWER:  Whereas, you're telling us that

3   when you drew your weapon because when Dilley got

4   out you thought it may have been the driver or --

5       DOMINGUE:  No.  It was everything going on, on

6   the right side of the vehicle --

7       INTERVIEWER:  Okay.

8       DOMINGUE:  -- is where I drew my weapon.

9       INTERVIEWER:  All right.  So -- but you write

10  in your incident report that taser was grabbed.

11  But that didn't happen, but you wrote that in the

12  incident report.  Now, that's your words.

13      DOMINGUE:  I don't remember ever grabbing the

14  taser.

15      INTERVIEWER:  All right.  So why would you put

16  that in your use of force report?

17      DOMINGUE:  Because it was my initial intention

18  when he first said, now.

19      INTERVIEWER:  Okay.  But --

20      DOMINGUE:  Maybe I touched it but didn't pull

21  it out.  I don't know.  I just -- I don't remember

22  ever having the taser in my hand at all.

23      INTERVIEWER:  Okay.  All right.  So talking

24  about Dilley, exited as the trooper was near the

25  license plate area and charged through the trooper

1  with a black item in his hand.

2      So we've seen in the video that you weren't by

3  the license plate and he didn't charge through you.

4      So why did you write that in your incident?

5      DOMINGUE:  That's what I felt and still feel

6  to this day happened.

7      INTERVIEWER:  Okay.

8      Suspect was struck in the right side torso as

9  the force from body contact knocked trooper to the

10  ground.

11      Explain that.  What did you mean by that?

12      DOMINGUE:  I had my right arm and my right leg

13  forward, and I felt like he body checked me right

14  there as we both went to the ground.

15      INTERVIEWER:  But you wrote, suspect was

16  struck in the right side torso.

17      What do you mean by that?

18      DOMINGUE:  Right here.  That's where I found

19  the hole.  It's right there.

20      INTERVIEWER:  So you meant that's where you

21  shot him?

22      DOMINGUE:  That's where I found the hole in

23  him, yes, after he was laying on the ground after

24  everybody was getting there.

25      INTERVIEWER:  So again, Kasha, I'm not trying

1  to beat you up, but what you put in your use of

2  force report again doesn't match what the video

3  shows.

4        DOMINGUE:  It's what I saw that night.  I

5  don't know what else to tell you.

6        INTERVIEWER:  You completed your use of force

7  report several days after the incident.  Why -- can

8  you recall why you completed it, I think it was

9  around six days afterwards?

10       DOMINGUE:  I was -- did what I was told.

11  Whoever told me to do it, I did it.

12       INTERVIEWER:  Do you recall who?

13       DOMINGUE:  No, I don't remember.  Because I

14  was asked to do a use of force report on the

15  incident that happened before this, even though I

16  didn't make contact.  And I didn't know what to put

17  and how to fill it out.  And I said -- there was so

18  much information, because as you all know, it's a

19  drop-down menu type thing, and I didn't have the

20  information, so I --

21       INTERVIEWER:  Let me ask you this:  Do you

22  know when you're supposed to do a use of force

23  report?

24       DOMINGUE:  I'm sure at the time I did.  I've

25  been on a desk for two years at this point, so I've

 1  been completely off the road situation.  You know,

 2  on the road, yes, I'm very adapt to what the rules

 3  and regulations of that job is.  But at this point

 4  now, being off the road two years, I can tell you

 5  everything about logistics or if you want to order

 6  something, but I don't remember.

 7      INTERVIEWER:  So at the time you didn't

 8  realize that you were required to fill out a use of

 9  force report?

10      DOMINGUE:  I'm sure at the time I was, because

11  like I said, if I was working that job, I knew

12  whatever timelines or whatever I was supposed to do

13  and told to do.  I did what I was told.

14      INTERVIEWER:  Did anyone help you write this

15  use of force report?

16      DOMINGUE:  I don't think so.  I don't know.

17  It was done at the troop.  I remember being there.

18      INTERVIEWER:  Do you recall who was with you

19  when you completed the use of force?

20      DOMINGUE:  I don't.  Sorry, it was just so

21  long ago.

22      INTERVIEWER:  What about -- so your first, the

23  recorded interview with detectives, so the evening

24  of July 10th, I guess you were just coming back.

25  Did you know that you were going to interview that

1  night?

2       DOMINGUE:  No.

3       INTERVIEWER:  So walk me through -- so you

4  just came back on regular shift that night.  And

5  what -- explain to me what happened.

6       DOMINGUE:  My Lieutenant called and said,

7  don't come in uniform.  Just, you know, something

8  comfortable.

9       INTERVIEWER:  Lieutenant?

10       DOMINGUE:  Lieutenant Jones.  He said, the

11  Captain wants to see you.

12       And I was like, okay.

13       So I went in and I got with Captain Devall.

14  And he said, look, this is just part of it.  He

15  said, it's just better to get things out of the

16  way.

17       And I told him, I was like, well, I don't

18  remember a lot.

19       He said, as time goes you might forget more.

20       And I said, I don't know.

21       He's like, it's no big deal.  He said, they --

22  you know, they've already done the investigation.

23  Just go and tell them what you saw.

24       And I said, okay.

25       So we went to CID, I guess -- wherever the

1   detectives are.

2       INTERVIEWER:  So when you got to the troop,

3   Lieutenant Jones tells you, Captain wants to see

4   you.  And you go to Captain Devall's office?

5   DOMINGUE:  Yes.

6       INTERVIEWER:  Okay.  And you all talked for a

7   while?

8       DOMINGUE:  And he drove me to CID.

9       INTERVIEWER:  Okay.

10      DOMINGUE:  And then they started questioning

11  me and started yelling at me.  And they kept

12  stopping the interview because Barry was standing

13  over me screaming at me about what he said

14  happened.  And they stopped it two or three times.

15  And then they were like, this is over.

16      And then they brought in Kim McDuffie telling

17  me about, like, you know, like killing yourself and

18  don't drink and all this other stuff to deal with

19  depression.  And then she brought me back to the

20  Captain's office.

21      The Captain told me, you know, you're going to

22  have to go through remedial firearms training, so

23  immediately I went back to the range.

24      And then the next day I went back to work in

25  the office.  At that time they had lost, you know,

 1   their admin person, so I took her spot.

 2       And then they put me in logistics, and I've

 3   been doing that for two years.

 4       INTERVIEWER:  So we asked you if anyone helped

 5   you write your use of force report.  You don't

 6   recall, you don't think so.

 7       So prior to your interview on the 10th with

 8   CID, did -- I know you said Captain Devall spoke

 9   with you, I don't know for how long, and then you

10   all drove there, drove to headquarters together,

11   correct?

12       Did he tell you anything to say?

13       DOMINGUE:  He just said, they already did

14   their investigation so just tell what you saw.

15       INTERVIEWER:  Okay.  I want to go back and for

16   the record clarify something.

17       What you described, and it's in reference to

18   you, Mr. Ford, what you described to us when your

19   firearm went off, you said that the firearm must

20   have went off or something to that degree.  Because

21   certainly I'm not suggesting that your actions was

22   an accident, but what you explained to -- ask the

23   trooper (unintelligible), what you explained to us

24   sounds like an accident.

25       So for the record, I want to clarify and I

1   want you to tell me again, did you -- did you

2   intend to pull your firearm out?

3        DOMINGUE:  Yes.

4        INTERVIEWER:  Did you intentionally pull the

5   trigger on your firearm?

6        DOMINGUE:  No.

7        INTERVIEWER:  Did you intend to shoot

8   Mr. Dilley?

9        DOMINGUE:  No.

10       INTERVIEWER:  What happened?

11       DOMINGUE:  Go back through the whole thing

12  again?

13       INTERVIEWER:  At the point -- at that point.

14       DOMINGUE:  That either when we made contact or

15  we hit the ground, I felt is when the gun went off.

16       INTERVIEWER:  How did the gun go off?

17       DOMINGUE:  Either from the impact itself from

18  me bracing or from hitting the ground.

19       INTERVIEWER:  Okay.  But that's what you

20  thought?

21       DOMINGUE:  Yes, that's what I still think.

22       INTERVIEWER:  But after watching the video,

23  what do you think?

24       DOMINGUE:  I think I braced for impact.  I

25  think I -- I thought I was going to get hit.  Even

1   after watching that, I felt like he was coming and

2   I didn't have time to turn and shoot.

3        If somebody's coming at me and I'm yelling,

4   stop, stop, stop, and they don't stop, then I think

5   I would have been in my rights to turn and shoot at

6   them.  But I didn't.  I just braced for it because

7   I wasn't fast enough.

8        INTERVIEWER:  But we're trying to determine, I

9   guess, what led you to pull the trigger, whether it

10  was intentional or not.

11       DOMINGUE:  I just stated that it was not

12  intentional.

13       INTERVIEWER:  Okay.  So if it wasn't

14  intentional, then how did it happen?

15       INTERVIEWER:  If it's not intentional, then

16  it's what?

17       DOMINGUE:  You just need the wording,

18  accidental, correct?

19       INTERVIEWER:  I'm asking you.

20       INTERVIEWER:  It's your incident, your

21  actions, you're testifying that it wasn't

22  intentional.

23       DOMINGUE:  Correct.

24       INTERVIEWER:  So my question to you ask is, if

25  it's not intentional, then what is it?

1        DOMINGUE:  It's unintentional.

2        INTERVIEWER:  It's unintentional?  Yes?

3        DOMINGUE:  Yes.  Sorry.

4        INTERVIEWER:  All right.  So at this point

5    Dilley is exiting the vehicle.

6        And for the record, we're actually showing the

7    moments prior to, leading right up prior to the

8    discharge of Trooper Domingue's falling.

9        At this point Dilley is exiting the vehicle;

10   would you agree?

11       DOMINGUE:  I can see that there, yes.  But at

12   that time I did not see him open the door or get

13   out or anything.

14       INTERVIEWER:  Okay.  And make sure we speak up

15   because I want to get everything that you're

16   saying --

17       DOMINGUE:  Okay.

18       INTERVIEWER:  -- on record.

19       So at this point Dilley is exiting the

20   vehicle.  But what did you just say about him?

21       DOMINGUE:  I didn't see him open the door or

22   get out.  I'm focusing on the opposite side of the

23   vehicle, the right side of the vehicle where the

24   driver was.

25       INTERVIEWER:  Okay.  And when you're looking

 1  at the right side of the driver's side --

 2       DOMINGUE:  Passenger side.

 3       INTERVIEWER:  -- I'm sorry -- passenger side,

 4  it's obvious that the driver is, maybe he's running

 5  away from the car and maybe, at least 10 feet away

 6  from the car when Dilley is exiting the vehicle.

 7       Do you see the driver?

 8       DOMINGUE:  I do now.  But at this point I

 9  think the driver is that -- the person standing

10  right there at that door --

11       INTERVIEWER:  Okay.

12       DOMINGUE:  -- on the opposite side.

13       INTERVIEWER:  Okay.  And you're saying that

14  that's what you're looking at?

15       DOMINGUE:  Yes.  And that's when I'm starting

16  to draw my weapon, right there.

17       INTERVIEWER:  Okay.  And you're starting to

18  draw your weapon here why?

19       DOMINGUE:  At the person that's on the

20  opposite side of the vehicle, on the passenger

21  side.

22       INTERVIEWER:  Why?  Why are you drawing it?

23       DOMINGUE:  Because I can't see his hands.

24       INTERVIEWER:  You initially said you thought

25  he was doing what?

1        DOMINGUE:  Reaching in the vehicle.

2        INTERVIEWER:  All right.  There's the driver,

3   that's the driver.  But who you thought was the

4   driver is the actual --

5        INTERVIEWER:  This is the second.

6        This is the rear passenger right here.

7        DOMINGUE:  That's who I thought the driver

8   was.

9        INTERVIEWER:  Okay.  That's who you thought

10   the driver was.

11        What do you see him doing?

12        DOMINGUE:  Right there in the video?  I can

13   see that he's moving forward of the passenger side.

14        INTERVIEWER:  So he's running away from the

15   vehicle?

16        DOMINGUE:  Yes.

17        INTERVIEWER:  All right.  And then what is

18   Dilley doing?

19        DOMINGUE:  In the video, it looks like he's

20   running right in front of me.

21        INTERVIEWER:  Okay.  At this point based on

22   what you see in the video, what do you think his

23   intentions are?

24        DOMINGUE:  I don't know what his intentions

25   are.  I just want to break contact.  I want

1  everything to stop.  I actually yelled, stop, stop,
2  stop.  I don't know.
3      INTERVIEWER:  Does it appear to you that
4  he's -- and I can understand when he's getting out
5  of the car you're going toward him, so you all are
6  coming together.
7      DOMINGUE:  Uh-huh.  But I didn't even see that
8  yet.
9      INTERVIEWER:  Okay.
10      DOMINGUE:  It wasn't until he was that close
11  to me that I actually saw him.
12      INTERVIEWER:  So when you turned toward him
13  right there, what are you thinking?
14      DOMINGUE:  Break contact.
15      INTERVIEWER:  What do you mean, "break
16  contact?"
17      DOMINGUE:  Like, get out of the way.  Like,
18  that's all I'm thinking, is, get out of the way.
19  And he's right -- he's too close to me.  So I
20  tensed up.
21      INTERVIEWER:  So if you're thinking get out of
22  the way --
23      DOMINGUE:  I couldn't though.  I couldn't move
24  my leg.  I was just stuck, so I just -- I just
25  tensed.

 1        INTERVIEWER:  Because I was going to ask you.

 2   You certainly could have run to the -- turned to

 3   the left or you could have stopped and gone

 4   backward, you could have gone back to the right.

 5        DOMINGUE:  I was already heading that way

 6   because there was a -- there's a dumpster on the

 7   other side right there, and that's the only thing I

 8   thought was going to protect me.  But I couldn't

 9   move.  I just froze and I tensed up just to brace

10   for the impact.

11        INTERVIEWER:  Okay.

12        DOMINGUE:  I feel like I was falling right

13   there.

14        INTERVIEWER:  But that's just after you had

15   shot and Dilley is we know now falling.

16        INTERVIEWER:  But then you fell to the ground.

17        INTERVIEWER:  Right.  You tripped and fell

18   pretty much on his ankles or...

19        So, Kasha, is there anything that you can tell

20   us that would help us understand, anything else

21   that you can tell us that will help us understand

22   what happened?

23        DOMINGUE:  I was fighting for my life.  That's

24   it.  That's all I could tell you.

25        INTERVIEWER:  Who drove you to CID when you

1  gave your statement that evening?

2      DOMINGUE:  I gave my -- Captain Devall.

3      INTERVIEWER:  So Captain Devall drove -- where

4  did you guys start?

5      DOMINGUE:  The troop.  I left from my house

6  and I went to the troop.  And then he put me in his

7  vehicle and we drove from the troop to wherever the

8  detectives were.

9      INTERVIEWER:  Okay.  Do you recall that

10  conversation from the troop to detectives?

11      DOMINGUE:  Just that it was -- he just said

12  that the investigation was done and just needed my

13  account of what I saw that night.

14      And I told -- I asked him if he got -- if they

15  got the video.  And he said he thought so.

16      I asked him if he watched it.  He said he

17  didn't, but I later found out that he did.

18      So he said, you have nothing to worry about,

19  just tell them what you saw.

20      I said, okay.  I said, I don't remember a lot

21  of it.

22      He said, that's why it's good to just try to

23  get it out, get this over with.  This part, it's

24  just part of it, you just got to get it over with.

25      So we went and they talked to me about what

1  happened.  And like I said, they stopped the

2  interview a couple of times.

3       And then I met with -- what's her name?  I

4  don't remember her name now.

5       INTERVIEWER:  Kim.

6       DOMINGUE:  Kim.  And then she brought me back

7  to the troop.  It was about midnight, I guess.

8       And then he told me, just go home and you're

9  going to come back tomorrow and you're going to do

10 some firearms training.  And I did.

11      INTERVIEWER:  At any point on that drive from

12 the troop to headquarters, were you specifically

13 told to say or make any statements?

14      DOMINGUE:  I had already done all that.

15      INTERVIEWER:  When you and Captain Devall was

16 traveling together.

17      DOMINGUE:  Oh.  I don't think so.  Because he

18 just said, whatever -- you just tell them what you

19 saw.

20      INTERVIEWER:  All right.  So, Kasha, we want

21 to get into the whole body cam issue next.

22      Do you all need to take a break?

23      DOMINGUE:  No, that's fine.

24      INTERVIEWER:  All right.  So -- so I'm just

25 going to tell you what we know.  So we know you

1  were at Troop I.  You started working the

2  legislature detail at Troop I, correct?

3       DOMINGUE:  Yes.

4       INTERVIEWER:  Okay.  And then you, during that

5  time you went to Troop A?

6       DOMINGUE:  Yes.

7       INTERVIEWER:  Okay.  So we know, and

8  specifically on March 13th, you were told to go

9  back to Troop I and get your body cam, new body

10  cameras.

11       DOMINGUE:  Yes.

12       INTERVIEWER:  Is that what you recall?

13       DOMINGUE:  Yes.

14       INTERVIEWER:  And I have the -- here's the

15  attendance roster of the Axon body worn camera

16  training.  And I think it was for a couple, two,

17  three hours.  Do you recall that?

18       DOMINGUE:  Yes.

19       INTERVIEWER:  Were you trained and showed how

20  to operate the camera?

21       DOMINGUE:  Yes.

22       INTERVIEWER:  Did you understand how to

23  operate the camera?

24       DOMINGUE:  Yes.

25       INTERVIEWER:  So there's no issue, as far as

1  you know, how to turn it on and know how to turn it

2  off, how you get to it record or anything like

3  that?

4      DOMINGUE:  (Inaudible).  Yeah, it was a class

5  that Axon put on.

6      INTERVIEWER:  Okay.  Now, I also know that

7  when you got to Troop A there was an issue with

8  your unit getting a unit; is that correct?

9      DOMINGUE:  No.  When -- I was still at

10  legislature.  They called and -- Troop I called and

11  said they had another unit for me, to bring back

12  the unit that I had.

13      So I went back and I brought that unit back

14  and I got Lieutenant Burson's unit.  And then I

15  drove that back to legislature and I was still in

16  legislature.

17      INTERVIEWER:  Okay.  So Lieutenant Burson's

18  unit is a, what, it's a SUV?  It's a Tahoe?

19      DOMINGUE:  Yeah, it's a --

20      INTERVIEWER:  Okay.  So it was a Tahoe.

21      So that was your unit to use, I guess, for the

22  rest of your career --

23      DOMINGUE:  Yes.

24      INTERVIEWER:  -- at least when you got to

25  Troop A?

1          DOMINGUE:  Yes.

2          INTERVIEWER:  Was there any issues with the

3     unit when you got to Troop A or anything like that?

4          DOMINGUE:  Sometimes it has issues, like

5     changing gears, but --

6          INTERVIEWER:  No.  I'm talking about them

7     giving you another unit or anything like that.

8          DOMINGUE:  Troop A giving me another --

9          INTERVIEWER:  Yeah.

10         DOMINGUE:  No.

11         INTERVIEWER:  So you had Eric's unit --

12         DOMINGUE:  Yes.

13         INTERVIEWER:  -- from the time you received it

14    at Troop I.

15         Did you ever take it to fleet or regular

16    maintenance or wherever you're supposed to go to

17    get the cameras synced up with your unit so when

18    you turn your lights on the camera automatically

19    comes on?

20         DOMINGUE:  There was no camera in that car.

21         INTERVIEWER:  No, I'm not talking about the

22    in-car cam.  I'm talking about your body camera.

23         DOMINGUE:  No.

24         INTERVIEWER:  And why not?

25         DOMINGUE:  I didn't know that I had to do

1  that.  I thought everything just worked.

2       INTERVIEWER:  Let's back up for just a second.

3       Burson's vehicle, Lieutenant Burson's

4  vehicle --

5       DOMINGUE:  Yes.

6       INTERVIEWER:  -- when you were assigned that

7  vehicle, did it have an in-car camera in it?

8       DOMINGUE:  It did not.

9       INTERVIEWER:  Why?

10       DOMINGUE:  No -- I don't know.

11       INTERVIEWER:  Were you aware that units, all

12  road units should be equipped with an in-car

13  camera?

14       DOMINGUE:  Most of my units at Troop I did not

15  have cameras in them.  I went through five

16  different units.  They just kept breaking down. I

17  had all car (inaudible) up to that point, they

18  didn't have cameras.

19       INTERVIEWER:  But being a road trooper, were

20  you aware that the vehicles are -- they're supposed

21  to be equipped with an in-car camera?

22       DOMINGUE:  I know that they should, yes.

23       INTERVIEWER:  Okay.  So you do know that they

24  should have, be equipped with an in-car camera.

25       When you received Lieutenant Burson's vehicle,

1   that vehicle did not have an in-car camera?

2       DOMINGUE:  Correct.

3       INTERVIEWER:  Were you instructed to get an

4   in-car camera installed?

5       DOMINGUE:  No.

6       INTERVIEWER:  But you were aware that the car

7   should have been equipped --

8       DOMINGUE:  Yes.

9       INTERVIEWER:  -- with an in-car camera?

10      DOMINGUE:  Yes.

11      INTERVIEWER:  Why didn't you get an in-car

12  camera installed?

13      DOMINGUE:  I went back to legislature, so I

14  didn't know.

15      INTERVIEWER:  You never inquired, like when

16  you got a unit, did you ever inquire, what about

17  the in-car camera?

18      DOMINGUE:  Yes.  It was Wayne -- whoever the

19  Captain was at IA at that time, I don't remember.

20  He just said, that's just the way it comes.

21      Okay.  So I went back to legislature right

22  after that.  I wasn't making any traffic stops or

23  anything like that, so I didn't think there was a

24  need for it.  I actually stayed at legislature

25  quite a long time after that, so...

1      And when I went back to Troop A, I rode with
2  somebody else for a good two weeks.  I had actually
3  only been on the road a week when this happened.  I
4  just rode in somebody else's car.
5      INTERVIEWER:  So between the time that you got
6  Lieutenant Burson's vehicle all through session,
7  which you said was a long time, so several months
8  had passed, and you never inquired about getting an
9  in-car camera?
10      DOMINGUE:  No.
11      INTERVIEWER:  Did you inquire about getting an
12  in-car camera when you got to Troop A?
13      DOMINGUE:  I don't remember.  I don't think
14  so.  Like I said, from I there was so many units
15  that didn't have them, I just didn't think anything
16  of it.  And I had been riding with somebody else,
17  so I didn't --
18      INTERVIEWER:  Who did you ride with?
19      DOMINGUE:  McGehee.
20      INTERVIEWER:  Did his unit have one?  Did you
21  ride in your unit or his unit?
22      DOMINGUE:  His unit.
23      INTERVIEWER:  And did his have an in-car
24  camera?
25      DOMINGUE:  I think his did have one.

1      INTERVIEWER:  So, again, you never inquired

2  about, hey, I don't have an in-car camera, what do

3  I do to get one?

4      DOMINGUE:  I may have, I don't know.  I

5  believe in the camera system.  I mean, I think it

6  helps us more than anything else.

7      INTERVIEWER:  But you understand the issue of

8  you being assigned a unit, you had knowledge and

9  you know that that unit should have had an in-car

10  camera?

11      DOMINGUE:  I may have inquired about it, I

12  don't know.  I really don't.  I don't know.

13      INTERVIEWER:  But you never got one put in.

14  You never followed through to ensure that that unit

15  had a functional in-car camera.

16      DOMINGUE:  No.

17      INTERVIEWER:  Especially if you believe in

18  them.

19      DOMINGUE:  There's still units at Troop A that

20  don't have in-car cameras, so no.

21      INTERVIEWER:  I'm talking specifically about

22  yours.

23      DOMINGUE:  No, I did not.

24      INTERVIEWER:  All right.  So you received a

25  body camera at Troop I, and you got two of them,

1 | correct?

2 |     DOMINGUE:  Yes.

3 |     INTERVIEWER:  Two of the new ones.

4 |     You say you were trained, you knew how to

5 | operate them.

6 |     When you eventually were cut loose at Troop A,

7 | were you using your body cameras?

8 |     DOMINGUE:  Yes.

9 |     INTERVIEWER:  All right.

10 |     DOMINGUE:  The night before.

11 |     INTERVIEWER:  I'm not talking about -- I'm

12 | talking about --

13 |     DOMINGUE:  No, I was cut loose not long before

14 | this, so that's when I started using them.

15 |     INTERVIEWER:  So I think I have your -- I have

16 | the schedule here of when you actually were

17 | working.  And you're right, you didn't have a lot

18 | of time on the road prior to the -- to the

19 | shooting.  It was about a week and a half or so

20 | that you were working regular shifts by yourself.

21 |     Were you having any problems with your camera?

22 |     DOMINGUE:  Yes.  And I went to --

23 |     INTERVIEWER:  Hold on.  Explain the problems

24 | you were having.

25 |     DOMINGUE:  I couldn't get it to hook up to my

1  computer or to, like, the red light was supposed to

2  come on whenever I turned the lights on, and they

3  weren't -- it wasn't.

4      I had gone in with Lieutenant Jones, and he

5  said, well, it should go off if I activate my

6  taser.  So he tried activating his taser and it

7  didn't -- it didn't start recording.  So then he

8  said, well, we're going to try to push the button

9  again and hold it down and reset it.  So we sat in

10  his office and did all of that.

11      And he said, well, there was a bad batch of

12  cameras that went out.  (Inaudible) you would have

13  been given this however, a year ago or whatever.

14  He said, so tomorrow night just try, because we

15  were on night shift, just try using the other

16  camera.  And that was this night I tried using the

17  other camera.

18      So I knew to push the button every time I got

19  out, and I would just push the button.  And, you

20  know, we went to the arrest right before this.

21  Like, I intentionally had leaned forward and

22  videoed all the evidence, because he had done -- he

23  had cash and drugs and all kind of stuff.  And I

24  leaned over the table and everybody there with me

25  to make sure that I also had it on my video.  And

1  then I had just left the troop from booking that

2  guy.  I had gone to book him in Baton Rouge, came

3  back to troop to get my cartridge, and I was

4  leaving when this happened.

5       So I had no idea that the second camera wasn't

6  working, either, at this point.

7       INTERVIEWER:  All right.  Do you remember when

8  Lieutenant Jones, when you first told him that you

9  were having the issues with your camera?  When was

10 that?

11      DOMINGUE:  It might have been right before

12 this.  It was sometime right before this, because

13 that's when we tried this using this second camera.

14      INTERVIEWER:  All right.  So here's your

15 schedule.

16      So on June 6th is when you really, the first

17 night, and that's when you rode with Troy, on

18 June 6th --

19      DOMINGUE:  Okay.

20      INTERVIEWER:  -- is when you began.

21      So that's a month, a little over a month

22 before the shooting, prior to the shooting.

23      DOMINGUE:  Okay.

24      INTERVIEWER:  All right?  Now, you did go back

25 to the special session detail, and that started on

1  June 18th.  So from the 6th through the 18th, I

2  know you rode with Troy, you said you rode with

3  Troy, and that's correct.

4      On the 11th you went to (unintelligible)

5  Firearms and then you worked regular shift.

6      The 12th you worked a regular shift.

7      You were off the 13th, off the 14th,

8  started -- on the 15th was the first time you were

9  by yourself on regular duty.  That was the first

10  time you were added to the roster and the desk log

11  and all that.

12      You flexed off the next two nights.  And

13  that's -- on the 18th you started the legislature

14  detail again.

15      And then the 29th is when you began regular

16  shift.

17      DOMINGUE:  Okay.

18      INTERVIEWER:  And that was all on -- you're

19  all on days, and that was a weekend, that was a

20  Friday, the 29th was a Friday was when you actually

21  came back to actually working by yourself and you

22  were working days.

23      So can you recall at what point during all

24  this did you let Lieutenant Jones know that your

25  camera was not working or you were having trouble

1  with your camera?

2      DOMINGUE:  It would have been right before

3  this.

4      June 29th I went back on?

5      INTERVIEWER:  Uh-huh.

6      DOMINGUE:  I know the first couple days I kind

7  of hung around the troop, followed other guys.  And

8  then I don't know what my schedule was after that,

9  but it was only a few days before this happened.

10      INTERVIEWER:  Okay.  So did your camera ever

11  work properly?

12      DOMINGUE:  Not that I know of, no.  Neither

13  one of them.  But I don't know about the second one

14  that I wore that night because they took it that

15  night.  I have no idea what it captured and what it

16  didn't.

17      INTERVIEWER:  All right.

18      DOMINGUE:  The first camera never worked.

19      INTERVIEWER:  So, Kasha, I'm just going to

20  tell you this:  So they, because of this situation,

21  detectives sent both of your cameras off to Axon

22  and they did a complete workup of it and they found

23  that it was working perfectly.  The only issue with

24  it was that the battery wasn't charged.

25      DOMINGUE:  On the first one or the second one?

1        INTERVIEWER:  Both of them.

2        DOMINGUE:  Well --

3        INTERVIEWER:  They found no problems with it.

4    It was working perfectly.  It was working fine.

5    There were no problems with it.

6        The only issue leading up to the shooting,

7    even prior to the shooting was that the battery was

8    not charged.

9        DOMINGUE:  I mean, I can't answer to that.  I

10   don't know.  I mean, I know that -- I mean, if you

11   ask Lieutenant Jones, he did go in and try to do

12   everything and it was lighting up, but nothing was

13   recording.  So I don't know.  I'm not an Axon.

14       INTERVIEWER:  We did ask Lieutenant Jones

15   about it.  And he remembered that you'd come in and

16   told him you were having issues with your camera.

17   But he says he told you, you're not to do another

18   thing until you get to radio maintenance and go get

19   it fixed.

20       Did you ever do that?

21       DOMINGUE:  No.  He told me to try the other

22   one first, so I tried the other one.

23       INTERVIEWER:  Do you recall him telling you to

24   go to radio maintenance and get it?

25       DOMINGUE:  When we get back from (inaudible).

1  We were on night shift when we were talking, so...

2      INTERVIEWER:  You're talking about the

3  shooting?

4      DOMINGUE:  No.  The night that I was using my

5  second camera, because he said, use your other one.

6  And then when we get back to day shift, make sure

7  you take them in.  So I hadn't had an opportunity

8  at that point.

9      INTERVIEWER:  Okay.  So you're saying he told

10  you that just before the shooting?

11      DOMINGUE:  Yes.

12      INTERVIEWER:  See, that's not what we're being

13  told.

14      He pretty much told us that pretty much right

15  after you came to Troop A, sometime around the 4th,

16  like I said, that was the first time you were

17  there, that you brought up that you were having

18  problems, and he told you that you were not to do

19  another thing until you go get your camera fixed.

20      And then he said at some point prior to the

21  shooting when he saw you again at the troop, he

22  asked you about your camera and he said that you

23  told him everything's fine, everything's fixed,

24  that you had everything fixed.

25      DOMINGUE:  I don't recall.  I can't -- can't

1  speak to what he says.  I really can't.

2      I mean, I respect him a lot and I did

3  everything he told me to do.

4      I mean, I don't know why that would have been

5  the case in any form.

6      Actually, that was the first thing I went to

7  when everything happened was check my camera,

8  because he told me he didn't know if there were

9  weapons in the car, and I needed that.  So I

10  honestly thought everything was working at the time

11  it happened.

12      INTERVIEWER:  And so, look, we printed out --

13  this is from the time you received your camera,

14  this is the audit trail of both of your cameras.

15      DOMINGUE:  Okay.

16      INTERVIEWER:  And it pretty much tells you

17  every time that you powered it on, hit the button

18  to start an event, it tells you all of that.

19      DOMINGUE:  Uh-huh.

20      INTERVIEWER:  And we also used that -- and

21  there's not many videos of you actually making

22  stops and being on traffic stops, working crashes,

23  whatever.

24      And it appears on most of your videos that

25  you're not recording until halfway through the

1  crash or the stop.  Almost at the very end of it is

2  when you actually turn it on.

3       DOMINGUE:  Well, I can't testify to that.  I

4  mean, it's supposed to go off whenever you turn

5  your lights on, right?  So if my lights are on to

6  make a stop, so it should be working.

7       INTERVIEWER:  So is that what you thought,

8  that it was -- when you turn your lights on, it was

9  working?

10       DOMINGUE:  Yes.

11       INTERVIEWER:  No way.  You just said that you

12  knew --

13       DOMINGUE:  To push the button.

14       INTERVIEWER:  Right.  So if you knew to push

15  the button, then that means --

16       DOMINGUE:  I do know what I was pushing.

17       INTERVIEWER:  Listen.

18       You just stated that you knew, for one, that

19  you didn't have an in-car camera.

20       DOMINGUE:  Uh-huh.

21       INTERVIEWER:  Two, that when you hit your

22  lights that your camera wasn't coming on.

23       And you also knew that it was malfunctioning

24  because you and Lieutenant Jones turned on a taser

25  and it wasn't --

1       DOMINGUE:  Right.

2       INTERVIEWER:  -- coming on.

3       So you knew that when you turned your lights

4  on that your body camera --

5       DOMINGUE:  From my first camera.

6       INTERVIEWER:  It's the same though.  It's the

7  same --

8       DOMINGUE:  He said it was supposed to.  He

9  said, all this is supposed to happen.  So since

10  it's not, use your second camera.

11       So using my second camera, I thought it was

12  the same thing.  And I pushed the button, lights

13  come on, everything -- like, it's all supposed to

14  work.  We saw a green circle whenever -- and a red

15  whenever we interacted with the first one.

16       So I thought the second one was working the

17  whole time.  And he's saying that it was working,

18  so...

19       INTERVIEWER:  Yeah, it was working, but it

20  wasn't programmed to your lights.

21       DOMINGUE:  That's why I always push the

22  button, because it's supposed to -- it's supposed

23  to work, but it wasn't.

24       INTERVIEWER:  Right.  So we're talking about

25  the second camera, correct?

1       DOMINGUE:  The second camera.

2       INTERVIEWER:  The second camera.

3       DOMINGUE:  Yeah.

4       INTERVIEWER:  What you're saying is that you

5    pressed the button on your second camera --

6       DOMINGUE:  Uh-huh.

7       INTERVIEWER:  -- because you knew --

8       DOMINGUE:  It's supposed to come on with the

9    lights, but it wasn't.

10      INTERVIEWER:  Right.  So how did you think

11   that the camera was on, if you --

12      DOMINGUE:  Because I knew I was pushing the

13   button every time, because it wasn't coming on when

14   the lights came on.  It was supposed to be coming

15   on when the lights came on.  But when I actually

16   pushed the button, it did come on.

17      INTERVIEWER:  Okay.  So you were operating

18   under the assumption that --

19      DOMINGUE:  Supposed to start working with the

20   lights.

21      INTERVIEWER:  Okay.  And you had to push it --

22      DOMINGUE:  Yes.

23      INTERVIEWER:  -- to come on?

24      DOMINGUE:  Right.

25      INTERVIEWER:  Okay.  And you knew that you had

1   to push it every time?

2       DOMINGUE:  Every time, yes.

3       INTERVIEWER:  At every event?

4       DOMINGUE:  Yes.

5       INTERVIEWER:  Okay.  So explain, Kasha, like I

6   mentioned to you before, on the videos that we

7   reviewed, and this is prior to the shooting, you

8   didn't press the button until halfway,

9   three-quarters of the way through the stop, whether

10  it was a crash or a traffic stop or whatever, a

11  DWI.

12      DOMINGUE:  I don't remember.  I mean, I don't

13  know.

14      I haven't ever downloaded anything, so I don't

15  know.  And I was just getting used to using them

16  and working them.  I have no idea.

17      I thought I pushed it every time I even called

18  in a plate, just so that I would have a reference

19  for when I wrote -- did the download, that I would

20  know what stop it was and where it was.  So I don't

21  know.

22      But I've never downloaded the information and

23  done like the date, time, people that are involved

24  like the -- I've never done that.

25      So I would have thought that I would have done

1  it whenever I first called in a stop; otherwise, I

2  wouldn't know where they were.

3       INTERVIEWER:  So that's what you recall, that

4  you were pressing it --

5       DOMINGUE:  Yes.

6       INTERVIEWER:  -- prior to the stop?

7       DOMINGUE:  On the second camera, yes, all the

8  time.

9       INTERVIEWER:  What about the first camera?

10      DOMINGUE:  First camera, I thought it was

11 supposed to come on with the lights, and I didn't

12 know that it wasn't coming on until I went to see

13 Lieutenant Jones with it.  Because I told him it

14 wasn't recording anything.

15      So he said, stop using that one and use the

16 other one.  So I used the other one.  And this is

17 not long after I started using it.  I had never

18 actually --

19      INTERVIEWER:  So back up.

20      So you thought the first camera was supposed

21 to come on with the lights?

22      DOMINGUE:  Yes.

23      INTERVIEWER:  Which it was not?

24      DOMINGUE:  Correct.

25      INTERVIEWER:  What about the second camera

1  with the lights?

2      DOMINGUE:  I assumed if the first one wasn't,

3  then this one wasn't.  I turned the lights on and

4  it didn't come on, so I would just push it every

5  time.

6      INTERVIEWER:  All right.  Your body camera

7  wasn't working for this incident?

8      DOMINGUE:  Did it work for the incident before

9  this.

10      INTERVIEWER:  The arrest?

11      DOMINGUE:  Yeah.

12      INTERVIEWER:  The pursuit that you got into?

13      DOMINGUE:  Yes.

14      INTERVIEWER:  It -- yes, it was working, but

15  it only worked after you properly pressed the

16  button, which was halfway towards the latter end of

17  the incident.  In other words, had you taken care

18  of the issue with your in-car camera, had you taken

19  care of the issue that your body cam wasn't coming

20  on when you hit the lights, had you taken care of

21  all that, then we wouldn't be where we are with the

22  body cam.

23      But the fact that you didn't go and get an

24  in-car camera, you didn't go and ensure that the

25  body cam would come on when you hit the lights, you

1  were forced to have to press the button.  You did

2  press the button on the first incident that night,

3  but it wasn't until 45 minutes into the incident.

4  So it didn't capture the entire incident because

5  your body camera wasn't set up properly to activate

6  when the lights were on and things of that sort.

7       So to answer your question, it did come on

8  when you pressed the button, but it didn't do us

9  any good because it didn't capture the entire

10 incident.

11      For this incident, the shooting incident, we

12 have no body cam -- well, we do, we have body cam

13 at some point when you were sitting in the vehicle

14 after the incident had happened.

15      So both incidents the body cam was working

16 functionally or internally, from a technological

17 side it was working, but you failed to ensure that

18 the body camera was connected and had all the

19 proper mechanisms in your vehicle per policy to

20 ensure that we captured the entire incident.

21      INTERVIEWER:  Basically there was nothing

22 wrong with the camera.  The problem was, is that --

23 and, again, you said you thought it was

24 automatically supposed to work when the lights came

25 on, but that's not the case.

1          DOMINGUE:  But it wasn't, yeah.  I had to keep

2   pushing it.

3          INTERVIEWER:  But you also can turn it on by

4   pushing it twice to record an event.

5          DOMINGUE:  Uh-huh.

6          INTERVIEWER:  And that was the problem, that

7   you weren't doing that, according to the audit.

8   Because, like I said, it tracks every time you

9   press a button, you turn it on, turn it off, hit it

10  twice, put it in the charging, the -- right -- the

11  docking station to download, it records all of

12  that.

13         INTERVIEWER:  And it also further goes on to

14  state that the camera eventually died because of

15  the battery, which suggests to us that you didn't

16  charge the -- you wasn't continuously charging your

17  body cam after your tour of duty.

18         I think the last time it had a hundred percent

19  on that body cam was maybe a week or two weeks

20  before, and you hadn't charged it at all.  And the

21  second body cam subsequently went dead.

22         DOMINGUE:  I hadn't used it.

23         INTERVIEWER:  But you still have to have it

24  charged.

25         DOMINGUE:  Well, it was charged at a hundred

1  percent and I didn't use it at all.  So I

2  thought -- I mean, you still have a charge if you

3  don't turn it on.  I mean, I didn't use it at all.

4  It was still in the box.  I charged it and put it

5  right back in the box, because I hadn't used it.

6       INTERVIEWER:  When did you charge it?

7       DOMINGUE:  It was just sitting on the charger

8  at my house for a while because I was just going to

9  use the one camera, because I know other people --

10       INTERVIEWER:  Let me back up.  When did you

11  switch cameras?

12       DOMINGUE:  The next day after I had met with

13  Lieutenant Jones.

14       INTERVIEWER:  Okay.  So the first camera is

15  out of the way.

16       So you had the second camera.  How long did

17  you use the second camera before the shooting?

18       DOMINGUE:  The whole time, the whole next day.

19       INTERVIEWER:  And that's what we're getting

20  at.

21       So the day of the shooting it was charged --

22  and I have to go back to look, but at the time of

23  the shooting it was down to 1 percent.  And once it

24  reaches 1 percent, it automatically shuts off.  So

25  if it wasn't fully charged for that shift, for that

1  night, the night of the 9th, that night shift, and

2  that's your responsibility to do that, to make sure

3  that all your equipment is working properly, is

4  charged.

5      DOMINGUE:  I take responsibility for that.  I

6  was just -- I was just getting to learn these

7  cameras, so I apologize.

8      INTERVIEWER:  All right.

9      DOMINGUE:  That's on me.

10     INTERVIEWER:  So, Kasha, we're going to take

11 another quick break.  We want to make sure that

12 we've covered everything.  You all are welcome to

13 go to the restroom, if you want go out in the

14 lobby, or that's up to you all.  You all are

15 welcome to wait in here if you want.

16     DOMINGUE:  Just wait in here.

17     INTERVIEWER:  So we're going to go off the

18 tape.  The time is now 11:51.

19     AUDIO C (Transcribed on 01/07/23)

20     INTERVIEWER:  Recorder is back on, same date.

21 The time is now 12:11 p.m.  Continued interview

22 with Trooper Kasha Domingue.

23     So, Kasha, we pretty much covered everything.

24     I did want to ask you real quick:  As far as

25 when you exited the vehicle, the lighting at the

1  scene, was there anything that obstructed your view

2  or was too dark for you to see everything?

3        DOMINGUE:  Yeah, it was dark.  And there was a

4  light coming from the left and then my headlights.

5  And that's it.

6        INTERVIEWER:  What about your spotlight, did

7  you have your spotlight on?

8        DOMINGUE:  No.

9        INTERVIEWER:  Or your overhead white lights on

10  your --

11        DOMINGUE:  I don't think I did.  I don't

12  remember.  I think I just had my blue lights on.

13        INTERVIEWER:  Okay.  So your headlights.  And

14  you said there was a light where?

15        DOMINGUE:  To my left, upper left.  So

16  everything kind of cast a shadow on where we

17  actually were.

18        INTERVIEWER:  Did the darkness in any way play

19  into what happened that night?

20        DOMINGUE:  I couldn't see.  I couldn't see the

21  driver's hands.  I mean, it was not only that, but

22  the position he took on the other side of the

23  vehicle.

24        INTERVIEWER:  Okay.  All right.  So, Kasha, we

25  don't have anything else at this point.  Certainly

1  if we need to bring you back in I'll call you and,

2  you know, we'll have to do that, but at this point

3  I don't see that happening.  So we're going to go

4  ahead and conclude.

5       Is there anything that you can tell us that

6  might help us with our investigation?  Anything we

7  haven't asked you?  Anything that you want to tell

8  us?

9       DOMINGUE:  No.  Just what's next after this?

10      INTERVIEWER:  So we're going to, you know,

11 we're going to conduct our investigation.  I'm

12 going to work on the report.  We're going to come

13 up, as a section come up.  If we think there was

14 any policy violations, we'll send that up the chain

15 of command, and ultimately Colonel Davis will make

16 any decisions, as far as discipline or anything

17 like that.

18      DOMINGUE:  Okay.

19      INTERVIEWER:  So...

20      DOMINGUE:  All is ask is they take into

21 account that I've been on a desk for two years.  I

22 haven't been allowed to wear a uniform, drive a

23 unit, do any detail, do anything.

24      INTERVIEWER:  Okay.

25      Floyd, you have anything?

1        MALE SPEAKER:  No.

2        INTERVIEWER:  Kasha, have you been completely

3    truthful during this interview?

4        DOMINGUE:  Yes.

5        INTERVIEWER:  All right.  As a direct

6    representative of the employment authority, which

7    is Colonel Lamar Davis, I hereby order you not to

8    discuss or disclose the contents of this interview

9    or investigation to anyone without first obtaining

10    written permission from the employment authority.

11    Do you understand that?

12        DOMINGUE:  Yes.

13        INTERVIEWER:  All right.  We're going to go

14    ahead and conclude.  The time is now --

15        DOMINGUE:  Let me ask you this.

16        INTERVIEWER:  Sure.

17        DOMINGUE:  Can I -- I also have two other

18    attorneys that -- do they --

19        INTERVIEWER:  That doesn't include

20    attorneys --

21        DOMINGUE:  Okay.

22        INTERVIEWER:  -- or a spouse or anything like

23    that.

24        DOMINGUE:  Okay.  Thank you.

25        INTERVIEWER:  So we'll go ahead and conclude.

1    The time is now 12:14 p.m.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**0**

**01/07/23** 46:6 118:19

**1**

**1** 117:23,24

**10** 88:5

**10:30** 46:8

**10th** 2:16 63:24,25
64:1,19,20 65:22
73:14 77:1 81:24 84:7

**11:51** 118:18

**11th** 104:4

**12:11** 118:21

**12th** 104:6

**13th** 94:8 104:7

**14th** 104:7

**15** 46:8

**15th** 104:8

**16th** 76:22

**17801** 2:20

**18th** 64:8 104:1,13

**2**

**2** 35:15 44:25 64:23

**2018** 2:17 3:12

**2020** 46:8

**29th** 104:15,20 105:4

**3**

**3** 29:10,16

**30** 24:14

**4**

**422** 23:24,25

**423** 23:23

**45** 115:3

**4th** 107:15

**5**

**50,000** 3:24

**6**

**6** 33:5

**6th** 103:16,18 104:1

**7**

**70810** 2:21

**9**

**9th** 118:1

**A**

**a.m.** 46:9

**abilities** 6:11

**access** 15:24

**accident** 69:21 71:6,8
74:4,5,13 75:1,2,16,
23,24 84:22,24

**accidental** 86:18

**accolades** 6:7

**account** 31:18 52:25
62:22,23 73:2 92:13
120:21

**actions** 84:21 86:21

**activate** 102:5 115:5

**activating** 102:6

**actual** 46:25 48:2
76:23 89:4

**adapt** 81:2

**add** 73:3

**added** 104:10

**address** 2:19 32:4
70:1

**addressed** 70:19

**admin** 3:15 84:1

**administrative** 2:1
3:13,20

**admit** 63:8

**admitted** 35:21

**advised** 42:1

**affirm** 2:10

**agency** 2:22

**agree** 5:24 87:10

**agreed** 60:7 71:15
75:20,21

**agreeing** 72:25

**ahead** 120:4

**aim** 30:21 69:23 75:25

**aimed** 74:16

**aiming** 15:4 70:17

**all's** 75:17

**allowed** 120:22

**alluded** 11:3

**alpha** 5:5

**ambulance** 10:8
19:25 56:1

**angle** 26:11 30:6

**angled** 77:17

**ankles** 91:18

**anymore** 21:23

**apologize** 118:7

**apparent** 4:11,13,18
6:24

**apparently** 15:17
38:5 41:17 57:20
70:25

**appeared** 15:5 30:22
33:20,22 34:10

**appears** 108:24

**area** 18:7 38:9 77:21
78:25

**arm** 14:9 27:19 29:6

**57:14 79:12**

**arm's** 33:1

**arms** 57:13

**arrest** 19:4 102:20
114:10

**arrive** 46:23

**arrived** 47:16 50:20
51:10 71:11,13

**articulate** 7:12

**assigned** 97:6 100:8

**assumed** 60:15 114:2

**assumption** 111:18

**attendance** 94:15

**attention** 25:17

**attribute** 5:4

**audio** 23:18 46:6
118:19

**audit** 108:14 116:7

**automatically** 96:18
115:24 117:24

**aware** 2:15 97:11,20
98:6

**Axon** 94:15 95:5
105:21 106:13

**B**

**back** 2:16 3:16,23 4:3
6:17 7:3 8:19 14:4
16:17 17:7 18:9,15
19:4,8 20:3,9 21:10,
13,21,25 22:10 23:6
25:9 27:22 28:1 29:13
30:18,21 34:22 38:11
43:19 44:6 46:7 57:8
67:3 71:10 76:6 81:24
82:4 83:19,23,24
84:15 85:11 91:4 93:6,
9 94:9 95:11,13,15
97:2 98:13,21 99:1
103:3,24 104:21 105:4
106:25 107:6 113:19
117:5,10,22 118:20
120:1

**backed** 59:17

**backseat** 10:14 38:5, 6 66:9

**backup** 35:17 43:22

**backward** 62:10 91:4

**backwards** 48:13,20

**bad** 8:4 74:1 102:11

**bag** 21:5

**bailed** 47:10,11

**bang** 42:12

**Barry** 51:6,9 52:7,10 54:15 55:11,17 56:3 59:15 61:8,9,12,18 62:1 63:6,12 64:8 71:12,17 75:3,15,21 83:12

**Barry's** 61:17 75:5

**based** 6:15 48:8 50:19 60:5,10 61:21 89:21

**Basically** 115:21

**batch** 102:11

**Baton** 2:21 103:2

**battery** 105:24 106:7 116:15

**beat** 80:1

**beep** 17:14,15

**began** 62:3,7,8,14 103:20 104:15

**begin** 4:6

**beginning** 15:10

**big** 4:24 15:5 17:9 33:5 82:21

**Bill** 21:11 53:5 63:6,12 64:8

**bit** 30:19 43:20

**black** 31:15 32:2 35:4, 5 77:21 79:1

**bleeding** 10:10,11,12

**blood** 54:3,4,24,25 65:11

**blue** 119:12

**board** 45:1

**body** 19:1 33:19 79:9, 13 93:21 94:9,15 96:22 100:25 101:7 110:4 114:6,19,22,25 115:5,12,15,18 116:17,19,21

**bolted** 16:16

**book** 103:2

**booking** 103:1

**boom** 41:13

**boots** 6:5

**box** 117:4,5

**boxing** 4:22 5:3

**boy** 41:20

**brace** 68:6,7 91:9

**braced** 33:16,17 34:13 68:15,17 70:20 76:2 85:24 86:6

**bracing** 67:15 85:18

**brain** 32:7

**break** 16:23 39:2 89:25 90:14,15 93:22 118:11

**breaking** 97:16

**Brian** 12:23 46:17,18 49:15

**bring** 28:1 95:11 120:1

**bro** 14:19 20:20 60:19

**brought** 2:15 18:14 21:9,12 52:15 83:16, 19 93:6 95:13 107:17

**building** 72:15

**built** 17:9

**bullet** 49:3,4

**bump** 44:22

**Burnell** 10:18 12:23 46:16,22 47:8

**Burson's** 95:14,17 97:3,25 99:6

**button** 102:8,18,19 108:17 109:13,15 110:12,22 111:5,13,16 112:8 114:16 115:1,2, 8 116:9

---

**C**

**call** 5:12 17:13,19 35:15,17 40:4 41:25 57:22 120:1

**called** 36:19 42:2 58:11 76:6 82:6 95:10 112:17 113:1

**calling** 29:8 40:2

**cam** 93:21 94:9 96:22 114:19,22,25 115:12, 15 116:17,19,21

**camera** 58:9 72:10,11, 14,17 94:15,20,23 96:18,20,22 97:7,13, 21,24 98:1,4,9,12,17 99:9,12,24 100:2,5,10, 15,25 101:21 102:16, 17 103:5,9,13 104:25 105:1,10,18 106:16 107:5,19,22 108:7,13 109:19,22 110:4,5,10, 11,25 111:1,2,5,11 113:7,9,10,20,25 114:6,18,24 115:5,18, 22 116:14 117:9,14, 16,17

**cameras** 94:10 96:17 97:15,18 100:20 101:7 102:12 105:21 108:14 117:11 118:7

**Captain** 82:11,13 83:3,4,21 84:8 92:2,3 93:15 98:19

**Captain's** 83:20

**capture** 115:4,9

**captured** 105:15 115:20

**car** 10:13 16:3,10 17:24 18:10 19:2 20:1, 2,10 21:4,5,9 23:1 24:12,13 25:24 26:23 27:1,12 32:13 33:15

35:5,6,23 36:10,22 38:4,7,13,22 40:3,5 44:7 54:21 57:9,22 71:22 72:17 88:5,6 90:5 96:20 97:17 98:6 99:4 108:9

**care** 65:1 114:17,19, 20

**career** 4:22 95:22

**carried** 6:12,16

**carries** 6:9

**carry** 6:4

**cartridge** 103:3

**case** 71:10 108:5 115:25

**cash** 102:23

**casing** 49:3,4 54:2 59:20

**cast** 119:16

**caused** 66:11 68:20

**cell** 57:15

**chain** 120:14

**change** 11:16 36:12 37:19

**changed** 49:9

**changing** 96:5

**charge** 79:3 116:16 117:2,6

**charged** 48:1 49:10 77:21 78:25 105:24 106:8 116:20,24,25 117:4,21,25 118:4

**charger** 117:7

**charging** 13:20 49:13, 14 50:22 51:2 52:2 62:25 116:10,16

**Charlie** 23:24,25

**chase** 77:13

**check** 19:1 57:10 108:7

**checked** 79:13

**checking** 14:18,23
19:1 51:21 55:25

**chicken** 20:10

**chillin'** 20:9

**choice** 39:18

**CID** 47:6 53:18,19
82:25 83:8 84:8 91:25

**circle** 9:7 19:14,18
110:14

**circled** 8:24

**citizens** 7:13

**clarify** 8:14 84:16,25

**class** 95:4

**classify** 5:5

**cleaned** 12:9

**clear** 8:14 9:5,6 12:7
70:14

**climbing** 28:24

**close** 25:16 27:14
30:2 90:10,19

**clothes** 58:24

**club** 20:9

**clue** 58:1

**code** 42:3

**Colonel** 120:15

**comfortable** 82:8

**command** 120:15

**commands** 62:8,16

**comment** 74:25

**community** 4:25

**compared** 11:4

**complete** 105:22

**completed** 80:6,8
81:19

**completely** 12:11,12
81:1

**comply** 62:9

**computer** 24:17
102:1

**concerned** 13:9 47:2

**conclude** 120:4

**conduct** 120:11

**connected** 115:18

**consideration** 8:9

**contact** 14:11,14
16:24 17:7 22:20
27:18 29:5,17 37:8
43:5 49:17 70:11 79:9
80:16 85:14 89:25
90:14,16

**contention** 70:9

**contesting** 65:17

**continued** 48:14
77:10 118:21

**continues** 22:19

**Continuing** 46:9

**continuously** 116:16

**conversation** 9:18
36:4 54:15 56:3,7
92:10

**cool** 19:7

**core** 4:12

**corner** 13:3 14:4
15:11,14 22:22 23:5

**Corp** 5:3

**correct** 11:6 13:21
21:16,17 22:11 28:17
68:10 69:1,14 71:7
73:8 77:1 84:11 86:18,
23 94:2 95:8 98:2
101:1 104:3 110:25
113:24

**costs** 66:24

**couple** 77:7 93:2
94:16 105:6

**covered** 18:7 118:12,
23

**Cox** 21:11 63:6,12
64:9

**Cox's** 53:6

**crash** 109:1 112:10

**crashes** 108:22

**credentials** 65:18

**crime** 38:9

**criminal** 3:14,18,21
5:10 15:17

**criticizing** 75:15

**cuffs** 14:25

**cut** 101:6,13

---

**D**

**D/I** 15:17

**danger** 38:17 39:11
43:2 66:2

**dark** 21:25 35:4 119:2,
3

**darkness** 119:18

**date** 46:8 60:17
112:23 118:20

**Davis** 120:15

**day** 4:16 58:21 60:16
63:5,22 72:20 73:10
79:6 83:24 107:6
117:12,18,21

**days** 61:19 76:23
80:7,9 104:19,22
105:6,9

**dead** 116:21

**deadly** 42:25

**deal** 5:21,22 82:21
83:18

**dealing** 35:1 48:11

**December** 46:8

**decided** 61:2

**decisions** 37:13
120:16

**defend** 39:14 41:5
59:17 68:14

**defended** 36:23

**defending** 41:2 66:23

**defensive** 49:23

**definitions** 71:20

**definitively** 55:17

**degree** 84:20

**demeanor** 4:14 6:4

**demonstrate** 62:3

**deploy** 49:21

**deployed** 42:5

**depression** 83:19

**describing** 69:20

**desire** 7:14

**desk** 76:12 80:25
104:10 120:21

**detail** 94:2 103:25
104:14 120:23

**detective** 63:9

**detective's** 60:10

**detectives** 5:11 8:15,
17,20 11:4,6,22 12:8
13:2,18 23:17 30:10
47:6,8 48:4,22 53:17
58:15 59:4,9,23 60:1,
6,18,23 74:3 81:23
83:1 92:8,10 105:21

**determine** 86:8

**Devall** 82:13 84:8
92:2,3 93:15

**Devall's** 83:4

**dialogue** 10:25

**die** 33:12 38:15

**died** 116:14

**differently** 43:14

**differs** 72:21

**Dilley** 10:6 13:10,12
17:10 18:16 25:16
27:3 29:1,25 30:20
44:8 47:11,17 48:12,
14,19 49:5,9,19,22,25
50:2,22 56:21 60:13,
14 62:25 68:2 70:16,
18 74:6,16,18 76:1
78:3,24 85:8 87:5,9,19
88:6 89:18 91:15

**Dilley's** 51:20

**direction** 19:24 26:3 62:11

**directly** 65:21

**discharge** 87:8

**discipline** 120:16

**discrepancies** 11:21 30:11

**dispatcher** 42:1

**display** 6:15

**distance** 30:7 33:1

**docking** 116:11

**Domingue** 2:3,6,13, 20,24 3:2,8 5:25 7:19 9:9,13,23 10:2 11:1, 15,24 12:2 13:22,25 15:19,22 16:1 21:17, 19 22:8,12,14,20,25 23:3,12 24:1,6,9,16,25 25:8,12,18,22 26:2,7, 11,19,24 27:5,18 28:2, 7 29:1,6,12,23 30:13, 15,21 31:5,7,12,20 32:2,11,19,25 33:9,12, 25 34:11,16 35:3 36:13,16 37:11,20,23 38:3,15,19 39:1,3,12, 14,17,21 40:11,14,19, 22 41:7,14 42:2,6,13, 16,20 43:2,10,15 44:12 45:9,13,17,20, 25 46:10,24 51:5,17 52:9 53:2,12,18,24 54:12,17,20 55:15,18 56:4,10,13,19 57:7 58:5,7,12,18 59:1,3,6, 10,25 60:7,24 63:2,5, 22 64:3,6,11,22 65:25 66:2,5,9,13,16,19,22 67:1,6,12,14,23 68:4, 6,10,14,22 69:1,5,9, 14,22 70:5,13,17 71:8, 14,19 72:2,8,16,23 73:6,12,15,21 74:7,15, 20 75:25 76:6,11,16 77:4 78:1,5,8,13,17,20 79:5,12,18,22 80:4,10, 13,24 81:10,16,20 82:2,6,10 83:5,8,10

84:13 85:3,6,9,11,14, 17,21,24 86:11,17,23 87:1,3,11,17,21 88:2, 8,12,15,19,23 89:1,7, 12,16,19,24 90:7,10, 14,17,23 91:5,12,23 92:2,5,11 93:6,14,17, 23 94:3,6,11,13,18,21, 24 95:4,9,19,23 96:1, 4,8,10,12,20,23,25 97:5,8,10,14,22 98:2, 5,8,10,13,18 99:10,13, 19,22,25 100:4,11,16, 19,23 101:2,8,10,13, 22,25 103:11,19,23 104:17 105:2,6,12,18, 25 106:2,9,21,25 107:4,11,25 108:15,19 109:3,10,13,16,20 110:1,5,8,21 111:1,3, 6,8,12,19,22,24 112:2, 4,12 113:5,7,10,22,24 114:2,8,11,13 116:1,5, 22,25 117:7,12,18 118:5,9,16,22 119:3,8, 11,15,20 120:9,18,20

**Domingue's** 87:8

**door** 14:5 16:17 17:17 18:3,9 22:1,11 23:1,6, 11 24:22 27:1 30:24 56:23 58:11 62:4,7 87:12,21 88:10

**doors** 48:19 77:12,14

**doubt** 34:12 38:19 40:10,21

**download** 112:19 116:11

**downloaded** 112:14, 22

**draw** 88:16,18

**drawing** 13:14 27:8 88:22

**drew** 14:6 17:4 18:1 22:4 39:14 62:7 66:18 68:14 77:15 78:3,8

**drink** 83:18

**drinking** 24:9 35:21, 22

**drive** 24:12 35:23 93:11 120:22

**driver** 13:2 14:1 15:4 17:7 21:14 22:7,8 25:19,20 28:15,18,22 32:12 35:4 38:5,22 45:21 47:9 48:11,17 49:6,17,21 50:7 66:3, 4,8,22 67:23 70:2,4, 16,18 77:10,18,24 78:4 87:24 88:4,7,9 89:2,3,4,7,10

**driver's** 13:11 14:5 15:11 62:4 88:1 119:21

**Drivers** 50:11

**driving** 19:15,23 24:10

**drop-down** 80:19

**dropped** 47:17,24 48:15,20 51:2 62:12, 23,25

**drove** 19:11 70:8 83:8 84:10 91:25 92:3,7 95:15

**drugs** 102:23

**Due** 62:16

**dumpster** 16:20 91:6

**duty** 104:9 116:17

**DWI** 112:11

---

**E**

**earlier** 36:8

**early** 63:25

**effect** 20:8 48:1 51:15

**ejecting** 27:15

**else's** 41:6 99:4

**emotional** 12:14 39:5

**employed** 3:1

**end** 4:16 12:19 109:1 114:16

**ended** 8:16,25 55:7

76:2

**ends** 8:12

**ensure** 100:14 114:24 115:17,20

**entire** 66:17 115:4,9, 20

**equipment** 118:3

**equipped** 97:12,21,24 98:7

**Eric's** 96:11

**ethic** 4:7,8 6:18

**evaluate** 3:17 6:23

**evening** 63:23 64:1, 20 72:20 73:11,14 81:23 92:1

**event** 108:18 112:3 116:4

**eventually** 11:19 23:19 71:12 101:6 116:14

**everybody's** 44:3

**everything's** 107:23

**evidence** 8:17 55:11 63:10 102:22

**exist** 42:3

**exited** 25:11 48:12,19 49:9,19 50:12 62:4 67:5 77:20 78:24 118:25

**exiting** 26:5 27:1,2 28:20 38:24 87:5,9,19 88:6

**experience** 5:3,4 6:12 7:6

**experienced** 3:11

**explain** 13:24 29:22 30:16 32:9,10 34:19 36:15 44:11,12 46:20 57:4 68:11 77:9 79:11 82:5 101:23 112:5

**explained** 46:13 62:19 84:22,23

**explaining** 55:11 56:3

**extended** 14:10 27:20 29:6

---

**F**

**faced** 70:18

**facing** 26:3 57:8

**fact** 32:5 40:25 42:24 58:3 59:25 67:19 73:4 114:23

**factor** 35:18

**factually** 73:2

**failed** 115:17

**failure** 62:9

**fall** 27:10

**falling** 14:12 87:8 91:12,15

**fast** 14:3 21:20 24:4 30:4 37:5 54:6,7 55:6, 14 60:9 65:19 69:25 70:20 86:7

**feel** 7:13,22 8:6 27:18 34:10 36:5 37:22 38:14,16 41:5 72:6 73:23 79:5 91:12

**feeling** 4:15

**feet** 3:24 29:10,16 33:5 88:5

**fell** 27:20,23,24,25 28:3 41:11 91:16,17

**felt** 4:14 16:17 28:2 32:20 33:16 36:9 39:10 44:15 71:21 79:5,13 85:15 86:1

**FEMALE** 23:23

**fence** 28:16,24

**fender** 49:7

**fight** 37:23 40:8

**fighting** 33:18 91:23

**figure** 36:11 37:2

**fill** 20:3 80:17 81:8

**finally** 15:7 22:21

**find** 56:22

**fine** 44:24 93:23 106:4 107:23

**fire** 13:15 27:9 29:21 30:3 44:9 67:23 68:22

**firearm** 27:8,16 48:16, 21 62:12,18 65:22,23 66:12,21 67:25 84:19 85:2,5

**firearms** 83:22 93:10 104:5

**fired** 27:13,22 43:9 48:16,22 49:24 52:8 54:23 56:8,18 57:1,2 62:17 63:1 67:1,2 68:3

**firing** 42:11 48:7,25 51:3,12 56:12

**fit** 72:7

**fixed** 106:19 107:19, 23,24

**flash** 27:17

**fled** 13:4,8 47:3,9,10 48:11,17 49:7,18,19

**fleet** 96:15

**flexed** 104:12

**Floyd** 3:5 64:10 120:25

**focus** 32:7

**focused** 31:7 32:12 44:7 49:20

**focusing** 87:22

**follow** 28:22,23

**force** 42:25 76:19 77:23 78:16 79:9 80:2, 6,14,22 81:9,15,19 84:5

**forced** 115:1

**Ford** 84:18

**forget** 52:25 53:3,10 82:19

**form** 108:5

**forward** 24:4 48:15 79:13 89:13 102:21

**found** 10:5 15:1 52:5 79:18,22 92:17 105:22 106:3

**FP** 9:7,16 48:7 51:11

**Friday** 104:20

**front** 22:5 23:12,13 48:10 49:6,11 62:13 77:14 89:20

**froze** 91:9

**frozen** 16:25

**FTO** 5:18,23

**full** 2:19

**fully** 117:25

**functional** 100:15

**functionally** 115:16

---

**G**

**gave** 53:21 58:15 62:21 73:3 77:13 92:1, 2

**gears** 96:5

**give** 46:1 52:25 53:9, 13 58:18 63:19

**giving** 6:6 60:4 71:20 96:7,8

**go-getter** 5:7,9 7:7

**good** 20:6 36:4 45:11 73:22 92:22 99:2 115:9

**grab** 58:25 59:6

**grabbed** 17:18 59:5 77:13 78:10

**grabbing** 78:13

**granted** 3:10

**grease** 20:10

**great** 5:22 6:7

**green** 110:14

**ground** 8:23 9:1,16 14:12,15,22 15:8,22 17:6,10 20:13,16 30:5 31:23 33:18 37:2

**39**:21 41:9,11 42:18, 21 43:4 52:2 54:4,16 57:8 65:9,11 67:17 68:16,17 69:16,19 70:11,21,23 76:3 79:10,14,23 85:15,18 91:16

**guess** 54:6,25 55:5,13 61:11 65:7,13 81:24 82:25 86:9 93:7 95:21

**gun** 40:14,24 44:9 50:2 61:16 67:16 68:18,25 69:3,9,12,17 70:1,9,12 85:15,16

**gunshot** 62:17

**guy** 14:1,7 15:5 17:4, 11 19:10,14,17,18,21 20:13,16,19 25:2,23 26:18 28:11 29:24 30:22 31:7 32:14,20 33:5 39:21 40:4,6 42:17 44:19 45:16,20, 25 49:16 52:11 103:2

**guys** 3:5 10:16,20 18:19 20:14 33:14 34:2 35:7,25 45:22 46:1 56:22 92:4 105:7

---

**H**

**hair** 33:4

**half** 22:18 24:5 25:6 44:23 101:19

**halfway** 15:23 108:25 112:8 114:16

**hand** 2:9 31:15,20,22 32:1,3,16 57:15 66:15 67:14 69:10,17 70:2 77:22 78:22 79:1

**handle** 21:2

**handpicked** 6:10,14

**hands** 10:12 15:12,13, 14 16:7,13,14 18:4,5, 13 21:22 22:2 23:5,7, 10 32:15 39:18 49:25 50:1 61:5 62:9 77:11 88:23 119:21

**happen** 17:15 20:4 23:2 36:14,17 37:24 38:20 44:5 63:18 78:11 86:14 110:9

**happened** 3:25 11:18 14:13,14 15:4 16:25 17:12 28:4 29:24 31:11,19 32:11 33:4 36:8 37:3 38:1 42:19 43:11,12 44:15 47:14, 23 48:3 51:7 52:4,14 53:8 54:1,3,5,7 55:14 58:17,23 59:7,14,19, 20 60:2 61:9 63:7,10, 18,24 64:12 65:16,19 67:16 68:11,13 69:16, 18 71:4 72:7 73:25 74:20 75:2 79:6 80:15 82:5 83:14 85:10 91:22 93:1 99:3 103:4 105:9 108:7,11 115:14 119:19

**happening** 30:8 38:2 120:3

**hard** 6:18

**harder** 12:3

**he'll** 35:25 36:1

**head** 3:12 26:3

**heading** 91:5

**headlights** 23:21 119:4,13

**headquarters** 47:19, 21 64:9 84:10 93:12

**hear** 17:21 23:19 41:13,16,17,23 70:24, 25 71:1 74:22

**heard** 5:18 40:1 42:8 60:5 63:13 71:1

**hearing** 42:12

**heart** 4:8,10,24 5:8 8:1

**helluva** 75:10

**helped** 17:2 84:4

**helps** 100:6

**hey** 100:2

**hide** 45:13 53:15

**high** 38:9 39:5

**Highlands** 2:20

**Highway** 23:23

**history** 15:17

**hit** 14:15 17:6 33:17,18 68:16,17 70:21,23 85:15,25 108:17 109:21 114:20,25 116:9

**hitting** 85:18

**hold** 101:23 102:9

**hole** 10:5,6 15:2 51:25 52:4 55:22,25 68:18 69:5,11,18 70:7,8 71:19 74:10 79:19,22

**holster** 65:24

**home** 37:10 44:21 93:8

**homework** 7:17

**honest** 73:25

**honestly** 74:5 108:10

**hood** 16:14

**hook** 101:25

**hour** 44:23

**hours** 63:25 94:17

**house** 92:5 117:8

**human** 3:10 8:9

**hundred** 60:21 116:18,25

**hung** 105:7

---

**I**

**IA** 53:6,12,16 98:19

**idea** 14:15 15:3 40:11, 16 42:2 55:20 59:13 67:18,20 68:19 74:16 103:5 105:15 112:16

**identified** 46:1 66:7

**imagine** 8:11

**immediately** 50:23

83:23

**impact** 34:13 67:15 68:7,16 69:15,19 70:21,23 85:17,24 91:10

**importantly** 4:10

**improper** 50:6

**in-car** 96:22 97:7,12, 21,24 98:1,4,9,11,17 99:9,12,23 100:2,9,15, 20 109:19 114:18,24

**inaudible** 3:6 23:23 95:4 97:17 102:12 106:25

**incident** 2:16 13:25 31:11,19 34:3 39:6 53:22 58:14,16,17 60:17 65:22 66:23 72:15,19 73:10,20 76:5 77:8 78:10,12 79:4 80:7,15 86:20 114:7,8,17 115:2,3,4, 10,11,14,20

**incidents** 115:15

**including** 48:6 49:9

**inferred** 50:14

**information** 4:1 13:4 15:25 50:9 80:18,20 112:22

**initial** 21:15 37:7 78:17

**initially** 12:21 13:1 30:12 49:20 61:22 88:24

**injured** 41:12

**inquire** 98:16 99:11

**inquired** 98:15 99:8 100:1,11

**inside** 15:16,20 24:22 62:7

**installed** 98:4,12

**instinct** 61:2

**instructed** 98:3

**instructions** 62:10

**insurance** 24:17 35:12,14 37:9

**intend** 66:20 67:7,11 74:13 85:2,7

**intent** 21:15

**intention** 78:17

**intentional** 86:10,12, 14,15,22,25

**intentionally** 67:11 68:8,12 75:25 85:4 102:21

**intentions** 89:23,24

**interacted** 110:15

**interaction** 9:25

**internally** 115:16

**interview** 4:6 5:11 8:16,20,25 9:17 12:4 46:9 51:9 52:16 61:9, 12 63:5,12 64:19 73:6, 9,10,12 81:23,25 83:12 84:7 93:2 118:21

**interviewed** 12:22,25 52:10 64:9 77:1

**INTERVIEWER** 2:4,7, 14,22,25 3:3,9 6:1 9:11,14,20,21,24 10:24 11:2,9,19,25 12:11 13:23 15:9,20, 24 21:13,18 22:6,9,13, 15,23 23:1,9,14 24:3, 8,14,21 25:5,9,13,20, 25 26:4,15,21,25 27:6, 14,17,21 28:5,9,13,17, 19,22 29:4,8,15 30:9, 14,18 31:2,6,8,13,25 32:9,17,22 33:7,10,20 34:8,14,21 36:12,15 37:6,18,21,25 38:12, 16,21 39:2,4,13,15,19 40:9,12,17,20 41:4,13, 24 42:4,11,14,17,22 43:5,7,12,19 44:2,16, 21,24 45:3,6 46:7,25 51:8 52:7,23 53:9,16, 19 54:10,13,19 55:10, 16 56:2,5,11,14,15,16 57:3 58:3,6,8,13,25

59:2,4,9,22 60:4,10
61:14,21,25 63:21,23
64:8,18 65:20 66:1,4,
7,10,14,17,20,25 67:2,
10,13,22,24 68:5,8,11,
21,24 69:2,7,12,20
70:12,14 71:5,9,17,25
72:5,14,18 73:1,8,14,
17,18 74:2,12,17,23
75:12,18,23 76:4,10,
15,18 77:7 78:2,7,9,
15,19,23 79:7,15,20,
25 80:6,12,21 81:7,14,
18,22 82:3,9 83:2,6,9
84:4,15 85:4,7,10,13,
16,19,22 86:8,13,15,
19,20,24 87:2,4,14,18,
25 88:3,11,13,17,22,
24 89:2,5,9,14,17,21
90:3,9,12,15,21 91:1,
11,14,16,17,25 92:3,9
93:5,11,15,20,24 94:4,
7,12,14,19,22,25 95:6,
17,20,24 96:2,6,9,11,
13,21,24 97:2,6,9,11,
19,23 98:3,6,9,11,15
99:5,11,18,20,23
100:1,7,13,17,21,24
101:3,9,11,15,23
103:7,14,20,24 104:18
105:5,10,17,19 106:1,
3,14,23 107:2,9,12
108:12,16,20 109:7,
11,14,17,21 110:2,6,
19,24 111:2,4,7,10,17,
21,23,25 112:3,5
113:3,6,9,19,23,25
114:6,10,12,14 115:21
116:3,6,13,23 117:6,
10,14,19 118:8,10,17,
20 119:6,9,13,18,24
120:10,19,24

**interviews** 4:4 7:21
8:15

**intoxicated** 50:8

**investigation** 2:1
3:19 64:25 82:22
84:14 92:12 120:6,11

**involved** 34:1 41:22
61:4 112:23

**irate** 64:17

**issue** 58:13 93:21
94:25 95:7 100:7
105:23 106:6 114:18,
19

**issued** 77:15

**issues** 96:2,4 103:9
106:16

**item** 77:22 79:1

---

**J**

**James** 11:2 12:18
46:17,18

**Jefferson** 10:3 14:23
46:17,18

**jeopardy** 41:6,7

**job** 4:8,15,19 5:20
7:11,25 35:12 37:9
81:3,11

**joking** 18:18

**Jones** 7:1 82:10 83:3
102:4 103:8 104:24
106:11,14 109:24
113:13 117:13

**judgment** 7:17 8:2

**July** 2:16 73:14 81:24

**June** 103:16,18 104:1
105:4

**jury** 61:19

**justification** 42:25

---

**K**

**Kasha** 2:14,20 3:3,7
4:12,23 7:19 11:2
12:13 22:16 29:8,9
30:18 41:4 44:2 46:9,
11 50:19 51:12 58:13
65:20 67:24 72:5
77:23 79:25 91:19
93:20 105:19 112:5
118:10,22,23 119:24

**Kevin** 9:18 28:12
44:19

**key** 40:2

**keyed** 17:20

**keying** 17:21 42:8

**kill** 38:8 43:4

**killing** 83:17

**Kim** 83:16 93:5,6

**kind** 3:14,22 5:5 6:8
8:3,14,16,25 13:13
15:9 25:14 27:24 35:9
46:15,19,20 70:15
102:23 105:6 119:16

**knee** 10:11 47:18,24
48:21 49:2,11,23 51:3
54:4,23,25 62:13,24,
25

**kneeling** 56:20,21
57:4,5 62:18

**knees** 18:14 27:25
51:18,19 57:9,14,16,
24 58:4

**knelt** 48:15 49:4

**knew** 10:21 22:3 34:19
35:7,10 36:25 40:5,9,
13,14,20,23 54:8
57:17 60:11,21 69:9,
10 72:14 81:11 101:4
102:18 109:12,14,18,
23 110:3 111:7,12,25

**knocked** 79:9

**knowing** 5:20 74:1

**knowledge** 100:8

---

**L**

**landed** 57:7

**late** 17:5

**laughing** 14:20 18:19
20:22 39:25

**laying** 14:22 28:2
56:21 79:23

**leading** 87:7 106:6

**leaned** 102:21,24

**learn** 35:25 118:6

**learned** 5:22

**leave** 76:9,12

**leaving** 103:4

**led** 86:9

**left** 6:25 13:10 16:21
21:24 30:23 31:22
32:13,15 36:24 50:3
57:14,15 77:19,22
91:3 92:5 103:1 119:4,
15

**leg** 14:10 15:22,23
27:19 29:6 65:11
79:12 90:24

**legal** 45:4

**legislative** 6:10 7:3

**legislature** 6:14 94:2
95:10,15,16 98:13,21,
24 104:13

**lesson** 36:1

**letter** 2:2

**letters** 48:7

**license** 77:20 78:25
79:3

**Lieutenant** 6:25 7:1
82:6,9,10 83:3 95:14,
17 97:3,25 99:6 102:4
103:8 104:24 106:11,
14 109:24 113:13
117:13

**life** 33:19 37:14 38:16
39:11 41:5,6,7 43:2
66:2 91:23

**light** 21:23 102:1
119:4,14

**lighting** 106:12
118:25

**lights** 96:18 102:2
109:5,8,22 110:3,12,
20 111:9,14,15,20
113:11,21 114:1,3,20,
25 115:6,24 119:9,12

**lined** 12:20

**listen** 3:17 4:3 61:11
73:1 75:6,7 109:17

**listening** 5:10,11 7:20
36:10

**literally** 15:6 32:25

**live** 38:10 41:15

**lobby** 118:14

**location** 62:6

**log** 104:10

**logistics** 81:5 84:2

**long** 2:25 6:23 7:5 75:10 81:21 84:9 98:25 99:7 101:13 113:17 117:16

**looked** 15:14 16:15 17:23 32:13 33:6 36:23 71:21

**loose** 8:12 101:6,13

**Loren** 77:16

**lost** 17:6 23:7,9 51:20 61:4 77:17,25 83:25

**lot** 3:7 10:23 35:10 52:17 58:20 75:11 82:18 92:20 101:17 108:2

**loud** 42:12 62:8,15

**Louisiana** 2:21,24 4:25 7:13

**love** 20:10

**LSP** 3:14

**lying** 72:3

**M**

**made** 14:11,14 22:22 27:18 29:5,17 37:8 49:17 50:6 55:2 69:15, 19 70:22 85:14

**main** 37:15

**maintenance** 96:16 106:18,24

**make** 7:5 9:1 11:3 14:24 37:12 39:6 43:5 58:17 59:23 60:22 64:25 70:9 72:7 80:16 87:14 93:13 102:25 107:6 109:6 118:2,11 120:15

**makes** 26:21

**making** 70:10,11 98:22 108:21

**male** 5:6 11:7,13 12:5 26:9,12,16 27:13 28:11,14,18,21,25 29:3 38:25 43:17,21, 25 44:18,22,25 45:5,8, 11,15,18,22 46:5 61:6, 15,23 64:4 70:3 74:24 75:14,20 77:19

**malfunctioning** 109:23

**mall** 50:7

**man** 17:9 20:21

**March** 94:8

**marijuana** 18:8 21:6

**Marine** 5:3

**mark** 6:25

**marked** 49:3

**marking** 9:15,19

**markings** 9:10,12 54:16 55:9

**match** 73:17,20 80:2

**matches** 72:20

**Mcduffie** 83:16

**Mcgehee** 9:21,25 10:25 14:23 46:17,18 56:7,11,16 99:19

**Mcnail** 77:17

**MDT** 15:24

**meanings** 8:24

**means** 109:15

**meant** 50:17 79:20

**mechanisms** 115:19

**media** 21:1

**meeting** 44:20 45:1

**memory** 11:17

**mentioned** 50:21 112:6

**menu** 80:19

**messed** 57:21

**met** 93:3 117:12

**midnight** 93:7

**military** 4:22 6:12

**mind** 34:25

**minute** 24:5

**minutes** 64:23 115:3

**moment** 28:7 41:23 43:3 67:20

**moments** 87:7

**monster** 7:20

**month** 103:21

**months** 99:7

**morning** 35:16 47:20 63:24,25 64:4,6 65:22

**move** 77:10 90:23 91:9

**moved** 77:11

**moving** 16:3 35:9 89:13

**multiple** 34:22,23 35:1

**N**

**needed** 17:22 36:17 53:7 63:8 92:12 108:9

**nervous** 36:7

**night** 30:17 44:13,15 46:14,20 52:15,18,24 53:10,21 58:14,15 62:19,23 63:21 72:15, 16,19 74:21 76:15,17 77:1 80:4 82:1,4 92:13 101:10 102:14,15,16 103:17 105:14,15 107:1,4 115:2 118:1 119:19

**nights** 104:12

**nobody's** 17:16

**noncompliance**

62:16

**notice** 27:7 28:21 31:25 74:9

**noticed** 15:7 26:10 35:11 47:22 55:25 74:10

**notification** 2:2

**notion** 8:3

**number** 41:4

**O**

**observed** 8:18 31:15

**obstructed** 119:1

**obvious** 39:5 67:3 88:4

**occupant** 48:12

**occupants** 49:18,19

**occurred** 2:16 66:23 76:24

**office** 83:4,20,25 102:10

**one's** 67:24

**open** 22:24 23:6 30:24 87:12,21

**opened** 14:4 16:17 17:17 18:3 21:25 22:10 23:11 24:22 48:19 62:6 77:15

**opening** 27:1

**opens** 18:9

**operate** 94:20,23 101:5

**operating** 111:17

**opinion** 6:8

**opportunity** 4:2 6:9 7:18 41:25 107:7

**opposed** 61:12

**opposite** 66:6 87:22 88:12,20

**order** 81:5

**ordered** 48:14

**originally** 19:15 39:17

**overhead** 119:9

**overlay** 23:17

**P**

**p.m.** 118:21

**paint** 8:23 9:9,12

**painted** 48:6 49:5 51:11

**painting** 48:5 54:15, 17

**pants** 47:22

**part** 3:16 36:19 43:17 82:14 92:23,24

**pass** 7:17 8:2

**passed** 99:8

**passenger** 13:9,10 14:6 17:8,17 20:2 22:1 23:4,11,12,13 26:5 27:1 28:19 29:25 38:6, 23,24 41:19 44:8 48:18 49:8 50:12 58:4, 11 62:3,5,6,13,14 66:10 70:25 77:12,14, 16,19,24 88:2,3,20 89:6,13

**passengers** 13:6 44:7 47:10 49:8 50:11

**passes** 29:19

**passing** 13:16 29:11

**past** 4:21 13:13 29:21 43:8 68:2

**patrol** 6:19 62:11

**pause** 22:17 25:5

**pay** 57:20

**peace** 20:10

**penalty** 2:10

**people** 4:10,25 5:4,22 7:19 34:1 41:22 60:5 71:21 112:23 117:9

**perceive** 34:9,25 37:22 39:8 42:18

**perceived** 4:19 38:13 39:9 43:13 66:11

**percent** 60:21 116:18 117:1,23,24

**perception** 13:18 33:8 37:8,18 38:21 44:3 46:13 50:23 53:11 61:13

**perfectly** 105:23 106:4

**perjury** 2:11

**person** 7:22 8:4 19:1 69:23 84:1 88:9,19

**personally** 5:15 7:9, 24

**perspective** 3:15 9:6

**phone** 57:15,21

**phonetics** 44:20 77:17

**physical** 55:11

**pick** 19:17

**picture** 9:12,14 24:19

**pictures** 8:22 53:7

**pieces** 39:7

**pillar** 16:18

**PIO** 5:19,23

**PIO's** 21:10

**pistol** 42:24

**place** 3:18 53:11,23

**plan** 20:5 36:14 63:17

**plate** 77:20 78:25 79:3 112:18

**play** 28:9 119:18

**pocket** 15:13 57:12

**point** 11:20,21 13:4 15:3,15 16:12 20:24 21:7 22:17 24:23 25:14 27:8,19 28:3,8, 23 29:17,20 30:2 32:5, 18 33:7,11 35:1,11,18

36:6 37:22 38:14 39:16,19 40:17 41:8 45:14 50:9 51:14 52:12 53:4 54:18 56:20 57:5 59:2 66:14 67:6,7 69:14 70:10,24 72:5,6 80:25 81:3 85:13 87:4,9,19 88:8 89:21 93:11 97:17 103:6 104:23 107:8,20 115:13 119:25 120:2

**pointed** 54:21 74:18

**police** 2:24 4:9 20:10

**policy** 115:19 120:14

**popped** 24:20

**portion** 3:19 46:21

**position** 48:8 49:1,23 51:3,12 55:12 56:7,12 57:1 62:18 119:22

**positioning** 9:2

**Power** 23:24

**powered** 108:17

**preconceived** 8:3

**prepared** 67:21

**press** 112:8 115:1,2 116:9

**pressed** 111:5 114:15 115:8

**pressing** 113:4

**pretty** 3:17 13:1 43:8 48:1,23 50:5 61:20 62:21 91:8 107:14 108:16 118:23

**primary** 62:18

**printed** 108:12

**prior** 84:7 87:7 101:18 103:22 106:7 107:20 112:7 113:6

**privilege** 3:20,22

**problem** 44:18 115:22 116:6

**problems** 45:2 101:21,23 106:3,5 107:18

**process** 8:6 40:25

**profession** 4:19

**professional** 4:22 5:3

**programmed** 110:20

**projectile** 67:4

**proper** 5:20 115:19

**properly** 105:11 114:15 115:5 118:3

**protect** 55:4 91:8

**proud** 6:12

**public** 4:12,17 5:21

**pull** 21:15 38:7 39:15 40:13 60:20,22 61:2 65:21,23 66:12,20 67:7,11,13 68:8,12 74:13 78:20 85:2,4 86:9

**pulled** 10:2,3 40:14,24 41:1 48:15,18,21 50:7 59:16 61:5 63:15 67:4, 8,25 71:7

**purposely** 69:23

**pursuit** 114:12

**push** 102:8,18,19 109:13,14 110:21 111:21 112:1 114:4

**pushed** 110:12 111:16 112:17

**pushing** 109:16 111:12 116:2,4

**put** 15:13 16:12 21:11 53:5 73:19 76:21 77:4 78:15 80:1,16 84:2 92:6 95:5 100:13 116:10 117:4

**putting** 70:6

**puzzle** 39:7

**Q**

**question** 33:21,22 40:17 66:25 67:10,25 68:2,5 73:18 86:24 115:7

**questioning** 30:11 83:10

**questions** 8:13 12:15 19:23

**quick** 26:13 31:24 37:4 77:2 118:11,24

---

**R**

**radio** 17:14,18 23:18, 20 40:2 41:25 42:1 56:24 106:18,24

**raise** 2:8

**ran** 10:20 13:4 19:24 22:9 28:15 31:16 38:3 41:10 47:11 48:13,19 49:7,19 50:8,9,12,13 58:2 62:4 77:12

**range** 83:23

**rapper** 20:17

**reach** 17:3 23:5 29:25 62:7

**reached** 5:14,15 14:5 17:17 22:13 23:11,13 24:1,22 26:23 38:3 40:3 57:22 58:10

**reaches** 117:24

**reaching** 21:21 22:3 23:1 25:23 32:13 36:21 38:13,17,22 39:9 66:5 89:1

**react** 30:4

**read** 3:17 71:25 75:7 76:19

**ready** 36:18

**real** 77:2 118:24

**realize** 81:8

**realized** 34:21,23 35:1 45:15 68:24 69:3

**rear** 13:10 16:18 17:8 26:1,5 28:19 29:25 38:23,24 62:4,6 77:14, 16,19 89:6

**reason** 43:23 72:12 74:2

**recall** 9:8,22,24 42:4, 14 52:7 54:14 55:16 56:2,6,8,11 76:4 80:8, 12 81:18 84:6 92:9 94:12,17 104:23 106:23 107:25 113:3

**received** 2:1 96:13 97:25 100:24 108:13

**recognize** 45:24

**recognized** 45:19

**recollection** 74:20

**record** 84:16,25 87:6, 18 95:2 116:4

**recorded** 81:23

**recorder** 46:7 118:20

**recording** 102:7 106:13 108:25 113:14

**records** 116:11

**red** 23:24 33:4 102:1 110:14

**reference** 84:17 112:18

**referencing** 54:11,14

**referred** 34:22

**regular** 82:4 96:15 101:20 104:5,6,9,15

**regulations** 81:3

**relates** 4:15,21 6:7 8:7 9:6

**reliable** 53:22

**remains** 24:5

**remedial** 83:22

**remember** 10:4,7,15, 22,25 13:19,21 19:22 20:8 29:12 31:12 33:19 38:2 42:1,6,11 51:5,6,17,23,24 52:3, 9,13,16,19 53:2,4,25 54:9,16 55:1,5,8 56:10,19,25 58:20 59:10,11,18 60:9,24, 25 61:10 64:13,22 65:8,18 71:14,20,23 72:4,23 75:9 76:6,7,

14,16,17 77:4,5 78:13, 21 80:13 81:6,17 82:18 92:20 93:4 98:19 99:13 103:7 112:12 119:12

**remembered** 51:19 106:15

**replay** 58:23

**report** 60:10 75:7 76:5,19,22 77:8,23 78:10,12,16 80:2,7,14, 23 81:9,15 84:5 120:12

**required** 81:8

**rerun** 26:13

**reset** 102:9

**respect** 7:24 108:2

**responsibility** 118:2, 5

**rest** 12:3,9 95:22

**restroom** 118:13

**retreated** 48:13,20 62:10

**review** 46:19

**reviewed** 112:7

**ride** 99:18,21

**riding** 99:16

**rights** 86:5

**road** 2:21 6:19 7:9 19:16 35:13,25 36:7 37:15,16 81:1,2,4 97:12,19 99:3 101:18

**rode** 99:1,4 103:17 104:2

**roster** 94:15 104:10

**Rouge** 2:21 103:2

**round** 27:15

**ruin** 37:14

**rules** 81:2

**run** 13:12 15:25 24:15 25:13,15 43:8 49:8,18 50:11 61:2 77:25 91:2

**running** 13:3,20 14:1 15:17 22:19 25:15 28:11 30:3 31:14 32:23,24 33:8,10 43:8 44:4,9 45:16 50:22,24 55:24 62:14 88:4 89:14,20

**runs** 13:13 27:8 29:21 68:2

---

**S**

**Sacher** 44:20

**safe** 19:6 35:24

**safely** 37:10

**safety** 18:12,25

**sat** 21:10 102:9

**Saturn** 23:24

**save** 37:15

**scare** 18:11

**scared** 23:8 58:21

**scaring** 18:11

**scenario** 68:1

**scene** 8:18 10:1 12:23 46:16 47:1 48:5,6 50:20 51:10 52:12 54:11,14 55:12 58:16 61:22 62:2,20,22 64:21 70:8 71:11,13 73:9,15 119:1

**schedule** 101:16 103:15 105:8

**school** 45:2

**Scott** 76:1

**screamed** 38:1

**screaming** 39:25 63:14 83:13

**screen** 77:5

**seasoned** 63:9

**seat** 15:23

**seconds** 16:25 24:15 35:8

**section** 120:13

**send** 120:14

**sense** 9:1 11:3 55:2
58:17 59:23 60:23

**Sergeant** 5:17 7:1,4

**sergeants** 76:11

**servant** 4:12

**serve** 4:17 5:8 6:9,14
7:14 8:1

**service** 62:18 77:16

**session** 6:10 7:3 99:6
103:25

**set** 115:5

**shadow** 40:9,20
119:16

**shaking** 57:14 58:21

**shaped** 5:19

**sharp** 6:5

**shell** 59:20

**shift** 6:20 7:5 82:4
102:15 104:5,6,16
107:1,6 117:25 118:1

**shifts** 101:20

**shined** 6:6

**Shirley** 7:4

**shirt** 10:21 19:18

**shit** 40:3

**shoot** 42:24 69:24
74:6 76:1 85:7 86:2,5

**shooting** 2:16 47:1
48:3 50:20 63:24
64:21 76:24 101:19
103:22 106:6,7 107:3,
10,21 112:7 115:11
117:17,21,23

**shootings** 38:10

**shortly** 50:20

**shot** 13:15 14:13,17
31:17 40:10,16,21,22,
23 47:24 48:16,22
49:4,16,24 50:2,13,16,
18 51:3 52:1,8 55:23

67:19 74:9 79:21
91:15

**shoulder** 51:20

**shout** 33:23 62:8

**shouted** 38:1

**shouting** 33:25 62:15

**show** 9:11,15 11:20
12:19 13:23 50:1 62:9

**showed** 11:6 20:24
44:1 46:16 71:3 72:10,
16 94:19

**showing** 65:9 87:6

**shows** 11:23 30:12
38:23 74:18 80:3

**shut** 39:24

**shuts** 117:24

**side** 3:10,13,14,15,21
8:9 10:2 13:5,11 14:5,
6 16:22 21:22,24
22:10 23:13 25:1
27:11 30:23 32:23
38:3 51:1 54:20 58:4
60:13 62:4,5,13,24
66:6 77:12,14,19 78:6
79:8,16 87:22,23 88:1,
2,3,12,20,21 89:13
91:7 115:17 119:22

**sight** 23:7,10 51:20
61:4 77:18,25

**simply** 4:17

**simultaneous** 11:8
43:24 63:4 64:7

**single** 62:17

**sir** 5:25 13:22

**sit** 3:23 10:13 19:3
20:1 21:1 75:11

**sitting** 15:20,23 63:13
115:13 117:7

**situation** 3:23 12:10
36:8 43:1 69:22 72:4
81:1 105:20

**slow** 17:3 43:25

**smell** 18:6,7 58:24

**smelled** 35:19

**snap** 37:4

**sober** 24:11

**somebody's** 86:3

**son** 37:12

**sort** 4:1 9:2 56:8 115:6

**sounds** 55:10 84:24

**speak** 87:14 108:1

**SPEAKER** 11:7,13
12:5 23:23 26:9,12,16
27:13 28:11,14,18,21,
25 29:3 38:25 43:17,
21,25 44:18,22,25
45:5,8,11,15,18,22
46:5 61:6,15,23 64:4
70:3 74:24 75:14,20

**speakers** 11:8 43:24
63:4 64:7

**speaking** 6:1 60:13

**special** 103:25

**specifically** 7:4 9:16
52:1 56:17 93:12 94:8
100:21

**spent** 61:19

**spin** 5:8

**spinning** 16:6,7

**split** 33:23

**spoke** 6:21 12:5,8
47:13 62:2 84:8

**spot** 36:18,20 84:1

**spotlight** 119:6,7

**spun** 17:10

**squeezing** 25:7

**standing** 29:12 48:25
49:1 83:12 88:9

**start** 5:16 12:16 15:9
17:8 92:4 102:7
108:18 111:19

**started** 2:8 16:6,12
18:16 19:1 20:19 36:9,
21 37:7 40:5 63:14
83:10,11 94:1 101:14

103:25 104:8,13
113:17

**starting** 88:15,17

**starts** 18:10

**state** 2:18,24 4:9 6:14
60:11 77:15 116:14

**stated** 9:17 39:10
60:11 86:11 109:18

**statement** 20:3,7
31:10 53:8,10,13,20,
22 58:15 60:4 73:8
92:1

**statements** 93:13

**station** 116:11

**stay** 20:25 44:16

**stayed** 18:22 57:16,24
98:24

**stood** 4:5,18 6:13,21
48:7

**stop** 24:2 25:2 31:14,
16 33:23,24,25 34:3,6,
14,15,17,18 37:1,7
48:14,20 50:6 62:16,
17 86:4 90:1,2 109:1,6
112:9,10,20 113:1,6,
15

**stopped** 23:10 24:25
63:12 83:14 91:3 93:1

**stopping** 83:12

**stops** 5:22 7:5 98:22
108:22

**story** 72:7 75:12

**streets** 38:10

**stressful** 12:10

**strike** 44:10

**striking** 4:9

**strip** 50:7

**struck** 27:22 79:8,16

**stuck** 90:24

**stuff** 14:21 19:24 21:3
24:16 52:21 54:18
83:18 102:23

**stumble** 27:9,10

**stupid** 37:12

**subjects** 34:22,23 35:2

**subsequently** 116:21

**suggesting** 61:16 84:21

**suggestion** 61:18

**suggests** 116:15

**supervisor** 6:2

**supervisors** 5:13,15 6:2,22 7:21

**supposed** 61:6 80:22 81:12 96:16 97:20 102:1 109:4 110:8,9, 13,22 111:8,14,19 113:11,20 115:24

**suspect** 23:22 48:12 49:13 50:6 79:8,15

**suspects** 47:3 50:4

**SUV** 23:24 95:18

**swear** 2:10

**switch** 117:11

**synced** 96:17

**system** 100:5

———————

**T**

———————

**table** 102:24

**tackle** 42:23

**tackled** 42:20

**Tahoe** 95:18,20

**taking** 3:6 43:3

**talk** 4:6 5:18 7:18 20:15

**talked** 4:7,20 5:17 6:3, 6,17 7:2 52:11 83:6 92:25

**talking** 7:21 8:17 10:7 18:16,17 20:15 22:7 32:17 35:3 36:9 40:7 45:3 49:6 54:21 64:2

71:17,18 73:7,13 75:3 78:23 96:6,21,22 100:21 101:11,12 107:1,2 110:24

**tall** 33:5

**tape** 45:12 61:11 71:3 74:25 75:7,8 118:18

**tase** 14:1 39:24 50:15

**tased** 14:19 17:19 20:19,20,21 39:20,22 40:18 41:18,20 47:18 50:17 60:16,19

**taser** 21:15 22:4 39:15 40:13 42:4 48:15,18, 21 49:21 50:3 58:25 59:5,6 60:12,15,20,22 61:3,16,18 62:7,12 66:15 77:13 78:10,14, 22 102:6 109:24

**tasing** 39:23 42:14

**tear** 47:22

**technological** 115:16

**telling** 10:5 14:20 19:25 39:25 48:2 51:5, 6,23,24 52:7,16 54:7 56:11,19,25 59:11,19 60:8,18,20 61:9,15 63:7 64:11,13,23 65:6, 8,15 71:3,15,23 72:2, 21 73:1,2,3,22 75:8 76:10 78:2 83:16 106:23

**tells** 2:4 51:9 83:3 108:16,18

**ten** 7:9

**tense** 39:5

**tensed** 34:13 90:20,25 91:9

**tensing** 33:19

**terrified** 58:22

**testified** 56:16 60:16

**testify** 109:3

**testifying** 31:2,8 86:21

**therapy** 72:12

**thing** 4:5 6:2 16:19 37:15 43:23 46:3 48:23 50:5 60:2 63:3 68:6 71:12 74:15 75:2 80:19 85:11 91:7 106:18 107:19 108:6 110:12

**things** 3:13 4:1,20 8:21,23,24 9:2,4 11:3 12:5,7,20 52:17 56:8 58:16 63:20 64:15 76:20 77:8 82:15 115:6

**thinking** 16:18 32:24 33:11 90:13,18,21

**thinks** 64:12

**Thompson** 10:19 46:17

**thought** 13:19 16:23 19:16 23:8 25:18,23 26:17 32:12 38:4,6,19 41:7,10 42:21 43:2,3 45:20 50:8 51:7 66:2 68:17 70:3,16 73:25 78:4 85:20,25 88:24 89:3,7,9 91:8 92:15 97:1 108:10 109:7 110:11,16 112:17,25 113:10,20 115:23 117:2

**three-quarters** 112:9

**Thursday** 44:20

**tie** 8:13

**time** 6:23 7:1 10:4 14:16 17:20 21:19,20 24:2,20 26:9 30:8 32:7,11 38:25 43:3 45:15,18 46:8 52:22 59:14 64:21 66:17 67:1,20 68:22,23 69:15 70:22,23 75:10 80:24 81:7,10 82:19 83:25 86:2 87:12 94:5 96:13 98:19,25 99:5,7 101:18 102:18 104:8, 10 107:16 108:10,13, 17 110:17 111:13 112:1,2,17,23 113:8

114:5 116:8,18 117:18,22 118:18,21

**timelines** 81:12

**times** 28:10 46:12 73:16 83:14 93:2

**tinted** 35:4

**tire** 49:12 62:13

**today** 3:12 31:3,8 60:21 72:21 73:5

**Today's** 46:8

**told** 10:12 11:4,22 12:21 13:2,6,18 14:16 15:1,12 19:13 24:2,9 37:1 39:23 46:19 47:1, 4,5,6,7,8,12,13,14,16, 25 48:4,8,9,17,20,22, 23 49:5,8,15,18,25 50:2,5,21 51:1,18 52:12,13 53:4,25 55:13,17,21 56:17 59:15 60:3 61:22 64:19,20 71:10,12,19 72:1,9,25 74:4,7,10, 12,21 76:7,15 80:10, 11 81:13 82:17 83:21 92:14 93:8,13 94:8 103:8 106:16,17,21 107:9,13,14,18,23 108:3,8 113:13

**tomorrow** 93:9 102:14

**top** 27:10,24,25

**torso** 79:8,16

**totally** 11:10 44:3

**touched** 5:2 78:20

**touching** 30:7

**tour** 116:17

**tow** 24:18 35:13,23 37:17

**tracked** 74:19

**tracks** 116:8

**traffic** 5:22 37:7 50:6 98:22 108:22 112:10

**trail** 108:14

**trained** 65:5 94:19 101:4

**training** 17:2 36:19 65:6 83:22 93:10 94:16

**transcribed** 46:6 118:19

**transitioned** 59:12 62:11 65:4 75:9

**transitioning** 75:4,5, 6,16

**trashcan** 28:25

**traveling** 93:16

**trial** 61:19

**trigger** 41:1 66:21 67:4,7,11,13 68:9,13 71:7 74:14 85:5 86:9

**trip** 27:9

**tripped** 27:24 41:10 91:17

**troop** 2:24 5:15,18 6:22,24,25 7:6 81:17 83:2 92:5,6,7,10 93:7, 12 94:1,2,5,9 95:7,10, 25 96:3,8,14 97:14 99:1,12 100:19,25 101:6 103:1,3 105:7 107:15,21

**trooper** 9:21,25 10:25 46:9 77:13,15,17,20, 21 78:24,25 79:9 84:23 87:8 97:19 118:22

**troopers** 8:8 10:18 46:16 50:19 52:20 62:22 71:11,18 75:13

**troops** 5:14

**trouble** 33:21 35:13 73:24 104:25

**Troy** 9:20,21 12:23 46:18 48:4,23 51:11 103:17 104:2,3

**truck** 21:12 35:9 53:6

**true** 51:15

**trusted** 59:25

**truth** 2:11,12 73:23

**turn** 13:13 18:13 25:17 27:7 30:2 68:22 69:25 70:19 86:2,5 95:1 96:18 109:2,4,8 116:3, 9 117:3

**turned** 14:7 51:14 57:9 70:18 90:12 91:2 102:2 109:24 110:3 114:3

**turning** 32:22 36:7

**two-point** 33:21

**type** 7:22 80:19

U

**u-turn** 50:6

**Uh-huh** 25:12 30:13 78:1 90:7 105:5 108:19 109:20 111:6 116:5

**ultimately** 12:18 120:15

**underneath** 57:13

**understand** 12:11,12 17:25 23:9 26:4,22 44:3 72:2,18,22 75:14 90:4 91:20,21 94:22 100:7

**unholstering** 13:15 29:20

**uniform** 6:5 82:7 120:22

**unintelligible** 51:8 69:10 84:23 104:4

**unintentional** 87:1,2

**unique** 3:23

**unit** 19:4 48:10 49:12 50:24 51:1 95:8,11,12, 13,14,18,21 96:3,7,11, 17 98:16 99:20,21,22 100:8,9,14 120:23

**units** 19:10 97:11,12, 14,16 99:14 100:19

**upper** 119:15

**upsetting** 12:14

V

**Varnado** 7:1,2

**vehicle** 9:2 13:3,6,12 15:11,15,16,21 16:2 19:16 20:25 21:1,11, 24 22:10,18 23:22 25:11,15 26:6 28:20 32:18,23 35:14,24 38:18,24 39:10 48:12 49:8,19 50:7,10 58:6 62:11,14,24 66:5 77:11,15 78:6 87:5,9, 20,23 88:6,20 89:1,15 92:7 97:3,4,7,25 98:1 99:6 115:13,19 118:25 119:23

**vehicles** 97:20

**verbal** 62:8,16

**versus** 11:22 30:12

**video** 11:5,21,22 12:19 13:23 20:18 22:16,17 23:16,18 26:10 30:12 38:23 42:22 43:7,13 44:13 45:23 46:12 67:3,9,18 72:9,20 73:6,12,23 74:18 76:25 79:2 80:2 85:22 89:12,19,22 92:15 102:25

**videoed** 102:22

**videos** 20:18 108:21, 24 112:6

**view** 8:6 11:9 58:9 119:1

**viewed** 46:11

**violations** 120:14

**voluntarily** 52:24

**vomiting** 58:22

W

**wait** 18:4 118:15,16

**walk** 34:23 46:5 82:3

**walked** 10:4 21:5

**wanted** 7:15 34:5,17 52:17 53:9 55:3 59:6 63:19 68:7 76:20

**watch** 11:12 12:1,4 22:16 23:15 27:14

**watched** 22:17 26:7 28:8 43:22 92:16

**watching** 25:14 29:24 30:10 40:15 42:22 44:13 67:9 73:23 85:22 86:1

**Wayne** 98:18

**weapon** 13:14,15 14:6 17:4 18:1 22:4 29:20 39:14 42:12 56:18 59:17 61:5 66:18 68:14 77:16 78:3,8 88:16,18

**weapons** 16:4,9 18:23 57:11 108:9

**wear** 120:22

**wearing** 10:16,20 19:13

**weed** 18:6 35:19

**week** 99:3 101:19 116:19

**weekend** 104:19

**weeks** 99:2 116:19

**wheel** 48:10

**white** 10:21 19:18 55:9 77:19 119:9

**window** 23:4

**windows** 35:4

**word** 75:1,2,4,5,15,16, 17,19

**wording** 86:17

**words** 28:14 78:12 114:17

**wore** 105:14

**work** 2:19,23 4:7 6:17 40:2 83:24 105:11

110:14,23 114:8
115:24 120:12

**worked** 6:18 97:1
104:5,6 105:18 114:15

**worker** 7:7

**working** 6:19 7:9
17:14 44:21 81:11
94:1 101:17,20 103:6
104:21,22,25 105:23
106:4 108:10,22
109:6,9 110:16,17,19
111:19 112:16 114:7,
14 115:15,17 118:3

**workup** 105:22

**worn** 94:15

**worry** 92:18

**write** 20:12 76:7,13
78:9 79:4 81:14 84:5

**writing** 76:5,9

**wrong** 36:5 75:10
115:22

**wrote** 20:7 61:8,12
76:22 77:8 78:11
79:15 112:19

———————————

Y

———————————

**year** 102:13

**years** 3:2 7:9 8:10,19
11:7 58:20 72:13
80:25 81:4 84:3
120:21

**yelled** 31:14 34:17
50:10 77:11 90:1

**yelling** 14:18 17:18,
24,25 20:19 39:22
40:5,6 41:15,18 42:6
63:6 83:11 86:3

**yesterday** 12:6

**young** 37:11,12