**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD



Δ π EXHIBIT 3A

Deponent_____

Date 1/12 Rptr._____

WWW.DEPOBOOKPRODUCTS.COM



2018-07-10 02:16:29

CAM 8          16:27          DPSC 563

Exhibit 9



**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD



**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD







**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD



**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD







**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD



**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD



Δ π EXHIBIT 3j

Deponent_____

Date 1/12 Rptr._____

WWW.DEPOBOOKPRODUCTS.COM



**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





\*\*CONFIDENTIAL\*\* PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD







**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD

2018-07-10 02:16:34

CAM 8

16:33

DPSC 575



Δ π EXHIBIT 3M

Deponent _____

Date 1/12 Rptr. _____

WWW.DEPOBOOKPRODUCTS.COM

**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD





**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD



△ π EXHIBIT 3I

Deponent_____

Date 1/12 Rptr._____

WWW.DEPOBOOKPRODUCTS.COM



**CONFIDENTIAL** PROVIDED SUBJECT TO AND IN ACCORDANCE WITH THE TERMS OF CONSENT PROTECTIVE ORDER AND CONFIDENTIALITY AGREEMENT
[REC. DOC. 41] 3:19-cv-00391-BAJ-EWD

