UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLIFTON SCOTT DILLEY** | * | Civil Action No.: 19-cv-00391 |
| Plaintiff | * | |
| | * | |
| **VERSUS** | * | |
| | * | District Judge: Brian A. Jackson |
| **STATE OF LOUISIANA,** | * | |
| **DEPARTMENT OF PUBLIC SAFETY** | * | |
| **AND CORRECTIONS, AND** | * | Magistrate Judge |
| **OFFICE OF STATE POLICE,** | * | Erin Wilder-Doomes |
| **AND KASHA DOMINGUE** | * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION TO SUBSTITUTE AND ENROLL
### AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Kasha Domingue ("Defendant" or "Domingue") who respectfully requests this Honorable Court for an order withdrawing attorney Suzanne M. Risey (Louisiana Bar No. 25488) as Defendant's counsel of record in this matter, and substituting attorney Louis O. Oubre (Louisiana Bar No. 25202) of the law firm Frilot L.L.C., 1100 Poydras Street, Suite 3700, New Orleans, Louisiana 70163-3700, e-mail address loubre@frilot.com in their stead.

1.

Suzanne M. Risey is no longer employed by Frilot LLC and is unavailable to consent to the substitution.

2.

Defendant respectfully requests that Louis O. Oubre be enrolled as additional counsel of record for Defendant in this matter. Furthermore, Defendant moves to have former counsel of record, Suzanne M. Risey, stricken from the record of this matter.

3.

Louis O. Oubre consents to the substitution and enrollment in this matter.

4.

All counsel has been contacted and have no objection to the Motion.

**WHEREFORE**, Defendant, Kasha Domingue, prays that Suzanne M. Risey be withdrawn as counsel of record for Defendant in this matter, and that Louis O. Oubre be substituted as additional counsel of record.

        **Respectfully Submitted,**

        **LIZ MURRILL**
        **ATTORNEY GENERAL**

        */s/Allen J. Krouse*
        ALLEN J. KROUSE (La. Bar No. 14426)
        RENEE G. CULOTTA (La. Bar No. 24436)
        LOUIS O. OUBRE (La. Bar No. 25202)
        FRILOT LLC
        Special Assistant Attorneys General
        1100 Poydras Street, Suite 3700
        New Orleans, LA 70163-3600
        Telephone: 504-599-8000
        Facsimile: 504-599-8100
        Email: akrouse@frilot.com; rculotta@frilot.com; loubre@frilot.com
        *Special Assistant Attorney General and*
        *Counsel for Defendant, Kasha Domingue*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendants' Motion to Substitute Counsel of Record was served upon all counsel electronically via the CM/ECF filing system this 8th day of May 2025.

        */s/Allen J. Krouse*