# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLIFTON SCOTT DILLEY | : | |
| *Plaintiff,* | : | |
| | : | |
| VERSUS | : | |
| | : | CIVIL NO. 3:19-cv-00391-BAJ-EWD |
| STATE OF LOUISIANA, | : | |
| DEPARTMENT OF PUBLIC SAFETY | : | |
| AND CORRECTIONS, AND | : | |
| OFFICE OF STATE POLICE, | : | |
| AND KASHA DOMINGUE | : | |
| *Defendants.* | : | |

## JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come Plaintiff, Clifton Scott Dilley, and Defendant, Kasha Domingue, who in accordance with Rules of Court, including Local Rule 16(c), hereby notify the Court that a full and final settlement has been reached between the parties to this instant litigation.

All parties seek a conditional dismissal without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if the settlement is not consummated within a reasonable time.

    Respectfully submitted,

/s/ J. Lane Ewing, Jr.
DONALD J. CAZAYOUX, JR., #20742
J. LANE EWING, #29854
CAZAYOUX EWING, LLC
257 Maximilian Street
Baton Rouge, Louisiana 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
don@cazayouxewing.com
lane@cazayouxewing.com
*Attorney for Plaintiff*

LIZ MURRIL
ATTORNEY GENERAL

/s/ Allen J. Krouse, III
ALLEN J. KROUSE, III (La. Bar #14426)
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Fax: (504) 599-8100
email: akrouse@frilot.com
Special Assistant Attorney General and
Counsel for Defendant, Kasha Domingue

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLIFTON SCOTT DILLEY** | : | |
| *Plaintiff,* | : | |
| | : | |
| **VERSUS** | : | |
| | : | CIVIL NO. 3:19-cv-00391-BAJ-EWD |
| **STATE OF LOUISIANA,** | : | |
| **DEPARTMENT OF PUBLIC SAFETY** | : | |
| **AND CORRECTIONS, AND** | : | |
| **OFFICE OF STATE POLICE,** | : | |
| **AND KASHA DOMINGUE** | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Joint Notice of Settlement* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 20th day of June, 2025.

/s/ J. Lane Ewing, Jr.
DONALD J. CAZAYOUX, JR., #20742
J. LANE EWING, #29854
CAZAYOUX EWING, LLC
257 Maximilian Street
Baton Rouge, Louisiana 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
don@cazayouxewing.com
lane@cazayouxewing.com