## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLIFTON SCOTT DILLEY** | : | |
| *Plaintiff,* | : | |
| | : | |
| **VERSUS** | : | |
| | : | CIVIL NO. 3:19-cv-00391-BAJ-EWD |
| **STATE OF LOUISIANA,** | : | |
| **DEPARTMENT OF PUBLIC SAFETY** | : | |
| **AND CORRECTIONS, AND** | : | |
| **OFFICE OF STATE POLICE,** | : | |
| **AND KASHA DOMINGUE** | : | |
| *Defendants.* | : | |

## **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Clifton Scott Dilley, who respectfully represents the following:

The parties have reached a settlement which has been completely perfected as of July 17, 2025. As such, litigation is no longer necessary, and Plaintiff has no intention or need of refiling. Each party is to bear his/her own costs.

Wherefore, Plaintiff, Clifton Scott Dilley, requests this Honorable Court to dismiss this action with prejudice, further releasing the Defendant from all claims of liability associated with this case.

Respectfully submitted,

/s/ J. Lane Ewing, Jr.
DONALD J. CAZAYOUX, JR., #20742
J. LANE EWING, #29854
CAZAYOUX EWING, LLC
257 Maximilian Street
Baton Rouge, Louisiana 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
don@cazayouxewing.com
lane@cazayouxewing.com

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLIFTON SCOTT DILLEY** : | |
| *Plaintiff,* : | |
| : | |
| **VERSUS** : | |
| : | **CIVIL NO. 3:19-cv-00391-BAJ-EWD** |
| **STATE OF LOUISIANA,** : | |
| **DEPARTMENT OF PUBLIC SAFETY** : | |
| **AND CORRECTIONS, AND** : | |
| **OFFICE OF STATE POLICE,** : | |
| **AND KASHA DOMINGUE** : | |
| *Defendants.* : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Plaintiff's Motion to Dismiss with Prejudice* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 23rd day of July, 2025.

/s/ J. Lane Ewing, Jr.
DONALD J. CAZAYOUX, JR., #20742
J. LANE EWING, #29854
CAZAYOUX EWING, LLC
257 Maximilian Street
Baton Rouge, Louisiana 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
don@cazayouxewing.com
lane@cazayouxewing.com