UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLIFTON SCOTT DILLEY          :
   *Plaintiff,*           :
                :
VERSUS            :
                :     **CIVIL NO. 3:19-cv-00391-BAJ-EWD**
STATE OF LOUISIANA,      :
DEPARTMENT OF PUBLIC SAFETY  :
AND CORRECTIONS, AND    :
OFFICE OF STATE POLICE,    :
AND KASHA DOMINGUE     :
   *Defendants.*         :

## MOTION TO STRIKE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Clifton Scott Dilley, who respectfully requests this Honorable Court strike the previously filed Document Entry 157 titled *Plaintiff's Motion to Dismiss with Prejudice* that was filed in error on Wednesday, July 23, 2025.  A substitute *Stipulation of Dismissal* will be filed in its place.

WHEREFORE, undersigned counsel respectfully requests this Honorable Court grant the relief requested herein.

RESPECTFULLY SUBMITTED:


By:   /s/ J. Lane Ewing, Jr.
      Donald J. Cazayoux, Jr. #20742
      J. Lane Ewing, Jr., #29854
      Cazayoux Ewing, LLC
      257 Maximilian St.
      Baton Rouge, LA 70802
      Telephone: (225) 650-7400
      Facsimile: (225) 650-7401
      E-mail: don@cazayouxewing.com
      E-mail: lane@cazayouxewing.com

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CLIFTON SCOTT DILLEY                 :
    *Plaintiff,*                              :
                                                  :
VERSUS                                            :
                                                  :    **CIVIL NO. 3:19-cv-00391-BAJ-EWD**
                                                  :
STATE OF LOUISIANA,                  :
DEPARTMENT OF PUBLIC SAFETY  :
AND CORRECTIONS, AND            :
OFFICE OF STATE POLICE,            :
AND KASHA DOMINGUE               :
    *Defendants.*                             :

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Strike* was filed

electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be

sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 31st day of July, 2025.


/s/ J. Lane Ewing, Jr.
Donald J. Cazayoux, Jr. #20742
Cazayoux Ewing, LLC
257 Maximilian St.
Baton Rouge, LA 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
E-mail: don@cazayouxewing.com