## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLIFTON SCOTT DILLEY** | : | |
| *Plaintiff,* | : | |
| | : | |
| **VERSUS** | : | |
| | : | CIVIL NO. 3:19-cv-00391-BAJ-EWD |
| **STATE OF LOUISIANA,** | : | |
| **DEPARTMENT OF PUBLIC SAFETY** | : | |
| **AND CORRECTIONS, AND** | : | |
| **OFFICE OF STATE POLICE,** | : | |
| **AND KASHA DOMINGUE** | : | |
| *Defendants.* | : | |

## **STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between all parties to have appeared in this action, namely Clifton Scott Dilley, plaintiff, and Kasha Domingue, defendant, that this action is hereby dismissed with prejudice with each party to bear his/its own costs and expenses.

Baton Rouge, Louisiana, this 7th day of August, 2025.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| LIZ MURRIL | /s/ Donald J. Cazayoux, Jr. |
| ATTORNEY GENERAL | Donald J. Cazayoux, Jr. #20742 |
| /s/ Allen J. Krouse, III | J. Lane Ewing, Jr., #29854 |
| ALLEN J. KROUSE, III (La. Bar #14426) | Cazayoux Ewing, LLC |
| FRILOT LLC | 257 Maximilian St. |
| 1100 Poydras Street, Suite 3700 | Baton Rouge, LA 70802 |
| New Orleans, Louisiana 70163 | Telephone: (225) 650-7400 |
| Telephone: (504) 599-8000 | Facsimile: (225) 650-7401 |
| Fax: (504) 599-8100 | E-mail: don@cazayouxewing.com |
| email: akrouse@frilot.com | E-mail: lane@cazayouxewing.com |
| Special Assistant Attorney General and | *Attorneys for Plaintiff* |
| Counsel for Defendant, Kasha Domingue | |

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLIFTON SCOTT DILLEY** | : | |
| *Plaintiff,* | : | |
| | : | |
| **VERSUS** | : | |
| | : | CIVIL NO. 3:19-cv-00391-BAJ-EWD |
| **STATE OF LOUISIANA,** | : | |
| **DEPARTMENT OF PUBLIC SAFETY** | : | |
| **AND CORRECTIONS, AND** | : | |
| **OFFICE OF STATE POLICE,** | : | |
| **AND KASHA DOMINGUE** | : | |
| *Defendants.* | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Stipulation of Dismissal* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 7th day of August, 2025.

/s/ Donald J. Cazayoux, Jr.
Donald J. Cazayoux, Jr. #20742
Cazayoux Ewing, LLC
257 Maximilian St.
Baton Rouge, LA 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
E-mail: don@cazayouxewing.com