# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**CLIFTON SCOTT DILLEY**                               CIVIL ACTION

**VERSUS**

**STATE OF LOUISIANA, ET AL.**                         NO. 19-00391-BAJ-EWD

## JUDGMENT

Considering Plaintiff's **Stipulation Of Dismissal (Doc. 160)**, and for good cause shown pursuant to Federal Rule of Civil Procedure 41(a)(2),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

Baton Rouge, Louisiana, this 11th day of August, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**